# In the United States Court of Federal Claims

No. 01-495C
(Filed: October 20, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic status conference will be held on Wednesday, November 1, 2006, at 2:00 p.m. eastern. The call will originate from chambers and will be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge