IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KENT CHRISTOFFERSON et al., | |
| Plaintiffs, | |
| v. | No. 01-495C<br>(Judge Bruggink) |
| THE UNITED STATES, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 1, 2006 order requiring the parties to submit a joint status report no later than December 4, 2006, counsel for plaintiffs submit this report on behalf of the parties. Counsel for defendant has read and concurs with this Status Report.

Since the last status telephone conference on November 1, 2006, counsel for the parties agreed upon a final postmark date for the receipt of all Claim Forms, November 30, 2006. Plaintiffs have received 2730 completed claim forms as of the final deadline.

The Claim Forms, Payroll Summaries and Notice of Claims Procedure were sent in stages to approximately 7459 class members beginning on August 1, 2006. Hundreds of claimant addresses turned out to be no longer accurate. As a consequence, plaintiffs had to research and resend approximately 700 new claims packets to claimants. The last mailing to claimants with new addresses occurred on September 18, 2006.

Plaintiffs are currently reviewing and compiling the responses to the Claim Form and entering the information into a database, with the intention of sharing this database with Defendant. The vast majority of the completed Claim Forms require clarification or additional

information from the claimant before their data can be entered into the database. Plaintiffs have a staff of five persons working solely on calling claimants and entering their information into the database. Plaintiffs expect that 95% of the data entry will be completed by February 15, 2007. At that time or shortly thereafter, plaintiffs will provide defendant with the database.

Respectfully submitted,

JACK W. LEE
MINAMI, LEW & TAMAKI LLP
360 Post St. 8th Floor
San Francisco, CA 94108-4903
415-788-0204

December 4, 2006

Attorneys for Plaintiffs