# In the United States Court of Federal Claims

No. 01-495C
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' December 4, 2006 joint status report, the parties are directed to file another status report on or before February 23, 2007 regarding the Claims Forms.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge