IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON, et al., | ) | |
| | ) | Case No. 01-495C |
| | ) | |
| Plaintiffs | ) | Judge Eric G. Bruggink |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| ______________________________________ | ) | |

**NOTICE OF FIRM NAME CHANGE**

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the firm name of counsel for Plaintiffs Kent Christofferson, et al. has changed. Please serve all pleadings and send all correspondence to MINAMI TAMAKI LLP, 360 Post Street, 8th Floor, San Francisco, CA 94108, Telephone: (415) 788-9000; Facsimile: (415) 398-3887.

DATED: January 19, 2007

Respectfully submitted,
MINAMI TAMAKI LLP

By: s/______________________________
Jack W. Lee
Attorney for Plaintiffs