IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON, et al., | ) | Case No. 01-495C |
| Plaintiffs | ) | Judge Eric G. Bruggink |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Counsel for plaintiffs hereby submit a joint status report on behalf of the parties. Counsel for defendant has read and concurs with this Status Report.

On February 20, 2007, plaintiffs' counsel twice unsuccessfully attempted to email defense counsel a database containing data for 1,995 plaintiffs who completed and returned Claim Forms . It is possible that the database file was too large for the receiving mailbox. Plaintiff's counsel sent a CD containing the database file to defense counsel by Federal Express on February 21, 2007.

Plaintiff's counsel is in the process of completing the database and plans to send defense counsel the data for the remainder of plaintiffs who completed and returned Claim Forms by approximately March 13, 2007.

On February 13, 2007, plaintiffs' counsel filed a Motion for Leave to Amend the First

Amended Complaint (FAC). This motion seeks leave to amend the FAC to include a cause of action for unpaid straight time work, that is, hours of work up to or less than 40 hours per week. In processing the Claim Forms, plaintiffs' counsel has found that a majority of the non-Concord, CA plaintiffs have claims for unpaid straight time work in addition to their claims for unpaid overtime work.

Counsel for defendant will request leave of the Court to extend the date defendant's opposition to plaintiffs' motion. Plaintiff's counsel does not oppose the request and will likewise seek leave for an extension of the date the reply is due.

Respectfully submitted,

s/

February 23, 2007

JACK W. LEE
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Phone: 415 788-9000
Fax: 415 398-3887

Attorneys for Plaintiffs