IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 01-495C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of 21 days from March 2, 2007, to and including March 23, 2007, within which to respond to plaintiffs' "Motion for Leave to File Proposed Second Amended Complaint." This is our first request for an enlargement of this period. Plaintiffs' counsel has informed us that plaintiffs do not oppose this motion.

Since receiving plaintiffs' motion, which includes the declarations of approximately 20 persons asserting they were former Bureau of Census ("Bureau") employees, defendant's counsel has: reviewed the brief and prepared notes concerning a potential response; requested that the Bureau investigate the facts set forth in the declarations and consider its legal view; and met with agency attorneys concerning a proposed response. The Bureau has begun to investigate and prepare its response to our request. In addition to initiating our response to plaintiffs' motion, defendant's counsel was required to devote the remainder of his time to other official matters. These include: traveling to South Carolina on official travel for four business days; preparing a lengthy brief in ConocoPhillips v. United States, No. No. 2007-5004 (Fed. Cir.), one of several cases pending before the Federal Circuit that will affect approximately 30 other cases pending before this Court, known as the "jet fuel litigation"; commencing the Government's

brief in La Gloria v. United States, No. 2007-5010 (Fed. Cir.); and undertaking a variety of supervisory duties, including, among others, conducting pre-scheduled performance reviews, and reviewing a variety of documents required to be filed in this Court and the United States Court of Appeals for the Federal Circuit, including extensive briefings in very tight-scheduled bid protest filings.

We require an additional 21 days to permit the Census Bureau to complete its research and provide its views on the matter, which the Bureau expects to complete by approximately March 9, and because defendant's attorney of record also must devote his time to preparing briefs in La Gloria v. United States, No. 2007-5010 (due March 9, 2007), and Tesoro Hawaii v. United States, No. 2007-5022 (Fed. Cir.) (due March 19, 2007); and reviewing our motion for judgment on the administrative record in a bid protest, McKing Consulting Co. v. United States, 07-17 (Fed. Cl.), due March 2, 2007.

For these reasons, defendant respectfully requests that the Court grant an enlargement of time of 21 days from March 2, 2007, to and including March 23, 2007, within which to respond to plaintiffs' "Motion for Leave to File Proposed Second Amended Complaint."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311

Attorneys for Respondent

March 2, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 2, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham