# In the United States Court of Federal Claims

No. 01-495C
(Filed: March 5, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant's unopposed motion filed on March 2, 2007, for an enlargement of time is granted. Defendant shall respond to plaintiff's Motion for Leave to File Proposed Second Amended Complaint by March 23, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge