No. 01-495C
(Judge Bruggink)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

KENT CHRISTOFFERSON et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

---

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311

OF COUNSEL:
RAYNA G. ELLER, ESQ.
Senior Attorney
Office of the General Counsel
Bureau of the Census
Suitland MD 20746-24

March 23, 2007

Attorneys For Defendant

## TABLE OF CONTENTS

**PAGES**

DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT . . . . . 1

STATEMENT OF THE ISSUES . . . . . 1

STATEMENT OF THE CASE . . . . . 1

I. Course of Proceedings . . . . . 1

A. The Complaint and Its Amendments . . . . . 1

B. 2003-2004: The Concord Proceedings . . . . . 2

C. 2004-2005: Mediation and Global Resolution . . . . . 3

D. 2005-2006: Summary Judgment Motions and Trial . . . . . 4

II. Background . . . . . 5

ARGUMENT . . . . . 7

I. Applicable Law . . . . . 7

II. Plaintiffs Unduly Delayed In Amending Their Complaint . . . . . 10

III. Plaintiffs' Delay In Amending the Complaint Will Prejudice Defendant . . . . . 15

IV. The Amendment Is Futile . . . . . 18

A. The Court Lacks Jurisdiction Over The Amendment . . . . . 19

B. The Proposed Claims Are Barred By The Statute Of Limitations. . . . . . 25

C. The Straight Time Claims Are Not Suitable For A Class Action . . . . . 29

CONCLUSION . . . . . 32

## CONTENTS OF THE APPENDIX


Description . . . . . Exhibit

MOU (Feb. 2005) . . . . . 1

Jan. 5, 2000 Press Release . . . . . 2

RCC Organization Chart . . . . . 3

Organization of the LCO . . . . . 4

Closing Dates of LCOs . . . . . 5

Trial transcript . . . . . 6

Form D-308 . . . . . 7

Field Supervisory Census Employee Handbook . . . . . 8

Field Nonsupervisory Census Employee Handbook . . . . . 9

D-308's for Plaintiffs . . . . . 10-30

Job Action Report re Alvin Monroe . . . . . 31

Declaration of Viola Lewis-Willis . . . . . 32


## TABLE OF AUTHORITIES


**CASES** **PAGES**

Alfa Laval Separation, Inc. v. United States,
47 Fed. Cl. 305 (2000) . . . . . 7, 8, 10

Bacon v. Honda of Am. Mfg., Inc.,
370 F.3d 565 (6th Cir. 2004) . . . . . 30, 31

Beebe v. United States,
226 Ct. C 640 F.2d 1283 (1981) . . . . . 25

Berg et al. v. Newman,

982 F.2d 500 (Fed. Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Bower v. Jones,
978 F.2d 1004 (7th Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Briggs v. United States,
54 Fed. Cl. 205 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Carroll v. United States,
67 Fed. Cl. 82 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

Carson v. Giant Food, Inc.,
187 F. Supp.2d 462 (D.Md. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Catawba Indian Tribe of South Carolina v. United States,
982 F. 2d 1564 (Fed. Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Chaney v. United States,
75 Fed.Cl. 206 (2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 26

Christofferson v. U.S.,
64 Fed. Cl. 316 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 14, 23, 26

Christofferson v. U.S.,
67 Fed. Cl. 68 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Christofferson v. U.S.,
72 Fed. Cl. 541 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Cook v. United States,
855 F.2d 848 (Fed. Cir.1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Cooper v. S. Co.,
390 F.3d 695 (11th Cir.2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Cupey Bajo Nursing Home v. United States,
36 Fed. Cl. 122 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Datascope Corp. v. Smec, Inc. and Peter Schiff,
962 F.2d 1043 (Fed. Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Dynalectron Corp. v. United States,
4 Cl. Ct. 424, 428 (1984), aff'd, 758 F.2d 665 (Fed. Cir. 1984) . . . . . . . . . . . . . . . . . . . 19

Eastport Steamship Corp. v. United States,
178 Ct. Cl. 372 F.2d 1002 (1967) . . . . . . . . . . 19

Ewer v. United States,
63 Fed. Cl. 396 (2005) . . . . . . . . . . 25, 29

Filosa v. United States,
70 Fed.Cl. 609 (2006) . . . . . . . . . . 30

First Interstate Bank of Billings v. United States,
61 F.3d 876 (Fed. Cir. 1995) . . . . . . . . . . 8, 10

First Nationwide,
48 Fed. Cl. 248 (2000) . . . . . . . . . . 15

Foman v. Davis,
371 U.S. 178 (1962) . . . . . . . . . . 8, 15

Garcia v. Johanns,
444 F.3d 625 (D.D.C. 2006) . . . . . . . . . . 30

Garcia v. Veneman,
211 F.R.D. 15 (D.D.C. 2004) . . . . . . . . . . 31

Halferty v. Pulse Drug Company, Inc.,
821 F.2d 261 (5th Cir. 1987) . . . . . . . . . . 25

Hays v. United States,
16 Cl. Ct. 770, 772 (1989) . . . . . . . . . . 8, 9

Hermes v. United States,
58 Fed. Cl. 409 (2003) . . . . . . . . . . 14

Hickman v. United States,
43 Fed. Cl. 424 (1999), aff'd, 232 F.3d 906 (Fed. Cir. 2000) . . . . . . . . . . 8

Intrepid v. Pollock,
907 F.2d 1125 ( Fed. Cir. 1990) . . . . . . . . . . 28

Jablonski v. Pan Am. World Airways, Inc.,
863 F.2d 289 (3d Cir. 1988) . . . . . . . . . . 19

John R. Sand & Gravel Co. v. United States,
457 F.3d 1345 (Fed. Cir.2006) . . . . . . . . . . 25

Jones v. United States,
6 Cl. Ct. 531, 533 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Markey, et al. v. U.S.,
27 Fed. Cl. 615 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 24

McNutt v. General Motors Acceptance Corp.,
298 U.S. 178 (1936) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Mitsui Foods, Inc. v. United States,
867 F.2d 1401 (Fed.Cir. 1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Oja v. U.S. Army Corps of Engineers, et. al.,
440 F.3d 1122 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

Rockwell v. United States,
70 Fed. Cl. 114 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Ronald R. Edes, et al., v. Verizon Communications, Inc., et. al.,
417 F.3d 133 (1st Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Senza-Gel v. Seifhart,
803 F.2d 661 (Fed. Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Shoshone Indian Tribe of the Wind River Reservation v. United States,
71 Fed.Cl. 172 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Spagnola v. Stockman,
732 F.2d 908 (Fed. Cir. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Spalding & Son, Inc. v. United States,
22 Cl. Ct. 678, 680 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 10

Sprague v. Gen. Motors Corp.,
133 F.3d 388 (6th Cir.1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

St. Paul Fire & Marine Ins. Co. v. United States,
31 Fed. Cl. 151 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 9, 18

Stastny v. S. Bell Tel. & Tel. Co.,
628 F.2d 267 (4th Cir.1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

State of Alaska v. United States,

15 Cl. Ct. 276 (1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 18

Te-Moak Bands of W. Shoshone Indians of Nevada v. United States,
948 F.2d 1258 (Fed. Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 8, 10, 13

U.S. Dept. of Agriculture,
439 F.3d 723 (D.C. Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

United States v. Mitchell,
445 U.S. 535 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

United States v. Sherwood,
312 U.S. 584 (1941) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

United States v. Testan,
424 U.S. 392 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Vann v. United States,
190 Ct. Cl. 546, (1970) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Zachery v. Texaco Exploration and Prod., Inc.,
185 F.R.D. 230 (W.D.Tex.1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Zenith Radio Corp. v. Hazeltine Research Inc.,
401 U.S. 321 (1971) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**STATUTES**

5 C.F.R. § 178.105 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

5 C.F.R. § 531 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 21

5 C.F.R. § 534.201 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

5 C.F.R. § 534.403 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 22

5 C.F.R. § 551.202(i) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

5 U.S.C. § 550.904 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

5 U.S.C. § 5301 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

5 U.S.C. § 5385 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

5 U.S.C. § 5504 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

5 U.S.C. § 5505 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

5 U.S.C. § 5541 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

5 U.S.C. § 5550 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

5 U.S.C., § 5596 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

13 U.S.C. § 23(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

28 U.S.C. § 1491 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

28 U.S.C. § 2501 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 25

29 U.S.C. § 201 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-495C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

Defendant respectfully opposes plaintiffs' motion for leave to amend the First Amended Complaint ("Pl. Mot.") to add claims for work performed within a regular workweek ("Straight-Time Claims"). The proposed amendment does not serve the interest of justice. To the contrary, the amendment has been unduly delayed, is prejudicial to defendant, and would be futile, inasmuch as the Court possesses no jurisdiction to entertain these claims, which, in any event, are barred by the statute of limitations.

## STATEMENT OF THE ISSUES

1. Whether plaintiffs have unduly delayed in seeking to amend the First Amended Complaint.

2. Whether any amendment of the First Amended Complaint would be futile.

## STATEMENT OF THE CASE

I. Course of Proceedings

A. The Complaint and Its Amendments

This lawsuit was filed in August 2001, by former employees of the United States Bureau of the Census ("Census"). The complaint alleged that Census required 2000 Decennial Census ("Decennial") field workers, specifically, Field Operation Supervisors ("FOS"es), Crew Leaders, and Enumerators, to work overtime, but failed to compensate them, in violation of the Fair Labor

Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. Complaint ¶¶ 1-4. The Complaint asserted that the overtime was worked because it was "generally impossible for plaintiffs during this time period to perform all of their required tasks within the limits of an eight-hour day or forty-hour workweek," or because supervisors demanded that employees accomplish tasks in "whatever" time it took (id. ¶¶ 26-27). The Complaint also challenged Census's classification of the FOS position as FLSA-exempt. Id. at ¶ 50.

In August 2003, plaintiffs filed their First Amended Complaint, adding that, if the FOSes were properly classified as FLSA-Exempt, they were nonetheless entitled to pay pursuant to the Federal Employees Pay Act ("FEPA"), 5 U.S.C. §§ 5541-5550. In February 2004, plaintiffs filed a motion to amend the complaint further to add a FEPA claim on behalf of the Crew Leaders and Enumerators, which we opposed. See Motion For Leave To File Second Amended Complaint. That motion was stayed, pending settlement discussions. Order of Judge Braden dated March 16, 2004.

B. 2003-2004: The Concord Proceedings

Although the parties briefed and argued whether the suit may proceed as a class action, the Court has not ruled upon that motion. Transcript of Proceedings, April 15, 2003. In the meantime, the Court adopted the parties' suggestion that they begin discovery and focus upon the claims of a single Local Census Office ("LCO"). At plaintiffs' suggestion, the Court ordered that the Concord California LCO be that office. Id. at 33-34. The parties then engaged in two years of discovery concerning: the Bureau's policies and practices generally, the policies and practices of Concord LCO's regional headquarters (Seattle), the policies and practices of the LCO itself, and the individual Concord claims. During that effort, the parties served a number of

interrogatories and document requests (for example, plaintiff, served 11), and raised a number of discovery issues – some of which they resolved themselves, some of which were resolved by the Court. Defendant took approximately 52 depositions; plaintiffs took approximately 12, eight pursuant to RCFC 30(b)(6). Following the close of the Concord discovery, the Court scheduled a trial to begin in March 2004. Order of Judge Braden dated October 7, 2003. After beginning their preparation for the trial, however, the parties informed the Court that they wished to resolve the case by a means other than trial. See Order of Judge Braden, March 16, 2004.

C. 2004-2005: Mediation and Global Resolution

Thereafter, with the Court's assistance, the parties began developing a procedure designed to resolve the bulk of the more than 7,000 claims presented in this lawsuit. This process began with a Court-assisted mediation session in San Francisco, in August, 2004, and included many in-person and telephonic exchanges. In February 2005, these efforts culminated in an alternative resolution Memorandum of Understanding ("MOU"). Defendant's Exhibit ("Def. Ex.") 1. The centerpiece of the MOU was a questionnaire, to be distributed to all claimants, informing them of the particular nature of this lawsuit (a claim for unpaid FLSA overtime) and posing questions concerning the particulars of their claims, including, among other things, the identity of their supervisors. The parties' eventual study of the questionnaire responses was to inform their classifying the claims into "strata." A particular stratum's claims were to be resolved upon the basis of the deposition and discrete negotiation of selected members of the stratum. Final agreement on the questionnaire consumed well over a year, as the parties sought to identify the relevant questions and the clearest way to express them, to ensure the forms would yield meaningful responses. During this same time, the parties engaged in

settlement negotiations of those Concord plaintiffs who appeared for deposition before the close of discovery.

D. 2005-2006: Summary Judgment Motions and Trial

As part of their agreed-upon procedure, the parties identified a number of issues that were likely to affect an unforseen number of plaintiffs in addition to the Concord plaintiffs, including: (1) whether the Census's classification provided grounds for equitable tolling, (2) whether a claim that Census had not paid FLSA overtime for hours worked over eight in a day stated a claim, (3) the propriety of the FOS FLSA classification, and (4) whether plaintiffs' constructively-ordered overtime claim stated a FEPA claim. In Christofferson v. U.S., 64 Fed. Cl. 316 (2005), the Court resolved the first two issues in the Government's favor, deferred the first pending the Supreme Court's possible review of Doe v. United States, 372 F.3d 1347 (Fed. Cir. 2004), and ordered pretrial briefing and a trial concerning the classification issue. On July 29, 2005, following a one-week trial in San Francisco, the Court resolved the FOS-classification issue in plaintiffs' favor. Christofferson v. U.S., 67 Fed. Cl. 68 (2005).

In May 2006, plaintiffs requested that the Court find that the claims of certain consenters were subject to equitable tolling and, therefore, not subject to the FLSA's statute of limitations, arguing that these plaintiffs did not know they could have been included in the lawsuit, until the Court's ruling holding that the FOSes had been misclassified. Christofferson v. U.S., 72 Fed. Cl. 541 (2006). The Court denied that motion, ruling that the fact that the Census had classified them as FLSA-exempt did not excuse them from meeting the statute of limitations for challenging that classification. Id. at 544.

Following the decision concerning the FOS FLSA status, defendant provided plaintiffs

with payroll information for all the consenters in the lawsuit for whom social security numbers were provided, the parties finalized the questionnaire, which was distributed by plaintiffs, plaintiffs collected the response data and entered parts of them into a database, which plaintiffs provided to defendant's counsel. The parties' negotiators and Census have reached virtual agreement on settlement figures for most of the 51 Concord claims at issue; the balance are pending the resolution of plaintiffs' motion to amend.

## II. Background

To conduct the 2000 Decennial, Census hired more than 800,000 temporary employees, who were employed in 520 LCOs throughout the country. Def. Ex. 2. The 520 LCOs fell under the authority of 12 temporary Regional Census Centers ("RCC"). Def. Ex. 3. Each LCO was managed by a Local Census Office Manager, who, through an office staff, managed the census taking, which was conducted by a field staff, comprising Enumerators,[1] Crew Leaders,[2] and FOSes. Def. Ex. 4. The last of the LCOs closed in October 2000. Def. Ex. 5.

Plaintiffs were hired under excepted service, temporary appointments, with specific "Not-to-Exceed" dates, and intermittent work schedules, meaning they had no consistently-prescribed work hours, which could be changed to accommodate peak workload periods. Def. Ex. 6 at 415-418. Employees with intermittent work schedules were hired only for the length of a particular Decennial operation, were paid weekly for actual hours worked, and did not earn

---

[1] Enumerators performed field enumeration which involved verifying addresses, canvassing, listing and interviewing. Def. Ex.7.

[2] Crew Leaders supervised and trained Enumerators, coordinated their operations, regularly met with Enumerators to distribute assignments and monitor work in progress, and reviewed and certified their daily payroll forms. Def. Ex. 7.

leave. Def. Ex. 32 ¶ 5.

Plaintiffs were not paid according to the General Schedule. Def. Ex. 6 at 420. Rather, their rate of pay was based upon a study performed by a Census contractor. The pay rates of the enumerators were set at a percentage of the average earnings of the work force of a particular locality. Id. at 423-24. In some locations, adjustments to the rates were made before Decennial operations began for special circumstances, and rates were raised during Decennial operations when recruiting goals were not being met in certain localities. Id. The pay rates for Crew Leaders and FOSes were set at a rate higher than the Enumerator rate in a given area, and the FOS rate fell within a range of comparable GS Schedule grades and steps, which also varied by location. Id. at 429-430, 434-435.

To ensure employees were paid for hours actually worked, each employee was required to submit a Form D-308, Daily Pay and Work Record, for each day worked. Def. Ex. 7. This pay record included training time and/or regular production hours. Id. The D-308 required the employee's signature, under the following certification: "Under penalty of fine and/or imprisonment, I certify that the information on this form is true and correct to the best of my knowledge. Id. The employee's supervisor was required to sign the form certifying as follows: "I have reviewed the entries made and they appear to be reasonable and accurate." Payroll documents would not be processed without the required signatures and dates. Def. Ex. 8 at 3-15; Def. Ex. 9 at 3-15. Employees were advised to keep copies of the D-308's, to compare to their earnings statement and paychecks, and to notify their supervisors of discrepancies. Id. Employees also provided telephone numbers of the Payroll and Administrative Support System and the Census Employee Hotline, to which they could report payroll and administrative

problems (id. at 3-18), and file administrative grievances. Id. at 5-4 - 5-6.

The supervisors' responsibilities included reviewing the daily timesheets – preferably with the employee – to ensure that the employee was claiming only the hours actually worked. Def. Ex. 8 at 1-5 and 8-9 - 8-11. Enumerator timesheets were reviewed by Crew Leaders; Crew Leader time sheets were reviewed by FOSes. Id. Supervisors also monitored production standards – the number of completed questionnaires per hour for each enumerator – using management reports. Id. at 8-8. If an enumerator was not meeting production standards, it was the supervisors' responsibility to try to increase productivity by retraining the employee, helping the employee organize his or her time and material, or accompanying the employee in the field for an hour or two to suggest ways to improve productivity. Id. If there was no immediate improvement within 24-48 hours, the supervisor was to recommend the termination of the employee. Id. Crew Leader and FOS job performance also was evaluated by the progress of their districts. Id. If performance did not improve after notice and an improvement opportunity period, their appointments could be terminated. Id.

## ARGUMENT

I. Applicable Law

RCFC 15(a) provides that, after a response to the complaint has been served: "a party may amend the party's own pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." The party who seeks leave to amend a complaint bears the burden of showing that the delay in filing the amendment is justified. Rockwell v. United States, 70 Fed. Cl. 114, 122 (2006) (citing Alfa Laval Separation, Inc. v. United States, 47 Fed. Cl. 305, 312-13 (2000) and Te-Moak Bands of W. Shoshone

Indians of Nevada v. United States, 948 F.2d 1258, 1263 (Fed. Cir. 1991)).

A trial court has broad discretion to permit or deny a proposed amendment of a complaint. Zenith Radio Corp. v. Hazeltine Research Inc., 401 U.S. 321 (1971). "[W]hether to allow leave to amend pleadings . . . is within the sound discretion of the trial court." First Interstate Bank of Billings v. United States, 61 F.3d 876, 881 (Fed. Cir. 1995); accord Foman v. Davis, 371 U.S. 178, 182 (1962); Hickman v. United States, 43 Fed. Cl. 424, 439 (1999), aff'd, 232 F.3d 906 (Fed. Cir. 2000).

Although leave to amend is ordinarily "freely given when justice so requires," it is not automatic. To the contrary, a denial of leave is warranted when: (1) the amendment would be futile; (2) the movant has engaged in undue delay; (3) the movant has acted in bad faith; (4) the movant has acted with a dilatory motive; (5) the movant has repeatedly failed to cure deficiencies; and (6) the late amendment would unduly prejudice the opposing party. Te-Moak Bands, 948 F.2d at 1260-61; Mitsui Foods, Inc. v. United States, 867 F.2d 1401, 1403-04 (Fed.Cir. 1989); St. Paul Fire & Marine Ins. Co. v. United States, 31 Fed. Cl. 151, 153 (1994). Indeed, "[t]he existence of any one of these criteria is sufficient to deny a motion to amend, the theory being that the amendment would not be necessary to serve the interests of justice under the circumstances." Spalding & Son, Inc. v. United States, 22 Cl. Ct. 678, 680 (1991); Alfa Laval, 47 Fed. Cl. at 312; Hays v. United States, 16 Cl. Ct. 770, 772 (1989) ("criteria are in the disjunctive, *i.e.*, satisfaction of one is sufficient to deny the motion" to amend).

Plaintiffs' primary legal argument is that, generally, courts should not be overly technical in enforcing the rules of pleadings and should grant motions to amend freely. But that is only half the rule. As this Court has explained, "Hornbook law teaches . . .that leave to file an

amended complaint *shall* be freely given "*when justice requires* . . . ." Hays, 16 Cl. Ct. at 772 (emphasis in original) (rejecting plaintiffs' effort to extend the statute of limitations period applicable to an FLSA complaint). Here, as we demonstrate below, the interest of justice and this Courts' prime directive, RCFC 1[3] require that leave be denied, because the amendment comes with undue delay, is prejudicial and, in any event, would be futile.[4]

Plaintiffs assert, generally, that the interest of justice would be served by permitting joinder because, otherwise, they would be deprived of pay "they earned through their hard work." Pl. Mot. 10. However, plaintiffs had multiple opportunities to collect any pay due, starting with the correct recordation of their hours. Regardless, as this Court has explained, a claim's merits are beside the point:

> Statutes of limitation are vital to the welfare of society and are favored in the law. They are not mere "technical" rules, but rather are "substantial and meritorious." Statutes of limitations serve an important role in promoting justice by "protecting parties from the prosecution of stale claims, when, by loss of evidence from death of some witnesses, and the imperfect recollection of others, or the destruction of documents, it might be impossible to establish the truth." The expiration of the applicable statute of limitations bars a plaintiff's claims "without regard to whether the claim would otherwise be meritorious."

---

[3] RCFC 1 provides that the Court's rules "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action."

[4] Notably, the authorities plaintiffs' cite are those in which the court found none of the factors that apply here – undue delay, prejudice, and futility. For example, in State of Alaska v. United States, 15 Cl. Ct. 276 (1988), the Court found that there was no prejudice or futility. Id. at 270; see also Senza-Gel v. Seifhart, 803 F.2d 661 (Fed. Cir. 1986) (no abuse of discretion when no evidence of prejudice offered); St. Paul Fire & Marine, 31 Fed. Cl. at 153 (leave to amend granted, given "total want of showing" of undue prejudice, noting prejudice of amendments requiring significant research "*shortly before trial,*" and that the trial date was approximately seven months away) (emphasis in original).

Chaney v. United States, 75 Fed.Cl. 206, 212-13 (2007) (citations omitted).

II. Plaintiffs Unduly Delayed In Amending Their Complaint

A court may deny a party leave to amend its pleading if the motion was filed after a period of undue delay. Datascope Corp. v. Smec, Inc. and Peter Schiff, 962 F.2d 1043, 1045 (Fed. Cir. 1992). See, e.g., Te-Moak Bands, 948 F.2d at 1261 (affirming denial of leave to amend after eight-year delay); First Interstate Bank of Billings, 61 F.3d at 881 (four-year delay precluded leave to amend); Alfa Laval, 47 Fed. Cl. at 312-13 (denying leave based upon two-year delay; collecting cases in which leave was denied upon the basis of the delays of 19-33 months, four years and six years); Cupey Bajo Nursing Home v. United States, 36 Fed. Cl. 122, 132 (1996) (denying leave based upon six-year delay); Spalding & Son, 22 Cl. Ct. 678 (four-year delay precluded leave to amend).

A delay is undue when a party knows, or should know, of the facts and circumstances giving rise to an amendment, but waits several years to file it. Id. As this Court has noted, "courts have not hesitated to deny motions to amend that have been filed after significant delay. Delay alone, even without a demonstration of prejudice, has thus been sufficient grounds to deny amendments of pleadings." Alfa Laval, 47 Fed. Cl. at 312l; accord Te-Moak Bands, 948 F.2d at 1262-63 ("at some point in the course of litigation, an unjustified delay preceding a motion to amend goes beyond excusable neglect, even when there is no evidence of bad faith or dilatory motive. *Liberality in pleading, does not bestow on a litigant the privilege of neglecting [its] case for a long period of time*") (internal quotations omitted) (emphasis in original)).

Here, plaintiffs filed their lawsuit in August, 2001 – over five and one-half years ago. Now, they seek to add an altogether different cause of action. However, too much water has

passed under the bridge respecting plaintiffs *original* cause of action – including the fact that discovery has closed on the Concord (test) portion of the case, and the test portion of the case has yielded precisely the benefits the parties and the Court envisioned years ago when it established the test. Specifically, the years of general Decennial, general regional, general Concord and specific Concord-plaintiff discovery have spawned test dispositive motions, a test trial, and two years of settlement negotiations designed to resolve the complaints presented in the First Amended Complaint. Those negotiations, in turn, yielded the MOU, which included lengthy negotiations over the precise questions to be asked of all present plaintiffs – questions fashioned to address the claims presented in the First Amended Complaint. Now, the agreed-upon deadline for submission of answers to those questions has passed (with the exception of a relatively small number for whom plaintiffs do not have correct social security numbers, which defendant is endeavoring to locate), plaintiffs have collected the data and presented part of it to defendant, and defendant already has begun to inspect the data.[5] In short, there is no present basis – either Court guidance or bilateral agreements – upon which to resolve any new cause of action, although that certainly would have been possible (although still futile) years ago. As a result, defendant will be well within its rights to refuse any claim for attorney fees associated with any new effort required to address claims (including the pending motion) that should and could have been dealt with at the outset (yet another complicating factor).

This Court also has held that, "[i]f a plaintiff fails to correct a pleading when given the opportunity to do so, such as during a prior amendment of a complaint, when information

[5] The parties disagree concerning the production of the actual responses to the questionnaires, but there is no doubt that the questionnaires that will be returned have been returned, and do not address the question presented in the proposed amendment.

necessary for such an amendment was available," leave to amend is improper. Forestry Surveys & Data v. United States, 44 Fed. Cl. 485, 489-90 (1999). Here, on August 27, 2003, plaintiffs amended the complaint, without our objection, to add a FEPA count for the relatively small number of supervisory employees in the case.[6] Plaintiffs did not seek to include the claims they seek to add now. In 2004, plaintiffs moved to amend their complaint yet again, seeking to add a FEPA cause of action for all plaintiffs. By that point, we did object upon the grounds of undue delay, prejudice and futility, but plaintiffs did not seek to include these claims then, either.

Despite this long delay and their previous opportunities, plaintiffs present no reasonable justification for the belated realization of their claims. Plaintiffs' employment as Decennial field workers ended in 2000. They filed their complaint for unpaid overtime in August 2001. There are no new facts surrounding their claims for unpaid straight time that they did not have in their possession in August 2001. The only explanation proffered is that plaintiffs' *attorneys* did not know the relevant facts:

> As plaintiffs' counsel has contacted plaintiffs around the country other than the "test case" Concord, CA plaintiffs, it has become apparent that straight time claims are much more prevalent among plaintiffs as a whole than they were among the Concord plaintiffs.

Pl. Br. at 9-10.

That, however, is no justification for the delay in this case – and plaintiffs offer no principle, law, or decision that suggest it might be. Nor can it be. Indeed, the lore of the

---

[6] By answer dated September 2, 2003, we responded to the complaint. The amendment covered the Field Operations Supervisors ("FOSs"), who were classified as FLSA-exempt, and who, therefore, were not eligible for FLSA during their employment. We consented to that amendment at that earlier date, because the FOSs were few in number, and reported to a single supervisor, whose testimony would be necessary to defend an FEPA complaint.

profession is replete with anecdotes of the client who walks into his lawyer's office the day *after* the statute of limitations has run – and of the advice necessarily given: "Save your money. You're too late." Indeed, the law demands that response. See, e.g., Te-Moak Bands, 948 F.2d at 1261-63 (leave to amend denied because plaintiffs were aware of facts underlying amendment at the time of the original complaint and counsel possessed information in his records years before leave to amend was sought).

The reason plaintiffs' motion falls prey to that rule is that, by their own admission, they - the individual plaintiffs - possessed the knowledge that underlies the claims at issue. Indeed, it is *their* conversations with *their* lawyers that spawned this motion. Yet, plaintiffs offer no legally-cognizable excuse for not having had these conversations before the statute of limitations expired. Instead, as did their unsuccessful 2006 motion to amend, their present motion implies that the locus of inquiry is plaintiffs' attorney's knowledge - not the plaintiffs' knowledge. In 2006, plaintiffs asserted that they were entitled to belatedly add a FEPA claim, because "depositions reveal that for quite a few plaintiffs, the two types of overtime [over 8 hours per day, and over 40 hours per week] were not synonymous." Pl. 2006 Mot at 6. But, the depositions did not reveal the facts to the plaintiffs (who recited these facts at the depositions); the depositions revealed the facts to their counsel.

In 2007, plaintiffs return to this well, asserting again that, because "plaintiffs' counsel" learned that Straight-Time Claims were "more prevalent" outside of Concord, plaintiffs are entitled to amend. Pl. Br. 9.[7] But, as in 2006, plaintiffs offer no authority for the proposition

---

[7] Moreover, even if the attorneys' knowledge were relevant, we do not understand the relevance of the knowledge that straight times claims were "more prevalent" outside of Concord.

that their failure to inform or be asked by their own attorneys about their own claims excuses their failure to bring those claims on time. Indeed, if that were the law, it would eviscerate the law of equitable estoppel, which requires proof that one's *opponent* is culpable for the delay or that the triggering event is "inherently unknowable." E.g., Japanese War Notes Claimants Ass'n. v. United States, 178 Ct. Cl. 630, 634 (1967); accord Christofferson, 64 Fed. Cl. at 326.

Plaintiffs also suggest that they were not required to add a claim for straight time until the Court ruled that plaintiffs who worked more than eight hours in a day, but not 40 in a week were not eligible for overtime under the FLSA. Pl. Mot. 12. But, the FLSA clearly defines overtime as hours worked beyond 40 in a week. 29 U.S.C. § 207(a). In any event, the Court's interpretation did not create law, it only recognized that which already was the law – an eventuality that plaintiffs could have guarded against with an alternative pleading.[8] See Catawba Indian Tribe of South Carolina v. United States, 982 F. 2d 1564, 1570 (Fed. Cir. 1993) ("Any later judicial pronouncements simply explain, but do not create, the operative effect of the law"); accord Hermes v. United States, 58 Fed. Cl. 409, 417 (2003); Jones v. United States, 6 Cl. Ct. 531, 533 (1984) ("In dismissing plaintiff's claim, the court noted that the Supreme Court did not make the law, but merely 'threw judicial light upon what had been the law for more than eighty years, as everybody was bound to know'") (quoting Ide v. United States, 25 Ct. Cl. 401 (1890)).

But, even if plaintiffs' argument were well-taken, it would apply only to claims of straight time in excess of eight in a day (in weeks when plaintiff did not work 40). However, the Straight-Time Claims are fundamentally different - in part, because of their uniqueness,

---

[8] They apparently did not, because, as plaintiffs' attorneys candidly admitted in 2006, they did not realize that "for quite a few plaintiffs, the two types of overtime [over 8 hours per day, and over 40 hours per week] were not synonymous." Pl. 2006 Mot. 6.

including claims such as that of Angela Watahomigie, who asserts that she was paid for only eight hours in one week in May when she worked 55 to 60 hours and for four hours in a week when she worked 35-45 hours (Watahomigie Dec. ¶ 2[9]), and Frank Santiago who claims he was not allowed to report more than four hours a day because he was told the Government was running out of money. Santiago Dec. ¶ 2.[10]

Finally, plaintiffs attempt to shift the blame for their litigation decisions to defendants's counsel by claiming that "[d]uring negotiations on the Concord plaintiffs' claims, counsel for plaintiffs and defendant discussed settlement of the incidental Straight-Time Claims, but it was not until October 31, 2006 that defendants made it clear that it would not negotiate payment of Straight-Time Claims." Pl. Br. at 12. Plaintiffs fail to note that those were compromise claims in the context of FLSA claims, do not even note when that offer was first proposed, and do not and cannot assert that defendant's counsel ever assured them any such claims would be settled. Absent any such guarantee, plaintiffs only recourse – one their admitted knowledge of these cases indicates should have been exercised much earlier – was to seek to amend the complaint immediately.

III. Plaintiffs' Delay In Amending the Complaint Will Prejudice Defendant

A motion to amend the complaint is properly denied if the amendment would cause undue prejudice to the non-movant. Foman v. Davis, 371 U.S. at 182; First Nationwide v.

---

[9] Ms. Watahomigie's payroll records show that she was paid for the eight-hour week and the four-hour week in the pay period ending July 8, 2000, the same time pay period in which she was paid for 40 hours worked the week ending June 1, 2000. Def. Ex. 30.

[10] In fact, Mr. Santiago did report hours over four, though, most often reported well under four hours. Def. Ex. 25.

United States, 48 Fed. Cl. 248, 256 (2000). At its most fundamental level, the proposed amendment is objectionable, because of its "bait and switch" character. The Government elected to resolve these cases amicably, based upon the posture of the case at the time of its election. The Government (and plaintiffs) then invested a significant effort and consumed years in the process resolving that kind of case.[11] Now, the Government is asked either to maintain that commitment or forfeit the benefit of its commitment, and then have to embark upon a wholly new effort to resolve the new cause of action.

The passage of time also has a particularly keen effect upon the Government's ability to defend itself, because the very timekeeping system that the amendment would challenge is based upon *plaintiffs*' documentation of their hours worked and *plaintiffs'* certification of their documentation's accuracy. Def. Ex. 7; Def. Ex. 8 at 3-15; Def. Ex. 9 at 3-15. To allow plaintiffs to pull the rug out from underneath that system at this late date effectively deprives defendant of a reasonable opportunity to defend.

Indeed, even after a delay of just a few years, an employee's belated challenge to his or her *own* time card is difficult to defend. Yet, here, defendant must grapple with claims that, potentially, remain legally ripe for up to six years. (By contrast, the FLSA claims reach back only two to three years, and were first presented within one to three years of their accrual). To defend against such a claim, defendant would have to examine hard copies of plaintiffs' time sheets (one per day) to determine what hours plaintiff certified at the time. (By contrast, for FLSA claims, defendant would focus only upon those weeks in which plaintiffs worked at or

---

[11] And, time is important, because the 2010 Decennial is looming and Census wanted to resolve these cases well in advance of that operation.

near 40 hours per week, as demonstrated by a review of its electronic records; to defend a FOS classification challenge, defendant would focus upon the duties of FOSes in a particular LCO).

Next, Census attorneys and employees, who would be strangers to the relevant witnesses, would attempt to decipher the supervisor's handwriting to determine who certified the reasonableness of the hours claimed. Def. Ex. 32 ¶ 3. However, the supervisors also were temporary employees, but Census has retained no organizational charts showing who supervised these plaintiffs. Id, Defendant then would be faced with the nearly-impossible task of locating those individuals (using address information over six years old), hoping they would recall the plaintiff's specific circumstance, on particular days, long ago.

That this will be a virtually impossible task is established by plaintiffs themselves, who, in one declaration after another, assert that they were victimized by one or more supervisors whose names they cannot now recall. Declaration of Jacqueline Cage ¶ 1 ("I do not remember my supervisors' names . . . ); Declaration of Linda Chan ¶ 1 ("Another supervisor was Charles, who was also Italian, I no longer remember his last name."); Declaration of Ethel Lockhart (unidentified supervisor); Declaration of Maria Lopez-Kallis ¶ 1 ("My supervisor during the Census was also employed as a deacon at a local church; his assistant was a Polish woman, whose name I cannot remember"). Under these circumstances, plaintiffs' delay deprives defendant of the very benefit the statute of limitations was designed to afford: to "prevent plaintiffs from sleeping on their rights and to prohibit the prosecution of stale claims." Ronald R. Edes, et al., v. Verizon Communications, Inc., et. al., 417 F.3d 133, 141 (1st Cir. 2005). Thus, plaintiffs' assertion that Census can simply begin to investigate these new claims *now* ignores the prejudice their delay has occasioned.

The Government (and the FLSA-only plaintiffs) also are prejudiced by the fact that the parties already have advanced this case to the point of agreeing upon and beginning to implement a procedure for settling the claims presented in the First Amended Complaint. For its part, to avoid the time and expense of further litigation, the Government agreed to forego formal discovery of the non-Concord claims, agreed to settle claims of FOSes for whom Census has historically claimed an exemption, and devoted years of effort to the design and implementation of an alternate procedure. Plaintiffs' assertion that the Government simply can begin discovery now is only an assumption. It ignores the fact that: the Government chose to make agreements based upon the complaint as it existed; and that both parties expended a great effort to crafting a questionnaire designed to resolve FLSA complaints – not straight time complaints. Finally, any need for the Government to investigate Straight Time Claims necessarily diminishes the value of the present settlement procedure, by which the Government has agreed to settle the FLSA cases upon limited information – because, if the Government will be required to locate supervisors to ask them about the Straight Time Claims, it might just as well ask them about the FLSA claims.

IV. The Amendment Is Futile

When futility is asserted as a basis for denying a proposed amendment, "courts will discern whether a pleading is frivolous and insufficient on its face or has been adequately addressed in the prior complaint." St. Paul Fire & Marine, 31 Fed. Cl. at 155 (quoting State of Alaska v. United States, 15 Cl. Ct. 276, 280 (1988)). As this Court has recognized, futility includes a situation "where the proposed claim would not withstand a motion to dismiss." Shoshone Indian Tribe of the Wind River Reservation v. United States, 71 Fed.Cl. 172 (2006); accord Bower v. Jones, 978 F.2d 1004, 1008 (7th Cir. 1992) ("an amendment may be futile when

it fails to state a valid theory of liability, or could not withstand a motion to dismiss" (citations omitted)); Jablonski v. Pan Am. World Airways, Inc., 863 F.2d 289, 292 (3d Cir. 1988) (amendment futile because would not withstand statute of limitations defense).

Here, amendment would be futile, because plaintiffs fail to identify a cognizable, i.e., "money-mandating" cause of action, and the claims at issue are beyond the Court's jurisdictional statute of limitations, 28 U.S.C. § 2501.

A. The Court Lacks Jurisdiction Over The Amendment.

This is a court of limited jurisdiction. Dynalectron Corp. v. United States, 4 Cl. Ct. 424, 428 (1984), aff'd, 758 F.2d 665 (Fed. Cir. 1984). Absent congressional consent to entertain a claim against the United States, the Court lacks authority to grant relief. United States v. Testan, 424 U.S. 392, 399 (1976); United States v. Sherwood, 312 U.S. 584, 586 (1941).

The central provision granting consent to suit in this Court is the Tucker Act, 28 U.S.C. § 1491, which authorizes this Court to consider claims based upon "the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort." The Tucker Act itself, however, does not create a substantive right of recovery against the United States. Testan, 424 U.S. at 398; Eastport Steamship Corp. v. United States, 178 Ct. Cl. 599, 605-07, 372 F.2d 1002, 1007-09 (1967). Accordingly, a claimant must identify a contract or some other provision of law that mandates compensation. United States v. Mitchell, 445 U.S. 535, 538 (1980). The burden to establish jurisdiction rests with the plaintiffs. McNutt v. General Motors Acceptance Corp., 298 U.S. 178, 189 (1936).

Here, plaintiffs make no effort to identify a money-mandating statue or regulation that

affects *them*. Indeed, their brief does not mention jurisdiction, despite the fact that this was the focus of defendants' "legal authority," which, plaintiffs assert, they needed to study before they could file this motion. Pl. Br. 9, 13 (explaining that plaintiffs' counsel "needed to research the legal grounds for a cause of action for unpaid straight time wages."). Instead, they point generally to various regulations that define one or more Federal employee pay systems. "Proposed Second Amended Complaint" ("Prop. Compl.") ¶ 25 ("Office of Personnel Management regulations at Title 5 of the Code of Federal Regulations, Parts 530, 531, 532, 534, 536, 550, and 551 mandate the rates of pay for federal employees at various occupations, levels, grades and employment status, and under various circumstances").

However, these regulations do not confer jurisdiction upon this Court, plaintiffs do not explain how they might, and, even a cursory review demonstrates they do not. Plaintiffs' vague approach to its burden evokes the similar approach taken by the plaintiffs in Markey, et al. v. U.S., 27 Fed. Cl. 615 (1993). There, plaintiffs sought interest on an Equal Employment Opportunity Commission back pay award. They contended the Back Pay Act entitled them to such interest. When challenged to identify a basis for this Court's jurisdiction, plaintiffs cited 5 U.S.C. §§ 5504-5505 (which describe pay periods and the calculation of pay) and 5 U.S.C. §§ 5301-5385, which set forth Federal pay rates. The Court held that these various pay-related statutes did not create an entitlement to pay; rather, they specified only the timing and calculation of pay. Id. at 624. That also is true of the various portions of 5 C.F.R. relied upon by plaintiffs here.

In general, these regulations establish pay systems, procedures, and limits, and establish special kinds of pay for which plaintiffs could not possibly qualify. In many cases, the cited

provisions do not mandate pay even for those to whom they do apply. For example, 5 C.F.R. § 531, Subpart E, establishes the quality step increase, but does not require it. 5 C.F.R. § 534.403 concerns performance awards for career appointees in the Senior Executive Service, but does not require them. 5 C.F.R. § 534.201 authorizes agencies to pay stipends to certain student-employees in government hospitals, but does not mandate the payment of any particular stipend.

The sections that do mandate pay do not apply to Decennial employees (as those mentioned above do not). For example, although 5 U.S.C. § 550.904 requires the payment of hazard pay differential in specific circumstances, none of those circumstances apply to the Decennial job duties, and plaintiffs do not assert otherwise. Similarly, 5 C.F.R., Part 530, Subpart C, which authorizes special rates for retention, also does not apply to the 2000 Decennial employees. Nor does 5 C.F.R., Part 531, Subpart D, which governs within-grade increases for employees paid under the General Schedule.

Indeed, plaintiffs have made no effort to demonstrate that any of the myriad regulations they cite support this Court's jurisdiction – and, in most cases, simply reading the parts' *titles* demonstrates they do not.

For example, Part 530 (Pay Rates and Systems (General)), includes:

Subpart B – Aggregate Limitation on Pay

Subpart C – Special Salary Rate Schedules for Recruitment and Retention.

Part 531 includes:

Subpart B – Determining Rate of Basic Pay

Subpart C – Special Pay Adjustments for Law Enforcement Officers

Subpart D – Within-Grade Increases

Subpart E – Quality Step Increases

Subpart F – Locality-Based Comparability Payments

Subpart G – Continued Rates of Pay.

Part 532 governs prevailing rate systems, which even plaintiffs do not argue apply to them.

Part 534 governs "Pay Under Other Systems," including the clearly inapplicable:

Subpart B – Student-Employees In Government Hospitals

Subpart C – Basic Pay for Employees of Temporary Organizations

Subpart D – Pay and Performance Awards Under the Senior Executive Service

Subpart E – Pay for Senior-Level and Scientific and Professional Positions

Subpart F – Pay for Administrative Appeals Judge Positions.

Part 536, "Grade and Pay Retention," concerns General Schedule employees. As explained, Decennial employees were not General Schedule employees.

Part 550 applies to a variety of administrative and pay entitlement issues. Plaintiffs fail to identify any one that addresses their claims. It includes the following subparts:

Subpart A – Premium Pay

Subpart B - Advances in Pay

Subpart C – Allotments and Assignments from Federal Employees

Subpart D - Payments During Evacuations

Subpart E – Pay From More Than One Position

Subpart F [Reserved]

Subpart G – Severance Pay

Subpart H - Back Pay

Subpart I - Pay for Duty Involving Physical Hardship or Hazard

Subpart J - Adjustment of Work Schedules for Religious Observances

Subpart K - Collection by Offset from Indebted Government Employees

Subpart L - Lump-Sum Payment for Accumulated and Accrued Annual Leave

Subpart M - Firefighter Pay.

Part 551 concerns the Fair Labor Standards Act. As this Court has explained, the FLSA does not apply to pay claims for fewer than 40 hours per week. Christofferson, 64 Fed. Cl. at 318-322. Part 551 includes:

Subpart A - General Provision

Subpart B - Exemptions and Exclusions

Subpart C - Minimum Wage Provisions

Subpart D - Hours of Work

Subpart E - Overtime Pay Provisions

Subpart F - Child Labor

Subpart G - FLSA Claims and Compliance.

Plaintiffs might have intended to rely upon the Back Pay Act, 5 U.S.C., § 5596. Its implementing regulation is within the range of regulations cited in plaintiffs' motion, and it is referred to in Proposed Complaint ¶ 22, although it is not clear whether it is alleged there for its jurisdictional effect. In any event, it is clear that the Back Pay Act is not a money-mandating statute that might afford this Court jurisdiction. Spagnola v. Stockman, 732 F.2d 908, 912 (Fed. Cir. 1984) (holding that the Act is derivative and not money-mandating for purposes of

jurisdiction under the Tucker Act); accord Markey, 27 Fed. Cl. at 621.

In fact, the pay statute that governs Decennial field employee pay is 13 U.S.C. § 23(a), which states

> The Secretary may establish, at rates of compensation to be fixed by him without regard to the Classification Act of 1949, as many temporary positions as may be necessary to meet the requirements of the work provided for by law.[12]

That statute, however, is not a money-mandating statute. It simply authorizes the Secretary to establish rates of pay. See Carroll v. United States, 67 Fed. Cl. 82, 86 (2005) (statute authorizing Treasury Secretary to "fix the rates of basic pay for positions within the police forces of the United States Mint and the Bureau of Engraving and Printing" within a specified range is "discretionary and not money-mandating").

The fact that this Court does not have jurisdiction over these claims does not leave Decennial employees without recourse for claims of unpaid compensation. In 31 U.S.C. § 3702 (a)(2 ), Congress conferred authority to settle claims for unpaid compensation upon the Office of Personnel Management. At 5 C.F.R, Part 178, subpart A, OPM set forth procedures and the burden of proof to bring such claims:

> The burden is upon the claimant to establish the timeliness of the claim, the liability of the United States and the claimant's right to payment. The settlement of claims is based upon the written record only, which will include the submissions by the claimant and the Agency. OPM will accept the facts asserted by the agency, absent clear and convincing evidence to the contrary.

5 C.F.R. § 178.105.

---

[12] Pursuant to this statute, the Bureau contracted for a study of rates paid in various localities around the country and based their hourly rates on those rates. Def. Ex. 12, ¶ 2. The Bureau based the rates for Crew Leaders and Field Operations Supervisors on General Schedule ranges for similar positions. Id.

OPM also authorized agencies to establish their own procedures to settle such claims. Id. During the Decennial, Census had several hotlines to which employees could report any claims of nonpayment of wages. Def. Ex. 9 at 3-18. Personnel independent of the LCOs investigated the claims and if valid ensured payment. Id.

This scheme is logical, because, in the end, this is a dispute about whether plaintiffs worked, not whether they were correctly paid. As for that inquiry, Census established a detailed system of employee-generated data points – and Congress established a system for verifying them after the fact. Apparently, plaintiffs have not availed themselves of this remedy. Accordingly, at the very least, their claims are not ripe for adjudication.

B. The Proposed Claims Are Barred By The Statute Of Limitations.

Absent any specific statute of limitations, money claims against the United States are subject to a six-year statute of limitations. 28 U.S.C. § 2501; Ewer v. United States, 63 Fed. Cl. 396, 398 (2005). An FLSA pay claim accrues on the date of the applicable pay period. Cook v. United States, 855 F.2d 848, 851 (Fed. Cir.1988); see Beebe v. United States, 226 Ct. Cl. 308, 640 F.2d 1283, 1293 (1981); Halferty v. Pulse Drug Company, Inc., 821 F.2d 261, 270 (5th Cir. 1987) ("A cause of action accrues at each regular payday immediately following the work period during which the services were rendered for which the wage or overtime compensation is claimed"). A failure to satisfy 28 U.S.C. § 2501 deprives this Court of jurisdiction, as that statute is a condition upon this Court's jurisdiction. John R. Sand & Gravel Co. v. United States, 457 F.3d 1345, 1354-55 (Fed. Cir.2006); accord Chaney, 75 Fed. Cl. at 211-12.

Here, the statute of limitations bars the claims contained in the proposed amendment. The Decennial pay week was Sunday through Saturday. Any given week's pay was paid within 11

days of the last day of that week (Saturday). Christofferson, 64 Fed. Cl. at 325. Thus, each of plaintiffs' "no-pay" claims accrued, at the latest, 11 days after the Saturday of the week in which they allege they were not paid. However, as set forth below, none of interested plaintiffs' claims could have accrued later than 2000, because these plaintiffs' Decennial employment ended in 2000, and plaintiffs' motion was not filed until February 13, 2007 – well-beyond the sixth year anniversary of any possible accrual date.[13]

The 21 plaintiffs whose declarations accompany plaintiffs' motion worked on the Decennial until the following pay period end dates:

| | |
|---|---|
| Jacqueline Cage | May 13, 2000 |
| Linda Chan | June 24, 2000 |
| Henry Compton | May 13, 2000 |
| Shalamar Jones | May 20, 2000 |
| Ethel Lockhart | May 27, 2000 |
| Maria Lopez-Kallis | June 3, 200 |
| Shannon McCowan | July 8, 2000 |
| Marsha Mitchell | July 29, 2000 |
| Alvin Monroe | September, 2000[14] |

---

[13] Adding eleven days to these dates would not change this. Moreover, by October 2000, all of the LCOs had been closed and the field staff released. Def. Ex. 12, ¶ 4; Def. Ex. 13.

[14] Effective October 2000, Mr. Monroe began working for the Accuracy and Coverage Evaluation program, which was a nationwide sample survey conducted independently of the 2000 Decennial. Def. Exs. 35, 36. The results were used to evaluate the final census counts. Def. Ex. 36. The ACE was managed separately from the Decennial and was not comparable to it. Id.

| | |
|---|---|
| Henry Myrthil | July 22, 2000 |
| Myra Romero | August 12, 2000 |
| Frank Santiago | June 10, 2000 |
| Adam Schlachter | July 8, 2000 |
| Joseph Sciacca | May 27, 2000 |
| William Sevilla | May 27, 2000 |
| Julia Shoffner | July 22, 2000 |
| Teri Walker | June 10, 2000 |
| Angelita Watahomigie | July 8, 2000 |
| Phillip Waters | May 20, 2000 |
| James Wright | June17, 2000 |
| Anidia Zabala | July 15, 2000 |

Def. Exs. 10-30.

Plaintiffs concede their claims are untimely, but, relying upon RCFC 15(c)(2), assert that their new claims will relate back to the original complaint and, therefore, be spared the statute of limitations. RCFC 15(c)(2) provides that an amendment relates back to an original pleading when "the claim or defense asserted in the amended pleading arose out of the conduct, transaction or occurrence set forth or attempted to be set forth in the original pleading." Although the rules do not define those terms, the court of appeals has explained that they must be interpreted in light of the primary purpose of statutes of limitations, which is to is:

> 'to ensure that parties are given formal and seasonable notice that a claim is being asserted against them;' it may be said of Rule 15(c) that it 'is based on the idea that a party who is notified of litigation concerning a given transaction or occurrence is entitled to no more

> protection from statutes of limitations than one who is informed of the precise legal description of the rights sought to be enforced.' Thus notice is the test, and it is built-into the rule's requirement that the amended pleading arise out of the same 'conduct, transaction, or occurrence.' In other words, the inquiry in a determination of whether a claim should relate back will focus on the notice given by the general fact situation set forth in the original pleading.

Intrepid v. Pollock, 907 F.2d 1125, 1130 ( Fed. Cir. 1990) (citations omitted); accord Vann v. United States, 190 Ct.Cl. 546, (1970) (test for "conduct, transaction, or occurrence" in Rule 15(c) is whether the general fact situation or the aggregate of the operative facts underlying the claim for relief in the first petition gave notice to the government of the new matter).

Plaintiffs assert that the originally-alleged "conduct, transaction or occurrence" that gave rise to the amended claim is "defendant's failure to pay plaintiffs for *all* of their work time." But, that is not what was alleged in the original complaint. As we noted in our recitation of the facts, the original complaint asserted that certain supervisors "suffered and permitted" certain work, in addition to the 40 hours already worked and recognized. The FOS plaintiffs asserted that they were not paid overtime because they were improperly classified as FLSA-Exempt. Their claims turn upon "the duties actually performed by the employee." 5 C.F.R. § 551.202(i) (1998); Berg et al. v. Newman, 982 F.2d 500, 503 (Fed. Cir. 1992).[15] By contrast, whatever their legal

---

[15] To be sure, the present plaintiff group already presents a variety of fact-intensive claims. However, the FLSA itself permits FLSA claimants to join with other FLSA claimants when they assert that they are "similarly situated." The Straight-Time Claims, because they are not FLSA claims, are subject to no such procedural grace. Moreover, we have had no occasion to challenge whether, in fact, all of the several thousand consenters in this lawsuit are, in fact, "similarly situated." Plaintiffs' various motions to amend the complaint upon the basis of later-discovered theories of relief demonstrates that it is likely that no one knows which of the plaintiffs are, in fact, "similarly situated." However, because the statute of limitations was open, because plaintiffs' were represented by a single counsel, because plaintiffs were willing to treat
(continued...)

underpinning, the Straight-Time Claims do not present the same issues; instead, they turn upon facts specific to a given plaintiff's work assignments and work performance and, therefore, by their nature, do not arise out of the same "transaction' as the existing claims. Indeed, that is why there is a separate statute of limitations for each pay period – because each violation is a separate transaction. See Ewer, 63 Fed. Cl. 400-01. Moreover, if a "transaction" can be as broad as, in essence, the refusal to pay what is allegedly due, there is scarcely a cause of action that cannot relate back to the original complaint.[16]

In other words, adding the Straight-Time Claims to this lawsuit would only further fracture this lawsuit and not serve the interest of justice.

C. The Straight Time Claims Are Not Suitable For A Class Action

Plaintiffs style their proposed amendment as a class claim. However, it is clear that the class could never be certified under RCFC 23. The factors of the Straight-Time Claims do not meet the criteria for class certification. The commonality requirement of RCFC 23 entails three inquiries: "(1) whether there are common questions of law or fact; (2) whether those common questions predominate over any questions affecting only individual members; and (3) whether the

---

[15](...continued)
the claims on an office-by-office basis, and because the MOU permits somewhat individualized inquires, we had no motive too force the plaintiffs to file separate complaints. However, in a similar Decennial case, where those elements were not present, the Court agreed that these cases were not necessarily ripe for unregulated joinder by consent. Briggs v. United States, 54 Fed. Cl. 205 (2002).

[16] Indeed, the Straight-Time Claims themselves do not arise out of the same transaction. See Oja v. U.S. Army Corps of Engineers, et. al., 440 F.3d 1122 (9th Cir. 2006) (a disclosure of information on the Internet did not relate back to claim of Privacy Act violation based on earlier disclosure of information on the Internet).

United States acted or refused to act on grounds generally applicable to the class." Filosa v. United States, 70 Fed. Cl. 609, 617 (2006).

First, there is no common legal issue that predominates over factual issues. Plaintiffs' allege that they "were subject to the same policies and practices that resulted in the denial of . . . regular pay." Prop. Compl. ¶ 11. However, the affidavits submitted demonstrate that the issues implicated by the Straight-Time Claims are anything but policy or practice, and instead are employee specific. According to the plaintiffs' own statements, the reasons they were allegedly denied pay for hours under 40 hours per week are widely varied and include: "they could only claim a certain amount of time on their time sheets"; "they were supposed to be part-time employees and therefore could not record 40 hours of work per week"; "they could record on their time sheets only the time they were actually out in the field"; "some employees were given no explanation"; and others were "told to record a number of hours that was lower than their actual work hours." Prop. Compl. ¶ 32. Both liability and the appropriate remedy must be determined for each plaintiff, and therefore, no common issues of law or fact exist.

Second, plaintiffs are individuals who held different positions, with different levels of supervision. The named plaintiffs held positions including Field Operations Supervisor, Crew Leader, and Enumerator. "A class that encompasses both ... workers in different offices with different production capabilities, and workers spread over different departments should be viewed with skepticism." Bacon v. Honda of Am. Mfg., Inc., 370 F.3d 565, 571 (6th Cir. 2004). Plaintiffs also were employed in different geographic areas throughout the country. Thus, they were subject to different supervisors and managers. The geographic dispersal of the Government decision makers also suggests a lack of commonality. See, e.g., Garcia v. Johanns, 444 F.3d 625,

633 (D.C. Cir. 2006) (citing Bacon, 370 F.3d at 571); Garcia v. Veneman, 211 F.R.D. 15, 22 (D.D.C. 2004); Stastny v. S. Bell Tel. & Tel. Co., 628 F.2d 267, 279 (4th Cir.1980) ("substantial degree of and perhaps almost complete local autonomy in separate facilities...cuts against any inference for class action commonality purposes that local facility practices were imposed or enforced state-wide with respect to a statewide class"); Carson v. Giant Food, Inc., 187 F. Supp.2d 462, 471 (D.Md. 2002) ("[P]utative class members worked in at least thirteen different facilities, located at five different towns or cities. This geographical diversity itself would make class treatment inappropriate."); Zachery v. Texaco Exploration and Prod., Inc.,185 F.R.D. 230, 239 (W.D. Tex. 1999) ("In this case, the proposed class is spread across fifteen states in seventeen separate business units, each of which, until 1998, had varying degrees of autonomy over evaluation and promotion decisions . . . [d]elving into the practices of each local business unit and conceivably even into the individual decisions is precisely the type of individualized inquiry that class actions were designed to avoid."); Cooper v. Southern. Co., 390 F.3d 695, 715 (11th Cir. 2004) (no abuse of discretion in denying class certification to employees working for different defendants throughout wide geographic area and encompassing range of working environments).

In sum, there is no common issue warranting a class action for such a diverse group. "[N]ot every common question . . . will suffice [to show commonality], however; at a sufficiently abstract level of generalization, almost any set of claims can be said to display commonality. What [the courts] are looking for is a common issue the resolution of which will advance the litigation." Love v. U.S. Dept. of Agriculture, 439 F.3d 723, 729 (D.C. Cir. 2006) (quoting Sprague v. Gen. Motors Corp., 133 F.3d 388, 397 (6th Cir. 1998)).

**CONCLUSION**

For these reasons, defendant respectfully requests that the Court deny plaintiffs' motion to amend the First Amended Complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311

Attorneys for Defendant

OF COUNSEL:

RAYNA G. ELLER, ESQ.
Senior Attorney
Office of the General Counsel
Department of Commerce
Bureau of the Census
Suitland MD 20746-24

March 23, 2007

CERTIFICATE OF FILING

I hereby certify that on March 23, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham

# Appendix


| Description | Exhibit |
|---|---|
| MOU (Feb. 2005) | 1 |
| Jan. 5, 2000 Press Release | 2 |
| RCC Organization Chart | 3 |
| Organization of the LCO | 4 |
| Closing Dates of LCOs | 5 |
| Trial transcript | 6 |
| Form D-308 | 7 |
| Field Supervisory Census Employee Handbook | 8 |
| Field Nonsupervisory Census Employee Handbook | 9 |
| D-308's for Plaintiffs | 10-30 |
| Job Action Report re Alvin Monroe | 31 |
| Declaration of Viola Lewis-Willis | 32 |

UNITED STATES DEPARTMENT OF COMMERCE NEWS

WASHINGTON, DC 20230

ECONOMICS AND STATISTICS ADMINISTRATION

BUREAU OF THE CENSUS

FOR IMMEDIATE RELEASE
WEDNESDAY, JANUARY 5, 2000

Decennial Media Relations
301-457-3691/301-457-3620 (fax)
301-457-1037 (TDD)
e-mail: 2000usa@census.gov

CB00-CN.02

Census Bureau Begins to Recruit
Hundreds of Thousands of Workers for Census 2000

The Census Bureau today launched a nationwide recruiting campaign to find workers to fill thousands of short-term employment slots during Census 2000. To adequately staff the temporary local census offices in every state, a pool of some 3 million applicants will be needed.

"Census 2000 will be the largest peacetime mobilization in our nation's history," said Commerce Secretary William M. Daley in a statement. "Hiring and retaining well-qualified workers will be critical towards achieving a fair and accurate count."

Census Bureau Director Kenneth Prewitt urged everyone interested in a census job to call the agency's toll-free number, 1-888-325-7733.

While acknowledging that attracting qualified candidates will be a challenge in the current labor market, Prewitt noted that Census 2000 jobs are ideal for retirees, students and others seeking part-time work. For the first time, most federal employees will be allowed to work on the census outside their normal work hours. Pay rates range from $8.25 to $18.50 per hour.

People hired will work primarily out of the 520 local census offices across the country. Generally, each of the local census offices will need about 1,000 workers, most of them during a period of four to six weeks. The largest number will be needed beginning in mid-April when census workers visit households that do not return their Census 2000 forms by mail.

During the course of census operations, there will be more than 860,000 employment slots to be filled. Some workers will be hired for one slot, and then rehired later to fill another slot.

"Our goal is to have a pool of local people who are familiar with their communities and committed to a successful count in their own neighborhoods," Prewitt stressed.

Prewitt also underscored the fact that "the stakes are very high in the census" since, in addition to its constitutional purpose of apportioning seats in the U.S. House of Representatives, the census also is used in state legislative redistricting and to help determine the share of federal program funds made available to state, local and tribal governments over

the next decade. Data gathered will affect decisions on many matters of local importance, including education, health care, employment, housing, transportation and the environment.

The addresses of local census offices are available on the Internet at http://www.census.gov/jobs2000/www/index.html.

-X-

The Census Bureau guarantees that the answers given on census forms are kept strictly confidential. Information collected in Census 2000 will provide local area data needed for communities to receive federal program funds and for private sector and community planning.

*Source: U.S. Census Bureau*
*Public Information Office*
*301-457-3030*
Last Revised: April 13, 2001 at 02:09:22 PM



USCENSUSBUREAU
Helping You Make Informed Decisions

## RCC ORGANIZATION CHART



## *OVERALL CENSUS ORGANIZATION*

- ❑ There are 12 permanent Regional Offices throughout the country.
- ❑ 12 Regional Census Centers (RCCs), located in the same places as the Regional Offices, are open for address list development, enumeration, and coverage improvement operations.
- ❑ A number of Census Field Offices (CFOs) were open for address list development operations but are now closed.
- ❑ 521 Local Census Offices (LCOs) are now open to handle enumeration at the local level. This includes the 130 Early Opening LCOs (ELCOs) that opened in late 1998 and early 1999 to begin preparing for Census 2000 and have now become LCOs.
- ❑ There are four Data Capture Centers (DCCs) in the following locations:
  - Baltimore, Maryland
  - Phoenix, Arizona
  - Pomona, California
  - Jeffersonville, Indiana.

**NOTES:**

# CHAPTER 1

## ORGANIZATION AND STAFFING IN THE LOCAL CENSUS OFFICE

This chapter describes the Local Census Office (LCO) organizational structure and the duties assigned to each position.

### 1A ORGANIZATION

The Office Manager supervises the office according to the sample organization chart shown in Illustration 1-1 on page 1-5. The chart shows the supervisory reporting relationships, as well as areas of responsibility within the office. The organization in your office may be slightly different. If so, the office manager will provide you with the appropriate changes. Until the Assistant Managers enter on duty, the Office Manager will directly supervise operations in those respective areas.

### 1B STAFFING

The Office Manager has been advised by the Area Manager in the Regional Census Center of the number of persons required to do specific operations and the dates of their employment. These determinations are discussed with the appropriate supervisors who then request a list of applicants by identifying the selection criteria or position using Form D-150, Selection Record Request.

### 1C POSITIONS

During the census, each employee is hired to do a specific job to keep operations on schedule. Refer to Illustration 1-2 on page 1-6 for a list of the position titles, series and pay plan, and the position number.

The Office Manager has a detailed job description for each employee. A summary is provided below:

- **Office Manager** (Supervised by the Assistant Regional Census Manager)

  Manages the overall Local Census Office operation, assuring that work is completed on schedule, according to instructions, and within budget allocations. Serves as principal spokesperson for the Census Bureau by developing and maintaining good public relations with the news media, community leaders, and local government officials in order to acquaint the public with the census and to promote community cooperation.

- **Assistant Manager for Field Operations** (Supervised by the Office Manager)

  Manages and monitors all field data collection operations. Responsible for the activities of the entire field workforce and several office workers during all field operations. Responsible for the completion of field work in a timely and cost efficient manner.

- **Assistant Manager for Administration** (Supervised by the Office Manager)

  Manages the office administrative operations such as payroll, personnel, supply requisitioning, and other administrative activities of the office, includes the entire field workforce. Provides administrative management reports and uses program accomplishments to prepare and review financial reports.

- **Assistant Manager for Recruiting** (Supervised by the Office Manager)

  Oversees the recruitment, testing and selecting of applicants to fill Local Census Office positions. Monitors the Applicant File. Serves as the main contact with all recruiting sources and works with the partnership specialist to insure an adequate pool of applicants is obtained.

- **Administrative Assistant** (Supervised by the Office Manager)

  Provides administrative and secretarial assistance to the Office Manager and clerical and secretarial support for the office management staff. Receives and screens telephone and personal callers. Controls visitor and temporary ID badges. Prepares time sheets for mixed-tour, leave earning Local Census Office staff.

- **Automation Technician** (Supervised by the Office Manager)

  Performs troubleshooting duties by identifying problems with hardware or software, resolves the problems or if necessary, communicates the problems to an off site center for resolution. Monitors schedules for automated activities according to workflow and operational priorities.

- **Field Operations Supervisor** (Supervised by the Assistant Manager for Field Operations)

  Coordinates, supervises and oversees the operations performed by the field employees as crew leaders and enumerators. Completes the appointment process for crew leader and enumerators (as needed). Reviews and certifies daily payroll forms for crew leaders, and as necessary enumerators.

- **Field Operations Supervisor (ACE)** (Supervised by the Assistant Manager for Field Operations)

  Appoints, trains and supervises crew leaders (ICM) and as necessary, enumerators (ICM) engaged in the Integrated Coverage Measurement (ICM) or quality control operations. Coordinates and oversees the ICM or quality control operations performed by the crew leaders (ICM) and enumerators (ICM). Reviews and certifies daily payroll forms for crew leaders (ICM), and if necessary enumerators (ICM).

*(Revised 02/00)*

- **Crew Leader** (Supervised by the Field Operations Supervisor)

  Appoints, trains and supervises enumerators engaged in all field operations. Coordinates and oversees the operations performed by the enumerators. Regularly meets with enumerators to distribute assignments and monitor work in progress. Reviews and certifies daily payroll forms for enumerators.

- **Crew Leader (ACE)** (Supervised by the Field Operations Supervisor (ACE)

  Appoints, trains and supervises enumerators (ACE) engaged in the Integrated Coverage Measurement (ACE) or quality control operations. Coordinates and oversees the ICM or quality control operations performed by the enumerators (ACE). Regularly meets with enumerators (ACE) to distribute assignments and monitor work in progress. Reviews and certifies daily payroll forms for enumerators (ACE).

- **Crew Leader Assistant** (Supervised by the Crew Leader)

  Assists crew leader in guiding an directing the work of a group of enumerators engaged in field data collection. Conducts replacement training sessions for enumerators. Participates in recruiting and testing activities. Regularly meets with enumerators to assure assignments are completed accurately and to assign work.

- **Crew Leader Assistant (A.C.E.)** (Supervised by the Crew Leader (ACE)

  Assists crew leader in guiding an directing the work of a group of enumerators (ACE) engaged in quality control listings. Conducts replacement training sessions for enumerators (ACE). Participates in ACE recruiting and testing activities. Regularly meets with enumerators (ACE) to assure assignments are completed accurately and to assign work.

- **Enumerator** (Supervised by the Crew Leader)

  Locally hired people performing field enumeration in their neighborhood which involves verifying addresses, canvassing, listing, and interviewing.

- **Enumerator (ACE)** (Supervised by the Crew Leader (ACE)

  Locally hired people performing field activities for the Integrated Coverage Measurement (ACE) or quality control operations in their neighborhood which involves verifying addresses, canvassing, listing, and interviewing.

# Census 2000
# Local Census Office (LCO)
# Closure Dates

ATLANTA

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2911 | Birmingham | AL | 09/15/2000 |
| 2915 | Montgomery | AL | 09/15/2000 |
| 2958 | Savannah | GA | 09/15/2000 |
| 2920 | Broward Co. South | FL | 09/15/2000 |
| 2922 | Homestead | FL | 09/15/2000 |
| 2914 | Mobile | AL | 09/30/2000 |
| 2912 | Gadsden | AL | 09/30/2000 |
| 2913 | Huntsville | AL | 09/30/2000 |
| 2919 | Bradenton | FL | 09/30/2000 |
| 2938 | Lake Worth | FL | 09/30/2000 |
| 2964 | Columbus | GA | 09/30/2000 |
| 2953 | Forest Park | GA | 09/30/2000 |
| 2952 | Gainesville, GA | GA | 09/30/2000 |
| 2949 | Augusta | GA | 09/30/2000 |
| 2925 | Ft. Myers | FL | 09/30/2000 |
| 2947 | Atlanta East | GA | 09/30/2000 |
| 2954 | Duluth | GA | 09/30/2000 |
| 2955 | Macon | GA | 09/30/2000 |
| 2951 | Newnan | GA | 09/30/2000 |
| 2946 | Albany | GA | 09/30/2000 |
| 2933 | Melbourne | FL | 09/30/2000 |
| 2932 | Lakeland | FL | 09/30/2000 |
| 2950 | Decatur | GA | 09/30/2000 |
| 2939 | Pensacola | FL | 09/30/2000 |
| 2942 | Sanford | FL | 09/30/2000 |
| 2931 | Jacksonville South | FL | 10/13/2000 |
| 2927 | Gainesville, FL | FL | 10/13/2000 |
| 2917 | Tuscaloosa | AL | 10/13/2000 |
| 2929 | Hillsborough Co | FL | 10/13/2000 |
| 2940 | Palm Harbor | FL | 10/13/2000 |
| 2941 | Clearwater | FL | 10/13/2000 |
| 2930 | Jacksonville North | FL | 10/13/2000 |
| 2918 | Delray Beach | FL | 10/13/2000 |
| 2944 | Tallahassee | FL | 10/13/2000 |
| 2945 | Tampa | FL | 10/13/2000 |
| 2926 | Ft. Pierce | FL | 10/13/2000 |
| 2924 | Ft. Lauderdale | FL | 10/13/2000 |
| 2937 | Orlando | FL | 10/13/2000 |
| 2923 | Daytona Beach | FL | 10/13/2000 |
| 2957 | Dalton | GA | 10/13/2000 |
| 2943 | Port Charlotte | FL | 10/13/2000 |
| 2916 | Opelika | AL | 10/13/2000 |
| 2959 | Bessemer | AL | 10/13/2000 |
| 2961 | Brooksville | FL | 10/13/2000 |
| 2960 | Florence | AL | 10/13/2000 |

| | | | |
|---|---|---|---|
| 2956 | Marietta | GA | 10/13/2000 |
| 2962 | Broward County North | FL | 10/13/2000 |
| 2963 | Athens | GA | 10/13/2000 |
| 2928 | Hialeah | FL | 10/31/2000 |
| 2934 | Miami East | FL | 10/31/2000 |
| 2948 | Atlanta West | GA | 10/31/2000 |
| 2936 | Ocala | FL | 10/31/2000 |
| 2935 | Miami South | FL | 10/31/2000 |
| 2921 | Miami-Dade NE | FL | 10/31/2000 |
| 2965 | Waycross | GA | 10/31/2000 |
| | | | |
| ############ | Number of LCOs Closing | | 5 |
| ############ | Number of LCOs Closing | | 20 |
| ############ | Number of LCOs Closing | | 23 |
| ############ | Number of LCOs Closing | | 7 |
| | Total | | 55 |

55 55

11

44

520

109

629

629

# Census 2000
# Local Census Office (LCO)
# Closure Dates

BOSTON

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2137 | BUFFALO | NY | 08/31/2000 |
| 2146 | Watertown | NY | 08/31/2000 |
| 2142 | Niagara Falls | NY | 08/31/2000 |
| 2140 | Kingston | NY | 08/31/2000 |
| 2121 | Yarmouth | MA | 08/31/2000 |
| 2157 | Caguas | PR | 09/15/2000 |
| 2156 | Ponce | PR | 09/15/2000 |
| 2155 | Mayaguez | PR | 09/15/2000 |
| 2154 | Aguadilla | PR | 09/15/2000 |
| 2153 | Arecibo | PR | 09/15/2000 |
| 2152 | Bayamon | PR | 09/15/2000 |
| 2151 | Guaynabo | PR | 09/15/2000 |
| 2158 | Carolina | PR | 09/15/2000 |
| 2150 | San Juan North | PR | 09/15/2000 |
| 2125 | Beverly | MA | 09/30/2000 |
| 2126 | Pittsfield | MA | 09/30/2000 |
| 2130 | Worcester | MA | 09/30/2000 |
| 2127 | Randolph | MA | 09/30/2000 |
| 2128 | Springfield | MA | 09/30/2000 |
| 2133 | Concord | NH | 09/30/2000 |
| 2134 | Dover | NH | 09/30/2000 |
| 2116 | Stamford | CT | 09/30/2000 |
| 2136 | Amherst | NY | 09/30/2000 |
| 2131 | Bangor | ME | 09/30/2000 |
| 2132 | Portland | ME | 09/30/2000 |
| 2139 | Glens Falls | NY | 09/30/2000 |
| 2115 | Norwich | CT | 09/30/2000 |
| 2114 | New Haven | CT | 09/30/2000 |
| 2143 | Rochester | NY | 09/30/2000 |
| 2144 | SYRACUSE | NY | 09/30/2000 |
| 2145 | Utica | NY | 09/30/2000 |
| 2113 | Hartford | CT | 09/30/2000 |
| 2147 | Providence | RI | 09/30/2000 |
| 2148 | Warwick | RI | 09/30/2000 |
| 2149 | Burlington | VT | 09/30/2000 |
| 2124 | New Bedford | MA | 09/30/2000 |
| 2123 | Cambridge | MA | 09/30/2000 |
| 2122 | Lowell | MA | 09/30/2000 |
| 2117 | Waterbury | CT | 09/30/2000 |
| 2119 | Boston South | MA | 09/30/2000 |
| 2118 | Boston | MA | 09/30/2000 |
| 2112 | New Britain | CT | 09/30/2000 |
| 2135 | ALBANY | NY | 09/30/2000 |
| 2138 | Elmira | NY | 09/30/2000 |
| 2159 | Bridgeport | CT | 09/30/2000 |

| | | | |
|---|---|---|---|
| 2160 | Chelsea | MA | 09/30/2000 |
| 2161 | Natick | MA | 09/30/2000 |
| 2162 | Middletown | NY | 09/30/2000 |
| | | | |
| ########## | Number of LCOs Closing | | 5 |
| ########## | Number of LCOs Closing | | 9 |
| ########## | Number of LCOs Closing | | 34 |
| | Total | | 48 |

48

1

47

# Census 2000
# Local Census Office (LCO)
# Closure Dates

CHARLOTTE

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2811 | Corbin | KY | 09/15/2000 |
| 2865 | Fredericksburg | VA | 09/15/2000 |
| 2835 | Chattanooga | TN | 09/15/2000 |
| 2815 | Lexington | KY | 09/15/2000 |
| 2816 | Louisville | KY | 09/15/2000 |
| 2854 | Virginia Beach | VA | 09/15/2000 |
| 2853 | Roanoke | VA | 09/15/2000 |
| 2848 | Fairfax | VA | 09/15/2000 |
| 2845 | Ashland | VA | 09/15/2000 |
| 2821 | Greensboro | NC | 09/15/2000 |
| 2847 | Chesapeake | VA | 09/15/2000 |
| 2844 | Alexandria | VA | 09/15/2000 |
| 2843 | Tullahoma | TN | 09/15/2000 |
| 2862 | Greenville | SC | 09/15/2000 |
| 2827 | Wilmington | NC | 09/15/2000 |
| 2864 | Crossville | TN | 09/15/2000 |
| 2829 | Anderson | SC | 09/15/2000 |
| 2842 | Nashville | TN | 09/15/2000 |
| 2855 | Ashland | KY | 09/15/2000 |
| 2852 | Richmond | VA | 09/15/2000 |
| 2850 | Newport News | VA | 09/15/2000 |
| 2828 | Winston-Salem | NC | 09/30/2000 |
| 2825 | Greenville West | NC | 09/30/2000 |
| 2830 | Beaufort | SC | 09/30/2000 |
| 2831 | Charleston | SC | 09/30/2000 |
| 2820 | Hickory | NC | 09/30/2000 |
| 2840 | Memphis | TN | 09/30/2000 |
| 2841 | Murfreesboro | TN | 09/30/2000 |
| 2824 | Raleigh | NC | 09/30/2000 |
| 2823 | Monroe | NC | 09/30/2000 |
| 2822 | Greenville | NC | 09/30/2000 |
| 2832 | Columbia | SC | 09/30/2000 |
| 2846 | Charlottesville | VA | 09/30/2000 |
| 2819 | Durham | NC | 09/30/2000 |
| 2833 | Rock Hill | SC | 09/30/2000 |
| 2849 | Manassas | VA | 09/30/2000 |
| 2814 | Hopkinsville | KY | 09/30/2000 |
| 2851 | Radford | VA | 09/30/2000 |
| 2818 | Charlotte | NC | 09/30/2000 |
| 2817 | Asheville | NC | 09/30/2000 |
| 2836 | Clarksville | TN | 09/30/2000 |
| 2837 | Jackson | TN | 09/30/2000 |
| 2856 | Bowling Green | KY | 09/30/2000 |
| 2858 | Gastonia | NC | 09/30/2000 |
| 2859 | Salisbury | NC | 09/30/2000 |

| | | | |
|---|---|---|---|
| 2860 | Conway | SC | 09/30/2000 |
| 2861 | Florence | SC | 09/30/2000 |
| 2812 | Covington | KY | 09/30/2000 |
| 2839 | Knoxville | TN | 09/30/2000 |
| 2838 | Johnson City | TN | 09/30/2000 |
| | | | |
| ########## | Number of LCOs Closing | | 21 |
| ########## | Number of LCOs Closing | | 29 |
| | Total | | 50 |

50
1
51

# Census 2000
# Local Census Office (LCO)
# Closure Dates

CHICAGO

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2511 | Belleville | IL | 09/15/2000 |
| 2533 | Evansville | IN | 09/15/2000 |
| 2544 | Fond Du Lac | WI | 09/15/2000 |
| 2554 | Stevens Point | WI | 09/15/2000 |
| 2553 | Palatine | IL | 09/15/2000 |
| 2529 | Peoria | IL | 09/15/2000 |
| 2552 | Bloomington | IL | 09/15/2000 |
| 2548 | Madison | WI | 09/15/2000 |
| 2531 | Springfield | IL | 09/15/2000 |
| 2551 | Muskego | WI | 09/15/2000 |
| 2521 | Des Plaines | IL | 09/15/2000 |
| 2522 | Hazel Crest | IL | 09/15/2000 |
| 2523 | Glen Ellyn | IL | 09/15/2000 |
| 2535 | Gary | IN | 09/15/2000 |
| 2550 | Superior | WI | 09/15/2000 |
| 2543 | Germantown | WI | 09/15/2000 |
| 2526 | Vernon Hills | IL | 09/30/2000 |
| 2513 | Chicago Far South | IL | 09/30/2000 |
| 2527 | Marion | IL | 09/30/2000 |
| 2518 | Chicago Near Southwest | IL | 09/30/2000 |
| 2519 | Chicago Northwest | IL | 09/30/2000 |
| 2532 | Champaign | IL | 09/30/2000 |
| 2525 | Tinley Park | IL | 09/30/2000 |
| 2524 | Elgin | IL | 09/30/2000 |
| 2516 | Lemont | IL | 09/30/2000 |
| 2536 | Indianapolis | IN | 09/30/2000 |
| 2537 | Kokomo | IN | 09/30/2000 |
| 2538 | Marion Co. | IN | 09/30/2000 |
| 2539 | Muncie | IN | 09/30/2000 |
| 2540 | Clarksville | IN | 09/30/2000 |
| 2541 | South Bend | IN | 09/30/2000 |
| 2542 | Terre Haute | IN | 09/30/2000 |
| 2512 | Chicago Far North | IL | 09/30/2000 |
| 2528 | Quincy | IL | 09/30/2000 |
| 2545 | Green Bay | WI | 09/30/2000 |
| 2546 | Racine | WI | 09/30/2000 |
| 2547 | LaCrosse | WI | 09/30/2000 |
| 2530 | Rockford | IL | 09/30/2000 |
| 2549 | Milwaukee | WI | 09/30/2000 |
| 2534 | Fort Wayne | IN | 09/30/2000 |
| 2555 | Chicago Central | IL | 09/30/2000 |
| 2520 | Chicago West | IL | 10/13/2000 |
| 2515 | Chicago Near North | IL | 10/13/2000 |
| 2514 | Chicago Far Southwest | IL | 10/13/2000 |
| 2517 | Chicago Near South | IL | 10/13/2000 |

| | | | |
|---|---|---|---|
| | | | |
| ############ | Number of LCOs Closing | | 16 |
| ############ | Number of LCOs Closing | | 25 |
| ############ | Number of LCOs Closing | | 4 |
| | Total | | 45 |

45
10
45

# Census 2000
# Local Census Office (LCO)
# Closure Dates

DALLAS

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 3033 | Dallas County NE | TX | 09/15/2000 |
| 3034 | Dallas Co. NW | TX | 09/15/2000 |
| 3032 | DALLAS | TX | 09/15/2000 |
| 3051 | San Antonio North | TX | 09/15/2000 |
| 3050 | San Antonio East | TX | 09/15/2000 |
| 3016 | Monroe | LA | 09/15/2000 |
| 3053 | Texas City | TX | 09/15/2000 |
| 3037 | FORT WORTH | TX | 09/15/2000 |
| 3019 | Shreveport | LA | 09/15/2000 |
| 3028 | Beaumont | TX | 09/15/2000 |
| 3036 | El Paso | TX | 09/15/2000 |
| 3035 | Dallas Co. South | TX | 09/15/2000 |
| 3055 | Victoria | TX | 09/15/2000 |
| 3049 | SAN ANTONIO | TX | 09/15/2000 |
| 3046 | McAllen | TX | 09/15/2000 |
| 3031 | CORPUS CHRISTI | TX | 09/15/2000 |
| 3043 | Laredo | TX | 09/15/2000 |
| 3029 | Bedford | TX | 09/15/2000 |
| 3018 | Orleans Parish | LA | 09/30/2000 |
| 3026 | Amarillo | TX | 09/30/2000 |
| 3025 | Abilene | TX | 09/30/2000 |
| 3024 | Tupelo | MS | 09/30/2000 |
| 3023 | Meridian | MS | 09/30/2000 |
| 3022 | JACKSON | MS | 09/30/2000 |
| 3021 | Greenville | MS | 09/30/2000 |
| 3020 | Gulfport | MS | 09/30/2000 |
| 3027 | Austin | TX | 09/30/2000 |
| 3038 | HARRIS COUNTY | TX | 09/30/2000 |
| 3039 | Harris Co. NW | TX | 09/30/2000 |
| 3040 | Harris Co South | TX | 09/30/2000 |
| 3041 | HOUSTON | TX | 09/30/2000 |
| 3042 | Huntsville | TX | 09/30/2000 |
| 3030 | College Station | TX | 09/30/2000 |
| 3044 | Longview | TX | 09/30/2000 |
| 3045 | LUBBOCK | TX | 09/30/2000 |
| 3015 | Harahan | LA | 09/30/2000 |
| 3047 | Stafford | TX | 09/30/2000 |
| 3048 | PLANO | TX | 09/30/2000 |
| 3017 | NEW ORLEANS | LA | 09/30/2000 |
| 3014 | OPELOUSAS | LA | 09/30/2000 |
| 3013 | Houma | LA | 09/30/2000 |
| 3052 | Sherman | TX | 09/30/2000 |
| 3011 | Baton Rouge | LA | 09/30/2000 |
| 3054 | Tyler | TX | 09/30/2000 |
| 3012 | Hammond | LA | 09/30/2000 |

| | | | |
|---|---|---|---|
| 3056 | WACO | TX | 09/30/2000 |
| | | | |
| ########### | Number of LCOs Closing | | 18 |
| ########### | Number of LCOs Closing | | 28 |
| | Total | | 46 |

46

10

36

# Census 2000
# Local Census Office (LCO)
# Closure Dates

DENVER

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 3114 | Phoenix South (Old) 1/ | AZ | 08/31/2000 |
| 3111 | Flagstaff | AZ | 09/30/2000 |
| 3112 | Phoenix North | AZ | 09/30/2000 |
| 3113 | Mesa | AZ | 09/30/2000 |
| 3115 | Scottsdale | AZ | 09/30/2000 |
| 3116 | Tucson (rural) | AZ | 09/30/2000 |
| 3117 | Tucson (urban) | AZ | 09/30/2000 |
| 3118 | Window Rock | AZ | 09/30/2000 |
| 3119 | Aurora | CO | 09/30/2000 |
| 3120 | Colorado Springs | CO | 09/30/2000 |
| 3121 | Denver | CO | 09/30/2000 |
| 3122 | Grand Junction | CO | 09/30/2000 |
| 3123 | Greeley | CO | 09/30/2000 |
| 3124 | Pueblo | CO | 09/30/2000 |
| 3125 | Westminster | CO | 09/30/2000 |
| 3126 | Billings | MT | 09/30/2000 |
| 3127 | Missoula | MT | 09/30/2000 |
| 3128 | Lincoln | NE | 09/30/2000 |
| 3129 | North Platte | NE | 09/30/2000 |
| 3130 | Omaha | NE | 09/30/2000 |
| 3131 | Henderson | NV | 09/30/2000 |
| 3132 | Las Vegas | NV | 09/30/2000 |
| 3133 | Reno | NV | 09/30/2000 |
| 3134 | Albuquerque | NM | 09/30/2000 |
| 3135 | Las Cruces | NM | 09/30/2000 |
| 3136 | Santa Fe | NM | 09/30/2000 |
| 3137 | Bismarck | ND | 09/30/2000 |
| 3138 | Fargo | ND | 09/30/2000 |
| 3139 | Rapid City | SD | 09/30/2000 |
| 3140 | Sioux Falls | SD | 09/30/2000 |
| 3141 | Ogden | UT | 09/30/2000 |
| 3142 | Provo | UT | 09/30/2000 |
| 3143 | Salt Lake City | UT | 09/30/2000 |
| 3144 | Cheyenne | WY | 09/30/2000 |
| 3145 | Yuma | AZ | 09/30/2000 |
| 3146 | Great Falls | MT | 09/30/2000 |
| 3147 | North Las Vegas | NV | 09/30/2000 |
| 3148 | Casper | WY | 09/30/2000 |
| **1/** | **211 N. 1st Avenue Phoenix, AZ** | | |
| **2/** | **1505 N. Central Avenue Phoeniz, AZ** | | |
| | | | |
| ########## | Number of LCOs Closing | | 38 |
| | Total | | 38 |

# Census 2000
# Local Census Office (LCO)
# Closure Dates

DETROIT

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2411 | Ann Arbor | MI | 09/30/2000 |
| 2412 | Battle Creek | MI | 09/30/2000 |
| 2413 | Dearborn | MI | 09/30/2000 |
| 2414 | Detroit East | MI | 09/30/2000 |
| 2415 | Detroit West | MI | 09/30/2000 |
| 2416 | Flint | MI | 09/30/2000 |
| 2417 | Grand Rapids | MI | 09/30/2000 |
| 2418 | Kalamazoo | MI | 09/30/2000 |
| 2419 | Lansing | MI | 09/30/2000 |
| 2420 | Livonia | MI | 09/30/2000 |
| 2421 | Macomb Co. | MI | 09/30/2000 |
| 2422 | Marquette | MI | 09/30/2000 |
| 2423 | Midland | MI | 09/30/2000 |
| 2424 | Muskegon | MI | 09/30/2000 |
| 2425 | Saginaw | MI | 09/30/2000 |
| 2426 | Troy | MI | 09/30/2000 |
| 2427 | Akron | OH | 09/30/2000 |
| 2428 | Bowling Green | OH | 09/30/2000 |
| 2429 | Canton | OH | 09/30/2000 |
| 2430 | Chillicothe | OH | 09/30/2000 |
| 2431 | Cincinnati | OH | 09/30/2000 |
| 2432 | Blue Ash | OH | 09/30/2000 |
| 2433 | Cleveland | OH | 09/30/2000 |
| 2434 | Cleveland East | OH | 09/30/2000 |
| 2435 | Cleveland Southeast | OH | 09/30/2000 |
| 2436 | Columbus East | OH | 09/30/2000 |
| 2437 | Columbus West | OH | 09/30/2000 |
| 2438 | Dayton | OH | 09/30/2000 |
| 2439 | Hamilton | OH | 09/30/2000 |
| 2440 | Lorain | OH | 09/30/2000 |
| 2441 | Mansfield | OH | 09/30/2000 |
| 2442 | Newark | OH | 09/30/2000 |
| 2443 | Springfield | OH | 09/30/2000 |
| 2444 | Toledo | OH | 09/30/2000 |
| 2445 | Youngstown | OH | 09/30/2000 |
| 2446 | Beaver | WV | 09/30/2000 |
| 2447 | Charleston | WV | 09/30/2000 |
| 2448 | Westover | WV | 09/30/2000 |
| 2449 | Detroit North | MI | 09/30/2000 |
| 2450 | Traverse City | MI | 09/30/2000 |
| 2451 | Steubenville | OH | 09/30/2000 |
| 2452 | Parkersburg | WV | 09/30/2000 |
| | | | |
| ########## | Number of LCOs Closing | | 42 |
| | Total | | 42 |

52 10 42

# Census 2000
# Local Census Office (LCO)
# Closure Dates

KANSAS CITY

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2642 | Enid | OK | 09/15/2000 |
| 2629 | Rochester | MN | 09/15/2000 |
| 2645 | Shawnee | OK | 09/15/2000 |
| 2643 | Tahlequah | OK | 09/15/2000 |
| 2615 | Ames | IA | 09/15/2000 |
| 2616 | Cedar Rapids | IA | 09/15/2000 |
| 2630 | Shakopee | MN | 09/15/2000 |
| 2618 | Sioux City | IA | 09/15/2000 |
| 2619 | Waterloo | IA | 09/15/2000 |
| 2635 | KANSAS CITY, MO | MO | 09/15/2000 |
| 2641 | Duncan | OK | 09/15/2000 |
| 2633 | Cape Girardeau | MO | 09/15/2000 |
| 2625 | Duluth | MN | 09/15/2000 |
| 2617 | DES MOINES | IA | 09/30/2000 |
| 2624 | Coon Rapids | MN | 09/30/2000 |
| 2614 | Pine Bluff | AR | 09/30/2000 |
| 2613 | LITTLE ROCK | AR | 09/30/2000 |
| 2612 | Jonesboro | AR | 09/30/2000 |
| 2620 | Hays | KS | 09/30/2000 |
| 2621 | KANSAS CITY, KS | KS | 09/30/2000 |
| 2631 | ST. PAUL | MN | 09/30/2000 |
| 2632 | Blue Springs | MO | 09/30/2000 |
| 2622 | Topeka | KS | 09/30/2000 |
| 2634 | Columbia | MO | 09/30/2000 |
| 2623 | Wichita | KS | 09/30/2000 |
| 2636 | Springfield | MO | 09/30/2000 |
| 2637 | St. Joseph | MO | 09/30/2000 |
| 2638 | ST. LOUIS | MO | 09/30/2000 |
| 2639 | St. Louis County North | MO | 09/30/2000 |
| 2640 | St. Louis County South | MO | 09/30/2000 |
| 2611 | Ft. Smith | AR | 09/30/2000 |
| 2626 | MINNEAPOLIS | MN | 09/30/2000 |
| 2627 | Minneapolis West | MN | 09/30/2000 |
| 2644 | OKLAHOMA CITY | OK | 09/30/2000 |
| 2628 | Moorhead | MN | 09/30/2000 |
| 2646 | TULSA | OK | 09/30/2000 |
| | | | |
| ########## | Number of LCOs Closing | | 13 |
| ########## | Number of LCOs Closing | | 23 |
| | Total | | 36 |

1
10
36

# Census 2000
# Local Census Office (LCO)
# Closure Dates

LOS ANGELES

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 3211 | Fullerton | CA | 09/15/2000 |
| 3212 | Bakersfield | CA | 09/15/2000 |
| 3213 | Commerce | CA | 09/15/2000 |
| 3214 | Glendale | CA | 09/15/2000 |
| 3215 | Compton | CA | 09/15/2000 |
| 3216 | West Covina | CA | 09/15/2000 |
| 3217 | East LA/Monterey Park | CA | 09/15/2000 |
| 3218 | Spring Valley | CA | 09/15/2000 |
| 3219 | Escondido | CA | 09/15/2000 |
| 3220 | Fresno | CA | 09/15/2000 |
| 3221 | Hollywood/Mid-Wilshire | CA | 09/15/2000 |
| 3222 | Garden Grove | CA | 09/15/2000 |
| 3223 | Inglewood | CA | 09/15/2000 |
| 3224 | Irvine | CA | 09/15/2000 |
| 3225 | Long Beach | CA | 09/15/2000 |
| 3226 | Los Angeles Downtown | CA | 09/15/2000 |
| 3227 | Culver City (East) | CA | 09/15/2000 |
| 3228 | Salinas | CA | 09/15/2000 |
| 3229 | Vista | CA | 09/15/2000 |
| 3230 | Chino | CA | 09/15/2000 |
| 3231 | Palm Springs | CA | 09/15/2000 |
| 3232 | Victorville | CA | 09/15/2000 |
| 3233 | Riverside | CA | 09/15/2000 |
| 3234 | San Bernardino | CA | 09/15/2000 |
| 3235 | San Diego Downtown | CA | 09/15/2000 |
| 3236 | Chula Vista | CA | 09/15/2000 |
| 3237 | Santa Ana | CA | 09/15/2000 |
| 3238 | Santa Clarita | CA | 09/15/2000 |
| 3239 | Santa Maria | CA | 09/15/2000 |
| 3240 | Santa Monica | CA | 09/15/2000 |
| 3241 | Torrance | CA | 09/15/2000 |
| 3242 | Van Nuys | CA | 09/15/2000 |
| 3243 | Ventura | CA | 09/15/2000 |
| 3244 | Hanford | CA | 09/15/2000 |
| 3245 | Woodland Hills | CA | 09/15/2000 |
| 3246 | Norwalk | CA | 09/15/2000 |
| 3248 | Kailua | HI | 09/15/2000 |
| 3249 | Culver City | CA | 09/15/2000 |
| 3250 | Merced | CA | 09/15/2000 |
| 3251 | Monrovia | CA | 09/15/2000 |
| 3247 | Honolulu | HI | 09/30/2000 |
| | | | |
| ########### | Number of LCOs Closing | | 40 |
| ########### | Number of LCOs Closing | | 1 |
| | Total | | 41 |

1 51

50 9 41

# Census 2000
# Local Census Office (LCO)
# Closure Dates

NEW YORK

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2214 | Essex Co. West | NJ | 08/31/2000 |
| 2222 | Bronx Northwest | NY | 08/31/2000 |
| 2236 | New York Northwest | NY | 08/31/2000 |
| 2231 | Nassau Co. Northeast | NY | 08/31/2000 |
| 2218 | Sussex Co./Warren Co. | NJ | 08/31/2000 |
| 2211 | Bergen Co. North | NJ | 09/15/2000 |
| 2212 | Bergen Co. South | NJ | 09/15/2000 |
| 2216 | Hudson Co. South | NJ | 09/15/2000 |
| 2230 | Brooklyn Southwest | NY | 09/15/2000 |
| 2215 | Hudson Co. North | NJ | 09/15/2000 |
| 2234 | New York North | NY | 09/15/2000 |
| 2245 | Rockland Co./Westchester Co. N | NY | 09/15/2000 |
| 2228 | Brooklyn Northwest | NY | 09/15/2000 |
| 2249 | Morris County | NJ | 09/15/2000 |
| 2225 | Brooklyn Central | NY | 09/15/2000 |
| 2226 | Brooklyn East | NY | 09/15/2000 |
| 2227 | Brooklyn Northeast | NY | 09/15/2000 |
| 2240 | Queens Northeast | NY | 09/15/2000 |
| 2247 | Suffolk Co. West | NY | 09/15/2000 |
| 2238 | New York West | NY | 09/15/2000 |
| 2242 | Queens Southeast Jamaica | NY | 09/15/2000 |
| 2244 | Richmond Co. | NY | 09/15/2000 |
| 2224 | Bronx Southwest | NY | 09/30/2000 |
| 2223 | Bronx Southeast | NY | 09/30/2000 |
| 2229 | Brooklyn South | NY | 09/30/2000 |
| 2213 | Essex Co. East | NJ | 09/30/2000 |
| 2237 | New York South | NY | 09/30/2000 |
| 2219 | Passaic Co. | NJ | 09/30/2000 |
| 2239 | Queens Central | NY | 09/30/2000 |
| 2217 | Middlesex Co. | NJ | 09/30/2000 |
| 2241 | Queens Northwest | NY | 09/30/2000 |
| 2232 | Nassau Co. Southwest | NY | 09/30/2000 |
| 2243 | Queens Southwest | NY | 09/30/2000 |
| 2220 | Somerset Co./Union Co. | NJ | 09/30/2000 |
| 2233 | New York East | NY | 09/30/2000 |
| 2246 | Suffolk Co. East | NY | 09/30/2000 |
| 2221 | Bronx Northeast | NY | 09/30/2000 |
| 2248 | Westchester Co. South | NY | 09/30/2000 |
| 2235 | New York Northeast | NY | 09/30/2000 |
| | | | |
| ########### | Number of LCOs Closing | | 5 |
| ########### | Number of LCOs Closing | | 17 |
| ########### | Number of LCOs Closing | | 17 |
| | Total | | 39 |

39 7 32

# Census 2000
# Local Census Office (LCO)
# Closure Dates

PHILADELPHIA

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2311 | DC East | DC | 09/15/2000 |
| 2312 | DC West | DC | 09/15/2000 |
| 2321 | Towson | MD | 09/15/2000 |
| 2320 | Waldorf | MD | 09/15/2000 |
| 2315 | Baltimore East | MD | 09/15/2000 |
| 2341 | Pittsburgh | PA | 09/15/2000 |
| 2338 | Philadelphia South | PA | 09/15/2000 |
| 2336 | Concordville | PA | 09/15/2000 |
| 2319 | Forestville | MD | 09/15/2000 |
| 2344 | State College | PA | 09/15/2000 |
| 2351 | Lakehurst | NJ | 09/15/2000 |
| 2318 | Rockville | MD | 09/30/2000 |
| 2317 | Hagerstown | MD | 09/30/2000 |
| 2316 | Baltimore West | MD | 09/30/2000 |
| 2314 | Annapolis | MD | 09/30/2000 |
| 2327 | Allentown | PA | 09/30/2000 |
| 2313 | Newcastle | DE | 09/30/2000 |
| 2329 | Rochester | PA | 09/30/2000 |
| 2330 | Coatesville | PA | 09/30/2000 |
| 2331 | Erie | PA | 09/30/2000 |
| 2322 | Camden | NJ | 09/30/2000 |
| 2333 | Johnstown | PA | 09/30/2000 |
| 2334 | Langhorne | PA | 09/30/2000 |
| 2335 | McKeesport | PA | 09/30/2000 |
| 2324 | Freehold | NJ | 09/30/2000 |
| 2337 | Norristown | PA | 09/30/2000 |
| 2325 | Trenton | NJ | 09/30/2000 |
| 2339 | Philadelphia Frankford | PA | 09/30/2000 |
| 2340 | Philadelphia West | PA | 09/30/2000 |
| 2326 | Vineland | NJ | 09/30/2000 |
| 2342 | Reading | PA | 09/30/2000 |
| 2343 | Scranton | PA | 09/30/2000 |
| 2328 | Altoona | PA | 09/30/2000 |
| 2346 | Wilkes-Barre | PA | 09/30/2000 |
| 2347 | York | PA | 09/30/2000 |
| 2348 | Riverdale | MD | 09/30/2000 |
| 2349 | Woodlawn | MD | 09/30/2000 |
| 2350 | Cherry Hill | NJ | 09/30/2000 |
| 2332 | Harrisburg | PA | 09/30/2000 |
| 2352 | Greensburg | PA | 09/30/2000 |
| 2353 | Philadelphia North | PA | 09/30/2000 |
| 2354 | Washington | PA | 09/30/2000 |
| | | | |
| 09/15/2000 0:00 | Number of LCOs Closing | | 11 |
| 09/30/2000 0:00 | Number of LCOs Closing | | 31 |

| | | | |
|---|---|---|---|
| | Total | | 42 |

1
9
42

# Census 2000
# Local Census Office (LCO)
# Closure Dates

SEATTLE

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2729 | Sunnyvale | CA | 09/15/2000 |
| 2738 | Everett | WA | 09/15/2000 |
| 2741 | Richland | WA | 09/15/2000 |
| 2714 | Davis | CA | 09/15/2000 |
| 2715 | Eureka | CA | 09/15/2000 |
| 2732 | Beaverton | OR | 09/15/2000 |
| 2736 | Salem | OR | 09/15/2000 |
| 2725 | San Francisco West | CA | 09/15/2000 |
| 2713 | Concord | CA | 09/30/2000 |
| 2719 | Placerville | CA | 09/30/2000 |
| 2717 | Modesto | CA | 09/30/2000 |
| 2722 | Sacramento South | CA | 09/30/2000 |
| 2723 | San Bruno | CA | 09/30/2000 |
| 2712 | Castro Valley | CA | 09/30/2000 |
| 2720 | Redding | CA | 09/30/2000 |
| 2726 | San Jose | CA | 09/30/2000 |
| 2727 | San Leandro | CA | 09/30/2000 |
| 2728 | Santa Rosa | CA | 09/30/2000 |
| 2730 | Lewiston | ID | 09/30/2000 |
| 2739 | Tukwila | WA | 09/30/2000 |
| 2731 | Boise | ID | 09/30/2000 |
| 2740 | Olympia | WA | 09/30/2000 |
| 2733 | Bend | OR | 09/30/2000 |
| 2743 | Silverdale | WA | 09/30/2000 |
| 2735 | Portland | OR | 09/30/2000 |
| 2750 | Mount Vernon | WA | 09/30/2000 |
| 2737 | Bellevue | WA | 09/30/2000 |
| 2742 | Seattle | WA | 09/30/2000 |
| 2749 | Idaho Falls | ID | 09/30/2000 |
| 2721 | Sacramento North | CA | 10/13/2000 |
| 2734 | Eugene | OR | 10/13/2000 |
| 2711 | Anchorage | AK | 10/13/2000 |
| 2718 | Oakland | CA | 10/13/2000 |
| 2744 | Spokane | WA | 10/13/2000 |
| 2745 | Tacoma | WA | 10/13/2000 |
| 2746 | San Francisco Northeast | CA | 10/13/2000 |
| 2724 | San Francisco Southeast | CA | 10/13/2000 |
| 2716 | Los Gatos | CA | 10/13/2000 |
| | | | |
| ############ | Number of LCOs Closing | | 8 |
| ############ | Number of LCOs Closing | | 21 |
| ############ | Number of LCOs Closing | | 9 |
| | Total | | 38 |

MR. GILLINGHAM: Mark Holdrege, Your Honor, H-O-L-D-R-E-G-E.
THE COURT: If you would raise your right hand.
Whereupon,
MARK HOLDREGE
having been duly sworn, was called as a witness and was examined and testified as follows:
DIRECT EXAMINATION
BY MR. GILLINGHAM:
Q State your name. Please state your name.
A Mark A. Holdrege.
Q And your current position?
A I'm the chief of the decennial and field staff in human resources division.
Q And what is the mission of that division.
Q Primarily we have two missions. One is to support the field organization, both the current survey side as well as the decennial side for censuses. We look at regulations. We look at how we can remove barriers to employment with other agencies. We do a variety of planning operations. We participate in the design of the Automated Personnel



Payroll System.
A spectrum of things decennial side. We classify the positions, determine exemption relevant to this case.
On the other portion of my job, I work on strategic planning for human capital for the Census Bureau. I lead our Human Capital Management Council that represents each of the major program areas in the Census, including economic censuses, economic surveys, statistical research, and field organizations.
Q What do you mean by human capital?
A Human capital, we look at -- under the president's management agenda, human capital management was identified as one of the six key components of improving management in the government.
Also, it's an issue that the General

Accounting Office has been looking closely at for a number of years, and this is an effort that I lead.
THE COURT: You're, I assume, in Washington?
THE WITNESS: Yes, that's right.
THE COURT: And tell me your title again.
THE WITNESS: Chief of the decennial and field staff in human resources.
THE COURT: Roughly how many people are permanent employees of the U.S. Census?



THE WITNESS: Probably about 5,000 in our headquarters operation. We have a large processing facility in Indiana, and then we have 12 regional offices with a fairly small staff in the office, and then another large field staff.
Currently we have about 6,000 field representatives who are working in a mixture of temporary and permanent appointments in support of our various survey operations.
THE COURT: So give me a total permanent.
THE WITNESS: Seven thousand.
THE COURT: Between Washington and all the field offices?
THE WITNESS: Right.
THE COURT: All right. So I gather that every 10 years, approximately, the numbers ramp up dramatically with a lot of temporary hires?
THE WITNESS: Yes. We use temporary hires and we also use term-appointing authorities, and we use a separate class of appointment that I was instrument in getting for our field temporary positions, temporary positions but they are time-limited appointments.
THE COURT: What is the difference?
THE WITNESS: The difference in -- I'll



start with the time-limited appointment that was a novel creation for us.
It is an appointment than lasts longer than one year, because a temporary appointment by

definition is not to exceed one year. Its duration can be anywhere from one year and a day up through the duration of census activities.

We use -- actually, in the positions described in the local census office, the five -- the four managers and the administrative assistant in the local census office would have been appointed under this time-limited appointment authority, and that does convey eligibility for health benefits, leave, those sorts of things.

THE COURT: All right. And all the other positions that I've heard about, FOS, FOS assistants, crew leader, crew leader assistants, enumerators, SPOS, they are all under the temporary appointments?

THE WITNESS: That's right.

THE COURT: All right. Does that designation in and of itself tell me anything about a person's eligibility for FLSA overtime?

THE WITNESS: No.

THE COURT: Okay. Go ahead.

BY MR. GILLINGHAM:



Q To break that down further, within the temporary appointments which you explained were one year or less, do I have that right?

A That's correct.

Q What were the term appointments or the not-to-exceed appointments?

A Okay, let me distinguish between term appointments and those temporary appointments.

A term appointment by definition is an appointment longer than one year but not to exceed four years. We use term appointments in both headquarters as we ramp up for the decennial census, and for other operations that may be of short duration in some areas of the Census Bureau, and we use them in the regional census centers as we ramp up for the decennial. So those would be appointments up to four years.

For the temporary appointments, they range

anywhere from let's say 180 days would be a normal period for an appointment, up through -- it could be renewed to the point of a year, and conditions of a temporary appointing authority that we use for excepted service, that could be renewed for up to one year in whatever intervals were determined appropriate.

416

THE COURT: So the difference between time limit appointment and term appointment is that one is out in the field and one is at headquarters?

THE WITNESS: It's that and it's the fact that the ones out in the field are excepted service.

THE COURT: Meaning?

THE WITNESS: That they are not covered by some elements of -- well, they are not covered by the competitive service positions. There are three classes of excepted service. There is the competitive service, there is the senior executive service, and then there are three categories of excepted service.

These positions fall under the Schedule A excepted service, and those are positions where it's not practicable to examine.

THE COURT: And how about the term appointments?

THE WITNESS: Term appointments are made in the competitive service. They can't be converted without further competition to a permanent appointment, so they have an expiration.

THE COURT: They are not Schedule A?

THE WITNESS: No, they are not Schedule A.

THE COURT: Go ahead.

BY MR. GILLINGHAM:

417

Q So the positions we have been talking, FOSes, crew leaders, enumerators, FOS assistants, in the decennial 2000 were they all temporary appointments?

A Yes.

Q And temporary, you said, goes up to one year but could be for a period of even less than one year?
A Yes, there is no minimum length to a temporary appointment.
Q And the bureau's practice with regard to determining the length of an individual temporary appointment was what? How was it decided how long a particular person's appointment would run?
A Generally the determination would be made by our field organization. During the census and actually for our current program supervisors, the regional director has delegated authority equivalent to our personnel officer in a sense, and that authority is used in setting the length of appointments based on operations.
My understanding is that the headquarters activities would define census operations and the field organization would establish not-to-exceed dates that would be required to meet the needs of that operation.



Q Not-to-exceed, in other words, identifies the date upon which an appointment will expire?
A That's right, absent any action to extend it.
Q All right. We were talking about you, though, rather than the Census, and so let me go back to that.
What position, or why don't you take me through a brief sketch of your Census Bureau employment background?
A I began work at the Census Bureau out of college. I've been with the Census 26 years, all of which has been in our personnel, human resources organization.
My first assignments were as a position classifier where I was responsible for classifying in the general schedule positions as to grade, title,

series and so forth. I also for the duration of my Census experience have worked with the field organization. So my initial assignment when I came to the Census Bureau was to serve as a classification specialist with the field organization.

I moved from that to being a first-level supervisor, again in classification, and I was again advanced to a branch chief position over half of the



classification for the entire Census Bureau, together with activities relating to the support of the field organization.

For a period of a year, I acted as the chief of classification for all positions at the Census Bureau in the absence of that individual.

The position I now hold grew out of the responsibilities that I had with respect to the decennial census, and in 1998, I came to hold my current position.

Q Just so we are clear on the use of the word "classification", describe the classification process you have just been referring to.

A The classification process under the general schedule is identified by the Office of Personnel Management.

In Title 5, there are definitions given for 15 different grade levels, and the classification responsibility is to adhere to the guidance provided by law as interpreted by the Office of Personnel Management. They issue guidelines. They issue standards that we're to use in classifying particular occupations. For example, a statistician would have a set of criteria used for assessing whether or not its a statistician, what grade level it should be assuming



that it meets it, and what title it should hold.

We also have general guilds that cover the cross-occupations. You would have one for supervisory positions, for example. So we handle classification for that.

For our operations in the field, we're specifically exempted under Title 13 from having to use the general schedule, so there we have more discretion in terms of setting pay. We set it based on studies and analyses that we do rather than corresponding to the general schedule.

Q And so you're classifying as to job series; for example, accounting versus law versus medicine versus welding?

A Right.

Q And you're classifying by grade, GS-1 and on up, for example? And you're classifying supervisory/non-supervisory?

A Yes.

Q And you're for FLSA purposes?

A Yes, making determination as to whether or not the exemption criteria are met for the positions.

Q And your understanding of -- I'm sorry.

THE COURT: If I could go back for just a second. The 7,000 permanent that you were talking



about, they were general schedule, most of them?

THE WITNESS: Yes, all except a few who are covered under the blue-collar standards.

THE COURT: Okay.

THE WITNESS: But almost all of them are general schedule. Let me correct that slightly.

We also use companion to the general schedule for some of our positions that are funded under the decennial census. They, and rather than a GS, they are GG, but we administer those two systems as functionally identical.

THE COURT: Now, in these categories you gave me earlier, which is time-limited, temporary, or term, where do the GGs fit in?

THE WITNESS: They can be -- we don't use the time-limited for them, but they could be either term or permanent.

THE COURT: And are any of the positions we have talked about, FOS, FOSA, et cetera, et cetera, are they the parallel GG system?

THE WITNESS: No, they are not. They are all under administratively-determined pay rates.

THE COURT: In other words, that's where your agency takes the initiative in classifying them?

THE WITNESS: Right, in terms of setting pay



and establishing the positions.

THE COURT: Now is that process audited automatically by OPM?

THE WITNESS: OPM has general oversight responsibility, but it's not audited by them. I'll say that during the decennial census we had a partnership with the Office of Personnel Management where every month I met with generally the associate directors for most of the major components at OPM to discuss issues, challenges that we were facing for the decennial census.

We had the OPM directors' special assistant assigned as our lead contact, and we arranged these meetings. We follow up throughout the month with various staff people.

One of the outcomes of that process was the establishment of a new set of regulations that we had initiated. We had analyzed the regulations relating to dual federal employment, and we created a clear line of separation between someone let's say who worked at Defense Department, who wanted to take a second job with us, so that they could take a second job with us without conveying the benefits, the leave earning, thrift-savings eligibility, any of those things, and that was relevant for our hiring of our



field staff, because some of them would have had second jobs with federal agencies.

THE COURT: So what grading system, for lack of a better word, or pay scale system which you have used for these temporary appointments?

THE WITNESS: What we did for those, such as the FOS and the enumerator, is we let a contract with Westat, which is a private consulting statistical and economic firm, to have labor economists model the salary structures throughout the country, and developed a set of algorithms to peg what a competitive level would be within each locality.

In the case of the census positions, it was between 75 percent and 80 percent of the average was within a locality that we would peg the enumerator rate to, and that was for all offices.

THE COURT: So an enumerator in Concord might have been paid differently than an enumerator in Charleston, West Virginia?

THE WITNESS: Yes.

THE COURT: Okay. Let's see, I wanted to ask you something else and I forgot. Go ahead.

BY MR. GILLINGHAM:

Q Are there other personnel activities you've been involved with professionally?



A Yes, I am a member of the Washington Personnel Testing Council that looks at issues on testing selection, mostly from an occupational industry psychology perspective. And I'm a member of the Society for Human Resource Management. I hold a professional certification as a senior professional in human resource management from that organization. And I currently work in helping to develop test items for that certification exam.

THE COURT: This contract you let with West or whatever?

THE WITNESS: Westat.

THE COURT: Westat, was that unique to the 2000 census or had they done this earlier?

THE WITNESS: It was the first time that we had used an outside contractor to help us establish rates. We have used administratively-determined rates

previously.
THE COURT: And the classification as exempt or nonexempt, was that part of the Westat process?
THE WITNESS: No, that was our determination.
THE COURT: And did you borrow from earlier censi to do that?
THE WITNESS: No.



THE COURT: First of all, were you involved in that process?
THE WITNESS: Yes, I was.
THE COURT: Okay. So did you undertake that from scratch for the 2000 census or was there a presumption, the positions were the same?
THE WITNESS: We looked at the positions independently in the sense -- one of the changes for this census is that previously we have used piece rates or a derivation of piece rates for supplementing the pay of enumerators and crew leaders and other positions.
THE COURT: Supplementing it in what way? You mean they get a base and they get something on top of that?
THE WITNESS: They receive the minimum wage. They are guaranteed the minimum wage, although in 1980, we had statutory exceptions so that we weren't covered by minimum wage for enumerator.
But for these positions, they would receive, depending on the completion of a set of assignments, let's say they completed 10 assignments based on the work measurement studies that were done, we would assign a value to that, so they would receive minimum wage plus the value for that set of cases.



THE COURT: So two different enumerators might get paid different for the same time spent?
THE WITNESS: Yes. In 1980 or 1990, not in 2000.

THE COURT: Were the positions the same, were they called the same thing in '90?
THE WITNESS: Very similar. There was some changes, but particularly as a result of automation, changes in automation. But the general -- I would say that the titles and the functions of enumerator, crew leader, field operations supervisor are stable from 1990 and in a sense are traditional.
THE COURT: And were the FOS FLSA-exempt in '90?
THE WITNESS: Yes.
THE COURT: All right, go ahead.
BY MR. GILLINGHAM:
Q All right, why don't you tell us what your role was in planning for the 2000 census.
A I was involved from the very early -- planning for a census generally takes longer than the 10-year interval you begin planning for a subsequent one prior to the completion of the next one, so the planning for 2000 began, it was prior to the 1990 census, and so forth.

427

My involvement was to represent the human resource issues, and serve as an advisor and look at issues such as the ones I was describing with the Office of Personnel Management and so forth.
I participated in developing the national recruiting strategy used by the field organization, coming up with a national recruiting plan. I worked with the policy office and our legislative staff to craft legislative exceptions that would be useful such as exempting our positions from being counted against people's public assistance.
When that didn't -- we pursued that through administrative exemptions with the various agencies, but it was a wide range of issues from classifying the positions all the way to those kinds of issues.
Q Now, are you familiar with the FOS position for the 2000 census?

A Yes.
Q Now you have used the term a short time ago "establishing a position". What does that mean?
A Establishing a position is actually determining the level of the position, the titling of the position, and the pay level. In terms of the FOS positions and the other administratively-determined positions, what we did was work with the field



organization to lay out the structure for the regional census centers and for the local census offices. Then where the various positions would fall within those organizational structures. Look at the relationships between the positions and among the positions, and assign the title, pay level and the FLSA exemption for that.
Q Look at Exhibit 300. It's in the white volumes to your right, No. IV. That could be actually in front of you. It will say on its spine Roman Numeral IV.
A Yes, I have it.
Q Do you recognize that document?
A I do.
Q And what is it?
A It's the position description for the field operations supervisor for the 2000 decennial census.
Q And how do you, or what role did you or your office play in fashioning that position description?
A Our office, as I described in our general role, worked together with the field organization. Field management developed the position descriptions for our office. Our office worked with them to review the content and determine that it was consistent with the other positions in the structure, and assigned the



position title, determined what level it was generally in terms of pay, and its exemption from FLSA or non-exemption.
Q You mentioned pay. How was the FOS pay rate determined?

A The FOS pay rate was determined through this set of algorithms that I was describing for the -- that Westat had developed. That was used to create the enumerator pay rate for a given area. So for example in Concord the pay rate was determined to be $15 an hour, 15.50.
And then we applied differentials for the supervisory positions or other positions based on that enumerator pay rate, so that was the one rate determined by the model. And then we had a fixed structure to apply to that.
Q So what was the next highest grade in the -- at least in the Concord office?
A The assistant manager for field operations.
Q No, I'm sorry. Starting from enumerator and go up.
A Oh, I'm sorry.
Q If the enumerator gets 15.50.
A Right, you have the enumerator at 15.50, crew leader assistant, and those were the two



positions that were relevant to the jobs we're talking about. The next level up the crew leader assistant and enumerator was the crew leader, and that was paid at $17 an hour, and then the next position above that was the field operations supervisor at 18.50.
Q And why were they paid two increments above the enumerator?
A They were two supervisory levels -- the FOS position was a second-level supervisor, the crew leader was the first-level supervisor in that operation.
Q What's the purpose of paying more money though from the standpoint of attracting who you are looking for in a given position?
A In terms of attracting who we are looking for, there are a couple of things. One, the higher pay rate we hope would both compensate for the

complexity and responsibilities of the position, but also to attract people who were strong candidates for those positions, but we applied qualification standards or qualification requirements to help screen people with that kind of ability or competency.

Q And have you ever had an occasion to establish an equivalency to the GS scale?

A Yes, I did.

431

Q And why did you do that?

A To look at its relevance to FLSA exemption.

Q Explain what you mean by --

A Yes.

Q What's the relationship between those two things?

A Well, under the Fair Labor Standards Act as it's applied to federal employees, you have -- there are several criteria that need to be met. One of them is that the -- what's called the primary duty test, and the second is the 80 percent rule.

The 80 percent rule and coverage --

MR. LEE: The only competence of an employee in terms of this -- this is law. This is coming to a legal conclusion, so it's improper.

THE COURT: Well, he's either right or he isn't. If he is not, then I'm going to ignore it. But by way of orienting me to what he is doing and why he is doing it, I will permit it.

MR. GILLINGHAM: The law requires that -- well, he can explain it.

BY MR. GILLINGHAM:

Q Explain the difference --

A Okay, what I am saying is you have the 80 percent test that applies for positions that are

432

either at a grade 5 or 6 in the general schedule or equivalent white-collar system.

Further, positions are not exempt subject to exemption criteria at all if they are equivalent to a grade 4 in the general schedule system.

So it's important to look at what the grad level equivalent would be for these administratively-determined rates.

Q All right. And so did you then determine what the equivalent was within the general schedule of the FOS position?

A Yes.

Q And what did you determine?

A The process for determining equivalence is that you look at the base pay schedule for the general schedule, and compare the fourth step of each grade against the administratively-determined pay rate or the pay rate for whatever system outside the general schedule you're looking at.

THE COURT: So presumptively it's driven by pay, the comparison?

THE WITNESS: Yes.

THE COURT: But I gather the pay that the Census set varied around the country.

THE WITNESS: That's correct.



THE COURT: And were you are looking at the adjusted localized pay rates for GS schedules?

THE WITNESS: No.

THE COURT: Then wouldn't you get different results based on where you were in the country?

THE WITNESS: You would get -- you would get different grade level equivalents depending on where you were in the country.

THE COURT: Right.

THE WITNESS: You would be comparing it against the same base. You would be using the non-locality adjusted pay for each area rather than looking at locality pay for each area.

One of the elements that -- I don't know if I want to --

THE COURT: All right, you're starting with pay scales for the Census that are locally adjusted.

THE WITNESS: Correct.

THE COURT: But you're comparing them against sort of the standardized GS pay scale unadjusted?
THE WITNESS: Yes.
THE COURT: All right. So that leads you to some presumptive comparison?
THE WITNESS: Yes.



THE COURT: And you tweak it?
THE WITNESS: The way I would use that is to consider the exemption criteria as to whether or not there was -- whether or not it would look at the 80 percent test, and also whether or not the position were in -- were likely to be near a grade 4.
THE COURT: So for FOSes, that's kind of irrelevant, right?
THE WITNESS: Right.
THE COURT: And we're well above that rate. Where do the enumerators come out?
THE WITNESS: They would -- they were below that threshold. I would have to look. I haven't looked at the enumerator positions recently.
THE COURT: So they were in the range of the five to six?
THE WITNESS: They were at --
THE COURT: Or four?
THE WITNESS: I haven't look at that. The responsibilities they had didn't meet any of the exemption criteria so I didn't do a grade level equivalents.
THE COURT: Oh, you did not do a grade level?
THE WITNESS: For them, no.



THE COURT: Oh, I see. I see.
Okay, so they are nonexempt.
Then how about the crew leaders?
THE WITNESS: For the crew leaders, we did

look at that because the position has supervisory responsibilities, so the executive exemption might or might not apply.

In looking at both the likely range of grade level equivalencies, it was close in some areas to the grade 5 borderline area, so that was an element in my decision-making process.

The second element is the responsibilities for that position are under primary duty's test they don't have promotion or advancement in pay authority because they don't have subordinate positions other than the enumerator/crew leader assistant to which they could advance people.

THE COURT: There is just no room, you mean?

THE WITNESS: Right, there is no room.

THE COURT: You are saying that you only did the GS equivalent for the purpose of deciding the FLSA exemption?

THE WITNESS: That was the purpose that I did it for. Another purpose that you would use that same process for is determining what level of



experience a person had had in applying for a general schedule job.

THE COURT: Okay. So continue then with the crew leaders and what you decided and why.

THE WITNESS: With the crew leaders what I looked at was starting with the whole job, understanding where it was within the organizational structure.

When we set up the organizational structure, we were looking at the assistant manager for field operations. During key operations, they could be managing upwards of a thousand to 2,000 people under their general jurisdiction.

THE COURT: You went through this drill for the AMFO slot also?

THE WITNESS: Yes.

THE COURT: Where did you end up paying that

FORM **D-308**
(5-26-99)

U.S. DEPARTMENT OF COMMERCE
BUREAU OF THE CENSUS

# DAILY PAY AND WORK RECORD
## United States Census 2000

## Part A – EMPLOYEE INFORMATION

**1. Social Security Number**

**2. Name**

Last Name

First Name MI

Month Day Year

**3. Date worked**

Sun Mon Tue Wed Thu Fri Sat

**Day worked**

Fill in this circle if Reclaim. ⟶

**4. Task code** **Name of operation**

**5. Changing check mailing address?**

Street address or RFD number *(Include apartment number, if any)*

City

State ZIP Code

**6. Office Code** **Office name**

Remarks

## Part B – PAY INFORMATION

***Do not write in this area.***

**1. Hours worked**

Regular

Training

Night Differential (6 pm–6 am)

Overtime

Night Differential/ Overtime (6 pm–6 am)

TOTAL

**2. Reimbursements**

Miles driven

Telephone

Other *(Specify in remarks and attach receipts where required.)*

**3. Times of day worked** *(Do not include breaks.)*

| | | | | | |
|---|---|---|---|---|---|
| START | a.m. p.m. | a.m. p.m. | a.m. p.m. | a.m. p.m. | a.m. p.m. |
| FINISH | a.m. p.m. | a.m. p.m. | a.m. p.m. | a.m. p.m. | a.m. p.m. |

### Cases Completed *(Filled by supervisor.)*

CLD number | CL I.D. number

AA number | FOS I.D. number

GQ I.D. number | GQ I.D. number

Cases submitted | Cases accepted

## Part C – CERTIFICATION

**Privacy Act Notice –** All information furnished will be treated in accordance with the Privacy Act of 1974. No information will be released except as authorized by the Act.

**Employee's Certification –** Under penalty of fine and/or imprisonment, I certify that the information on this form is true and correct to the best of my knowledge.

Signature | Date

**Supervisor's Certification –** I certify that I have reviewed the entries made and they appear to be reasonable and accurate.

Signature | Date

**FOR OFFICE USE ONLY** | Audited by *(Initial and date)* | Remarks

**Copy 1** – Payroll

D-591
February 1999

# FIELD SUPERVISORY CENSUS EMPLOYEE HANDBOOK



U.S. DEPARTMENT OF COMMERCE
ECONOMICS AND STATISTICS ADMINISTRATION
BUREAU OF THE CENSUS

# Topic 2. Local Census Office Structure

## Local Census Office (LCO) Organization



## Topic 3. Supervisory Administrative Duties, *Continued*

**Distributing and collecting assignments**

Upon completion of the training session, select the trainees who show the best comprehension of the material and give them actual field assignments. Place any remaining trainees on the "reserve list" and use as replacements.

**Reviewing and certifying payroll documents**

Each payroll document completed by your staff must be approved by you. Review the hours and any expenses and determine if they are reasonable. Also review operation codes. Make any necessary corrections. Show your approval of the final entries by signing your name at the bottom of the payroll document.

**Forwarding census materials and payroll documents to the office**

As staff complete assignments, they will be turned in to you. Review each one and verify that the assignment is complete. Attach the assignment to the employee's payroll document for that day.

At the end of the day, gather all the materials and forward them to your supervisor or directly to the office for processing. (Second-level supervisors should forward materials to their first-level supervisor; first-level supervisors should forward materials to the office.)

**Recommending releasing your staff**

As assignments are completed and the employee's service is no longer required, or if the employee's work performance or conduct is unacceptable, you may recommend that the employee be released. Send written documentation to your supervisor and/or the office to justify your recommendation.

**Recommending changes in position**

If an employee shows an acceptable level of work performance, you can recommend him/her to the next higher position, if one is available. On the other hand, if the employees work performance is unacceptable, you can recommend him/her to the next lower position or consider releasing the employee from all assignments. Forward the recommendation to your supervisor.

# Topic 2. Your Salary, *Continued*

**Pay day**

You will receive your first paycheck approximately 11 days after you complete your first work week. Thereafter, you will be paid each Wednesday for every week, or portion of, that you work.

**Payroll processing schedule**

The payroll section in your office will process all payroll documents received by noon on the Wednesday following the close of the pay period. ***Any payroll forms received after this time will be processed in the next payroll processing cycle.***

**An Error or Nonreceipt of Paycheck and/or Earnings Statement**

Use the table below to determine what to do if you find an error in your earnings statement or do not receive your paycheck and earnings statement.

| If you ... | then ... |
|---|---|
| find an error in your earnings statement, | prepare a message addressed to your office showing your name and Social Security number, and explain the details and what you think the correction should be.<br><br>Give the message to your supervisor. He or she will forward it to the office for researching. |
| do not receive your earnings statement and paycheck, | wait one week from the time they were due. |
| still do not receive your earnings statement and paycheck after waiting one week after it was due | prepare a message addressed to your office showing your name, Social Security number, the dates and the daily hours and reimbursable expenses you expected to receive. |

**Requests for overtime hours**

All requests for overtime hours must be approved **in advance** by the Office Manager or appropriate designee, before you begin working the additional hours.

**Non-compensable time**

Non-compensable (*unofficial*) time includes lunch breaks, breaks to run personal errands, and any other times not spent conducting official census duties.

If you are on official duty and take a break, do not record this time as paid time on your payroll document. Subtract this time from your total daily hours worked. You are paid only for the hours that you actually work.

## Topic 6. Submission of Payroll Documents

**When to submit payroll documents**

Turn in a completed payroll document to your supervisor each day. If you have a document to submit but will not be working the next day, notify your supervisor of your absence and turn in the form the next day you report for work. If you work in rural areas and find it impossible to submit a form each day, make arrangements with your supervisor so that you can turn in the document as soon as possible.

If you don't meet with your supervisor daily, turn in forms for work completed on Friday, Saturday, and Sunday on the following Monday unless special arrangements have been made.

**Review and certification of payroll documents**

Your supervisor will review all your payroll documents and, if needed, make changes or corrections. Ensure that your supervisor completes the FOS I.D. number under the 'Cases Completed section. This will be important if ever a Supplemental Pay Program is put into place. Each payroll document you submit must show your signature and your supervisor's signature including the date the document is signed. ***Documents will not be processed without the required signatures and date.***

**Distribution of payroll documents**

Review your payroll form with your supervisor; make sure your work justifies the hours you claim. After your payroll document is verified and signed by your supervisor, remove the *employee copy* and leave the original and remaining copy with your supervisor. Your supervisor will forward them to the payroll office for payment processing.

Keep your employee copies in a safe place until you receive an earnings statement and paycheck for that pay period. This way, you can compare your copies to your earnings statement. Report any discrepancies to your supervisor.

# Topic 9. Designation of Beneficiary for Unpaid Compensation of Deceased Civilian Employee

**Unpaid Compensation**

Form SF-1152, Designation of Beneficiary, is used to designate payment of death benefits. It applies to any money due the employee at the time of death, such as unpaid salary. An employee may complete this form at entry on duty, or at any time after that, to change the normal order of payment of death benefits listed on the form.

If there is no designated beneficiary living, any unpaid compensation which becomes payable to the first person or persons listed below who are alive on the date title to the payment arises.

1. To the widow or widower.

2. If neither of the above, to the child or children in equal shares, with the share of any deceased child distributed among the descendants of that child.

3. If none of the above, to the parents in equal shares or the entire amount to the surviving parent.

4. If there are none of the above, to the duly appointed legal representative of the estate of the deceased employee, or if there be none, to the person or persons determined to be entitled thereto under the laws of the domicile of the deceased employee.

   It is not necessary for any employee to designate a beneficiary unless he/she wishes to name person or persons not included above, or in a different order.

# Topic 3. Fraud, Waste, and Abuse

**Recognizing fraud, waste, and abuse**

Fraud, waste, and abuse of Federal government funds and property occur through:

- violations of the Federal law or regulations,
- mismanagement,
- theft,
- abuse of authority, and
- conditions leading to substantial danger to health and safety.

**Reporting acts of fraud, waste, and abuse**

Report acts of fraud, waste, and abuse to your supervisor or your office manager. A reasonable effort should be made to correct these conditions. If these efforts fail, you have a right and obligation to disclose the situation to outside authorities. You are protected by law from reprisal for making any disclosure supported by reasonable evidence.

**"HOTLINE"**

Make reports directly to the Department of Commerce, Office of the Inspector General, using their toll-free HOTLINE number 1-800-424-5197. Or you may write to:

The Office of the Inspector General
Department of Commerce
P.O. Box 612
Ben Franklin Station
Washington, DC 20044

**Confidentiality**

All information you report will be kept confidential. You may remain anonymous if you desire. However, if you do give your name, it will not be disclosed without your prior consent unless absolutely necessary for judicial or administrative proceedings.

## Topic 4. Pursuing Complaints

**Pursing complaints of discrimination**

If you believe you have been discriminated against on any of the above, you may pursue a complaint through the Census Bureau's EEO complaint process. You must contact the EEO office within 45 calendar days from the date of the matter you allege is discriminatory or, in the case of personnel action, within 45 calendar days from the effective date of the action. The EEO office may be contacted toll-free at 1-800-872-6096 or 1-301-457-2853 (TDD #301-457-2540).

## Topic 5. Decennial Administrative Grievance Procedure

**Decennial Administrative Grievance Procedure**

As a decennial employee you have the right to file a grievance concerning your employment under the decennial Administrative Grievance Procedure. Should you experience concern or dissatisfaction with some aspect of your employment, you should first attempt to resolve the matter by talking with your supervisor. If this does not resolve the problem, you may file a grievance.

You may consult with management regarding any questions or issues you have dealing with the Decennial Administrative Grievance Procedure. The Decennial Administrative Grievance Intake Form, D-244, is available in Appendix A of this handbook for your use.

**Basic Points When Filing a Grievance**

- You must file a grievance with the appropriate LCO assistant manager who supervises your work unit (i.e., Assistant Manager for Administration, Assistant Manager for Recruiting, or Assistant Manager for Field Operations).
- You must present the grievance in writing on the D-244 within 15 calendar days of the date of the act or occurrence or the date you become aware of the grievable issue. You must complete items 1-8 on the D-244.
- You will have a reasonable amount of official work time to present the grievance. However, you are not entitled to use official work time or the Census Bureau's equipment to prepare the grievance.
- You will receive a final written decision on the D-244 within 15 calendar days after submitting the grievance to the appropriate management official.
- Certain matters are not grievable. Please refer to the following items to determine whether your matter is grievable under the Decennial Administrative Grievance Procedure:

**Nongrievable Matters:**

- A decision which is appealable to the Merit Systems Protection Board or subject to final administrative review by the Office of

## Topic 4. Collecting Assignments and Reviewing Staff Progress, *Continued*

**Reviewing employee progress using Cost and Progress Reports**

Monitor the employee's progress to ensure that he/she is meeting the required standards for production. Your supervisor will provide copies of the Cost and Progress Reports. These reports show how well your area is doing with respect to the overall schedule of the operation. Have these reports available daily when speaking or meeting with your employees.

**Monitoring, improving employee progress**

If employee progress is below minimum production standards, arrange a meeting with the employee(s) (or employee's supervisor) to extend suggestions on how to increase productivity. Suggestions include:

- Re-train the employee(s).
- Help the employee(s) re-organize their time and materials to be more productive.
- Accompany the employee(s) in the field for an hour or two to suggest ways on how he/she may improve productivity.

**Recommending releasing employees from duty for less than satisfactory work performance**

If there is no immediate improvement usually within 24-48 hours, recommend to your supervisor the employee be released. Prepare a Form D-283, Documentation of Termination for Performance and/or Conduct Problems, to support your recommendation. It is important to complete each item properly. Eventually, the forms will be used to substantiate claims for unemployment benefits, employee rights and the like. (See Appendix A for an exhibit of Form D-283). *For additional information on how to release employees, refer to Topic 7. Releasing Your Staff, on pages 8-16 through 8-23.*

## Topic 5. Collecting and Reviewing Staff Payroll Documents

**Collecting the payroll documents**

Collect your staff's payroll documents each day for the previous day of work. Arrange a time and place to meet each enumerator or crew leader on a daily basis. Meetings should be made consistent with the meetings already established to collect the completed assignments.

**Verifying employee identification items**

Verify identification items in Part A - Employee Information on the payroll document. Ensure that the full name and Social Security number are entered. Verify the day of the week and the corresponding date.

**Verifying the task code and name of operation**

Task codes enable Census Bureau management to monitor the cost for each operation. Check each payroll document to ensure that the correct task code is recorded just before the name of the operation on line 4. The name of the operation in item 4 must coincide with the task code. A list of codes is contained in Appendix A of this Handbook.

**** SPECIAL NOTE ****

*If an employee works on 2 or more different operations in one day, the employee must submit a separate payroll document for each operation. The D-308 can only record one task code for one operation at a time.*

**Verifying work hours and daily expenses**

Verify that the hours and expenses in Part B -Pay Information are reasonable in relation to the assignment, and that the times of day worked coincide with the number of hours recorded.

Employees are not allowed to work more than 8 hours a day or 40 hours a week without receiving advance **written** or **verbal** approval from the LCO Manager. Disallow all unapproved excess hours from the payroll document by striking through the entry and recording the correct amount of hours to be paid just above the strikeout. Place your initials beside the correction.

**** SPECIAL NOTE ****

*In cases of disallowing unapproved excess work hours, consult your supervisor to determine if any action must be taken to obtain post-approval for the hours worked so that the employee might be paid for that time.*

## Topic 5. Collecting and Reviewing Staff Payroll Documents, *Continued*

**Verifying per diem expenses**

If per diem expenses for overnight travel are claimed, confirm that a form D-308A, Per Diem Expense Record is attached. Do not approve per diem claims without this attachment.

**Verifying mileage claims**

Review the mileage and determine if the miles driven are reasonably in accord with the hours worked. You must be familiar with each assignment area so that you can logically determine what is reasonable and what is not. Question those entries where there is excessive mileage claimed and few hours worked. If the employee works in a sparsely populated area, it may be likely to have excessive mileage claims in comparison to work hours.

If an employee is claiming unreasonable mileage, extend suggestions to help the employee decrease excessive mileage. If excessive claims continue, report the situation to your supervisor or the office.

**Verifying RECLAIM payroll documents**

When verifying RECLAIM payroll documents, ensure that Part A - Employee Information is completely filled as the original document was filled including the day and date worked. Darken the Reclaim circle in item 3 to indicate to the office that this form is a reclaim for previously submitted hours or expenses.

**Recording completed assignments in the Cases Completed section**

Record the number of completed forms, cases, or questionnaires in the Cases Completed section in the box marked Cases Submitted. Use your Operation's Manual to determine if work is completed. *(For the Prelist and Precanvass operations, you must record AA numbers.)*

Record a crew leader district number (CLD) and your I.D. number in the proper space, either CL I.D. or FOS I.D. If you are a FOS, ensure that the crew leader has recorded his/her I.D. number in the space provided. **The CLD, CL I.D. and FOS I.D. numbers are required on every D-308 submitted whether there are cases completed or not for ALL enumerators.** Managers will use the ID fields to link supervisors to enumerators for purposes of determining amounts of incentive payments, where applicable, to qualified workers and their supervisors. So it is vital that completed cases are recorded for enumerators and supervisors get credited for the work that their crews complete. Managers will also use th these fields to compile management reports profiling the Census 2000.

# Topic 5. Collecting and Reviewing Staff Payroll Documents, *Continued*

**Recording completed assignments in the Cases Completed section, *continued***

The actual numbers you record in this section may also be used to create management reports of costs and progress. If any required item in the Cases Completed section is not filled in at any time there are completed cases to be reported, the management reports will be incorrect and your production rates will be negatively impacted. There is a chance that you may be dismissed for poor work performance. Further, if employees should receive incentive payments based on this section and you neglect to fill in the required items, it is possible that you and members of your crew could receive a smaller bonus or none at all.

(Refer to the Operations Manual for specific information on how to determine completed assignments and properly record completions.)

**Approving payroll documents**

After having verified a payroll document in its entirety, indicate your approval by writing your signature and date in the space provided in Section C, Certification Statements. If not already done so, have the employee show approval also by signing his/her name in the space next to your name. And lastly, ensure that the CLD, CL I.D. and the FOS I.D. fields are completed in the Cases Completed section for enumerators.

**Distribution of payroll documents**

Give the employee copy 3 of the payroll document. Submit copies 1 and 2 to the office for processing.

D-590
January 2000
Final Edition

# FIELD NONSUPERVISORY CENSUS EMPLOYEE HANDBOOK



U.S. DEPARTMENT OF COMMERCE
ECONOMICS AND STATISTICS ADMINISTRATION
BUREAU OF THE CENSUS

# Topic 7. Disallowance and/or Reclaims

## General

Occasionally, hours or claims for reimbursement will not be paid by the payroll office for lack of proper explanation or required receipts. A copy of your payroll document D-308 will be returned to you showing the disallowance. You can reclaim the disallowance and attach any supporting documents by doing the following:

| *Step* | *Action* |
|---|---|
| 1 | Prepare a new Form D-308 with the same identifying information as shown on the original claim, including the same work day. |
| 2 | Darken the RECLAIM circle in item 3 of Part A. |
| 3 | Enter only the information for the hours or expenses being reclaimed. |
| 4 | Attach any receipts or other required supporting documentation that were not previously submitted. |
| 5 | In the Remarks section of the payroll document, enter the phrase "Reclaim of (enter hours, amount, etc) disallowed in pay period ending (give date) due to (give reason). Correct documentation submitted with this reclaim where applicable." |
| 6 | Sign the RECLAIM document and give it to your supervisor for approval. Keep the employee copy for your records. *Forms cannot be processed without the required signatures and date.* |

# Topic 10. Problem Resolution Contacts

**Reporting Payroll or Administrative Problems**

If you have a payroll problem of any kind you should contact the Payroll and Administrative Support System (PASS) at 1-888-722-8995. PASS is not intended for reporting grievances or other unresolved workplace issues. See Chapter 5, Topic 5 in this handbook.

If there are any outstanding issues that you have been unable to resolve with local and Regional Census Center management, you can call the Census Employee Hotline at 1-888-819-8444.

## Topic 3. Fraud, Waste, and Abuse

**Recognizing fraud, waste, and abuse**

Fraud, waste, and abuse of Federal government funds and property occur through:

- violations of the Federal law or regulations,
- mismanagement,
- theft,
- abuse of authority, and
- conditions leading to substantial danger to health and safety.

**Reporting acts of fraud, waste, and abuse**

Report acts of fraud, waste, and abuse to your supervisor or your office manager. A reasonable effort should be made to correct these conditions. If these efforts fail, you have a right and obligation to disclose the situation to outside authorities. You are protected by law from reprisal for making any disclosure supported by reasonable evidence.

**"HOTLINE"**

Make reports directly to the Department of Commerce, Office of the Inspector General, using their toll-free HOTLINE number 1-800-424-5197. Or you may write to:

The Office of the Inspector General
Department of Commerce
P.O. Box 612
Ben Franklin Station
Washington, DC 20044

**Confidentiality**

All information you report will be kept confidential. You may remain anonymous if you desire. However, if you do give your name, it will not be disclosed without your prior consent unless absolutely necessary for judicial or administrative proceedings.

# Topic 4. Pursuing Complaints

**Pursing complaints of discrimination**

If you believe you have been discriminated against on any of the above, you may pursue a complaint through the Census Bureau's EEO complaint process. You must contact the EEO office within 45 calendar days from the date of the matter you allege is discriminatory or, in the case of personnel action, within 45 calendar days from the effective date of the action. The EEO office may be contacted toll-free on 1-800-872-6096 or 1-301-457-2853 (TDD #301-457-2540).

# Topic 5. Decennial Administrative Grievance Procedure

**Decennial Administrative Grievance Procedure**

As a decennial employee you have the right to file a grievance concerning your employment under the decennial Administrative Grievance Procedure. Should you experience concern or dissatisfaction with some aspect of your employment, you should first attempt to resolve the matter by talking with your supervisor. If this does not resolve the problem, you may file a grievance.

You may consult with management regarding any questions or issues you have dealing with the Decennial Administrative Grievance Procedure. The Decennial Administrative Grievance Intake Form, D-244, is available in Appendix A of this handbook for your use.

**Basic Points When Filing a Grievance**

- You must file a grievance with the appropriate LCO assistant manager who supervises your work unit (i.e., Assistant Manager for Administration, Assistant Manager for Recruiting, or Assistant Manager for Field Operations).
- You must present the grievance in writing on the D-244 within 15 calendar days of the date of the act or occurrence or the date you become aware of the grievable issue. You must complete items 1-8 on the D-244.
- You will have a reasonable amount of official work time to present the grievance. However, you are not entitled to use official work time or the Census Bureau's equipment to prepare the grievance.
- You will receive a final written decision on the D-244 within 15 calendar days after submitting the grievance to the appropriate management official.
- Certain matters are not grievable. Please refer to the following items to determine whether your matter is grievable under the Decennial Administrative Grievance Procedure:

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 547476028 Cage,Jacqueline R
# Pay Dept ID & Name: 3227 Culver City East Local Census

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 3227170018 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 3227170037 | 4 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 3227170085 | 2 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 3227170113 | 2 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/28/2000 | 04/29/2000 | 3227170195 | 8 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/01/2000 | 05/06/2000 | 3227180040 | 10 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 8.00 |
| 05/03/2000 | 05/06/2000 | 3227180069 | 7 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/04/2000 | 05/06/2000 | 3227180096 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 5.00 |
| 05/05/2000 | 05/06/2000 | 3227180151 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 5.00 |
| 05/08/2000 | 05/13/2000 | 3227190006 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/09/2000 | 05/13/2000 | 3227190061 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/11/2000 | 05/13/2000 | 3227190115 | 7 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/12/2000 | 05/13/2000 | 3227190156 | 7 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| | | *Total* | *83* | *55.00* | *24.00* | *0.00* | *0.00* | *0.00* | *0.00* | *1.40* | *79.00* |

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 153609526 Chan,Linda A.
# Pay Dept ID & Name: 2214 Essex Co. West

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/2000 | 01/08/2000 | 2214010002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/04/2000 | 01/08/2000 | 2214010002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/05/2000 | 01/08/2000 | 2214010001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/06/2000 | 01/08/2000 | 2214010001 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 01/07/2000 | 01/08/2000 | 2214010003 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 19.00 | 0.00 | 8.00 |
| 01/10/2000 | 01/15/2000 | 2214020002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/11/2000 | 01/15/2000 | 2214020002 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/12/2000 | 01/15/2000 | 2214020003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/13/2000 | 01/15/2000 | 2214020003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/14/2000 | 01/15/2000 | 2214020004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/18/2000 | 01/22/2000 | 2214030001 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/19/2000 | 01/22/2000 | 2214030002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/20/2000 | 01/22/2000 | 2214030003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/21/2000 | 01/22/2000 | 2214030005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/24/2000 | 01/29/2000 | 2214040001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/26/2000 | 01/29/2000 | 2214040001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/27/2000 | 01/29/2000 | 2214040004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/28/2000 | 01/29/2000 | 2214040005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/29/2000 | 01/29/2000 | 2214040007 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 01/31/2000 | 02/05/2000 | 2214050001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/01/2000 | 02/05/2000 | 2214050002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/02/2000 | 02/05/2000 | 2214050007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/03/2000 | 02/05/2000 | 2214050007 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 02/04/2000 | 02/05/2000 | 2214050007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 8.00 |
| 02/07/2000 | 02/12/2000 | 2214060007 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 02/08/2000 | 02/12/2000 | 2214060006 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/2000 | 02/12/2000 | 2214060005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/10/2000 | 02/12/2000 | 2214060005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/11/2000 | 02/12/2000 | 2214060009 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 02/14/2000 | 02/19/2000 | 2214070001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/15/2000 | 02/19/2000 | 2214070006 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/16/2000 | 02/19/2000 | 2214070006 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/17/2000 | 02/19/2000 | 2214070010 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 02/18/2000 | 02/19/2000 | 2214070007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/22/2000 | 02/26/2000 | 2214080004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/23/2000 | 02/26/2000 | 2214080006 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/24/2000 | 02/26/2000 | 2214080016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/25/2000 | 02/26/2000 | 2214080016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/26/2000 | 02/26/2000 | 2214080017 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 02/28/2000 | 03/04/2000 | 2214090005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/29/2000 | 03/04/2000 | 2214090005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/01/2000 | 03/04/2000 | 2214090004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/02/2000 | 03/04/2000 | 2214090010 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/03/2000 | 03/04/2000 | 2214090010 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/06/2000 | 03/11/2000 | 2214100003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/07/2000 | 03/11/2000 | 2214100003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/08/2000 | 03/11/2000 | 2214100004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/09/2000 | 03/11/2000 | 2214100007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/10/2000 | 03/11/2000 | 2214100017 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/13/2000 | 03/18/2000 | 2214110003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/14/2000 | 03/18/2000 | 2214110012 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/15/2000 | 03/18/2000 | 2214110012 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/16/2000 | 03/18/2000 | 2214110012 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/17/2000 | 03/18/2000 | 2214110019 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/20/2000 | 03/25/2000 | 2214120002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/21/2000 | 03/25/2000 | 2214120007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/22/2000 | 03/25/2000 | 2214120013 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/23/2000 | 03/25/2000 | 2214120013 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/24/2000 | 03/25/2000 | 2214120020 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/27/2000 | 04/01/2000 | 2214130039 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 11.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/2000 | 04/01/2000 | 2214130039 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/29/2000 | 04/01/2000 | 2214130039 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 12.00 |
| 03/30/2000 | 04/01/2000 | 2214130036 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/03/2000 | 04/08/2000 | 2214140011 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/04/2000 | 04/08/2000 | 2214140013 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/05/2000 | 04/08/2000 | 2214140016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/06/2000 | 04/08/2000 | 2214140022 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 11.00 |
| 04/07/2000 | 04/15/2000 | 2214150002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/10/2000 | 04/15/2000 | 2214150020 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 04/12/2000 | 04/15/2000 | 2214150020 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/13/2000 | 04/15/2000 | 2214150026 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/14/2000 | 04/15/2000 | 2214150038 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/18/2000 | 04/22/2000 | 2214160019 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/19/2000 | 04/22/2000 | 2214160017 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/20/2000 | 04/22/2000 | 2214160028 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/21/2000 | 04/22/2000 | 2214160028 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/24/2000 | 04/29/2000 | 2214170004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2214170051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2214170055 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 2214170066 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/28/2000 | 04/29/2000 | 2214170128 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/01/2000 | 05/06/2000 | 2214180051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 2214180051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 2214180033 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/04/2000 | 05/06/2000 | 2214180088 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/05/2000 | 05/06/2000 | 2214180141 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/08/2000 | 05/13/2000 | 2214190007 | 0 | 6.75 | 0.00 | 1.25 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/09/2000 | 05/13/2000 | 2214190007 | 0 | 7.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/10/2000 | 05/13/2000 | 2214190048 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/11/2000 | 05/13/2000 | 2214190050 | 0 | 7.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/12/2000 | 05/13/2000 | 2214190089 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/15/2000 | 05/20/2000 | 2214200014 | 0 | 7.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/16/2000 | 05/20/2000 | 2214200029 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/17/2000 | 05/20/2000 | 2214200057 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/2000 | 05/20/2000 | 2214200108 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/19/2000 | 05/20/2000 | 2214200105 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 05/20/2000 | 05/20/2000 | 2214200105 | 0 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 05/22/2000 | 05/27/2000 | 2214210024 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/23/2000 | 05/27/2000 | 2214210024 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/24/2000 | 05/27/2000 | 2214210094 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/25/2000 | 05/27/2000 | 2214210094 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/26/2000 | 05/27/2000 | 2214210089 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 05/27/2000 | 05/27/2000 | 2214210089 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/29/2000 | 06/03/2000 | 2214220045 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/30/2000 | 06/03/2000 | 2214220045 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/31/2000 | 06/03/2000 | 2214220045 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/01/2000 | 06/03/2000 | 2214220138 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/02/2000 | 06/03/2000 | 2214220138 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/05/2000 | 06/10/2000 | 2214230027 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/06/2000 | 06/10/2000 | 2214230033 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/07/2000 | 06/10/2000 | 2214230058 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/08/2000 | 06/10/2000 | 2214230144 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/09/2000 | 06/10/2000 | 2214230144 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/12/2000 | 06/17/2000 | 2214240008 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/13/2000 | 06/17/2000 | 2214240026 | 0 | 2.00 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/14/2000 | 06/17/2000 | 2214240040 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/15/2000 | 06/17/2000 | 2214240062 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/16/2000 | 06/17/2000 | 2214240108 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/19/2000 | 06/24/2000 | 2214250011 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/20/2000 | 06/24/2000 | 2214250020 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/21/2000 | 06/24/2000 | 2214250058 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/22/2000 | 06/24/2000 | 2214250058 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/23/2000 | 06/24/2000 | 2214250062 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| | | *Total* | *0* | *898.75* | *24.00* | *9.75* | *0.00* | *10.00* | *28.00* | *0.00* | *942.50* |

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 572264761 Compton,Henry A.
# Pay Dept ID & Name: 2711 Anchorage

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/2000 | 01/29/2000 | 2711040005 | 26 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/24/2000 | 01/29/2000 | 2711040006 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/25/2000 | 01/29/2000 | 2711040019 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/26/2000 | 01/29/2000 | 2711040033 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/27/2000 | 02/05/2000 | 2711050007 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/28/2000 | 02/05/2000 | 2711050044 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 01/29/2000 | 02/05/2000 | 2711050041 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 01/30/2000 | 02/05/2000 | 2711050015 | 0 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 01/31/2000 | 02/05/2000 | 2711050015 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/02/2000 | 02/05/2000 | 2711050059 | 0 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 02/03/2000 | 02/05/2000 | 2711050057 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 02/04/2000 | 02/05/2000 | 2711050057 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/05/2000 | 02/05/2000 | 2711050057 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 02/06/2000 | 02/12/2000 | 2711060003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/07/2000 | 02/12/2000 | 2711060031 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/08/2000 | 02/12/2000 | 2711060051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/09/2000 | 02/12/2000 | 2711060051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/10/2000 | 02/12/2000 | 2711060051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/11/2000 | 02/12/2000 | 2711060061 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| | 03/04/2000 | 2711090101 | 26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/06/2000 | 03/18/2000 | 2711110109 | 26 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 03/07/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/08/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/09/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/10/2000 | 03/18/2000 | 2711110107 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/12/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

12

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/2000 | 03/18/2000 | 2711110120 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/14/2000 | 03/18/2000 | 2711110109 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/15/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/16/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/17/2000 | 03/18/2000 | 2711110164 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 03/18/2000 | 03/18/2000 | 2711110164 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 03/19/2000 | 03/25/2000 | 2711120013 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/20/2000 | 03/25/2000 | 2711120013 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.13 | 0.00 | 8.00 |
| 03/23/2000 | 03/25/2000 | 2711120118 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/24/2000 | 03/25/2000 | 2711120118 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/25/2000 | 03/25/2000 | 2711120118 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/26/2000 | 04/01/2000 | 2711130016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/27/2000 | 04/01/2000 | 2711130055 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | 3.00 | 8.00 |
| 03/28/2000 | 04/01/2000 | 2711130055 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 03/29/2000 | 04/01/2000 | 2711130057 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73.00 | 8.00 |
| 03/30/2000 | 04/01/2000 | 2711130057 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 03/31/2000 | 04/08/2000 | 2711140047 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 101.00 | 1.25 | 8.00 |
| 04/01/2000 | 04/08/2000 | 2711140047 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 40.00 | 4.75 | 8.00 |
| 04/02/2000 | 04/08/2000 | 2711140008 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 | 3.00 | 8.00 |
| 04/03/2000 | 04/08/2000 | 2711140008 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 04/04/2000 | 04/08/2000 | 2711140008 | 56 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 8.00 |
| 04/05/2000 | 05/06/2000 | 2711180010 | 0 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.95 | 0.25 |
| 04/21/2000 | 04/29/2000 | 2711170126 | 42 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/24/2000 | 04/29/2000 | 2711170009 | 13 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2711170005 | 13 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2711170126 | 13 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 2711170128 | 23 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 8.00 |
| 04/28/2000 | 04/29/2000 | 2711170204 | 34 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/29/2000 | 04/29/2000 | 2711170252 | 37 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 04/30/2000 | 05/06/2000 | 2711180010 | 17 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/01/2000 | 05/06/2000 | 2711180277 | 42 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 2711180010 | 54 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 2711180175 | 16 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/04/2000 | 05/06/2000 | 2711180175 | 19 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/05/2000 | 05/06/2000 | 2711180215 | 27 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/08/2000 | 05/13/2000 | 2711190012 | 12 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| | | *Total* | *704* | *299.75* | *82.00* | *0.00* | *0.00* | *64.00* | *347.13* | *116.45* | *445.75* |

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 558635560 Jones,Shalamar
# Pay Dept ID & Name: 3223 Inglewood

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2000 | 05/06/2000 | 3223180022 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 3223180035 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 3223180049 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 9.60 | 0.00 | 8.00 |
| 05/04/2000 | 05/06/2000 | 3223180183 | 5 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/06/2000 | 05/06/2000 | 3223180180 | 5 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/08/2000 | 05/13/2000 | 3223190048 | 10 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/09/2000 | 05/13/2000 | 3223190081 | 4 | 3.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.75 |
| 05/11/2000 | 05/13/2000 | 3223190148 | 3 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/12/2000 | 05/13/2000 | 3223190192 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/15/2000 | 05/20/2000 | 3223200012 | 1 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 05/16/2000 | 05/20/2000 | 3223200009 | 1 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | | *Total* | *59* | *35.75* | *32.00* | *0.00* | *0.00* | *0.00* | *9.60* | *0.00* | *67.75* |

# D308 Lookup by SSN
## Report Date 03/09/2007
## Pay Emplid & Name: 464296500 Lockhart,Ethel R
## Pay Dept ID & Name: 3215 Compton

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 3215170025 | 20 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 3215170011 | 7 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 3215170075 | 7 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/27/2000 | 04/29/2000 | 3215170197 | 16 | 5.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 | 5.75 |
| 04/28/2000 | 05/06/2000 | 3215180039 | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 1.00 |
| 04/29/2000 | 05/06/2000 | 3215180039 | 1 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/30/2000 | 05/06/2000 | 3215180010 | 0 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 |
| 05/01/2000 | 05/06/2000 | 3215180027 | 6 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 | 0.50 |
| 05/02/2000 | 05/06/2000 | 3215180087 | 10 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/03/2000 | 05/06/2000 | 3215180093 | 8 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 6.00 |
| 05/04/2000 | 05/06/2000 | 3215180215 | 10 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 |
| 05/05/2000 | 05/06/2000 | 3215180218 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/06/2000 | 05/06/2000 | 3215180205 | 10 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/08/2000 | 05/13/2000 | 3215190024 | 15 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 6.00 |
| 05/09/2000 | 05/13/2000 | 3215190076 | 19 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/10/2000 | 05/13/2000 | 3215190125 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| | 05/27/2000 | 3215210064 | 15 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 05/12/2000 | 05/27/2000 | 3215210064 | 29 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/13/2000 | 05/13/2000 | 3215190196 | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 1.00 |
| 05/14/2000 | 05/20/2000 | 3215200057 | 9 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |
| 05/16/2000 | 05/20/2000 | 3215200053 | 14 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 2.00 |
| 05/17/2000 | 05/20/2000 | 3215200082 | 16 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/18/2000 | 05/20/2000 | 3215200133 | 18 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 2.00 |
| 05/21/2000 | 05/27/2000 | 3215210003 | 5 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 1.00 |
| 05/22/2000 | 05/27/2000 | 3215210003 | 16 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/23/2000 | 05/27/2000 | 3215210108 | 12 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 1.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/26/2000 | 05/27/2000 | 3215210108 | 16 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 2.00 |
| 05/27/2000 | 05/27/2000 | 3215210108 | 6 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | | *Total* | *312* | *73.75* | *23.00* | *0.00* | *0.00* | *0.00* | *0.00* | *19.11* | *96.75* |

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 320687532 Kallis,Ramirez Maria A
# Pay Dept ID & Name: 2522 Cook County South Local Census

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2000 | 04/22/2000 | 2522160044 | 8 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/18/2000 | 04/22/2000 | 2522160042 | 8 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/19/2000 | 04/22/2000 | 2522160101 | 8 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2522170046 | 3 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 04/27/2000 | 04/29/2000 | 2522170079 | 4 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/28/2000 | 04/29/2000 | 2522170098 | 4 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/29/2000 | 04/29/2000 | 2522170109 | 5 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 04/30/2000 | 05/06/2000 | 2522180006 | 5 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 05/01/2000 | 05/06/2000 | 2522180025 | 7 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 7.00 |
| 05/02/2000 | 05/06/2000 | 2522180058 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 2522180079 | 7 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 05/04/2000 | 05/06/2000 | 2522180102 | 3 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 05/05/2000 | 05/06/2000 | 2522180127 | 4 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 1.00 |
| 05/07/2000 | 05/13/2000 | 2522190004 | 5 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 05/08/2000 | 05/13/2000 | 2522190034 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 05/09/2000 | 05/13/2000 | 2522190042 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 05/10/2000 | 05/13/2000 | 2522190075 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/13/2000 | 05/13/2000 | 2522190122 | 5 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/14/2000 | 05/20/2000 | 2522200002 | 5 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/15/2000 | 05/20/2000 | 2522200018 | 4 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/16/2000 | 05/20/2000 | 2522200041 | 7 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/17/2000 | 05/20/2000 | 2522200064 | 6 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/18/2000 | 05/20/2000 | 2522200094 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/20/2000 | 05/20/2000 | 2522200115 | 7 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 05/21/2000 | 05/27/2000 | 2522210005 | 6 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/22/2000 | 05/27/2000 | 2522210026 | 7 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/24/2000 | 05/27/2000 | 2522210070 | 7 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/25/2000 | 05/27/2000 | 2522210097 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/27/2000 | 05/27/2000 | 2522210137 | 5 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/29/2000 | 06/03/2000 | 2522220012 | 6 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/30/2000 | 06/03/2000 | 2522220033 | 8 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/31/2000 | 06/03/2000 | 2522220055 | 8 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 06/01/2000 | 06/03/2000 | 2522220094 | 2 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | | *Total* | *194* | *180.50* | *24.00* | *0.00* | *0.00* | *0.00* | *0.00* | *33.00* | *204.50* |

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 607050566 McCowan,Shannon J
# Pay Dept ID & Name: 3223 Inglewood

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2000 | 05/06/2000 | 3223180017 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 3223180037 | 1 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 3223180057 | 2 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/04/2000 | 05/06/2000 | 3223180201 | 10 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/05/2000 | 05/06/2000 | 3223180246 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | 8.00 |
| 05/08/2000 | 05/13/2000 | 3223190052 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | 8.00 |
| 05/09/2000 | 05/13/2000 | 3223190112 | 0 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 05/10/2000 | 05/13/2000 | 3223190113 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | 8.00 |
| 05/11/2000 | 05/13/2000 | 3223190147 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 6.00 |
| 05/12/2000 | 05/13/2000 | 3223190237 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.35 | 3.20 | 5.00 |
| 05/16/2000 | 05/20/2000 | 3223200032 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | 8.00 |
| 05/17/2000 | 05/20/2000 | 3223200080 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | 7.00 |
| 05/19/2000 | 05/20/2000 | 3223200175 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | 5.00 |
| 05/23/2000 | 05/27/2000 | 3223210057 | 0 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | 3.50 |
| 06/06/2000 | 06/10/2000 | 3223230064 | 12 | 4.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.25 |
| 06/07/2000 | 06/10/2000 | 3223230060 | 13 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 4.50 |
| 06/08/2000 | 06/10/2000 | 3223230092 | 10 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 3.00 |
| 06/09/2000 | 06/10/2000 | 3223230115 | 12 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 |
| 06/27/2000 | 07/01/2000 | 3223260019 | 7 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/28/2000 | 07/01/2000 | 3223260046 | 13 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/29/2000 | 07/01/2000 | 3223260057 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/30/2000 | 07/01/2000 | 3223260077 | 12 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 07/01/2000 | 07/01/2000 | 3223260092 | 19 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 07/04/2000 | 07/08/2000 | 3223270024 | 15 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 07/06/2000 | 07/08/2000 | 3223270051 | 12 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 07/07/2000 | 07/08/2000 | 3223270073 | 20 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Total* | *184* | *122.75* | *33.00* | *0.00* | *0.00* | *0.00* | *32.75* | *6.40* | *155.75* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 568904824 Mitchell,Marsha R
# Pay Dept ID & Name: 3223 Inglewood

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/08/2000 | 05/13/2000 | 3223190066 | 11 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/09/2000 | 05/13/2000 | 3223190026 | 20 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/10/2000 | 05/13/2000 | 3223190065 | 14 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/16/2000 | 05/20/2000 | 3223200061 | 7 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |
| 05/17/2000 | 05/27/2000 | 3223210161 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/18/2000 | 05/20/2000 | 3223200174 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/19/2000 | 05/27/2000 | 3223210041 | 20 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/22/2000 | 05/27/2000 | 3223210041 | 20 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/23/2000 | 05/27/2000 | 3223210041 | 20 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/24/2000 | 05/27/2000 | 3223210080 | 25 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/25/2000 | 05/27/2000 | 3223210114 | 25 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/26/2000 | 05/27/2000 | 3223210128 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/27/2000 | 05/27/2000 | 3223210166 | 25 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/30/2000 | 06/03/2000 | 3223220027 | 25 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/31/2000 | 06/03/2000 | 3223220051 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/01/2000 | 06/03/2000 | 3223220088 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/03/2000 | 06/03/2000 | 3223220141 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/05/2000 | 06/10/2000 | 3223230041 | 15 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/07/2000 | 06/10/2000 | 3223230067 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/08/2000 | 06/10/2000 | 3223230102 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/09/2000 | 06/10/2000 | 3223230138 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/10/2000 | 06/10/2000 | 3223230136 | 20 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 06/27/2000 | 07/01/2000 | 3223260019 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/28/2000 | 07/01/2000 | 3223260046 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/29/2000 | 07/01/2000 | 3223260057 | 26 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/30/2000 | 07/01/2000 | 3223260077 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2000 | 07/01/2000 | 3223260091 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/03/2000 | 07/08/2000 | 3223270007 | 27 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/04/2000 | 07/08/2000 | 3223270022 | 26 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/05/2000 | 07/08/2000 | 3223270040 | 26 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/06/2000 | 07/08/2000 | 3223270073 | 26 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/22/2000 | 07/22/2000 | 3223290030 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/23/2000 | 07/29/2000 | 3223300002 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/24/2000 | 07/29/2000 | 3223300008 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/25/2000 | 07/29/2000 | 3223300018 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/26/2000 | 07/29/2000 | 3223300018 | 20 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 07/27/2000 | 07/29/2000 | 3223300032 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| | | *Total* | *838* | *230.00* | *32.00* | *0.00* | *0.00* | *0.00* | *0.00* | *0.00* | *262.00* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 549946682 Monroe,Alvin L
# Pay Dept ID & Name: 2714 Davis

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2001 | 01/20/2001 | 2714031001 | 74 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/17/2001 | 01/20/2001 | 2714031001 | 74 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/18/2001 | 01/20/2001 | 2714031001 | 74 | 1.75 | 6.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/19/2001 | 01/20/2001 | 2714031001 | 21 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/20/2001 | 01/20/2001 | 2714031001 | 53 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 03/20/2001 | 03/24/2001 | 2714121001 | 74 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/21/2001 | 03/24/2001 | 2714121001 | 74 | 0.00 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 03/30/2001 | 03/31/2001 | 2714131001 | 79 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/31/2001 | 03/31/2001 | 2714131001 | 97 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/01/2001 | 04/07/2001 | 2714141001 | 104 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/02/2001 | 04/07/2001 | 2714141001 | 105 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/03/2001 | 04/07/2001 | 2714141001 | 102 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/04/2001 | 04/07/2001 | 2714141001 | 7 | 3.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.25 |
| 04/20/2001 | 04/28/2001 | 2714171001 | 53 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/24/2000 | 08/26/2000 | 2714340004 | 56 | 0.00 | 1.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.75 |
| 05/01/2000 | 08/26/2000 | 2714340004 | 97 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 08/26/2000 | 2714340004 | 11 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 08/26/2000 | 2714340004 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/04/2000 | 08/26/2000 | 2714340004 | 73 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/08/2000 | 05/20/2000 | 2714200094 | 57 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/09/2000 | 05/20/2000 | 2714200094 | 68 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/10/2000 | 05/20/2000 | 2714200085 | 61 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/11/2000 | 05/20/2000 | 2714200085 | 64 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/12/2000 | 05/20/2000 | 2714200085 | 61 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/13/2000 | 05/20/2000 | 2714200085 | 61 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/15/2000 | 05/20/2000 | 2714200094 | 67 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/2000 | 05/27/2000 | 2714210109 | 53 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/17/2000 | 05/20/2000 | 2714200139 | 51 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/18/2000 | 05/20/2000 | 2714200139 | 1 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/19/2000 | 05/27/2000 | 2714210044 | 3 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/20/2000 | 05/27/2000 | 2714210041 | 3 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | 06/03/2000 | 2714220156 | 3 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/21/2000 | 05/27/2000 | 2714210109 | 51 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/22/2000 | 05/27/2000 | 2714210105 | 10 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/23/2000 | 05/27/2000 | 2714210103 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/24/2000 | 05/27/2000 | 2714210165 | 13 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/25/2000 | 05/27/2000 | 2714210166 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/26/2000 | 05/27/2000 | 2714210201 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/27/2000 | 05/27/2000 | 2714210201 | 13 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 05/29/2000 | 06/03/2000 | 2714220030 | 9 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/30/2000 | 06/03/2000 | 2714220064 | 7 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/31/2000 | 06/03/2000 | 2714220080 | 11 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 06/01/2000 | 06/03/2000 | 2714220630 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 10.00 |
| 06/02/2000 | 06/03/2000 | 2714220633 | 19 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 11.00 |
| 06/03/2000 | 06/03/2000 | 2714220184 | 21 | 5.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 9.00 |
| 06/04/2000 | 06/10/2000 | 2714230007 | 13 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 06/05/2000 | 06/10/2000 | 2714230048 | 18 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/06/2000 | 06/10/2000 | 2714230077 | 12 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/07/2000 | 06/10/2000 | 2714230061 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 06/12/2000 | 06/17/2000 | 2714240038 | 1 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | | 2714240041 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 06/13/2000 | 06/17/2000 | 2714240038 | 1 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 06/14/2000 | 06/17/2000 | 2714240052 | 1 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |
| | | 2714240064 | 14 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 06/15/2000 | 06/17/2000 | 2714240080 | 29 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/16/2000 | 06/17/2000 | 2714240093 | 17 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/17/2000 | 06/17/2000 | 2714240115 | 75 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 06/21/2000 | 06/24/2000 | 2714250024 | 28 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/22/2000 | 06/24/2000 | 2714250033 | 27 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/23/2000 | 06/24/2000 | 2714250042 | 31 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/24/2000 | 06/24/2000 | 2714250052 | 47 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/26/2000 | 07/01/2000 | 2714260004 | 9 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/27/2000 | 07/01/2000 | 2714260008 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/28/2000 | 07/01/2000 | 2714260008 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/29/2000 | 07/01/2000 | 2714260021 | 17 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/30/2000 | 07/01/2000 | 2714260021 | 47 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 07/01/2000 | 07/01/2000 | 2714260027 | 49 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 07/03/2000 | 07/08/2000 | 2714270001 | 32 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/04/2000 | 07/08/2000 | 2714270001 | 29 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/05/2000 | 07/08/2000 | 2714270017 | 31 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/06/2000 | 07/08/2000 | 2714270008 | 35 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/07/2000 | 07/08/2000 | 2714270017 | 33 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/10/2000 | 07/15/2000 | 2714280005 | 87 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/11/2000 | 07/15/2000 | 2714280014 | 88 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/12/2000 | 07/15/2000 | 2714280049 | 95 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/13/2000 | 07/15/2000 | 2714280065 | 107 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/14/2000 | 07/15/2000 | 2714280064 | 98 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/16/2000 | 07/22/2000 | 2714290017 | 99 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/17/2000 | 07/22/2000 | 2714290017 | 123 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/18/2000 | 07/22/2000 | 2714290049 | 101 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/19/2000 | 07/22/2000 | 2714290049 | 127 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/21/2000 | 07/22/2000 | 2714290099 | 131 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/23/2000 | 07/29/2000 | 2714300005 | 32 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/24/2000 | 07/29/2000 | 2714300011 | 78 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/25/2000 | 08/05/2000 | 2714310012 | 99 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/26/2000 | 07/29/2000 | 2714300022 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/27/2000 | 07/29/2000 | 2714300034 | 177 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.99 | 8.00 |
| 10/12/2000 | 10/14/2000 | 2714410002 | 74 | 0.00 | 8.00 | 0.00 | 0.00 | 0.75 | 0.00 | 0.00 | 8.75 |
| 10/13/2000 | 10/14/2000 | 2714410002 | 74 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 10/28/2000 | 10/28/2000 | 2714430002 | 34 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 10/29/2000 | 11/04/2000 | 2714440001 | 2 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |
| 10/30/2000 | 11/04/2000 | 2714440001 | 79 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 10/31/2000 | 11/04/2000 | 2714440001 | 92 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 11/01/2000 | 11/04/2000 | 2714440001 | 74 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/03/2000 | 11/04/2000 | 2714440001 | 74 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| | 11/11/2000 | 2714450001 | 33 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 11/04/2000 | 11/11/2000 | 2714450001 | 64 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 11/05/2000 | 11/11/2000 | 2714450001 | 37 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 11/06/2000 | 11/11/2000 | 2714450001 | 77 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 11/07/2000 | 11/11/2000 | 2714450002 | 82 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 11/08/2000 | 11/11/2000 | 2714450002 | 75 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 11/09/2000 | 11/11/2000 | 2714450002 | 37 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 12/05/2000 | 12/09/2000 | 2714490001 | 74 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| | | *Total* | *5,044* | *562.50* | *105.50* | *0.00* | *0.00* | *17.75* | *0.00* | *4.99* | *685.75* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 050724344 Myrthil Jr,Henry A
# Pay Dept ID & Name: 2242 Jamaica

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 2242170122 | 0 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 04/25/2000 | 04/29/2000 | 2242170065 | 0 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 04/26/2000 | 04/29/2000 | 2242170116 | 0 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 04/27/2000 | 04/29/2000 | 2242170146 | 0 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 04/28/2000 | 05/06/2000 | 2242180042 | 0 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 04/29/2000 | 05/06/2000 | 2242180107 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 4.50 |
| 05/01/2000 | 05/06/2000 | 2242180107 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/13/2000 | 2242190086 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/13/2000 | 2242190076 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/04/2000 | 05/13/2000 | 2242190229 | 0 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 2.00 | 5.50 |
| 05/05/2000 | 05/13/2000 | 2242190239 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 4.50 |
| 05/06/2000 | 05/13/2000 | 2242190232 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/10/2000 | 05/13/2000 | 2242190170 | 0 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 |
| 05/11/2000 | 05/13/2000 | 2242190319 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/12/2000 | 05/13/2000 | 2242190312 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 05/13/2000 | 05/13/2000 | 2242190319 | 0 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 1.50 |
| 05/15/2000 | 05/20/2000 | 2242200139 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| | 06/03/2000 | 2242220134 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 |
| 05/16/2000 | 05/20/2000 | 2242200140 | 0 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 |
| 05/17/2000 | 05/20/2000 | 2242200216 | 0 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.50 |
| 05/18/2000 | 05/20/2000 | 2242200216 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 05/19/2000 | 05/27/2000 | 2242210178 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/23/2000 | 05/27/2000 | 2242210079 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/24/2000 | 05/27/2000 | 2242210178 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 05/25/2000 | 05/27/2000 | 2242210178 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/26/2000 | 05/27/2000 | 2242210249 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/2000 | 05/27/2000 | 2242210249 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 2.00 |
| 05/29/2000 | 06/03/2000 | 2242220090 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/30/2000 | 06/03/2000 | 2242220090 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 05/31/2000 | 06/03/2000 | 2242220122 | 0 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 |
| 06/01/2000 | 06/03/2000 | 2242220187 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 06/03/2000 | 06/03/2000 | 2242220200 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 06/07/2000 | 06/10/2000 | 2242230069 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 06/08/2000 | 06/10/2000 | 2242230092 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 06/09/2000 | 06/10/2000 | 2242230118 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 06/10/2000 | 06/10/2000 | 2242230165 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 06/13/2000 | 06/17/2000 | 2242240040 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 06/14/2000 | 06/17/2000 | 2242240060 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 06/15/2000 | 06/17/2000 | 2242240089 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 06/19/2000 | 06/24/2000 | 2242250009 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/20/2000 | 06/24/2000 | 2242250029 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.75 | 0.00 | 8.00 |
| 07/12/2000 | 07/15/2000 | 2242280006 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 07/13/2000 | 07/15/2000 | 2242280028 | 40 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/14/2000 | 07/15/2000 | 2242280051 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/15/2000 | 07/15/2000 | 2242280046 | 15 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/19/2000 | 07/22/2000 | 2242290042 | 20 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 07/20/2000 | 07/22/2000 | 2242290059 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| | | *Total* | *140* | *235.50* | *33.00* | *0.00* | *0.00* | *0.00* | *111.75* | *3.00* | *268.50* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 074584876 Romero,Myra
# Pay Dept ID & Name: 2248 White Plains

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/2000 | 04/01/2000 | 2248130025 | 26 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 8.00 |
| 03/29/2000 | 04/01/2000 | 2248130025 | 6 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 03/30/2000 | 04/01/2000 | 2248130027 | 6 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 6.00 |
| 04/05/2000 | 04/08/2000 | 2248140016 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 04/06/2000 | 04/08/2000 | 2248140029 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 04/07/2000 | 04/08/2000 | 2248140036 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/09/2000 | 04/15/2000 | 2248150003 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 04/10/2000 | 04/15/2000 | 2248150001 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/11/2000 | 04/15/2000 | 2248150018 | 0 | 7.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.25 |
| 04/12/2000 | 04/15/2000 | 2248150071 | 0 | 7.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.25 |
| 04/13/2000 | 04/15/2000 | 2248150059 | 0 | 7.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.25 |
| 04/14/2000 | 04/15/2000 | 2248150059 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/18/2000 | 04/22/2000 | 2248160020 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 04/19/2000 | 04/22/2000 | 2248160020 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/20/2000 | 04/22/2000 | 2248160028 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/21/2000 | 04/22/2000 | 2248160033 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 04/24/2000 | 04/29/2000 | 2248170004 | 79 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2248170128 | 27 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2248170128 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 2248170120 | 62 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/28/2000 | 04/29/2000 | 2248170136 | 61 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | 05/13/2000 | 2248190190 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00 | 7.00 |
| 04/29/2000 | 04/29/2000 | 2248170115 | 14 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/01/2000 | 05/06/2000 | 2248180055 | 21 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 2248180115 | 18 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/03/2000 | 05/06/2000 | 2248180115 | 41 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/04/2000 | 05/06/2000 | 2248180115 | 38 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/05/2000 | 05/06/2000 | 2248180179 | 9 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 05/06/2000 | 05/06/2000 | 2248180171 | 18 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/07/2000 | 05/13/2000 | 2248190021 | 27 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/08/2000 | 05/13/2000 | 2248190085 | 51 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/09/2000 | 05/13/2000 | 2248190178 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/10/2000 | 05/13/2000 | 2248190178 | 41 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/11/2000 | 05/13/2000 | 2248190179 | 55 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/12/2000 | 05/13/2000 | 2248190189 | 37 | 4.50 | 0.00 | 0.00 | 0.00 | 2.50 | 0.00 | 0.00 | 7.00 |
| 05/13/2000 | 05/13/2000 | 2248190189 | 37 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 6.00 |
| 05/14/2000 | 05/20/2000 | 2248200014 | 18 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/15/2000 | 05/20/2000 | 2248200196 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/16/2000 | 05/20/2000 | 2248200196 | 35 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/17/2000 | 05/20/2000 | 2248200196 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/18/2000 | 05/20/2000 | 2248200196 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/19/2000 | 05/20/2000 | 2248200196 | 67 | 6.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 10.00 |
| 05/20/2000 | 05/20/2000 | 2248200196 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 6.00 |
| 05/21/2000 | 05/27/2000 | 2248210214 | 35 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/22/2000 | 05/27/2000 | 2248210214 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/23/2000 | 05/27/2000 | 2248210214 | 53 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/24/2000 | 05/27/2000 | 2248210214 | 48 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/25/2000 | 05/27/2000 | 2248210214 | 35 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/26/2000 | 05/27/2000 | 2248210214 | 35 | 3.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 8.00 |
| 05/27/2000 | 05/27/2000 | 2248210214 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 6.00 |
| 05/28/2000 | 06/03/2000 | 2248220087 | 18 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/29/2000 | 06/03/2000 | 2248220087 | 38 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/30/2000 | 06/03/2000 | 2248220086 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/31/2000 | 06/03/2000 | 2248220155 | 18 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/01/2000 | 06/03/2000 | 2248220155 | 38 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 06/02/2000 | 07/01/2000 | 2248260007 | 38 | 4.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 6.00 |
| 06/04/2000 | 06/10/2000 | 2248230053 | 31 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/05/2000 | 06/10/2000 | 2248230053 | 28 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 06/06/2000 | 06/10/2000 | 2248230053 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/07/2000 | 06/10/2000 | 2248230053 | 30 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/2000 | 06/10/2000 | 2248230119 | 35 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 06/09/2000 | 06/10/2000 | 2248230117 | 26 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 06/11/2000 | 06/17/2000 | 2248240022 | 28 | 8.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 12.00 |
| 06/12/2000 | 06/17/2000 | 2248240022 | 28 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/13/2000 | 06/17/2000 | 2248240062 | 26 | 8.00 | 0.00 | 0.00 | 0.00 | 1.00 | 5.00 | 0.00 | 9.00 |
| 06/14/2000 | 06/17/2000 | 2248240062 | 26 | 8.00 | 0.00 | 0.00 | 0.00 | 1.00 | 5.00 | 0.00 | 9.00 |
| 06/15/2000 | 06/17/2000 | 2248240068 | 56 | 8.00 | 0.00 | 0.00 | 0.00 | 1.50 | 5.00 | 0.00 | 9.50 |
| 06/16/2000 | 06/17/2000 | 2248240090 | 26 | 0.00 | 0.00 | 0.00 | 0.00 | 12.50 | 0.00 | 0.00 | 12.50 |
| 06/17/2000 | 06/17/2000 | 2248240090 | 26 | 0.00 | 0.00 | 0.00 | 0.00 | 13.50 | 5.00 | 0.00 | 13.50 |
| 06/18/2000 | 06/24/2000 | 2248250018 | 61 | 8.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | 0.00 | 8.50 |
| 06/19/2000 | 06/24/2000 | 2248250018 | 26 | 8.00 | 0.00 | 0.00 | 0.00 | 6.50 | 5.00 | 0.00 | 14.50 |
| 07/05/2000 | 07/08/2000 | 2248270002 | 26 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 8.00 |
| 07/06/2000 | 07/08/2000 | 2248270001 | 26 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 4.00 |
| 07/08/2000 | 07/08/2000 | 2248270006 | 32 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/09/2000 | 07/15/2000 | 2248280009 | 10 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 07/10/2000 | 07/15/2000 | 2248280017 | 10 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 07/11/2000 | 07/15/2000 | 2248280010 | 20 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 07/12/2000 | 07/15/2000 | 2248280020 | 20 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 07/13/2000 | 07/15/2000 | 2248280037 | 20 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 07/14/2000 | 07/15/2000 | 2248280050 | 20 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 07/16/2000 | 07/22/2000 | 2248290004 | 10 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/17/2000 | 07/22/2000 | 2248290005 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/18/2000 | 07/22/2000 | 2248290014 | 20 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 07/19/2000 | 07/22/2000 | 2248290031 | 20 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 07/20/2000 | 07/22/2000 | 2248290030 | 20 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 07/21/2000 | 07/22/2000 | 2248290036 | 20 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 07/23/2000 | 07/29/2000 | 2248300001 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/24/2000 | 07/29/2000 | 2248300006 | 10 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 07/25/2000 | 07/29/2000 | 2248300005 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 07/26/2000 | 07/29/2000 | 2248300010 | 10 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 07/27/2000 | 07/29/2000 | 2248300011 | 10 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 07/28/2000 | 07/29/2000 | 2248300013 | 46 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 07/29/2000 | 07/29/2000 | 2248300013 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 07/30/2000 | 08/05/2000 | 2248310001 | 10 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2000 | 08/05/2000 | 2248310001 | 20 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 08/01/2000 | 08/05/2000 | 2248310001 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 08/02/2000 | 08/05/2000 | 2248310006 | 44 | 3.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 08/03/2000 | 08/05/2000 | 2248310008 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 08/04/2000 | 08/05/2000 | 2248310008 | 33 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 08/05/2000 | 08/05/2000 | 2248310013 | 10 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 08/06/2000 | 08/12/2000 | 2248320005 | 10 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 08/07/2000 | 08/12/2000 | 2248320005 | 10 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 |
| | | *Total* | *2,429* | *589.25* | *33.00* | *0.00* | *0.00* | *79.00* | *45.00* | *0.00* | *701.25* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 065668583 Santiago Jr.,Frank
# Pay Dept ID & Name: 2211 Bergen Co. North

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 2211170009 | 40 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2211170040 | 40 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2211170060 | 2 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 05/06/2000 | 2211180108 | 3 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 04/28/2000 | 04/29/2000 | 2211170114 | 3 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 04/30/2000 | 05/06/2000 | 2211180003 | 3 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/01/2000 | 05/06/2000 | 2211180091 | 4 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 |
| 05/02/2000 | 05/06/2000 | 2211180091 | 3 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/03/2000 | 05/06/2000 | 2211180096 | 3 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 05/04/2000 | 05/13/2000 | 2211190065 | 3 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 05/05/2000 | 05/06/2000 | 2211180119 | 3 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/07/2000 | 05/13/2000 | 2211190002 | 3 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/08/2000 | 05/13/2000 | 2211190068 | 0 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 05/09/2000 | 05/13/2000 | 2211190068 | 3 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 |
| 05/10/2000 | 05/13/2000 | 2211190068 | 3 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/11/2000 | 05/13/2000 | 2211190083 | 3 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/13/2000 | 05/13/2000 | 2211190118 | 3 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 05/17/2000 | 05/20/2000 | 2211200052 | 3 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 |
| 05/18/2000 | 05/20/2000 | 2211200076 | 3 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/29/2000 | 06/03/2000 | 2211220008 | 3 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 |
| 05/30/2000 | 06/03/2000 | 2211220018 | 3 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.50 |
| 05/31/2000 | 06/03/2000 | 2211220038 | 3 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 06/05/2000 | 06/10/2000 | 2211230011 | 52 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 | 2.50 |
| | | *Total* | *189* | *63.50* | *16.00* | *0.00* | *0.00* | *0.00* | *0.00* | *1.25* | *79.50* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 593582623 Schlachter,Adam
# Pay Dept ID & Name: 3221 Hollywood/Mid-Wilshire Local C

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 3221170014 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 3221170177 | 0 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/26/2000 | 04/29/2000 | 3221170072 | 10 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 04/27/2000 | 04/29/2000 | 3221170168 | 15 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/28/2000 | 04/29/2000 | 3221170189 | 10 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/29/2000 | 04/29/2000 | 3221170215 | 10 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/03/2000 | 05/06/2000 | 3221180078 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | 0.00 | 7.50 |
| 05/04/2000 | 05/06/2000 | 3221180152 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | 0.00 | 8.00 |
| 05/05/2000 | 05/06/2000 | 3221180171 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | 0.00 | 8.00 |
| 05/06/2000 | 05/06/2000 | 3221180215 | 0 | 7.75 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | 0.00 | 7.75 |
| | | 3221180219 | 0 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 |
| 05/08/2000 | 05/13/2000 | 3221190035 | 16 | 7.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.75 |
| | | 3221190036 | 0 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 |
| 05/09/2000 | 05/13/2000 | 3221190066 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/10/2000 | 05/13/2000 | 3221190106 | 16 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| | | 3221190107 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/11/2000 | 05/13/2000 | 3221190146 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/12/2000 | 05/13/2000 | 3221190186 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/15/2000 | 05/20/2000 | 3221200023 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/16/2000 | 05/20/2000 | 3221200058 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/17/2000 | 05/20/2000 | 3221200089 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/18/2000 | 05/20/2000 | 3221200115 | 10 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/19/2000 | 05/20/2000 | 3221200153 | 8 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/24/2000 | 05/27/2000 | 3221210065 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/25/2000 | 05/27/2000 | 3221210102 | 24 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/26/2000 | 05/27/2000 | 3221210111 | 20 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/31/2000 | 06/03/2000 | 3221220044 | 16 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 06/01/2000 | 06/03/2000 | 3221220062 | 16 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 06/02/2000 | 06/03/2000 | 3221220081 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/04/2000 | 06/10/2000 | 3221230013 | 32 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 06/05/2000 | 06/10/2000 | 3221230010 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/06/2000 | 06/10/2000 | 3221230020 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/07/2000 | 06/10/2000 | 3221230028 | 40 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 06/08/2000 | 06/10/2000 | 3221230036 | 40 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/09/2000 | 06/10/2000 | 3221230036 | 60 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 8.00 |
| 06/21/2000 | 06/24/2000 | 3221250006 | 20 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 8.00 |
| 06/27/2000 | 07/01/2000 | 3221260020 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 8.00 |
| 06/28/2000 | 07/01/2000 | 3221260020 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 8.00 |
| 06/29/2000 | 07/01/2000 | 3221260039 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/30/2000 | 07/01/2000 | 3221260037 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/01/2000 | 07/01/2000 | 3221260041 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/02/2000 | 07/08/2000 | 3221270002 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/03/2000 | 07/08/2000 | 3221270009 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/05/2000 | 07/08/2000 | 3221270022 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/06/2000 | 07/08/2000 | 3221270032 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/07/2000 | 07/08/2000 | 3221270036 | 8 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | | *Total* | *723* | *277.50* | *26.00* | *0.00* | *0.00* | *4.00* | *17.20* | *1.40* | *307.50* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 145187347 Sciacca,Joseph J
# Pay Dept ID & Name: 2211 Bergen Co. North

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 2211170026 | 16 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2211170014 | 16 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2211170046 | 24 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 2211170098 | 29 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.25 | 0.00 | 8.00 |
| 04/28/2000 | 04/29/2000 | 2211170111 | 21 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/30/2000 | 05/06/2000 | 2211180052 | 22 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/01/2000 | 05/06/2000 | 2211180035 | 21 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 2211180081 | 31 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/04/2000 | 05/06/2000 | 2211180096 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.25 | 0.00 | 8.00 |
| 05/05/2000 | 05/06/2000 | 2211180125 | 31 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/06/2000 | 05/06/2000 | 2211180123 | 16 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/07/2000 | 05/13/2000 | 2211190004 | 21 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/08/2000 | 05/13/2000 | 2211190019 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/09/2000 | 05/13/2000 | 2211190057 | 31 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/10/2000 | 05/13/2000 | 2211190071 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 8.00 |
| 05/11/2000 | 05/13/2000 | 2211190084 | 28 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/14/2000 | 05/20/2000 | 2211200005 | 25 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/15/2000 | 05/20/2000 | 2211200011 | 35 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/16/2000 | 05/20/2000 | 2211200032 | 32 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/17/2000 | 05/20/2000 | 2211200048 | 28 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/18/2000 | 05/20/2000 | 2211200071 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/21/2000 | 05/27/2000 | 2211210005 | 25 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/22/2000 | 05/27/2000 | 2211210012 | 25 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/23/2000 | 05/27/2000 | 2211210033 | 24 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/24/2000 | 05/27/2000 | 2211210054 | 20 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | | *Total* | *581* | *149.00* | *24.00* | *0.00* | *0.00* | *0.00* | *3.50* | *2.50* | *173.00* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 602187867 Sevilla,William A
# Pay Dept ID & Name: 3227 Culver City East Local Census

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 3227170015 | 4 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 3227170051 | 4 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 3227170117 | 4 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 3227170136 | 6 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/28/2000 | 04/29/2000 | 3227170134 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/01/2000 | 05/06/2000 | 3227180035 | 5 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 3227180073 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 3227180061 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/04/2000 | 05/06/2000 | 3227180095 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/05/2000 | 05/06/2000 | 3227180136 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/08/2000 | 05/13/2000 | 3227190010 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/09/2000 | 05/13/2000 | 3227190048 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/10/2000 | 05/13/2000 | 3227190100 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/11/2000 | 05/13/2000 | 3227190144 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/12/2000 | 05/13/2000 | 3227190158 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/15/2000 | 05/20/2000 | 3227200012 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/16/2000 | 05/20/2000 | 3227200037 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/17/2000 | 05/20/2000 | 3227200073 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/18/2000 | 05/20/2000 | 3227200081 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/19/2000 | 05/20/2000 | 3227200116 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/22/2000 | 05/27/2000 | 3227210016 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/23/2000 | 05/27/2000 | 3227210029 | 8 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| | | *Total* | *149* | *137.00* | *32.00* | *0.00* | *0.00* | *0.00* | *0.00* | *0.00* | *169.00* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 104603501 Shoffner,Julia M
# Pay Dept ID & Name: 2242 Jamaica

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 2242170019 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2242170109 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2242170093 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 04/28/2000 | 05/06/2000 | 2242180029 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 04/30/2000 | 05/06/2000 | 2242180037 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/01/2000 | 05/06/2000 | 2242180066 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/03/2000 | 05/06/2000 | 2242180108 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/04/2000 | 05/13/2000 | 2242190007 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/05/2000 | 05/13/2000 | 2242190113 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/06/2000 | 05/13/2000 | 2242190249 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/08/2000 | 05/13/2000 | 2242190129 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/09/2000 | 05/13/2000 | 2242190224 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/10/2000 | 05/13/2000 | 2242190295 | 0 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 |
| 05/11/2000 | 05/13/2000 | 2242190288 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/13/2000 | 05/13/2000 | 2242190295 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 7.00 |
| 05/15/2000 | 05/20/2000 | 2242200081 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 6.00 |
| 05/16/2000 | 05/20/2000 | 2242200070 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/17/2000 | 05/20/2000 | 2242200152 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.50 |
| 05/18/2000 | 05/20/2000 | 2242200154 | 0 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.50 |
| 05/19/2000 | 05/20/2000 | 2242200217 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/20/2000 | 05/20/2000 | 2242200217 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/21/2000 | 05/27/2000 | 2242210044 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.00 |
| 05/24/2000 | 05/27/2000 | 2242210112 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 05/27/2000 | 05/27/2000 | 2242210196 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 4.00 |
| 05/30/2000 | 06/03/2000 | 2242220077 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 4.00 |
| 05/31/2000 | 06/03/2000 | 2242220092 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.50 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2000 | 06/03/2000 | 2242220179 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.50 |
| 06/02/2000 | 06/03/2000 | 2242220181 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 06/03/2000 | 06/03/2000 | 2242220181 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 06/05/2000 | 06/10/2000 | 2242230061 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.50 |
| 06/06/2000 | 06/10/2000 | 2242230063 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 4.00 |
| 06/07/2000 | 06/10/2000 | 2242230073 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.00 |
| 06/08/2000 | 06/10/2000 | 2242230141 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.00 |
| 06/09/2000 | 06/10/2000 | 2242230114 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.00 |
| 06/10/2000 | 06/10/2000 | 2242230168 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.50 |
| 06/13/2000 | 06/17/2000 | 2242240053 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.00 |
| 06/14/2000 | 06/17/2000 | 2242240082 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.50 |
| 06/15/2000 | 06/17/2000 | 2242240112 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 5.00 |
| 06/16/2000 | 06/17/2000 | 2242240138 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 7.00 |
| 06/17/2000 | 06/17/2000 | 2242240137 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 06/19/2000 | 06/24/2000 | 2242250045 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 6.00 |
| 06/20/2000 | 06/24/2000 | 2242250068 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 4.00 |
| 07/12/2000 | 07/15/2000 | 2242280008 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 8.00 |
| 07/14/2000 | 07/15/2000 | 2242280040 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 8.00 |
| 07/17/2000 | 07/22/2000 | 2242290035 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 8.00 |
| 07/18/2000 | 07/22/2000 | 2242290030 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 6.00 |
| 07/19/2000 | 07/22/2000 | 2242290043 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 8.00 |
| 07/20/2000 | 07/22/2000 | 2242290048 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 8.00 |
| 07/22/2000 | 07/22/2000 | 2242290062 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 8.00 |
| | | *Total* | *0* | *285.00* | *32.00* | *0.00* | *0.00* | *0.00* | *151.50* | *3.00* | *317.00* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 526867328 Walker,Teri L
# Pay Dept ID & Name: 3113 Mesa

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/26/2000 | 04/29/2000 | 3113170066 | 2 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 3113170109 | 2 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/28/2000 | 04/29/2000 | 3113170159 | 2 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/29/2000 | 04/29/2000 | 3113170191 | 6 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/30/2000 | 05/06/2000 | 3113180108 | 7 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/01/2000 | 05/06/2000 | 3113180086 | 7 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/02/2000 | 05/20/2000 | 3113200153 | 10 | 4.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.75 |
| 05/03/2000 | 05/06/2000 | 3113180232 | 6 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/04/2000 | 05/06/2000 | 3113180250 | 11 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 05/05/2000 | 05/06/2000 | 3113180266 | 5 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/06/2000 | 05/06/2000 | 3113180266 | 8 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/07/2000 | 05/13/2000 | 3113190001 | 8 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/08/2000 | 05/13/2000 | 3113190068 | 12 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 05/09/2000 | 05/13/2000 | 3113190095 | 8 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/10/2000 | 05/13/2000 | 3113190223 | 7 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/11/2000 | 05/13/2000 | 3113190223 | 8 | 5.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.75 |
| 05/12/2000 | 05/13/2000 | 3113190220 | 7 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/13/2000 | 05/13/2000 | 3113190310 | 7 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 05/15/2000 | 05/20/2000 | 3113200057 | 9 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 05/16/2000 | 05/20/2000 | 3113200073 | 5 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/17/2000 | 05/20/2000 | 3113200153 | 8 | 6.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.75 |
| 05/18/2000 | 05/20/2000 | 3113200210 | 6 | 6.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.25 |
| 05/19/2000 | 05/20/2000 | 3113200237 | 8 | 6.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.25 |
| 05/20/2000 | 05/20/2000 | 3113200270 | 9 | 5.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.75 |
| 05/21/2000 | 05/27/2000 | 3113210017 | 10 | 6.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.25 |
| 05/22/2000 | 05/27/2000 | 3113210052 | 9 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/2000 | 05/27/2000 | 3113210102 | 8 | 3.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.75 |
| 05/24/2000 | 05/27/2000 | 3113210139 | 9 | 4.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.75 |
| 05/25/2000 | 05/27/2000 | 3113210184 | 9 | 6.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.75 |
| 05/29/2000 | 06/03/2000 | 3113220037 | 10 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 05/30/2000 | 06/03/2000 | 3113220073 | 11 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/31/2000 | 06/03/2000 | 3113220117 | 12 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 06/01/2000 | 06/03/2000 | 3113220152 | 12 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 06/02/2000 | 06/03/2000 | 3113220182 | 11 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 06/03/2000 | 06/03/2000 | 3113220204 | 13 | 6.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.75 |
| 06/04/2000 | 06/10/2000 | 3113230054 | 13 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/05/2000 | 06/10/2000 | 3113230029 | 3 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | | *Total* | *298* | *181.25* | *24.00* | *0.00* | *0.00* | *0.00* | *0.00* | *0.00* | *205.25* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 527907202 Watahomigie,Angelita
# Pay Dept ID & Name: 3111 Flagstaff

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/29/2000 | 04/01/2000 | 3111130106 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/30/2000 | 04/01/2000 | 3111130106 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/31/2000 | 04/01/2000 | 3111130106 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/01/2000 | 04/01/2000 | 3111130106 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/02/2000 | 04/08/2000 | 3111140001 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/03/2000 | 04/15/2000 | 3111150091 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/04/2000 | 04/15/2000 | 3111150091 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/05/2000 | 04/22/2000 | 3111160107 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 04/06/2000 | 04/15/2000 | 3111150092 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/07/2000 | 04/15/2000 | 3111150092 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/08/2000 | 04/22/2000 | 3111160107 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 04/10/2000 | 04/15/2000 | 3111150092 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/11/2000 | 04/15/2000 | 3111150091 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/12/2000 | 04/15/2000 | 3111150091 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/18/2000 | 04/29/2000 | 3111170149 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/19/2000 | 04/29/2000 | 3111170200 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 14.00 |
| 04/20/2000 | 04/29/2000 | 3111170200 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 14.00 |
| 04/21/2000 | 04/29/2000 | 3111170200 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 14.00 |
| 04/22/2000 | 04/29/2000 | 3111170200 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 14.00 |
| 04/23/2000 | 04/29/2000 | 3111170199 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 14.00 |
| 04/24/2000 | 04/29/2000 | 3111170199 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 14.00 |
| 04/25/2000 | 04/29/2000 | 3111170199 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 10.00 |
| 04/26/2000 | 04/29/2000 | 3111170199 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 9.00 |
| 04/27/2000 | 04/29/2000 | 3111170199 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 13.00 |
| 05/01/2000 | 05/06/2000 | 3111180026 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 3111180026 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/03/2000 | 05/06/2000 | 3111180040 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/04/2000 | 05/06/2000 | 3111180197 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 10.00 |
| 05/05/2000 | 05/06/2000 | 3111180197 | 0 | 2.50 | 0.00 | 0.00 | 0.00 | 9.50 | 0.00 | 0.00 | 12.00 |
| 05/06/2000 | 05/06/2000 | 3111180170 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/18/2000 | 07/08/2000 | 3111270060 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/19/2000 | 07/08/2000 | 3111270060 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/20/2000 | 07/08/2000 | 3111270060 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/24/2000 | 07/08/2000 | 3111270060 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/28/2000 | 07/08/2000 | 3111270059 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/29/2000 | 07/08/2000 | 3111270059 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/30/2000 | 07/08/2000 | 3111270059 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/31/2000 | 07/08/2000 | 3111270059 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/01/2000 | 07/08/2000 | 3111270059 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| | | *Total* | *0* | *226.00* | *40.00* | *0.00* | *0.00* | *71.50* | *0.00* | *0.00* | *337.50* |

# D308 Lookup by SSN
## Report Date 03/12/2007
## Pay Emplid & Name: 434826385 Waters,Phillip D
## Pay Dept ID & Name: 3227 Culver City East Local Census

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 3227170026 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 3227170069 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 6.60 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 3227170165 | 0 | 4.00 | 0.00 | 4.00 | 0.00 | 0.00 | 3.30 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 3227170187 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/28/2000 | 04/29/2000 | 3227170187 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/01/2000 | 05/06/2000 | 3227180202 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/04/2000 | 05/06/2000 | 3227180173 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/05/2000 | 05/06/2000 | 3227180173 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 05/06/2000 | 05/06/2000 | 3227180214 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/07/2000 | 05/13/2000 | 3227190025 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/08/2000 | 05/13/2000 | 3227190081 | 0 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 05/09/2000 | 05/13/2000 | 3227190096 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/11/2000 | 05/13/2000 | 3227190151 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/12/2000 | 05/13/2000 | 3227190173 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/14/2000 | 05/20/2000 | 3227200016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/15/2000 | 05/20/2000 | 3227200061 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/17/2000 | 05/20/2000 | 3227200125 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| | | *Total* | *0* | *99.50* | *16.00* | *4.00* | *0.00* | *0.00* | *9.90* | *0.00* | *119.50* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 075385147 Wright 3Rd,James E
# Pay Dept ID & Name: 2248 White Plains

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 2248170007 | 11 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2248170007 | 22 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2248170126 | 22 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/28/2000 | 04/29/2000 | 2248170053 | 3 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 04/29/2000 | 05/06/2000 | 2248180097 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/30/2000 | 05/06/2000 | 2248180114 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/02/2000 | 05/06/2000 | 2248180001 | 4 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 2248180082 | 5 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/04/2000 | 05/06/2000 | 2248180164 | 4 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/05/2000 | 05/06/2000 | 2248180130 | 0 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 |
| 05/06/2000 | 05/06/2000 | 2248180155 | 6 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/08/2000 | 05/13/2000 | 2248190008 | 6 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/09/2000 | 05/13/2000 | 2248190032 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/11/2000 | 05/13/2000 | 2248190099 | 6 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/13/2000 | 05/13/2000 | 2248190140 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/14/2000 | 05/20/2000 | 2248200022 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/15/2000 | 05/20/2000 | 2248200016 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 05/16/2000 | 05/20/2000 | 2248200027 | 6 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| 05/17/2000 | 05/20/2000 | 2248200059 | 0 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/19/2000 | 05/20/2000 | 2248200083 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/20/2000 | 05/20/2000 | 2248200157 | 6 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/21/2000 | 05/27/2000 | 2248210008 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/22/2000 | 05/27/2000 | 2248210057 | 6 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/23/2000 | 05/27/2000 | 2248210057 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/24/2000 | 05/27/2000 | 2248210064 | 6 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/26/2000 | 05/27/2000 | 2248210153 | 10 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/27/2000 | 05/27/2000 | 2248210110 | 10 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/30/2000 | 06/03/2000 | 2248220011 | 8 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 06/01/2000 | 06/03/2000 | 2248220069 | 8 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 06/02/2000 | 06/03/2000 | 2248220115 | 8 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 06/03/2000 | 06/03/2000 | 2248220115 | 8 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 06/06/2000 | 06/10/2000 | 2248230012 | 8 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 06/07/2000 | 06/10/2000 | 2248230038 | 5 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 06/08/2000 | 06/10/2000 | 2248230068 | 6 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 |
| 06/09/2000 | 06/10/2000 | 2248230086 | 8 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 |
| 06/10/2000 | 06/10/2000 | 2248230113 | 3 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 06/11/2000 | 06/17/2000 | 2248240008 | 6 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 06/12/2000 | 06/17/2000 | 2248240008 | 3 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| | | *Total* | *216* | *181.00* | *24.00* | *0.00* | *0.00* | *0.00* | *0.00* | *0.00* | *205.00* |

# D308 Lookup by SSN
# Report Date 03/12/2007
# Pay Emplid & Name: 564866018 Zabala,Anidia G.
# Pay Dept ID & Name: 2724 San Francisco Southeast

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2000 | 04/22/2000 | 2724160003 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 8.00 |
| 04/18/2000 | 04/22/2000 | 2724160050 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 8.00 |
| 04/19/2000 | 04/22/2000 | 2724160073 | 0 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 04/24/2000 | 04/29/2000 | 2724170043 | 0 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 04/28/2000 | 05/06/2000 | 2724180013 | 8 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/29/2000 | 05/06/2000 | 2724180015 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/30/2000 | 05/06/2000 | 2724180015 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/01/2000 | 05/06/2000 | 2724180054 | 8 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/02/2000 | 05/06/2000 | 2724180092 | 8 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/03/2000 | 05/06/2000 | 2724180089 | 8 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/04/2000 | 05/06/2000 | 2724180141 | 8 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/07/2000 | 05/13/2000 | 2724190013 | 4 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 05/08/2000 | 05/13/2000 | 2724190013 | 10 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/09/2000 | 05/13/2000 | 2724190041 | 10 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/10/2000 | 05/13/2000 | 2724190092 | 8 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/11/2000 | 05/13/2000 | 2724190130 | 8 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/13/2000 | 05/13/2000 | 2724190130 | 12 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/14/2000 | 05/20/2000 | 2724200040 | 8 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/15/2000 | 05/20/2000 | 2724200032 | 0 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 05/17/2000 | 05/20/2000 | 2724200083 | 4 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/19/2000 | 05/20/2000 | 2724200128 | 8 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/22/2000 | 05/27/2000 | 2724210033 | 8 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/23/2000 | 05/27/2000 | 2724210066 | 12 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/24/2000 | 05/27/2000 | 2724210138 | 8 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/25/2000 | 05/27/2000 | 2724210138 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/29/2000 | 06/03/2000 | 2724220020 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/2000 | 06/03/2000 | 2724220034 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/31/2000 | 06/03/2000 | 2724220092 | 0 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 06/01/2000 | 06/03/2000 | 2724220092 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 06/03/2000 | 06/03/2000 | 2724220119 | 8 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 |
| 06/05/2000 | 06/10/2000 | 2724230009 | 8 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 06/07/2000 | 06/10/2000 | 2724230033 | 16 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 06/09/2000 | 06/10/2000 | 2724230081 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 06/10/2000 | 06/10/2000 | 2724230091 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/11/2000 | 06/17/2000 | 2724240024 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/12/2000 | 06/17/2000 | 2724240034 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 06/13/2000 | 06/17/2000 | 2724240034 | 12 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 06/22/2000 | 06/24/2000 | 2724250022 | 0 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 06/28/2000 | 07/01/2000 | 2724260018 | 6 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/29/2000 | 07/01/2000 | 2724260018 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/30/2000 | 07/01/2000 | 2724260024 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/05/2000 | 07/08/2000 | 2724270004 | 8 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/06/2000 | 07/08/2000 | 2724270038 | 16 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/07/2000 | 07/08/2000 | 2724270074 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/08/2000 | 07/08/2000 | 2724270067 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/10/2000 | 07/15/2000 | 2724280043 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/11/2000 | 07/15/2000 | 2724280002 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/12/2000 | 07/15/2000 | 2724280016 | 30 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/13/2000 | 07/15/2000 | 2724280037 | 40 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 07/14/2000 | 07/15/2000 | 2724280050 | 20 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| | | *Total* | *416* | *258.00* | *36.00* | *0.00* | *0.00* | *0.00* | *4.00* | *0.00* | *294.00* |

# Job Actions by Employee SSN
# Report Date 03/03/2007

| Employee Name | Employee SSN | Job Action | Job Action Reason | Job Effective Date | Job NTE Date | Census Office | Position | Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| Monroe,Alvin L | 549946682 | Extension of NTE Date | Extension of NTE Date | 09/10/2000 | 10/30/2000 | 2714 | Enumerator | 11.00 |
| Monroe,Alvin L | 549946682 | Extension of NTE Date | Extension of NTE Date | 12/30/2000 | 03/24/2001 | 2714 | ACE Enumerator | 12.00 |
| Monroe,Alvin L | 549946682 | Extension of NTE Date | Extension of NTE Date | 03/11/2001 | 06/02/2001 | 2714 | ACE Enumerator | 12.00 |
| Monroe,Alvin L | 549946682 | Hire | Temporary Appointment | 04/24/2000 | 08/30/2000 | 2714 | Enumerator | 11.00 |
| Monroe,Alvin L | 549946682 | Termination | End Temporary Employment | 06/02/2001 | 06/02/2001 | 2714 | ACE Enumerator | 12.00 |
| Monroe,Alvin L | 549946682 | Reassignment/Conversion | Manager Request | 06/18/2000 | 09/15/2000 | 2714 | Recruiting Assistant | 12.50 |
| Monroe,Alvin L | 549946682 | Reassignment/Conversion | Manager Request | 07/23/2000 | 09/23/2000 | 2714 | Enumerator | 11.00 |
| Monroe,Alvin L | 549946682 | Reassignment/Conversion | Manager Request | 10/08/2000 | 12/30/2000 | 2714 | ACE Enumerator | 12.00 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **KENT CHRISTOFFERSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 01-495C** |
| | ) | **(Judge Bruggink)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | | |

**DECLARATION OF VIOLA LEWIS-WILLIS PURSUANT TO 28 U.S.C. § 1746**

I, Viola Lewis-Willis, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. Currently, I am Program Analyst, Decennial Administrative Branch, Field Division, Bureau of the Census, I have held this position since September 7, 2003. One of my responsibilities is maintaining, reporting and analyzing personnel and payroll information regarding former field staff positions from the 2000 Decennial Census. In the course of performing my job duties, it is necessary for me to be knowledgeable about the personnel and administrative aspects of the employment of the field staff during the 2000 Decennial Census.

2. Personnel and payroll data, among other information, from the 2000 Decennial Census are stored in a database called the "Decennial Data Warehouse." I am proficient in using this database and familiar with the reports it produces. Exhibits 10 through 31 are reports obtained from the Decennial Data Warehouse of payroll records for former decennial census employees whose names appear on the documents. They show the dates and hours of work performed during the 2000 Decennial Census. Exhibit 31 shows the personnel actions effected for Alvin Monroe.

3. The Census Bureau did not create or maintain organizational charts that identified by

name the lines of supervision of the field staff of the Local Census Offices during the 2000 Decennial Census. To reconstruct lines of supervision, it would be necessary to look at the signature of the individual who signed as the employee's supervisor on each day's timesheet (D-308) and locate that supervisor.

4. I am also familiar with the Accuracy and Coverage Evaluation program which was a nationwide sample survey conducted in 2000 and 2001 independently of the 2000 Decennial Census. The results were used to evaluate the final census counts. The ACE program's field staff was managed separately from the Decennial Census and the two programs were not comparable.

5. Decennial Census field staff, that is, Field Operation Supervisors, Crew Leaders, Crew Leader Assistants, and Enumerators were hired under excepted service, temporary appointments, with specific Not-to-Exceed (NTE) dates, and an intermittent work schedule, that is, no regular tour of duty during each administrative work week. Employees with intermittent work schedules were hired only for the length of a particular decennial census operation, they were paid weekly for the actual hours they worked, they did not earn leave, and their tour of duty and work hours could be changed to accommodate peak workload periods. The administrative work week began at 12:01 a.m. Sunday and ended at midnight on Saturday. All 2000 Decennial Census field employees received their paychecks within 11 days of the end of the pay period, if they submitted their time sheets on a timely basis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: March 22, 2007

Viola Lewis Willis

Viola Lewis Willis