# Appendix


| Description | Exhibit |
|---|---|
| MOU (Feb. 2005) | 1 |
| Jan. 5, 2000 Press Release | 2 |
| RCC Organization Chart | 3 |
| Organization of the LCO | 4 |
| Closing Dates of LCOs | 5 |
| Trial transcript | 6 |
| Form D-308 | 7 |
| Field Supervisory Census Employee Handbook | 8 |
| Field Nonsupervisory Census Employee Handbook | 9 |
| D-308's for Plaintiffs | 10-30 |
| Job Action Report re Alvin Monroe | 31 |
| Declaration of Viola Lewis-Willis | 32 |

UNITED STATES DEPARTMENT OF
# COMMERCE NEWS
WASHINGTON, DC 20230

ECONOMICS AND STATISTICS ADMINISTRATION

BUREAU OF THE CENSUS

FOR IMMEDIATE RELEASE
WEDNESDAY, JANUARY 5, 2000

Decennial Media Relations
301-457-3691/301-457-3620 (fax)
301-457-1037 (TDD)
e-mail: 2000usa@census.gov

CB00-CN.02

## Census Bureau Begins to Recruit Hundreds of Thousands of Workers for Census 2000

The Census Bureau today launched a nationwide recruiting campaign to find workers to fill thousands of short-term employment slots during Census 2000. To adequately staff the temporary local census offices in every state, a pool of some 3 million applicants will be needed.

"Census 2000 will be the largest peacetime mobilization in our nation's history," said Commerce Secretary William M. Daley in a statement. "Hiring and retaining well-qualified workers will be critical towards achieving a fair and accurate count."

Census Bureau Director Kenneth Prewitt urged everyone interested in a census job to call the agency's toll-free number, 1-888-325-7733.

While acknowledging that attracting qualified candidates will be a challenge in the current labor market, Prewitt noted that Census 2000 jobs are ideal for retirees, students and others seeking part-time work. For the first time, most federal employees will be allowed to work on the census outside their normal work hours. Pay rates range from $8.25 to $18.50 per hour.

People hired will work primarily out of the 520 local census offices across the country. Generally, each of the local census offices will need about 1,000 workers, most of them during a period of four to six weeks. The largest number will be needed beginning in mid-April when census workers visit households that do not return their Census 2000 forms by mail.

During the course of census operations, there will be more than 860,000 employment slots to be filled. Some workers will be hired for one slot, and then rehired later to fill another slot.

"Our goal is to have a pool of local people who are familiar with their communities and committed to a successful count in their own neighborhoods," Prewitt stressed.

Prewitt also underscored the fact that "the stakes are very high in the census" since, in addition to its constitutional purpose of apportioning seats in the U.S. House of Representatives, the census also is used in state legislative redistricting and to help determine the share of federal program funds made available to state, local and tribal governments over

the next decade. Data gathered will affect decisions on many matters of local importance, including education, health care, employment, housing, transportation and the environment.

The addresses of local census offices are available on the Internet at http://www.census.gov/jobs2000/www/index.html.

-X-

The Census Bureau guarantees that the answers given on census forms are kept strictly confidential. Information collected in Census 2000 will provide local area data needed for communities to receive federal program funds and for private sector and community planning.

*Source: U.S. Census Bureau*
*Public Information Office*
*301-457-3030*
Last Revised: April 13, 2001 at 02:09:22 PM



USCENSUSBUREAU
Helping You Make Informed Decisions

## RCC ORGANIZATION CHART



## *OVERALL CENSUS ORGANIZATION*

- ❑ There are 12 permanent Regional Offices throughout the country.
- ❑ 12 Regional Census Centers (RCCs), located in the same places as the Regional Offices, are open for address list development, enumeration, and coverage improvement operations.
- ❑ A number of Census Field Offices (CFOs) were open for address list development operations but are now closed.
- ❑ 521 Local Census Offices (LCOs) are now open to handle enumeration at the local level. This includes the 130 Early Opening LCOs (ELCOs) that opened in late 1998 and early 1999 to begin preparing for Census 2000 and have now become LCOs.
- ❑ There are four Data Capture Centers (DCCs) in the following locations:
  - Baltimore, Maryland
  - Phoenix, Arizona
  - Pomona, California
  - Jeffersonville, Indiana.

**NOTES:**

# CHAPTER 1

## ORGANIZATION AND STAFFING IN THE LOCAL CENSUS OFFICE

This chapter describes the Local Census Office (LCO) organizational structure and the duties assigned to each position.

### 1A ORGANIZATION

The Office Manager supervises the office according to the sample organization chart shown in Illustration 1-1 on page 1-5. The chart shows the supervisory reporting relationships, as well as areas of responsibility within the office. The organization in your office may be slightly different. If so, the office manager will provide you with the appropriate changes. Until the Assistant Managers enter on duty, the Office Manager will directly supervise operations in those respective areas.

### 1B STAFFING

The Office Manager has been advised by the Area Manager in the Regional Census Center of the number of persons required to do specific operations and the dates of their employment. These determinations are discussed with the appropriate supervisors who then request a list of applicants by identifying the selection criteria or position using Form D-150, Selection Record Request.

### 1C POSITIONS

During the census, each employee is hired to do a specific job to keep operations on schedule. Refer to Illustration 1-2 on page 1-6 for a list of the position titles, series and pay plan, and the position number.

The Office Manager has a detailed job description for each employee. A summary is provided below:

- **Office Manager** (Supervised by the Assistant Regional Census Manager)

  Manages the overall Local Census Office operation, assuring that work is completed on schedule, according to instructions, and within budget allocations. Serves as principal spokesperson for the Census Bureau by developing and maintaining good public relations with the news media, community leaders, and local government officials in order to acquaint the public with the census and to promote community cooperation.

- **Assistant Manager for Field Operations** (Supervised by the Office Manager)

  Manages and monitors all field data collection operations. Responsible for the activities of the entire field workforce and several office workers during all field operations. Responsible for the completion of field work in a timely and cost efficient manner.

- **Assistant Manager for Administration** (Supervised by the Office Manager)

  Manages the office administrative operations such as payroll, personnel, supply requisitioning, and other administrative activities of the office, includes the entire field workforce. Provides administrative management reports and uses program accomplishments to prepare and review financial reports.

- **Assistant Manager for Recruiting** (Supervised by the Office Manager)

  Oversees the recruitment, testing and selecting of applicants to fill Local Census Office positions. Monitors the Applicant File. Serves as the main contact with all recruiting sources and works with the partnership specialist to insure an adequate pool of applicants is obtained.

- **Administrative Assistant** (Supervised by the Office Manager)

  Provides administrative and secretarial assistance to the Office Manager and clerical and secretarial support for the office management staff. Receives and screens telephone and personal callers. Controls visitor and temporary ID badges. Prepares time sheets for mixed-tour, leave earning Local Census Office staff.

- **Automation Technician** (Supervised by the Office Manager)

  Performs troubleshooting duties by identifying problems with hardware or software, resolves the problems or if necessary, communicates the problems to an off site center for resolution. Monitors schedules for automated activities according to workflow and operational priorities.

- **Field Operations Supervisor** (Supervised by the Assistant Manager for Field Operations)

  Coordinates, supervises and oversees the operations performed by the field employees as crew leaders and enumerators. Completes the appointment process for crew leader and enumerators (as needed). Reviews and certifies daily payroll forms for crew leaders, and as necessary enumerators.

- **Field Operations Supervisor (ACE)** (Supervised by the Assistant Manager for Field Operations)

  Appoints, trains and supervises crew leaders (ICM) and as necessary, enumerators (ICM) engaged in the Integrated Coverage Measurement (ICM) or quality control operations. Coordinates and oversees the ICM or quality control operations performed by the crew leaders (ICM) and enumerators (ICM). Reviews and certifies daily payroll forms for crew leaders (ICM), and if necessary enumerators (ICM).

*(Revised 02/00)*

- **Crew Leader** (Supervised by the Field Operations Supervisor)

  Appoints, trains and supervises enumerators engaged in all field operations. Coordinates and oversees the operations performed by the enumerators. Regularly meets with enumerators to distribute assignments and monitor work in progress. Reviews and certifies daily payroll forms for enumerators.

- **Crew Leader (ACE)** (Supervised by the Field Operations Supervisor (ACE)

  Appoints, trains and supervises enumerators (ACE) engaged in the Integrated Coverage Measurement (ACE) or quality control operations. Coordinates and oversees the ICM or quality control operations performed by the enumerators (ACE). Regularly meets with enumerators (ACE) to distribute assignments and monitor work in progress. Reviews and certifies daily payroll forms for enumerators (ACE).

- **Crew Leader Assistant** (Supervised by the Crew Leader)

  Assists crew leader in guiding an directing the work of a group of enumerators engaged in field data collection. Conducts replacement training sessions for enumerators. Participates in recruiting and testing activities. Regularly meets with enumerators to assure assignments are completed accurately and to assign work.

- **Crew Leader Assistant (A.C.E.)** (Supervised by the Crew Leader (ACE)

  Assists crew leader in guiding an directing the work of a group of enumerators (ACE) engaged in quality control listings. Conducts replacement training sessions for enumerators (ACE). Participates in ACE recruiting and testing activities. Regularly meets with enumerators (ACE) to assure assignments are completed accurately and to assign work.

- **Enumerator** (Supervised by the Crew Leader)

  Locally hired people performing field enumeration in their neighborhood which involves verifying addresses, canvassing, listing, and interviewing.

- **Enumerator (ACE)** (Supervised by the Crew Leader (ACE)

  Locally hired people performing field activities for the Integrated Coverage Measurement (ACE) or quality control operations in their neighborhood which involves verifying addresses, canvassing, listing, and interviewing.

# Census 2000
# Local Census Office (LCO)
# Closure Dates

ATLANTA

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2911 | Birmingham | AL | 09/15/2000 |
| 2915 | Montgomery | AL | 09/15/2000 |
| 2958 | Savannah | GA | 09/15/2000 |
| 2920 | Broward Co. South | FL | 09/15/2000 |
| 2922 | Homestead | FL | 09/15/2000 |
| 2914 | Mobile | AL | 09/30/2000 |
| 2912 | Gadsden | AL | 09/30/2000 |
| 2913 | Huntsville | AL | 09/30/2000 |
| 2919 | Bradenton | FL | 09/30/2000 |
| 2938 | Lake Worth | FL | 09/30/2000 |
| 2964 | Columbus | GA | 09/30/2000 |
| 2953 | Forest Park | GA | 09/30/2000 |
| 2952 | Gainesville, GA | GA | 09/30/2000 |
| 2949 | Augusta | GA | 09/30/2000 |
| 2925 | Ft. Myers | FL | 09/30/2000 |
| 2947 | Atlanta East | GA | 09/30/2000 |
| 2954 | Duluth | GA | 09/30/2000 |
| 2955 | Macon | GA | 09/30/2000 |
| 2951 | Newnan | GA | 09/30/2000 |
| 2946 | Albany | GA | 09/30/2000 |
| 2933 | Melbourne | FL | 09/30/2000 |
| 2932 | Lakeland | FL | 09/30/2000 |
| 2950 | Decatur | GA | 09/30/2000 |
| 2939 | Pensacola | FL | 09/30/2000 |
| 2942 | Sanford | FL | 09/30/2000 |
| 2931 | Jacksonville South | FL | 10/13/2000 |
| 2927 | Gainesville, FL | FL | 10/13/2000 |
| 2917 | Tuscaloosa | AL | 10/13/2000 |
| 2929 | Hillsborough Co | FL | 10/13/2000 |
| 2940 | Palm Harbor | FL | 10/13/2000 |
| 2941 | Clearwater | FL | 10/13/2000 |
| 2930 | Jacksonville North | FL | 10/13/2000 |
| 2918 | Delray Beach | FL | 10/13/2000 |
| 2944 | Tallahassee | FL | 10/13/2000 |
| 2945 | Tampa | FL | 10/13/2000 |
| 2926 | Ft. Pierce | FL | 10/13/2000 |
| 2924 | Ft. Lauderdale | FL | 10/13/2000 |
| 2937 | Orlando | FL | 10/13/2000 |
| 2923 | Daytona Beach | FL | 10/13/2000 |
| 2957 | Dalton | GA | 10/13/2000 |
| 2943 | Port Charlotte | FL | 10/13/2000 |
| 2916 | Opelika | AL | 10/13/2000 |
| 2959 | Bessemer | AL | 10/13/2000 |
| 2961 | Brooksville | FL | 10/13/2000 |
| 2960 | Florence | AL | 10/13/2000 |

| | | | |
|---|---|---|---|
| 2956 | Marietta | GA | 10/13/2000 |
| 2962 | Broward County North | FL | 10/13/2000 |
| 2963 | Athens | GA | 10/13/2000 |
| 2928 | Hialeah | FL | 10/31/2000 |
| 2934 | Miami East | FL | 10/31/2000 |
| 2948 | Atlanta West | GA | 10/31/2000 |
| 2936 | Ocala | FL | 10/31/2000 |
| 2935 | Miami South | FL | 10/31/2000 |
| 2921 | Miami-Dade NE | FL | 10/31/2000 |
| 2965 | Waycross | GA | 10/31/2000 |
| | | | |
| ############ | Number of LCOs Closing | | 5 |
| ############ | Number of LCOs Closing | | 20 |
| ############ | Number of LCOs Closing | | 23 |
| ############ | Number of LCOs Closing | | 7 |
| | Total | | 55 |

55 55
11
44

520
109
629
629

# Census 2000
# Local Census Office (LCO)
# Closure Dates

BOSTON

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2137 | BUFFALO | NY | 08/31/2000 |
| 2146 | Watertown | NY | 08/31/2000 |
| 2142 | Niagara Falls | NY | 08/31/2000 |
| 2140 | Kingston | NY | 08/31/2000 |
| 2121 | Yarmouth | MA | 08/31/2000 |
| 2157 | Caguas | PR | 09/15/2000 |
| 2156 | Ponce | PR | 09/15/2000 |
| 2155 | Mayaguez | PR | 09/15/2000 |
| 2154 | Aguadilla | PR | 09/15/2000 |
| 2153 | Arecibo | PR | 09/15/2000 |
| 2152 | Bayamon | PR | 09/15/2000 |
| 2151 | Guaynabo | PR | 09/15/2000 |
| 2158 | Carolina | PR | 09/15/2000 |
| 2150 | San Juan North | PR | 09/15/2000 |
| 2125 | Beverly | MA | 09/30/2000 |
| 2126 | Pittsfield | MA | 09/30/2000 |
| 2130 | Worcester | MA | 09/30/2000 |
| 2127 | Randolph | MA | 09/30/2000 |
| 2128 | Springfield | MA | 09/30/2000 |
| 2133 | Concord | NH | 09/30/2000 |
| 2134 | Dover | NH | 09/30/2000 |
| 2116 | Stamford | CT | 09/30/2000 |
| 2136 | Amherst | NY | 09/30/2000 |
| 2131 | Bangor | ME | 09/30/2000 |
| 2132 | Portland | ME | 09/30/2000 |
| 2139 | Glens Falls | NY | 09/30/2000 |
| 2115 | Norwich | CT | 09/30/2000 |
| 2114 | New Haven | CT | 09/30/2000 |
| 2143 | Rochester | NY | 09/30/2000 |
| 2144 | SYRACUSE | NY | 09/30/2000 |
| 2145 | Utica | NY | 09/30/2000 |
| 2113 | Hartford | CT | 09/30/2000 |
| 2147 | Providence | RI | 09/30/2000 |
| 2148 | Warwick | RI | 09/30/2000 |
| 2149 | Burlington | VT | 09/30/2000 |
| 2124 | New Bedford | MA | 09/30/2000 |
| 2123 | Cambridge | MA | 09/30/2000 |
| 2122 | Lowell | MA | 09/30/2000 |
| 2117 | Waterbury | CT | 09/30/2000 |
| 2119 | Boston South | MA | 09/30/2000 |
| 2118 | Boston | MA | 09/30/2000 |
| 2112 | New Britain | CT | 09/30/2000 |
| 2135 | ALBANY | NY | 09/30/2000 |
| 2138 | Elmira | NY | 09/30/2000 |
| 2159 | Bridgeport | CT | 09/30/2000 |

| | | | |
|---|---|---|---|
| 2160 | Chelsea | MA | 09/30/2000 |
| 2161 | Natick | MA | 09/30/2000 |
| 2162 | Middletown | NY | 09/30/2000 |
| | | | |
| ########## | Number of LCOs Closing | | 5 |
| ########## | Number of LCOs Closing | | 9 |
| ########## | Number of LCOs Closing | | 34 |
| | Total | | 48 |

48

1

47

# Census 2000
# Local Census Office (LCO)
# Closure Dates

CHARLOTTE

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2811 | Corbin | KY | 09/15/2000 |
| 2865 | Fredericksburg | VA | 09/15/2000 |
| 2835 | Chattanooga | TN | 09/15/2000 |
| 2815 | Lexington | KY | 09/15/2000 |
| 2816 | Louisville | KY | 09/15/2000 |
| 2854 | Virginia Beach | VA | 09/15/2000 |
| 2853 | Roanoke | VA | 09/15/2000 |
| 2848 | Fairfax | VA | 09/15/2000 |
| 2845 | Ashland | VA | 09/15/2000 |
| 2821 | Greensboro | NC | 09/15/2000 |
| 2847 | Chesapeake | VA | 09/15/2000 |
| 2844 | Alexandria | VA | 09/15/2000 |
| 2843 | Tullahoma | TN | 09/15/2000 |
| 2862 | Greenville | SC | 09/15/2000 |
| 2827 | Wilmington | NC | 09/15/2000 |
| 2864 | Crossville | TN | 09/15/2000 |
| 2829 | Anderson | SC | 09/15/2000 |
| 2842 | Nashville | TN | 09/15/2000 |
| 2855 | Ashland | KY | 09/15/2000 |
| 2852 | Richmond | VA | 09/15/2000 |
| 2850 | Newport News | VA | 09/15/2000 |
| 2828 | Winston-Salem | NC | 09/30/2000 |
| 2825 | Greenville West | NC | 09/30/2000 |
| 2830 | Beaufort | SC | 09/30/2000 |
| 2831 | Charleston | SC | 09/30/2000 |
| 2820 | Hickory | NC | 09/30/2000 |
| 2840 | Memphis | TN | 09/30/2000 |
| 2841 | Murfreesboro | TN | 09/30/2000 |
| 2824 | Raleigh | NC | 09/30/2000 |
| 2823 | Monroe | NC | 09/30/2000 |
| 2822 | Greenville | NC | 09/30/2000 |
| 2832 | Columbia | SC | 09/30/2000 |
| 2846 | Charlottesville | VA | 09/30/2000 |
| 2819 | Durham | NC | 09/30/2000 |
| 2833 | Rock Hill | SC | 09/30/2000 |
| 2849 | Manassas | VA | 09/30/2000 |
| 2814 | Hopkinsville | KY | 09/30/2000 |
| 2851 | Radford | VA | 09/30/2000 |
| 2818 | Charlotte | NC | 09/30/2000 |
| 2817 | Asheville | NC | 09/30/2000 |
| 2836 | Clarksville | TN | 09/30/2000 |
| 2837 | Jackson | TN | 09/30/2000 |
| 2856 | Bowling Green | KY | 09/30/2000 |
| 2858 | Gastonia | NC | 09/30/2000 |
| 2859 | Salisbury | NC | 09/30/2000 |

| | | | |
|---|---|---|---|
| 2860 | Conway | SC | 09/30/2000 |
| 2861 | Florence | SC | 09/30/2000 |
| 2812 | Covington | KY | 09/30/2000 |
| 2839 | Knoxville | TN | 09/30/2000 |
| 2838 | Johnson City | TN | 09/30/2000 |
| | | | |
| ########## | Number of LCOs Closing | | 21 |
| ########## | Number of LCOs Closing | | 29 |
| | Total | | 50 |

50
1
51

# Census 2000
# Local Census Office (LCO)
# Closure Dates

CHICAGO

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2511 | Belleville | IL | 09/15/2000 |
| 2533 | Evansville | IN | 09/15/2000 |
| 2544 | Fond Du Lac | WI | 09/15/2000 |
| 2554 | Stevens Point | WI | 09/15/2000 |
| 2553 | Palatine | IL | 09/15/2000 |
| 2529 | Peoria | IL | 09/15/2000 |
| 2552 | Bloomington | IL | 09/15/2000 |
| 2548 | Madison | WI | 09/15/2000 |
| 2531 | Springfield | IL | 09/15/2000 |
| 2551 | Muskego | WI | 09/15/2000 |
| 2521 | Des Plaines | IL | 09/15/2000 |
| 2522 | Hazel Crest | IL | 09/15/2000 |
| 2523 | Glen Ellyn | IL | 09/15/2000 |
| 2535 | Gary | IN | 09/15/2000 |
| 2550 | Superior | WI | 09/15/2000 |
| 2543 | Germantown | WI | 09/15/2000 |
| 2526 | Vernon Hills | IL | 09/30/2000 |
| 2513 | Chicago Far South | IL | 09/30/2000 |
| 2527 | Marion | IL | 09/30/2000 |
| 2518 | Chicago Near Southwest | IL | 09/30/2000 |
| 2519 | Chicago Northwest | IL | 09/30/2000 |
| 2532 | Champaign | IL | 09/30/2000 |
| 2525 | Tinley Park | IL | 09/30/2000 |
| 2524 | Elgin | IL | 09/30/2000 |
| 2516 | Lemont | IL | 09/30/2000 |
| 2536 | Indianapolis | IN | 09/30/2000 |
| 2537 | Kokomo | IN | 09/30/2000 |
| 2538 | Marion Co. | IN | 09/30/2000 |
| 2539 | Muncie | IN | 09/30/2000 |
| 2540 | Clarksville | IN | 09/30/2000 |
| 2541 | South Bend | IN | 09/30/2000 |
| 2542 | Terre Haute | IN | 09/30/2000 |
| 2512 | Chicago Far North | IL | 09/30/2000 |
| 2528 | Quincy | IL | 09/30/2000 |
| 2545 | Green Bay | WI | 09/30/2000 |
| 2546 | Racine | WI | 09/30/2000 |
| 2547 | LaCrosse | WI | 09/30/2000 |
| 2530 | Rockford | IL | 09/30/2000 |
| 2549 | Milwaukee | WI | 09/30/2000 |
| 2534 | Fort Wayne | IN | 09/30/2000 |
| 2555 | Chicago Central | IL | 09/30/2000 |
| 2520 | Chicago West | IL | 10/13/2000 |
| 2515 | Chicago Near North | IL | 10/13/2000 |
| 2514 | Chicago Far Southwest | IL | 10/13/2000 |
| 2517 | Chicago Near South | IL | 10/13/2000 |

| | | | |
|---|---|---|---|
| ############ | Number of LCOs Closing | | 16 |
| ############ | Number of LCOs Closing | | 25 |
| ############ | Number of LCOs Closing | | 4 |
| | Total | | 45 |

45
10
45

# Census 2000
# Local Census Office (LCO)
# Closure Dates

DALLAS

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 3033 | Dallas County NE | TX | 09/15/2000 |
| 3034 | Dallas Co. NW | TX | 09/15/2000 |
| 3032 | DALLAS | TX | 09/15/2000 |
| 3051 | San Antonio North | TX | 09/15/2000 |
| 3050 | San Antonio East | TX | 09/15/2000 |
| 3016 | Monroe | LA | 09/15/2000 |
| 3053 | Texas City | TX | 09/15/2000 |
| 3037 | FORT WORTH | TX | 09/15/2000 |
| 3019 | Shreveport | LA | 09/15/2000 |
| 3028 | Beaumont | TX | 09/15/2000 |
| 3036 | El Paso | TX | 09/15/2000 |
| 3035 | Dallas Co. South | TX | 09/15/2000 |
| 3055 | Victoria | TX | 09/15/2000 |
| 3049 | SAN ANTONIO | TX | 09/15/2000 |
| 3046 | McAllen | TX | 09/15/2000 |
| 3031 | CORPUS CHRISTI | TX | 09/15/2000 |
| 3043 | Laredo | TX | 09/15/2000 |
| 3029 | Bedford | TX | 09/15/2000 |
| 3018 | Orleans Parish | LA | 09/30/2000 |
| 3026 | Amarillo | TX | 09/30/2000 |
| 3025 | Abilene | TX | 09/30/2000 |
| 3024 | Tupelo | MS | 09/30/2000 |
| 3023 | Meridian | MS | 09/30/2000 |
| 3022 | JACKSON | MS | 09/30/2000 |
| 3021 | Greenville | MS | 09/30/2000 |
| 3020 | Gulfport | MS | 09/30/2000 |
| 3027 | Austin | TX | 09/30/2000 |
| 3038 | HARRIS COUNTY | TX | 09/30/2000 |
| 3039 | Harris Co. NW | TX | 09/30/2000 |
| 3040 | Harris Co South | TX | 09/30/2000 |
| 3041 | HOUSTON | TX | 09/30/2000 |
| 3042 | Huntsville | TX | 09/30/2000 |
| 3030 | College Station | TX | 09/30/2000 |
| 3044 | Longview | TX | 09/30/2000 |
| 3045 | LUBBOCK | TX | 09/30/2000 |
| 3015 | Harahan | LA | 09/30/2000 |
| 3047 | Stafford | TX | 09/30/2000 |
| 3048 | PLANO | TX | 09/30/2000 |
| 3017 | NEW ORLEANS | LA | 09/30/2000 |
| 3014 | OPELOUSAS | LA | 09/30/2000 |
| 3013 | Houma | LA | 09/30/2000 |
| 3052 | Sherman | TX | 09/30/2000 |
| 3011 | Baton Rouge | LA | 09/30/2000 |
| 3054 | Tyler | TX | 09/30/2000 |
| 3012 | Hammond | LA | 09/30/2000 |

| | | | |
|---|---|---|---|
| 3056 | WACO | TX | 09/30/2000 |
| | | | |
| ########### | Number of LCOs Closing | | 18 |
| ########### | Number of LCOs Closing | | 28 |
| | Total | | 46 |

46
10
36

# Census 2000
# Local Census Office (LCO)
# Closure Dates

DENVER

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 3114 | Phoenix South (Old) 1/ | AZ | 08/31/2000 |
| 3111 | Flagstaff | AZ | 09/30/2000 |
| 3112 | Phoenix North | AZ | 09/30/2000 |
| 3113 | Mesa | AZ | 09/30/2000 |
| 3115 | Scottsdale | AZ | 09/30/2000 |
| 3116 | Tucson (rural) | AZ | 09/30/2000 |
| 3117 | Tucson (urban) | AZ | 09/30/2000 |
| 3118 | Window Rock | AZ | 09/30/2000 |
| 3119 | Aurora | CO | 09/30/2000 |
| 3120 | Colorado Springs | CO | 09/30/2000 |
| 3121 | Denver | CO | 09/30/2000 |
| 3122 | Grand Junction | CO | 09/30/2000 |
| 3123 | Greeley | CO | 09/30/2000 |
| 3124 | Pueblo | CO | 09/30/2000 |
| 3125 | Westminster | CO | 09/30/2000 |
| 3126 | Billings | MT | 09/30/2000 |
| 3127 | Missoula | MT | 09/30/2000 |
| 3128 | Lincoln | NE | 09/30/2000 |
| 3129 | North Platte | NE | 09/30/2000 |
| 3130 | Omaha | NE | 09/30/2000 |
| 3131 | Henderson | NV | 09/30/2000 |
| 3132 | Las Vegas | NV | 09/30/2000 |
| 3133 | Reno | NV | 09/30/2000 |
| 3134 | Albuquerque | NM | 09/30/2000 |
| 3135 | Las Cruces | NM | 09/30/2000 |
| 3136 | Santa Fe | NM | 09/30/2000 |
| 3137 | Bismarck | ND | 09/30/2000 |
| 3138 | Fargo | ND | 09/30/2000 |
| 3139 | Rapid City | SD | 09/30/2000 |
| 3140 | Sioux Falls | SD | 09/30/2000 |
| 3141 | Ogden | UT | 09/30/2000 |
| 3142 | Provo | UT | 09/30/2000 |
| 3143 | Salt Lake City | UT | 09/30/2000 |
| 3144 | Cheyenne | WY | 09/30/2000 |
| 3145 | Yuma | AZ | 09/30/2000 |
| 3146 | Great Falls | MT | 09/30/2000 |
| 3147 | North Las Vegas | NV | 09/30/2000 |
| 3148 | Casper | WY | 09/30/2000 |
| **1/** | **211 N. 1st Avenue Phoenix, AZ** | | |
| **2/** | **1505 N. Central Avenue Phoeniz, AZ** | | |
| | | | |
| ########## | Number of LCOs Closing | | 38 |
| | Total | | 38 |

# Census 2000
# Local Census Office (LCO)
# Closure Dates

DETROIT

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2411 | Ann Arbor | MI | 09/30/2000 |
| 2412 | Battle Creek | MI | 09/30/2000 |
| 2413 | Dearborn | MI | 09/30/2000 |
| 2414 | Detroit East | MI | 09/30/2000 |
| 2415 | Detroit West | MI | 09/30/2000 |
| 2416 | Flint | MI | 09/30/2000 |
| 2417 | Grand Rapids | MI | 09/30/2000 |
| 2418 | Kalamazoo | MI | 09/30/2000 |
| 2419 | Lansing | MI | 09/30/2000 |
| 2420 | Livonia | MI | 09/30/2000 |
| 2421 | Macomb Co. | MI | 09/30/2000 |
| 2422 | Marquette | MI | 09/30/2000 |
| 2423 | Midland | MI | 09/30/2000 |
| 2424 | Muskegon | MI | 09/30/2000 |
| 2425 | Saginaw | MI | 09/30/2000 |
| 2426 | Troy | MI | 09/30/2000 |
| 2427 | Akron | OH | 09/30/2000 |
| 2428 | Bowling Green | OH | 09/30/2000 |
| 2429 | Canton | OH | 09/30/2000 |
| 2430 | Chillicothe | OH | 09/30/2000 |
| 2431 | Cincinnati | OH | 09/30/2000 |
| 2432 | Blue Ash | OH | 09/30/2000 |
| 2433 | Cleveland | OH | 09/30/2000 |
| 2434 | Cleveland East | OH | 09/30/2000 |
| 2435 | Cleveland Southeast | OH | 09/30/2000 |
| 2436 | Columbus East | OH | 09/30/2000 |
| 2437 | Columbus West | OH | 09/30/2000 |
| 2438 | Dayton | OH | 09/30/2000 |
| 2439 | Hamilton | OH | 09/30/2000 |
| 2440 | Lorain | OH | 09/30/2000 |
| 2441 | Mansfield | OH | 09/30/2000 |
| 2442 | Newark | OH | 09/30/2000 |
| 2443 | Springfield | OH | 09/30/2000 |
| 2444 | Toledo | OH | 09/30/2000 |
| 2445 | Youngstown | OH | 09/30/2000 |
| 2446 | Beaver | WV | 09/30/2000 |
| 2447 | Charleston | WV | 09/30/2000 |
| 2448 | Westover | WV | 09/30/2000 |
| 2449 | Detroit North | MI | 09/30/2000 |
| 2450 | Traverse City | MI | 09/30/2000 |
| 2451 | Steubenville | OH | 09/30/2000 |
| 2452 | Parkersburg | WV | 09/30/2000 |
| | | | |
| ########## | Number of LCOs Closing | | 42 |
| | Total | | 42 |

52 10 42

# Census 2000
# Local Census Office (LCO)
# Closure Dates

KANSAS CITY

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2642 | Enid | OK | 09/15/2000 |
| 2629 | Rochester | MN | 09/15/2000 |
| 2645 | Shawnee | OK | 09/15/2000 |
| 2643 | Tahlequah | OK | 09/15/2000 |
| 2615 | Ames | IA | 09/15/2000 |
| 2616 | Cedar Rapids | IA | 09/15/2000 |
| 2630 | Shakopee | MN | 09/15/2000 |
| 2618 | Sioux City | IA | 09/15/2000 |
| 2619 | Waterloo | IA | 09/15/2000 |
| 2635 | KANSAS CITY, MO | MO | 09/15/2000 |
| 2641 | Duncan | OK | 09/15/2000 |
| 2633 | Cape Girardeau | MO | 09/15/2000 |
| 2625 | Duluth | MN | 09/15/2000 |
| 2617 | DES MOINES | IA | 09/30/2000 |
| 2624 | Coon Rapids | MN | 09/30/2000 |
| 2614 | Pine Bluff | AR | 09/30/2000 |
| 2613 | LITTLE ROCK | AR | 09/30/2000 |
| 2612 | Jonesboro | AR | 09/30/2000 |
| 2620 | Hays | KS | 09/30/2000 |
| 2621 | KANSAS CITY, KS | KS | 09/30/2000 |
| 2631 | ST. PAUL | MN | 09/30/2000 |
| 2632 | Blue Springs | MO | 09/30/2000 |
| 2622 | Topeka | KS | 09/30/2000 |
| 2634 | Columbia | MO | 09/30/2000 |
| 2623 | Wichita | KS | 09/30/2000 |
| 2636 | Springfield | MO | 09/30/2000 |
| 2637 | St. Joseph | MO | 09/30/2000 |
| 2638 | ST. LOUIS | MO | 09/30/2000 |
| 2639 | St. Louis County North | MO | 09/30/2000 |
| 2640 | St. Louis County South | MO | 09/30/2000 |
| 2611 | Ft. Smith | AR | 09/30/2000 |
| 2626 | MINNEAPOLIS | MN | 09/30/2000 |
| 2627 | Minneapolis West | MN | 09/30/2000 |
| 2644 | OKLAHOMA CITY | OK | 09/30/2000 |
| 2628 | Moorhead | MN | 09/30/2000 |
| 2646 | TULSA | OK | 09/30/2000 |
| | | | |
| ########## | Number of LCOs Closing | | 13 |
| ########## | Number of LCOs Closing | | 23 |
| | Total | | 36 |

1
10
36

# Census 2000
# Local Census Office (LCO)
# Closure Dates

LOS ANGELES

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 3211 | Fullerton | CA | 09/15/2000 |
| 3212 | Bakersfield | CA | 09/15/2000 |
| 3213 | Commerce | CA | 09/15/2000 |
| 3214 | Glendale | CA | 09/15/2000 |
| 3215 | Compton | CA | 09/15/2000 |
| 3216 | West Covina | CA | 09/15/2000 |
| 3217 | East LA/Monterey Park | CA | 09/15/2000 |
| 3218 | Spring Valley | CA | 09/15/2000 |
| 3219 | Escondido | CA | 09/15/2000 |
| 3220 | Fresno | CA | 09/15/2000 |
| 3221 | Hollywood/Mid-Wilshire | CA | 09/15/2000 |
| 3222 | Garden Grove | CA | 09/15/2000 |
| 3223 | Inglewood | CA | 09/15/2000 |
| 3224 | Irvine | CA | 09/15/2000 |
| 3225 | Long Beach | CA | 09/15/2000 |
| 3226 | Los Angeles Downtown | CA | 09/15/2000 |
| 3227 | Culver City (East) | CA | 09/15/2000 |
| 3228 | Salinas | CA | 09/15/2000 |
| 3229 | Vista | CA | 09/15/2000 |
| 3230 | Chino | CA | 09/15/2000 |
| 3231 | Palm Springs | CA | 09/15/2000 |
| 3232 | Victorville | CA | 09/15/2000 |
| 3233 | Riverside | CA | 09/15/2000 |
| 3234 | San Bernardino | CA | 09/15/2000 |
| 3235 | San Diego Downtown | CA | 09/15/2000 |
| 3236 | Chula Vista | CA | 09/15/2000 |
| 3237 | Santa Ana | CA | 09/15/2000 |
| 3238 | Santa Clarita | CA | 09/15/2000 |
| 3239 | Santa Maria | CA | 09/15/2000 |
| 3240 | Santa Monica | CA | 09/15/2000 |
| 3241 | Torrance | CA | 09/15/2000 |
| 3242 | Van Nuys | CA | 09/15/2000 |
| 3243 | Ventura | CA | 09/15/2000 |
| 3244 | Hanford | CA | 09/15/2000 |
| 3245 | Woodland Hills | CA | 09/15/2000 |
| 3246 | Norwalk | CA | 09/15/2000 |
| 3248 | Kailua | HI | 09/15/2000 |
| 3249 | Culver City | CA | 09/15/2000 |
| 3250 | Merced | CA | 09/15/2000 |
| 3251 | Monrovia | CA | 09/15/2000 |
| 3247 | Honolulu | HI | 09/30/2000 |
| | | | |
| ########### | Number of LCOs Closing | | 40 |
| ########### | Number of LCOs Closing | | 1 |
| | Total | | 41 |

1 51

50 9 41

# Census 2000
# Local Census Office (LCO)
# Closure Dates

NEW YORK

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2214 | Essex Co. West | NJ | 08/31/2000 |
| 2222 | Bronx Northwest | NY | 08/31/2000 |
| 2236 | New York Northwest | NY | 08/31/2000 |
| 2231 | Nassau Co. Northeast | NY | 08/31/2000 |
| 2218 | Sussex Co./Warren Co. | NJ | 08/31/2000 |
| 2211 | Bergen Co. North | NJ | 09/15/2000 |
| 2212 | Bergen Co. South | NJ | 09/15/2000 |
| 2216 | Hudson Co. South | NJ | 09/15/2000 |
| 2230 | Brooklyn Southwest | NY | 09/15/2000 |
| 2215 | Hudson Co. North | NJ | 09/15/2000 |
| 2234 | New York North | NY | 09/15/2000 |
| 2245 | Rockland Co./Westchester Co. N | NY | 09/15/2000 |
| 2228 | Brooklyn Northwest | NY | 09/15/2000 |
| 2249 | Morris County | NJ | 09/15/2000 |
| 2225 | Brooklyn Central | NY | 09/15/2000 |
| 2226 | Brooklyn East | NY | 09/15/2000 |
| 2227 | Brooklyn Northeast | NY | 09/15/2000 |
| 2240 | Queens Northeast | NY | 09/15/2000 |
| 2247 | Suffolk Co. West | NY | 09/15/2000 |
| 2238 | New York West | NY | 09/15/2000 |
| 2242 | Queens Southeast Jamaica | NY | 09/15/2000 |
| 2244 | Richmond Co. | NY | 09/15/2000 |
| 2224 | Bronx Southwest | NY | 09/30/2000 |
| 2223 | Bronx Southeast | NY | 09/30/2000 |
| 2229 | Brooklyn South | NY | 09/30/2000 |
| 2213 | Essex Co. East | NJ | 09/30/2000 |
| 2237 | New York South | NY | 09/30/2000 |
| 2219 | Passaic Co. | NJ | 09/30/2000 |
| 2239 | Queens Central | NY | 09/30/2000 |
| 2217 | Middlesex Co. | NJ | 09/30/2000 |
| 2241 | Queens Northwest | NY | 09/30/2000 |
| 2232 | Nassau Co. Southwest | NY | 09/30/2000 |
| 2243 | Queens Southwest | NY | 09/30/2000 |
| 2220 | Somerset Co./Union Co. | NJ | 09/30/2000 |
| 2233 | New York East | NY | 09/30/2000 |
| 2246 | Suffolk Co. East | NY | 09/30/2000 |
| 2221 | Bronx Northeast | NY | 09/30/2000 |
| 2248 | Westchester Co. South | NY | 09/30/2000 |
| 2235 | New York Northeast | NY | 09/30/2000 |
| | | | |
| ########### | Number of LCOs Closing | | 5 |
| ########### | Number of LCOs Closing | | 17 |
| ########### | Number of LCOs Closing | | 17 |
| | Total | | 39 |

39 7 32

# Census 2000
# Local Census Office (LCO)
# Closure Dates

PHILADELPHIA

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2311 | DC East | DC | 09/15/2000 |
| 2312 | DC West | DC | 09/15/2000 |
| 2321 | Towson | MD | 09/15/2000 |
| 2320 | Waldorf | MD | 09/15/2000 |
| 2315 | Baltimore East | MD | 09/15/2000 |
| 2341 | Pittsburgh | PA | 09/15/2000 |
| 2338 | Philadelphia South | PA | 09/15/2000 |
| 2336 | Concordville | PA | 09/15/2000 |
| 2319 | Forestville | MD | 09/15/2000 |
| 2344 | State College | PA | 09/15/2000 |
| 2351 | Lakehurst | NJ | 09/15/2000 |
| 2318 | Rockville | MD | 09/30/2000 |
| 2317 | Hagerstown | MD | 09/30/2000 |
| 2316 | Baltimore West | MD | 09/30/2000 |
| 2314 | Annapolis | MD | 09/30/2000 |
| 2327 | Allentown | PA | 09/30/2000 |
| 2313 | Newcastle | DE | 09/30/2000 |
| 2329 | Rochester | PA | 09/30/2000 |
| 2330 | Coatesville | PA | 09/30/2000 |
| 2331 | Erie | PA | 09/30/2000 |
| 2322 | Camden | NJ | 09/30/2000 |
| 2333 | Johnstown | PA | 09/30/2000 |
| 2334 | Langhorne | PA | 09/30/2000 |
| 2335 | McKeesport | PA | 09/30/2000 |
| 2324 | Freehold | NJ | 09/30/2000 |
| 2337 | Norristown | PA | 09/30/2000 |
| 2325 | Trenton | NJ | 09/30/2000 |
| 2339 | Philadelphia Frankford | PA | 09/30/2000 |
| 2340 | Philadelphia West | PA | 09/30/2000 |
| 2326 | Vineland | NJ | 09/30/2000 |
| 2342 | Reading | PA | 09/30/2000 |
| 2343 | Scranton | PA | 09/30/2000 |
| 2328 | Altoona | PA | 09/30/2000 |
| 2346 | Wilkes-Barre | PA | 09/30/2000 |
| 2347 | York | PA | 09/30/2000 |
| 2348 | Riverdale | MD | 09/30/2000 |
| 2349 | Woodlawn | MD | 09/30/2000 |
| 2350 | Cherry Hill | NJ | 09/30/2000 |
| 2332 | Harrisburg | PA | 09/30/2000 |
| 2352 | Greensburg | PA | 09/30/2000 |
| 2353 | Philadelphia North | PA | 09/30/2000 |
| 2354 | Washington | PA | 09/30/2000 |
| | | | |
| 09/15/2000 0:00 | Number of LCOs Closing | | 11 |
| 09/30/2000 0:00 | Number of LCOs Closing | | 31 |

| | | | |
|---|---|---|---|
| | Total | | 42 |

1
9
42

# Census 2000
# Local Census Office (LCO)
# Closure Dates

SEATTLE

| LCO Code | LCO Name | State | Closure Date |
|---|---|---|---|
| 2729 | Sunnyvale | CA | 09/15/2000 |
| 2738 | Everett | WA | 09/15/2000 |
| 2741 | Richland | WA | 09/15/2000 |
| 2714 | Davis | CA | 09/15/2000 |
| 2715 | Eureka | CA | 09/15/2000 |
| 2732 | Beaverton | OR | 09/15/2000 |
| 2736 | Salem | OR | 09/15/2000 |
| 2725 | San Francisco West | CA | 09/15/2000 |
| 2713 | Concord | CA | 09/30/2000 |
| 2719 | Placerville | CA | 09/30/2000 |
| 2717 | Modesto | CA | 09/30/2000 |
| 2722 | Sacramento South | CA | 09/30/2000 |
| 2723 | San Bruno | CA | 09/30/2000 |
| 2712 | Castro Valley | CA | 09/30/2000 |
| 2720 | Redding | CA | 09/30/2000 |
| 2726 | San Jose | CA | 09/30/2000 |
| 2727 | San Leandro | CA | 09/30/2000 |
| 2728 | Santa Rosa | CA | 09/30/2000 |
| 2730 | Lewiston | ID | 09/30/2000 |
| 2739 | Tukwila | WA | 09/30/2000 |
| 2731 | Boise | ID | 09/30/2000 |
| 2740 | Olympia | WA | 09/30/2000 |
| 2733 | Bend | OR | 09/30/2000 |
| 2743 | Silverdale | WA | 09/30/2000 |
| 2735 | Portland | OR | 09/30/2000 |
| 2750 | Mount Vernon | WA | 09/30/2000 |
| 2737 | Bellevue | WA | 09/30/2000 |
| 2742 | Seattle | WA | 09/30/2000 |
| 2749 | Idaho Falls | ID | 09/30/2000 |
| 2721 | Sacramento North | CA | 10/13/2000 |
| 2734 | Eugene | OR | 10/13/2000 |
| 2711 | Anchorage | AK | 10/13/2000 |
| 2718 | Oakland | CA | 10/13/2000 |
| 2744 | Spokane | WA | 10/13/2000 |
| 2745 | Tacoma | WA | 10/13/2000 |
| 2746 | San Francisco Northeast | CA | 10/13/2000 |
| 2724 | San Francisco Southeast | CA | 10/13/2000 |
| 2716 | Los Gatos | CA | 10/13/2000 |
| | | | |
| ########### | Number of LCOs Closing | | 8 |
| ########### | Number of LCOs Closing | | 21 |
| ########### | Number of LCOs Closing | | 9 |
| | Total | | 38 |

MR. GILLINGHAM: Mark Holdrege, Your Honor, H-O-L-D-R-E-G-E.
THE COURT: If you would raise your right hand.
Whereupon,
MARK HOLDREGE
having been duly sworn, was called as a witness and was examined and testified as follows:
DIRECT EXAMINATION
BY MR. GILLINGHAM:
Q State your name. Please state your name.
A Mark A. Holdrege.
Q And your current position?
A I'm the chief of the decennial and field staff in human resources division.
Q And what is the mission of that division.
Q Primarily we have two missions. One is to support the field organization, both the current survey side as well as the decennial side for censuses. We look at regulations. We look at how we can remove barriers to employment with other agencies. We do a variety of planning operations. We participate in the design of the Automated Personnel

412

Payroll System.
A spectrum of things decennial side. We classify the positions, determine exemption relevant to this case.
On the other portion of my job, I work on strategic planning for human capital for the Census Bureau. I lead our Human Capital Management Council that represents each of the major program areas in the Census, including economic censuses, economic surveys, statistical research, and field organizations.
Q What do you mean by human capital?
A Human capital, we look at -- under the president's management agenda, human capital management was identified as one of the six key components of improving management in the government.
Also, it's an issue that the General

Accounting Office has been looking closely at for a number of years, and this is an effort that I lead.

THE COURT: You're, I assume, in Washington?

THE WITNESS: Yes, that's right.

THE COURT: And tell me your title again.

THE WITNESS: Chief of the decennial and field staff in human resources.

THE COURT: Roughly how many people are permanent employees of the U.S. Census?



THE WITNESS: Probably about 5,000 in our headquarters operation. We have a large processing facility in Indiana, and then we have 12 regional offices with a fairly small staff in the office, and then another large field staff.

Currently we have about 6,000 field representatives who are working in a mixture of temporary and permanent appointments in support of our various survey operations.

THE COURT: So give me a total permanent.

THE WITNESS: Seven thousand.

THE COURT: Between Washington and all the field offices?

THE WITNESS: Right.

THE COURT: All right. So I gather that every 10 years, approximately, the numbers ramp up dramatically with a lot of temporary hires?

THE WITNESS: Yes. We use temporary hires and we also use term-appointing authorities, and we use a separate class of appointment that I was instrument in getting for our field temporary positions, temporary positions but they are time-limited appointments.

THE COURT: What is the difference?

THE WITNESS: The difference in -- I'll



start with the time-limited appointment that was a novel creation for us.

It is an appointment than lasts longer than one year, because a temporary appointment by

definition is not to exceed one year. Its duration can be anywhere from one year and a day up through the duration of census activities.

We use -- actually, in the positions described in the local census office, the five -- the four managers and the administrative assistant in the local census office would have been appointed under this time-limited appointment authority, and that does convey eligibility for health benefits, leave, those sorts of things.

THE COURT: All right. And all the other positions that I've heard about, FOS, FOS assistants, crew leader, crew leader assistants, enumerators, SPOS, they are all under the temporary appointments?

THE WITNESS: That's right.

THE COURT: All right. Does that designation in and of itself tell me anything about a person's eligibility for FLSA overtime?

THE WITNESS: No.

THE COURT: Okay. Go ahead.

BY MR. GILLINGHAM:



Q To break that down further, within the temporary appointments which you explained were one year or less, do I have that right?

A That's correct.

Q What were the term appointments or the not-to-exceed appointments?

A Okay, let me distinguish between term appointments and those temporary appointments.

A term appointment by definition is an appointment longer than one year but not to exceed four years. We use term appointments in both headquarters as we ramp up for the decennial census, and for other operations that may be of short duration in some areas of the Census Bureau, and we use them in the regional census centers as we ramp up for the decennial. So those would be appointments up to four years.

For the temporary appointments, they range

anywhere from let's say 180 days would be a normal period for an appointment, up through -- it could be renewed to the point of a year, and conditions of a temporary appointing authority that we use for excepted service, that could be renewed for up to one year in whatever intervals were determined appropriate.



THE COURT: So the difference between time limit appointment and term appointment is that one is out in the field and one is at headquarters?

THE WITNESS: It's that and it's the fact that the ones out in the field are excepted service.

THE COURT: Meaning?

THE WITNESS: That they are not covered by some elements of -- well, they are not covered by the competitive service positions. There are three classes of excepted service. There is the competitive service, there is the senior executive service, and then there are three categories of excepted service.

These positions fall under the Schedule A excepted service, and those are positions where it's not practicable to examine.

THE COURT: And how about the term appointments?

THE WITNESS: Term appointments are made in the competitive service. They can't be converted without further competition to a permanent appointment, so they have an expiration.

THE COURT: They are not Schedule A?

THE WITNESS: No, they are not Schedule A.

THE COURT: Go ahead.

BY MR. GILLINGHAM:



Q So the positions we have been talking, FOSes, crew leaders, enumerators, FOS assistants, in the decennial 2000 were they all temporary appointments?

A Yes.

Q And temporary, you said, goes up to one year but could be for a period of even less than one year?
A Yes, there is no minimum length to a temporary appointment.
Q And the bureau's practice with regard to determining the length of an individual temporary appointment was what? How was it decided how long a particular person's appointment would run?
A Generally the determination would be made by our field organization. During the census and actually for our current program supervisors, the regional director has delegated authority equivalent to our personnel officer in a sense, and that authority is used in setting the length of appointments based on operations.
My understanding is that the headquarters activities would define census operations and the field organization would establish not-to-exceed dates that would be required to meet the needs of that operation.

418

Q Not-to-exceed, in other words, identifies the date upon which an appointment will expire?
A That's right, absent any action to extend it.
Q All right. We were talking about you, though, rather than the Census, and so let me go back to that.
What position, or why don't you take me through a brief sketch of your Census Bureau employment background?
A I began work at the Census Bureau out of college. I've been with the Census 26 years, all of which has been in our personnel, human resources organization.
My first assignments were as a position classifier where I was responsible for classifying in the general schedule positions as to grade, title,

series and so forth. I also for the duration of my Census experience have worked with the field organization. So my initial assignment when I came to the Census Bureau was to serve as a classification specialist with the field organization.

I moved from that to being a first-level supervisor, again in classification, and I was again advanced to a branch chief position over half of the



classification for the entire Census Bureau, together with activities relating to the support of the field organization.

For a period of a year, I acted as the chief of classification for all positions at the Census Bureau in the absence of that individual.

The position I now hold grew out of the responsibilities that I had with respect to the decennial census, and in 1998, I came to hold my current position.

Q Just so we are clear on the use of the word "classification", describe the classification process you have just been referring to.

A The classification process under the general schedule is identified by the Office of Personnel Management.

In Title 5, there are definitions given for 15 different grade levels, and the classification responsibility is to adhere to the guidance provided by law as interpreted by the Office of Personnel Management. They issue guidelines. They issue standards that we're to use in classifying particular occupations. For example, a statistician would have a set of criteria used for assessing whether or not its a statistician, what grade level it should be assuming



that it meets it, and what title it should hold.

We also have general guilds that cover the cross-occupations. You would have one for supervisory positions, for example. So we handle classification for that.

For our operations in the field, we're specifically exempted under Title 13 from having to use the general schedule, so there we have more discretion in terms of setting pay. We set it based on studies and analyses that we do rather than corresponding to the general schedule.

Q And so you're classifying as to job series; for example, accounting versus law versus medicine versus welding?

A Right.

Q And you're classifying by grade, GS-1 and on up, for example? And you're classifying supervisory/non-supervisory?

A Yes.

Q And you're for FLSA purposes?

A Yes, making determination as to whether or not the exemption criteria are met for the positions.

Q And your understanding of -- I'm sorry.

THE COURT: If I could go back for just a second. The 7,000 permanent that you were talking



about, they were general schedule, most of them?

THE WITNESS: Yes, all except a few who are covered under the blue-collar standards.

THE COURT: Okay.

THE WITNESS: But almost all of them are general schedule. Let me correct that slightly.

We also use companion to the general schedule for some of our positions that are funded under the decennial census. They, and rather than a GS, they are GG, but we administer those two systems as functionally identical.

THE COURT: Now, in these categories you gave me earlier, which is time-limited, temporary, or term, where do the GGs fit in?

THE WITNESS: They can be -- we don't use the time-limited for them, but they could be either term or permanent.

THE COURT: And are any of the positions we have talked about, FOS, FOSA, et cetera, et cetera, are they the parallel GG system?

THE WITNESS: No, they are not. They are all under administratively-determined pay rates.

THE COURT: In other words, that's where your agency takes the initiative in classifying them?

THE WITNESS: Right, in terms of setting pay

422

and establishing the positions.

THE COURT: Now is that process audited automatically by OPM?

THE WITNESS: OPM has general oversight responsibility, but it's not audited by them. I'll say that during the decennial census we had a partnership with the Office of Personnel Management where every month I met with generally the associate directors for most of the major components at OPM to discuss issues, challenges that we were facing for the decennial census.

We had the OPM directors' special assistant assigned as our lead contact, and we arranged these meetings. We follow up throughout the month with various staff people.

One of the outcomes of that process was the establishment of a new set of regulations that we had initiated. We had analyzed the regulations relating to dual federal employment, and we created a clear line of separation between someone let's say who worked at Defense Department, who wanted to take a second job with us, so that they could take a second job with us without conveying the benefits, the leave earning, thrift-savings eligibility, any of those things, and that was relevant for our hiring of our

423

field staff, because some of them would have had second jobs with federal agencies.

THE COURT: So what grading system, for lack of a better word, or pay scale system which you have used for these temporary appointments?

THE WITNESS: What we did for those, such as the FOS and the enumerator, is we let a contract with Westat, which is a private consulting statistical and economic firm, to have labor economists model the salary structures throughout the country, and developed a set of algorithms to peg what a competitive level would be within each locality.

In the case of the census positions, it was between 75 percent and 80 percent of the average was within a locality that we would peg the enumerator rate to, and that was for all offices.

THE COURT: So an enumerator in Concord might have been paid differently than an enumerator in Charleston, West Virginia?

THE WITNESS: Yes.

THE COURT: Okay. Let's see, I wanted to ask you something else and I forgot. Go ahead.

BY MR. GILLINGHAM:

Q Are there other personnel activities you've been involved with professionally?

424

A Yes, I am a member of the Washington Personnel Testing Council that looks at issues on testing selection, mostly from an occupational industry psychology perspective. And I'm a member of the Society for Human Resource Management. I hold a professional certification as a senior professional in human resource management from that organization. And I currently work in helping to develop test items for that certification exam.

THE COURT: This contract you let with West or whatever?

THE WITNESS: Westat.

THE COURT: Westat, was that unique to the 2000 census or had they done this earlier?

THE WITNESS: It was the first time that we had used an outside contractor to help us establish rates. We have used administratively-determined rates

previously.
THE COURT: And the classification as exempt or nonexempt, was that part of the Westat process?
THE WITNESS: No, that was our determination.
THE COURT: And did you borrow from earlier censi to do that?
THE WITNESS: No.



THE COURT: First of all, were you involved in that process?
THE WITNESS: Yes, I was.
THE COURT: Okay. So did you undertake that from scratch for the 2000 census or was there a presumption, the positions were the same?
THE WITNESS: We looked at the positions independently in the sense -- one of the changes for this census is that previously we have used piece rates or a derivation of piece rates for supplementing the pay of enumerators and crew leaders and other positions.
THE COURT: Supplementing it in what way? You mean they get a base and they get something on top of that?
THE WITNESS: They receive the minimum wage. They are guaranteed the minimum wage, although in 1980, we had statutory exceptions so that we weren't covered by minimum wage for enumerator.
But for these positions, they would receive, depending on the completion of a set of assignments, let's say they completed 10 assignments based on the work measurement studies that were done, we would assign a value to that, so they would receive minimum wage plus the value for that set of cases.



THE COURT: So two different enumerators might get paid different for the same time spent?
THE WITNESS: Yes. In 1980 or 1990, not in 2000.