THE COURT: Were the positions the same, were they called the same thing in '90?
THE WITNESS: Very similar. There was some changes, but particularly as a result of automation, changes in automation. But the general -- I would say that the titles and the functions of enumerator, crew leader, field operations supervisor are stable from 1990 and in a sense are traditional.
THE COURT: And were the FOS FLSA-exempt in '90?
THE WITNESS: Yes.
THE COURT: All right, go ahead.
BY MR. GILLINGHAM:
Q All right, why don't you tell us what your role was in planning for the 2000 census.
A I was involved from the very early -- planning for a census generally takes longer than the 10-year interval you begin planning for a subsequent one prior to the completion of the next one, so the planning for 2000 began, it was prior to the 1990 census, and so forth.



My involvement was to represent the human resource issues, and serve as an advisor and look at issues such as the ones I was describing with the Office of Personnel Management and so forth.
I participated in developing the national recruiting strategy used by the field organization, coming up with a national recruiting plan. I worked with the policy office and our legislative staff to craft legislative exceptions that would be useful such as exempting our positions from being counted against people's public assistance.
When that didn't -- we pursued that through administrative exemptions with the various agencies, but it was a wide range of issues from classifying the positions all the way to those kinds of issues.
Q Now, are you familiar with the FOS position for the 2000 census?

A Yes.
Q Now you have used the term a short time ago "establishing a position". What does that mean?
A Establishing a position is actually determining the level of the position, the titling of the position, and the pay level. In terms of the FOS positions and the other administratively-determined positions, what we did was work with the field



organization to lay out the structure for the regional census centers and for the local census offices. Then where the various positions would fall within those organizational structures. Look at the relationships between the positions and among the positions, and assign the title, pay level and the FLSA exemption for that.
Q Look at Exhibit 300. It's in the white volumes to your right, No. IV. That could be actually in front of you. It will say on its spine Roman Numeral IV.
A Yes, I have it.
Q Do you recognize that document?
A I do.
Q And what is it?
A It's the position description for the field operations supervisor for the 2000 decennial census.
Q And how do you, or what role did you or your office play in fashioning that position description?
A Our office, as I described in our general role, worked together with the field organization. Field management developed the position descriptions for our office. Our office worked with them to review the content and determine that it was consistent with the other positions in the structure, and assigned the



position title, determined what level it was generally in terms of pay, and its exemption from FLSA or non-exemption.
Q You mentioned pay. How was the FOS pay rate determined?

A The FOS pay rate was determined through this set of algorithms that I was describing for the -- that Westat had developed. That was used to create the enumerator pay rate for a given area. So for example in Concord the pay rate was determined to be $15 an hour, 15.50.

And then we applied differentials for the supervisory positions or other positions based on that enumerator pay rate, so that was the one rate determined by the model. And then we had a fixed structure to apply to that.

Q So what was the next highest grade in the -- at least in the Concord office?

A The assistant manager for field operations.

Q No, I'm sorry. Starting from enumerator and go up.

A Oh, I'm sorry.

Q If the enumerator gets 15.50.

A Right, you have the enumerator at 15.50, crew leader assistant, and those were the two



positions that were relevant to the jobs we're talking about. The next level up the crew leader assistant and enumerator was the crew leader, and that was paid at $17 an hour, and then the next position above that was the field operations supervisor at 18.50.

Q And why were they paid two increments above the enumerator?

A They were two supervisory levels -- the FOS position was a second-level supervisor, the crew leader was the first-level supervisor in that operation.

Q What's the purpose of paying more money though from the standpoint of attracting who you are looking for in a given position?

A In terms of attracting who we are looking for, there are a couple of things. One, the higher pay rate we hope would both compensate for the

complexity and responsibilities of the position, but also to attract people who were strong candidates for those positions, but we applied qualification standards or qualification requirements to help screen people with that kind of ability or competency.

Q And have you ever had an occasion to establish an equivalency to the GS scale?

A Yes, I did.



Q And why did you do that?

A To look at its relevance to FLSA exemption.

Q Explain what you mean by --

A Yes.

Q What's the relationship between those two things?

A Well, under the Fair Labor Standards Act as it's applied to federal employees, you have -- there are several criteria that need to be met. One of them is that the -- what's called the primary duty test, and the second is the 80 percent rule.

The 80 percent rule and coverage --

MR. LEE: The only competence of an employee in terms of this -- this is law. This is coming to a legal conclusion, so it's improper.

THE COURT: Well, he's either right or he isn't. If he is not, then I'm going to ignore it. But by way of orienting me to what he is doing and why he is doing it, I will permit it.

MR. GILLINGHAM: The law requires that -- well, he can explain it.

BY MR. GILLINGHAM:

Q Explain the difference --

A Okay, what I am saying is you have the 80 percent test that applies for positions that are



either at a grade 5 or 6 in the general schedule or equivalent white-collar system.

Further, positions are not exempt subject to exemption criteria at all if they are equivalent to a grade 4 in the general schedule system.

So it's important to look at what the grad level equivalent would be for these administratively-determined rates.

Q All right. And so did you then determine what the equivalent was within the general schedule of the FOS position?

A Yes.

Q And what did you determine?

A The process for determining equivalence is that you look at the base pay schedule for the general schedule, and compare the fourth step of each grade against the administratively-determined pay rate or the pay rate for whatever system outside the general schedule you're looking at.

THE COURT: So presumptively it's driven by pay, the comparison?

THE WITNESS: Yes.

THE COURT: But I gather the pay that the Census set varied around the country.

THE WITNESS: That's correct.



THE COURT: And were you are looking at the adjusted localized pay rates for GS schedules?

THE WITNESS: No.

THE COURT: Then wouldn't you get different results based on where you were in the country?

THE WITNESS: You would get -- you would get different grade level equivalents depending on where you were in the country.

THE COURT: Right.

THE WITNESS: You would be comparing it against the same base. You would be using the non-locality adjusted pay for each area rather than looking at locality pay for each area.

One of the elements that -- I don't know if I want to --

THE COURT: All right, you're starting with pay scales for the Census that are locally adjusted.

THE WITNESS: Correct.

THE COURT: But you're comparing them against sort of the standardized GS pay scale unadjusted?
THE WITNESS: Yes.
THE COURT: All right. So that leads you to some presumptive comparison?
THE WITNESS: Yes.



THE COURT: And you tweak it?
THE WITNESS: The way I would use that is to consider the exemption criteria as to whether or not there was -- whether or not it would look at the 80 percent test, and also whether or not the position were in -- were likely to be near a grade 4.
THE COURT: So for FOSes, that's kind of irrelevant, right?
THE WITNESS: Right.
THE COURT: And we're well above that rate. Where do the enumerators come out?
THE WITNESS: They would -- they were below that threshold. I would have to look. I haven't looked at the enumerator positions recently.
THE COURT: So they were in the range of the five to six?
THE WITNESS: They were at --
THE COURT: Or four?
THE WITNESS: I haven't look at that. The responsibilities they had didn't meet any of the exemption criteria so I didn't do a grade level equivalents.
THE COURT: Oh, you did not do a grade level?
THE WITNESS: For them, no.



THE COURT: Oh, I see. I see.
Okay, so they are nonexempt.
Then how about the crew leaders?
THE WITNESS: For the crew leaders, we did

look at that because the position has supervisory responsibilities, so the executive exemption might or might not apply.

In looking at both the likely range of grade level equivalencies, it was close in some areas to the grade 5 borderline area, so that was an element in my decision-making process.

The second element is the responsibilities for that position are under primary duty's test they don't have promotion or advancement in pay authority because they don't have subordinate positions other than the enumerator/crew leader assistant to which they could advance people.

THE COURT: There is just no room, you mean?

THE WITNESS: Right, there is no room.

THE COURT: You are saying that you only did the GS equivalent for the purpose of deciding the FLSA exemption?

THE WITNESS: That was the purpose that I did it for. Another purpose that you would use that same process for is determining what level of



experience a person had had in applying for a general schedule job.

THE COURT: Okay. So continue then with the crew leaders and what you decided and why.

THE WITNESS: With the crew leaders what I looked at was starting with the whole job, understanding where it was within the organizational structure.

When we set up the organizational structure, we were looking at the assistant manager for field operations. During key operations, they could be managing upwards of a thousand to 2,000 people under their general jurisdiction.

THE COURT: You went through this drill for the AMFO slot also?

THE WITNESS: Yes.

THE COURT: Where did you end up paying that

FORM **D-308**
(5-26-99)

U.S. DEPARTMENT OF COMMERCE
BUREAU OF THE CENSUS

# DAILY PAY AND WORK RECORD
## United States Census 2000

## Part A – EMPLOYEE INFORMATION

**1. Social Security Number** . . . .

**2. Name**
Last Name

First Name MI

Month Day Year

**3. Date worked** . . .

Sun Mon Tue Wed Thu Fri Sat

**Day worked** . . .

Fill in this circle if Reclaim. ⟶

**4. Task code** **Name of operation**

**5. Changing check mailing address?**
Street address or RFD number *(Include apartment number, if any)*

City

State ZIP Code

**6. Office Code** **Office name**

Remarks

## Part B – PAY INFORMATION

***Do not write in this area.***

**1. Hours worked**

Regular . . . . . .

Training . . . . .

Night Differential (6 pm–6 am) . . .

Overtime . . . . .

Night Differential/ Overtime (6 pm–6 am) . . . .

TOTAL . . . . . . .

**2. Reimbursements**

Miles driven . . . .

Telephone . . .

Other *(Specify in remarks and attach receipts where required.)*

**3. Times of day worked** *(Do not include breaks.)*

| | | | | | |
|---|---|---|---|---|---|
| START | ____ a.m. p.m. | ____ a.m. p.m. | ____ a.m. p.m. | ____ a.m. p.m. | ____ a.m. p.m. |
| FINISH | ____ a.m. p.m. | ____ a.m. p.m. | ____ a.m. p.m. | ____ a.m. p.m. | ____ a.m. p.m. |

## Cases Completed *(Filled by supervisor.)*

CLD number | CL I.D. number

AA number | FOS I.D. number

GQ I.D. number | GQ I.D. number

Cases submitted | Cases accepted

## Part C – CERTIFICATION

**Privacy Act Notice –** All information furnished will be treated in accordance with the Privacy Act of 1974. No information will be released except as authorized by the Act.

**Employee's Certification –** Under penalty of fine and/or imprisonment, I certify that the information on this form is true and correct to the best of my knowledge.

Signature | Date

**Supervisor's Certification –** I certify that I have reviewed the entries made and they appear to be reasonable and accurate.

Signature | Date

**FOR OFFICE USE ONLY** | Audited by *(Initial and date)* | Remarks

**Copy 1** – Payroll

D-591
February 1999

# FIELD SUPERVISORY CENSUS EMPLOYEE HANDBOOK



U.S. DEPARTMENT OF COMMERCE
ECONOMICS AND STATISTICS ADMINISTRATION
BUREAU OF THE CENSUS

# Topic 2. Local Census Office Structure

## Local Census Office (LCO) Organization



## Topic 3. Supervisory Administrative Duties, *Continued*

**Distributing and collecting assignments**

Upon completion of the training session, select the trainees who show the best comprehension of the material and give them actual field assignments. Place any remaining trainees on the "reserve list" and use as replacements.

**Reviewing and certifying payroll documents**

Each payroll document completed by your staff must be approved by you. Review the hours and any expenses and determine if they are reasonable. Also review operation codes. Make any necessary corrections. Show your approval of the final entries by signing your name at the bottom of the payroll document.

**Forwarding census materials and payroll documents to the office**

As staff complete assignments, they will be turned in to you. Review each one and verify that the assignment is complete. Attach the assignment to the employee's payroll document for that day.

At the end of the day, gather all the materials and forward them to your supervisor or directly to the office for processing. (Second-level supervisors should forward materials to their first-level supervisor; first-level supervisors should forward materials to the office.)

**Recommending releasing your staff**

As assignments are completed and the employee's service is no longer required, or if the employee's work performance or conduct is unacceptable, you may recommend that the employee be released. Send written documentation to your supervisor and/or the office to justify your recommendation.

**Recommending changes in position**

If an employee shows an acceptable level of work performance, you can recommend him/her to the next higher position, if one is available. On the other hand, if the employees work performance is unacceptable, you can recommend him/her to the next lower position or consider releasing the employee from all assignments. Forward the recommendation to your supervisor.

# Topic 2. Your Salary, *Continued*

**Pay day**

You will receive your first paycheck approximately 11 days after you complete your first work week. Thereafter, you will be paid each Wednesday for every week, or portion of, that you work.

**Payroll processing schedule**

The payroll section in your office will process all payroll documents received by noon on the Wednesday following the close of the pay period. ***Any payroll forms received after this time will be processed in the next payroll processing cycle.***

**An Error or Nonreceipt of Paycheck and/or Earnings Statement**

Use the table below to determine what to do if you find an error in your earnings statement or do not receive your paycheck and earnings statement.

| If you ... | then ... |
|---|---|
| find an error in your earnings statement, | prepare a message addressed to your office showing your name and Social Security number, and explain the details and what you think the correction should be.<br><br>Give the message to your supervisor. He or she will forward it to the office for researching. |
| do not receive your earnings statement and paycheck, | wait one week from the time they were due. |
| still do not receive your earnings statement and paycheck after waiting one week after it was due | prepare a message addressed to your office showing your name, Social Security number, the dates and the daily hours and reimbursable expenses you expected to receive. |

**Requests for overtime hours**

All requests for overtime hours must be approved **in advance** by the Office Manager or appropriate designee, before you begin working the additional hours.

**Non-compensable time**

Non-compensable (*unofficial*) time includes lunch breaks, breaks to run personal errands, and any other times not spent conducting official census duties.

If you are on official duty and take a break, do not record this time as paid time on your payroll document. Subtract this time from your total daily hours worked. You are paid only for the hours that you actually work.

## Topic 6. Submission of Payroll Documents

**When to submit payroll documents**

Turn in a completed payroll document to your supervisor each day. If you have a document to submit but will not be working the next day, notify your supervisor of your absence and turn in the form the next day you report for work. If you work in rural areas and find it impossible to submit a form each day, make arrangements with your supervisor so that you can turn in the document as soon as possible.

If you don't meet with your supervisor daily, turn in forms for work completed on Friday, Saturday, and Sunday on the following Monday unless special arrangements have been made.

**Review and certification of payroll documents**

Your supervisor will review all your payroll documents and, if needed, make changes or corrections. Ensure that your supervisor completes the FOS I.D. number under the 'Cases Completed section. This will be important if ever a Supplemental Pay Program is put into place. Each payroll document you submit must show your signature and your supervisor's signature including the date the document is signed. ***Documents will not be processed without the required signatures and date.***

**Distribution of payroll documents**

Review your payroll form with your supervisor; make sure your work justifies the hours you claim. After your payroll document is verified and signed by your supervisor, remove the *employee copy* and leave the original and remaining copy with your supervisor. Your supervisor will forward them to the payroll office for payment processing.

Keep your employee copies in a safe place until you receive an earnings statement and paycheck for that pay period. This way, you can compare your copies to your earnings statement. Report any discrepancies to your supervisor.

# Topic 9. Designation of Beneficiary for Unpaid Compensation of Deceased Civilian Employee

**Unpaid Compensation**

Form SF-1152, Designation of Beneficiary, is used to designate payment of death benefits. It applies to any money due the employee at the time of death, such as unpaid salary. An employee may complete this form at entry on duty, or at any time after that, to change the normal order of payment of death benefits listed on the form.

If there is no designated beneficiary living, any unpaid compensation which becomes payable to the first person or persons listed below who are alive on the date title to the payment arises.

1. To the widow or widower.

2. If neither of the above, to the child or children in equal shares, with the share of any deceased child distributed among the descendants of that child.

3. If none of the above, to the parents in equal shares or the entire amount to the surviving parent.

4. If there are none of the above, to the duly appointed legal representative of the estate of the deceased employee, or if there be none, to the person or persons determined to be entitled thereto under the laws of the domicile of the deceased employee.

   It is not necessary for any employee to designate a beneficiary unless he/she wishes to name person or persons not included above, or in a different order.

# Topic 3. Fraud, Waste, and Abuse

**Recognizing fraud, waste, and abuse**

Fraud, waste, and abuse of Federal government funds and property occur through:

- violations of the Federal law or regulations,
- mismanagement,
- theft,
- abuse of authority, and
- conditions leading to substantial danger to health and safety.

**Reporting acts of fraud, waste, and abuse**

Report acts of fraud, waste, and abuse to your supervisor or your office manager. A reasonable effort should be made to correct these conditions. If these efforts fail, you have a right and obligation to disclose the situation to outside authorities. You are protected by law from reprisal for making any disclosure supported by reasonable evidence.

**"HOTLINE"**

Make reports directly to the Department of Commerce, Office of the Inspector General, using their toll-free HOTLINE number 1-800-424-5197. Or you may write to:

The Office of the Inspector General
Department of Commerce
P.O. Box 612
Ben Franklin Station
Washington, DC 20044

**Confidentiality**

All information you report will be kept confidential. You may remain anonymous if you desire. However, if you do give your name, it will not be disclosed without your prior consent unless absolutely necessary for judicial or administrative proceedings.

## Topic 4. Pursuing Complaints

**Pursing complaints of discrimination**

If you believe you have been discriminated against on any of the above, you may pursue a complaint through the Census Bureau's EEO complaint process. You must contact the EEO office within 45 calendar days from the date of the matter you allege is discriminatory or, in the case of personnel action, within 45 calendar days from the effective date of the action. The EEO office may be contacted toll-free at 1-800-872-6096 or 1-301-457-2853 (TDD #301-457-2540).

# Topic 5. Decennial Administrative Grievance Procedure

**Decennial Administrative Grievance Procedure**

As a decennial employee you have the right to file a grievance concerning your employment under the decennial Administrative Grievance Procedure. Should you experience concern or dissatisfaction with some aspect of your employment, you should first attempt to resolve the matter by talking with your supervisor. If this does not resolve the problem, you may file a grievance.

You may consult with management regarding any questions or issues you have dealing with the Decennial Administrative Grievance Procedure. The Decennial Administrative Grievance Intake Form, D-244, is available in Appendix A of this handbook for your use.

**Basic Points When Filing a Grievance**

- You must file a grievance with the appropriate LCO assistant manager who supervises your work unit (i.e., Assistant Manager for Administration, Assistant Manager for Recruiting, or Assistant Manager for Field Operations).

- You must present the grievance in writing on the D-244 within 15 calendar days of the date of the act or occurrence or the date you become aware of the grievable issue. You must complete items 1-8 on the D-244.

- You will have a reasonable amount of official work time to present the grievance. However, you are not entitled to use official work time or the Census Bureau's equipment to prepare the grievance.

- You will receive a final written decision on the D-244 within 15 calendar days after submitting the grievance to the appropriate management official.

- Certain matters are not grievable. Please refer to the following items to determine whether your matter is grievable under the Decennial Administrative Grievance Procedure:

**Nongrievable Matters:**

- A decision which is appealable to the Merit Systems Protection Board or subject to final administrative review by the Office of

## Topic 4. Collecting Assignments and Reviewing Staff Progress, *Continued*

**Reviewing employee progress using Cost and Progress Reports**

Monitor the employee's progress to ensure that he/she is meeting the required standards for production. Your supervisor will provide copies of the Cost and Progress Reports. These reports show how well your area is doing with respect to the overall schedule of the operation. Have these reports available daily when speaking or meeting with your employees.

**Monitoring, improving employee progress**

If employee progress is below minimum production standards, arrange a meeting with the employee(s) (or employee's supervisor) to extend suggestions on how to increase productivity. Suggestions include:

- Re-train the employee(s).
- Help the employee(s) re-organize their time and materials to be more productive.
- Accompany the employee(s) in the field for an hour or two to suggest ways on how he/she may improve productivity.

**Recommending releasing employees from duty for less than satisfactory work performance**

If there is no immediate improvement usually within 24-48 hours, recommend to your supervisor the employee be released. Prepare a Form D-283, Documentation of Termination for Performance and/or Conduct Problems, to support your recommendation. It is important to complete each item properly. Eventually, the forms will be used to substantiate claims for unemployment benefits, employee rights and the like. (See Appendix A for an exhibit of Form D-283). *For additional information on how to release employees, refer to Topic 7. Releasing Your Staff, on pages 8-16 through 8-23.*

## Topic 5. Collecting and Reviewing Staff Payroll Documents

**Collecting the payroll documents**

Collect your staff's payroll documents each day for the previous day of work. Arrange a time and place to meet each enumerator or crew leader on a daily basis. Meetings should be made consistent with the meetings already established to collect the completed assignments.

**Verifying employee identification items**

Verify identification items in Part A - Employee Information on the payroll document. Ensure that the full name and Social Security number are entered. Verify the day of the week and the corresponding date.

**Verifying the task code and name of operation**

Task codes enable Census Bureau management to monitor the cost for each operation. Check each payroll document to ensure that the correct task code is recorded just before the name of the operation on line 4. The name of the operation in item 4 must coincide with the task code. A list of codes is contained in Appendix A of this Handbook.

*** *SPECIAL NOTE* ***

*If an employee works on 2 or more different operations in one day, the employee must submit a separate payroll document for each operation. The D-308 can only record one task code for one operation at a time.*

**Verifying work hours and daily expenses**

Verify that the hours and expenses in Part B -Pay Information are reasonable in relation to the assignment, and that the times of day worked coincide with the number of hours recorded.

Employees are not allowed to work more than 8 hours a day or 40 hours a week without receiving advance **written** or **verbal** approval from the LCO Manager. Disallow all unapproved excess hours from the payroll document by striking through the entry and recording the correct amount of hours to be paid just above the strikeout. Place your initials beside the correction.

*** *SPECIAL NOTE* ***

*In cases of disallowing unapproved excess work hours, consult your supervisor to determine if any action must be taken to obtain post-approval for the hours worked so that the employee might be paid for that time.*

# Topic 5. Collecting and Reviewing Staff Payroll Documents, *Continued*

**Verifying per diem expenses**

If per diem expenses for overnight travel are claimed, confirm that a form D-308A, Per Diem Expense Record is attached. Do not approve per diem claims without this attachment.

**Verifying mileage claims**

Review the mileage and determine if the miles driven are reasonably in accord with the hours worked. You must be familiar with each assignment area so that you can logically determine what is reasonable and what is not. Question those entries where there is excessive mileage claimed and few hours worked. If the employee works in a sparsely populated area, it may be likely to have excessive mileage claims in comparison to work hours.

If an employee is claiming unreasonable mileage, extend suggestions to help the employee decrease excessive mileage. If excessive claims continue, report the situation to your supervisor or the office.

**Verifying RECLAIM payroll documents**

When verifying RECLAIM payroll documents, ensure that Part A - Employee Information is completely filled as the original document was filled including the day and date worked. Darken the Reclaim circle in item 3 to indicate to the office that this form is a reclaim for previously submitted hours or expenses.

**Recording completed assignments in the Cases Completed section**

Record the number of completed forms, cases, or questionnaires in the Cases Completed section in the box marked Cases Submitted. Use your Operation's Manual to determine if work is completed. *(For the Prelist and Precanvass operations, you must record AA numbers.)*

Record a crew leader district number (CLD) and your I.D. number in the proper space, either CL I.D. or FOS I.D. If you are a FOS, ensure that the crew leader has recorded his/her I.D. number in the space provided. **The CLD, CL I.D. and FOS I.D. numbers are required on every D-308 submitted whether there are cases completed or not for ALL enumerators.** Managers will use the ID fields to link supervisors to enumerators for purposes of determining amounts of incentive payments, where applicable, to qualified workers and their supervisors. So it is vital that completed cases are recorded for enumerators and supervisors get credited for the work that their crews complete. Managers will also use th these fields to compile management reports profiling the Census 2000.

# Topic 5. Collecting and Reviewing Staff Payroll Documents, *Continued*

**Recording completed assignments in the Cases Completed section, *continued***

The actual numbers you record in this section may also be used to create management reports of costs and progress. If any required item in the Cases Completed section is not filled in at any time there are completed cases to be reported, the management reports will be incorrect and your production rates will be negatively impacted. There is a chance that you may be dismissed for poor work performance. Further, if employees should receive incentive payments based on this section and you neglect to fill in the required items, it is possible that you and members of your crew could receive a smaller bonus or none at all.

(Refer to the Operations Manual for specific information on how to determine completed assignments and properly record completions.)

**Approving payroll documents**

After having verified a payroll document in its entirety, indicate your approval by writing your signature and date in the space provided in Section C, Certification Statements. If not already done so, have the employee show approval also by signing his/her name in the space next to your name. And lastly, ensure that the CLD, CL I.D. and the FOS I.D. fields are completed in the Cases Completed section for enumerators.

**Distribution of payroll documents**

Give the employee copy 3 of the payroll document. Submit copies 1 and 2 to the office for processing.

D-590
January 2000
Final Edition

# FIELD NONSUPERVISORY CENSUS EMPLOYEE HANDBOOK



U.S. DEPARTMENT OF COMMERCE
ECONOMICS AND STATISTICS ADMINISTRATION
BUREAU OF THE CENSUS

# Topic 7. Disallowance and/or Reclaims

## General

Occasionally, hours or claims for reimbursement will not be paid by the payroll office for lack of proper explanation or required receipts. A copy of your payroll document D-308 will be returned to you showing the disallowance. You can reclaim the disallowance and attach any supporting documents by doing the following:

| *Step* | *Action* |
|---|---|
| 1 | Prepare a new Form D-308 with the same identifying information as shown on the original claim, including the same work day. |
| 2 | Darken the RECLAIM circle in item 3 of Part A. |
| 3 | Enter only the information for the hours or expenses being reclaimed. |
| 4 | Attach any receipts or other required supporting documentation that were not previously submitted. |
| 5 | In the Remarks section of the payroll document, enter the phrase "Reclaim of (enter hours, amount, etc) disallowed in pay period ending (give date) due to (give reason). Correct documentation submitted with this reclaim where applicable." |
| 6 | Sign the RECLAIM document and give it to your supervisor for approval. Keep the employee copy for your records. *Forms cannot be processed without the required signatures and date.* |

# Topic 10. Problem Resolution Contacts

**Reporting Payroll or Administrative Problems**

If you have a payroll problem of any kind you should contact the Payroll and Administrative Support System (PASS) at 1-888-722-8995. PASS is not intended for reporting grievances or other unresolved workplace issues. See Chapter 5, Topic 5 in this handbook.

If there are any outstanding issues that you have been unable to resolve with local and Regional Census Center management, you can call the Census Employee Hotline at 1-888-819-8444.

## Topic 3. Fraud, Waste, and Abuse

**Recognizing fraud, waste, and abuse**

Fraud, waste, and abuse of Federal government funds and property occur through:

- violations of the Federal law or regulations,
- mismanagement,
- theft,
- abuse of authority, and
- conditions leading to substantial danger to health and safety.

**Reporting acts of fraud, waste, and abuse**

Report acts of fraud, waste, and abuse to your supervisor or your office manager. A reasonable effort should be made to correct these conditions. If these efforts fail, you have a right and obligation to disclose the situation to outside authorities. You are protected by law from reprisal for making any disclosure supported by reasonable evidence.

**"HOTLINE"**

Make reports directly to the Department of Commerce, Office of the Inspector General, using their toll-free HOTLINE number 1-800-424-5197. Or you may write to:

The Office of the Inspector General
Department of Commerce
P.O. Box 612
Ben Franklin Station
Washington, DC 20044

**Confidentiality**

All information you report will be kept confidential. You may remain anonymous if you desire. However, if you do give your name, it will not be disclosed without your prior consent unless absolutely necessary for judicial or administrative proceedings.

# Topic 4. Pursuing Complaints

**Pursing complaints of discrimination**

If you believe you have been discriminated against on any of the above, you may pursue a complaint through the Census Bureau's EEO complaint process. You must contact the EEO office within 45 calendar days from the date of the matter you allege is discriminatory or, in the case of personnel action, within 45 calendar days from the effective date of the action. The EEO office may be contacted toll-free on 1-800-872-6096 or 1-301-457-2853 (TDD #301-457-2540).

# Topic 5. Decennial Administrative Grievance Procedure

**Decennial Administrative Grievance Procedure**

As a decennial employee you have the right to file a grievance concerning your employment under the decennial Administrative Grievance Procedure. Should you experience concern or dissatisfaction with some aspect of your employment, you should first attempt to resolve the matter by talking with your supervisor. If this does not resolve the problem, you may file a grievance.

You may consult with management regarding any questions or issues you have dealing with the Decennial Administrative Grievance Procedure. The Decennial Administrative Grievance Intake Form, D-244, is available in Appendix A of this handbook for your use.

**Basic Points When Filing a Grievance**

- You must file a grievance with the appropriate LCO assistant manager who supervises your work unit (i.e., Assistant Manager for Administration, Assistant Manager for Recruiting, or Assistant Manager for Field Operations).

- You must present the grievance in writing on the D-244 within 15 calendar days of the date of the act or occurrence or the date you become aware of the grievable issue. You must complete items 1-8 on the D-244.

- You will have a reasonable amount of official work time to present the grievance. However, you are not entitled to use official work time or the Census Bureau's equipment to prepare the grievance.

- You will receive a final written decision on the D-244 within 15 calendar days after submitting the grievance to the appropriate management official.

- Certain matters are not grievable. Please refer to the following items to determine whether your matter is grievable under the Decennial Administrative Grievance Procedure:

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 547476028 Cage,Jacqueline R
# Pay Dept ID & Name: 3227 Culver City East Local Census

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 3227170018 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 3227170037 | 4 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 3227170085 | 2 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 3227170113 | 2 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/28/2000 | 04/29/2000 | 3227170195 | 8 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/01/2000 | 05/06/2000 | 3227180040 | 10 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 8.00 |
| 05/03/2000 | 05/06/2000 | 3227180069 | 7 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/04/2000 | 05/06/2000 | 3227180096 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 5.00 |
| 05/05/2000 | 05/06/2000 | 3227180151 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 5.00 |
| 05/08/2000 | 05/13/2000 | 3227190006 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/09/2000 | 05/13/2000 | 3227190061 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/11/2000 | 05/13/2000 | 3227190115 | 7 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/12/2000 | 05/13/2000 | 3227190156 | 7 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| | | *Total* | *83* | *55.00* | *24.00* | *0.00* | *0.00* | *0.00* | *0.00* | *1.40* | *79.00* |

**10**

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 153609526 Chan,Linda A.
# Pay Dept ID & Name: 2214 Essex Co. West

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/2000 | 01/08/2000 | 2214010002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/04/2000 | 01/08/2000 | 2214010002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/05/2000 | 01/08/2000 | 2214010001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/06/2000 | 01/08/2000 | 2214010001 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 01/07/2000 | 01/08/2000 | 2214010003 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 19.00 | 0.00 | 8.00 |
| 01/10/2000 | 01/15/2000 | 2214020002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/11/2000 | 01/15/2000 | 2214020002 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/12/2000 | 01/15/2000 | 2214020003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/13/2000 | 01/15/2000 | 2214020003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/14/2000 | 01/15/2000 | 2214020004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/18/2000 | 01/22/2000 | 2214030001 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/19/2000 | 01/22/2000 | 2214030002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/20/2000 | 01/22/2000 | 2214030003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/21/2000 | 01/22/2000 | 2214030005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/24/2000 | 01/29/2000 | 2214040001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/26/2000 | 01/29/2000 | 2214040001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/27/2000 | 01/29/2000 | 2214040004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/28/2000 | 01/29/2000 | 2214040005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/29/2000 | 01/29/2000 | 2214040007 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 01/31/2000 | 02/05/2000 | 2214050001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/01/2000 | 02/05/2000 | 2214050002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/02/2000 | 02/05/2000 | 2214050007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/03/2000 | 02/05/2000 | 2214050007 | 0 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 02/04/2000 | 02/05/2000 | 2214050007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 8.00 |
| 02/07/2000 | 02/12/2000 | 2214060007 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 02/08/2000 | 02/12/2000 | 2214060006 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/2000 | 02/12/2000 | 2214060005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/10/2000 | 02/12/2000 | 2214060005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/11/2000 | 02/12/2000 | 2214060009 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 02/14/2000 | 02/19/2000 | 2214070001 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/15/2000 | 02/19/2000 | 2214070006 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/16/2000 | 02/19/2000 | 2214070006 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/17/2000 | 02/19/2000 | 2214070010 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 02/18/2000 | 02/19/2000 | 2214070007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/22/2000 | 02/26/2000 | 2214080004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/23/2000 | 02/26/2000 | 2214080006 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/24/2000 | 02/26/2000 | 2214080016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/25/2000 | 02/26/2000 | 2214080016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/26/2000 | 02/26/2000 | 2214080017 | 0 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 02/28/2000 | 03/04/2000 | 2214090005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/29/2000 | 03/04/2000 | 2214090005 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/01/2000 | 03/04/2000 | 2214090004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/02/2000 | 03/04/2000 | 2214090010 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/03/2000 | 03/04/2000 | 2214090010 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/06/2000 | 03/11/2000 | 2214100003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/07/2000 | 03/11/2000 | 2214100003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/08/2000 | 03/11/2000 | 2214100004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/09/2000 | 03/11/2000 | 2214100007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/10/2000 | 03/11/2000 | 2214100017 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/13/2000 | 03/18/2000 | 2214110003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/14/2000 | 03/18/2000 | 2214110012 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/15/2000 | 03/18/2000 | 2214110012 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/16/2000 | 03/18/2000 | 2214110012 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/17/2000 | 03/18/2000 | 2214110019 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/20/2000 | 03/25/2000 | 2214120002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/21/2000 | 03/25/2000 | 2214120007 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/22/2000 | 03/25/2000 | 2214120013 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/23/2000 | 03/25/2000 | 2214120013 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/24/2000 | 03/25/2000 | 2214120020 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/27/2000 | 04/01/2000 | 2214130039 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 11.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/28/2000 | 04/01/2000 | 2214130039 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/29/2000 | 04/01/2000 | 2214130039 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 12.00 |
| 03/30/2000 | 04/01/2000 | 2214130036 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/03/2000 | 04/08/2000 | 2214140011 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/04/2000 | 04/08/2000 | 2214140013 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/05/2000 | 04/08/2000 | 2214140016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/06/2000 | 04/08/2000 | 2214140022 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 11.00 |
| 04/07/2000 | 04/15/2000 | 2214150002 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/10/2000 | 04/15/2000 | 2214150020 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 04/12/2000 | 04/15/2000 | 2214150020 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/13/2000 | 04/15/2000 | 2214150026 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/14/2000 | 04/15/2000 | 2214150038 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/18/2000 | 04/22/2000 | 2214160019 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/19/2000 | 04/22/2000 | 2214160017 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/20/2000 | 04/22/2000 | 2214160028 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/21/2000 | 04/22/2000 | 2214160028 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/24/2000 | 04/29/2000 | 2214170004 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2214170051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2214170055 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 2214170066 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/28/2000 | 04/29/2000 | 2214170128 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/01/2000 | 05/06/2000 | 2214180051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 2214180051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 2214180033 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/04/2000 | 05/06/2000 | 2214180088 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/05/2000 | 05/06/2000 | 2214180141 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/08/2000 | 05/13/2000 | 2214190007 | 0 | 6.75 | 0.00 | 1.25 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/09/2000 | 05/13/2000 | 2214190007 | 0 | 7.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/10/2000 | 05/13/2000 | 2214190048 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/11/2000 | 05/13/2000 | 2214190050 | 0 | 7.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/12/2000 | 05/13/2000 | 2214190089 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/15/2000 | 05/20/2000 | 2214200014 | 0 | 7.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/16/2000 | 05/20/2000 | 2214200029 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/17/2000 | 05/20/2000 | 2214200057 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/18/2000 | 05/20/2000 | 2214200108 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/19/2000 | 05/20/2000 | 2214200105 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 05/20/2000 | 05/20/2000 | 2214200105 | 0 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| 05/22/2000 | 05/27/2000 | 2214210024 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/23/2000 | 05/27/2000 | 2214210024 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/24/2000 | 05/27/2000 | 2214210094 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/25/2000 | 05/27/2000 | 2214210094 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/26/2000 | 05/27/2000 | 2214210089 | 0 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| 05/27/2000 | 05/27/2000 | 2214210089 | 0 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/29/2000 | 06/03/2000 | 2214220045 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/30/2000 | 06/03/2000 | 2214220045 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/31/2000 | 06/03/2000 | 2214220045 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/01/2000 | 06/03/2000 | 2214220138 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/02/2000 | 06/03/2000 | 2214220138 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/05/2000 | 06/10/2000 | 2214230027 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/06/2000 | 06/10/2000 | 2214230033 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/07/2000 | 06/10/2000 | 2214230058 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/08/2000 | 06/10/2000 | 2214230144 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/09/2000 | 06/10/2000 | 2214230144 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/12/2000 | 06/17/2000 | 2214240008 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/13/2000 | 06/17/2000 | 2214240026 | 0 | 2.00 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/14/2000 | 06/17/2000 | 2214240040 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/15/2000 | 06/17/2000 | 2214240062 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/16/2000 | 06/17/2000 | 2214240108 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/19/2000 | 06/24/2000 | 2214250011 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/20/2000 | 06/24/2000 | 2214250020 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/21/2000 | 06/24/2000 | 2214250058 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/22/2000 | 06/24/2000 | 2214250058 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 06/23/2000 | 06/24/2000 | 2214250062 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| | | *Total* | *0* | *898.75* | *24.00* | *9.75* | *0.00* | *10.00* | *28.00* | *0.00* | *942.50* |

# D308 Lookup by SSN
## Report Date 03/09/2007
## Pay Emplid & Name: 572264761 Compton,Henry A.
## Pay Dept ID & Name: 2711 Anchorage

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/2000 | 01/29/2000 | 2711040005 | 26 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/24/2000 | 01/29/2000 | 2711040006 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/25/2000 | 01/29/2000 | 2711040019 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/26/2000 | 01/29/2000 | 2711040033 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/27/2000 | 02/05/2000 | 2711050007 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 01/28/2000 | 02/05/2000 | 2711050044 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 01/29/2000 | 02/05/2000 | 2711050041 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 01/30/2000 | 02/05/2000 | 2711050015 | 0 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 01/31/2000 | 02/05/2000 | 2711050015 | 0 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/02/2000 | 02/05/2000 | 2711050059 | 0 | 0.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 02/03/2000 | 02/05/2000 | 2711050057 | 0 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 02/04/2000 | 02/05/2000 | 2711050057 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/05/2000 | 02/05/2000 | 2711050057 | 0 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 02/06/2000 | 02/12/2000 | 2711060003 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/07/2000 | 02/12/2000 | 2711060031 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/08/2000 | 02/12/2000 | 2711060051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/09/2000 | 02/12/2000 | 2711060051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/10/2000 | 02/12/2000 | 2711060051 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 02/11/2000 | 02/12/2000 | 2711060061 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| | 03/04/2000 | 2711090101 | 26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/06/2000 | 03/18/2000 | 2711110109 | 26 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 03/07/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/08/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/09/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/10/2000 | 03/18/2000 | 2711110107 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/12/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/13/2000 | 03/18/2000 | 2711110120 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/14/2000 | 03/18/2000 | 2711110109 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/15/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/16/2000 | 03/18/2000 | 2711110109 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/17/2000 | 03/18/2000 | 2711110164 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 03/18/2000 | 03/18/2000 | 2711110164 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 03/19/2000 | 03/25/2000 | 2711120013 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/20/2000 | 03/25/2000 | 2711120013 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.13 | 0.00 | 8.00 |
| 03/23/2000 | 03/25/2000 | 2711120118 | 52 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/24/2000 | 03/25/2000 | 2711120118 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/25/2000 | 03/25/2000 | 2711120118 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/26/2000 | 04/01/2000 | 2711130016 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 03/27/2000 | 04/01/2000 | 2711130055 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.00 | 3.00 | 8.00 |
| 03/28/2000 | 04/01/2000 | 2711130055 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 03/29/2000 | 04/01/2000 | 2711130057 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73.00 | 8.00 |
| 03/30/2000 | 04/01/2000 | 2711130057 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 03/31/2000 | 04/08/2000 | 2711140047 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 101.00 | 1.25 | 8.00 |
| 04/01/2000 | 04/08/2000 | 2711140047 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 40.00 | 4.75 | 8.00 |
| 04/02/2000 | 04/08/2000 | 2711140008 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 | 3.00 | 8.00 |
| 04/03/2000 | 04/08/2000 | 2711140008 | 0 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 8.00 |
| 04/04/2000 | 04/08/2000 | 2711140008 | 56 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 0.00 | 8.00 |
| 04/05/2000 | 05/06/2000 | 2711180010 | 0 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.95 | 0.25 |
| 04/21/2000 | 04/29/2000 | 2711170126 | 42 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/24/2000 | 04/29/2000 | 2711170009 | 13 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 2711170005 | 13 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 2711170126 | 13 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/27/2000 | 04/29/2000 | 2711170128 | 23 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 8.00 |
| 04/28/2000 | 04/29/2000 | 2711170204 | 34 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/29/2000 | 04/29/2000 | 2711170252 | 37 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 |
| 04/30/2000 | 05/06/2000 | 2711180010 | 17 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/01/2000 | 05/06/2000 | 2711180277 | 42 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 2711180010 | 54 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 2711180175 | 16 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 05/04/2000 | 05/06/2000 | 2711180175 | 19 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/05/2000 | 05/06/2000 | 2711180215 | 27 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/08/2000 | 05/13/2000 | 2711190012 | 12 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 |
| | | *Total* | *704* | *299.75* | *82.00* | *0.00* | *0.00* | *64.00* | *347.13* | *116.45* | *445.75* |

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 558635560 Jones,Shalamar
# Pay Dept ID & Name: 3223 Inglewood

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2000 | 05/06/2000 | 3223180022 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/02/2000 | 05/06/2000 | 3223180035 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/03/2000 | 05/06/2000 | 3223180049 | 10 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 9.60 | 0.00 | 8.00 |
| 05/04/2000 | 05/06/2000 | 3223180183 | 5 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/06/2000 | 05/06/2000 | 3223180180 | 5 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/08/2000 | 05/13/2000 | 3223190048 | 10 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 |
| 05/09/2000 | 05/13/2000 | 3223190081 | 4 | 3.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.75 |
| 05/11/2000 | 05/13/2000 | 3223190148 | 3 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 05/12/2000 | 05/13/2000 | 3223190192 | 0 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| 05/15/2000 | 05/20/2000 | 3223200012 | 1 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 05/16/2000 | 05/20/2000 | 3223200009 | 1 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | | *Total* | *59* | *35.75* | *32.00* | *0.00* | *0.00* | *0.00* | *9.60* | *0.00* | *67.75* |

# D308 Lookup by SSN
# Report Date 03/09/2007
# Pay Emplid & Name: 464296500 Lockhart,Ethel R
# Pay Dept ID & Name: 3215 Compton

| TE Date Worked | Pay End Dt | TE Batch ID | TE Miles | TE Regular | TE Training | TE Night Diff | TE Night Diff OT | TE Overtime | TE Other | TE Telephone | TE Daily Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/24/2000 | 04/29/2000 | 3215170025 | 20 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/25/2000 | 04/29/2000 | 3215170011 | 7 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| 04/26/2000 | 04/29/2000 | 3215170075 | 7 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 04/27/2000 | 04/29/2000 | 3215170197 | 16 | 5.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 | 5.75 |
| 04/28/2000 | 05/06/2000 | 3215180039 | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 1.00 |
| 04/29/2000 | 05/06/2000 | 3215180039 | 1 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 04/30/2000 | 05/06/2000 | 3215180010 | 0 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 |
| 05/01/2000 | 05/06/2000 | 3215180027 | 6 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.49 | 0.50 |
| 05/02/2000 | 05/06/2000 | 3215180087 | 10 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/03/2000 | 05/06/2000 | 3215180093 | 8 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 6.00 |
| 05/04/2000 | 05/06/2000 | 3215180215 | 10 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 |
| 05/05/2000 | 05/06/2000 | 3215180218 | 0 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| 05/06/2000 | 05/06/2000 | 3215180205 | 10 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |
| 05/08/2000 | 05/13/2000 | 3215190024 | 15 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 6.00 |
| 05/09/2000 | 05/13/2000 | 3215190076 | 19 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 05/10/2000 | 05/13/2000 | 3215190125 | 9 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
|  | 05/27/2000 | 3215210064 | 15 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 05/12/2000 | 05/27/2000 | 3215210064 | 29 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| 05/13/2000 | 05/13/2000 | 3215190196 | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 1.00 |
| 05/14/2000 | 05/20/2000 | 3215200057 | 9 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |
| 05/16/2000 | 05/20/2000 | 3215200053 | 14 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.47 | 2.00 |
| 05/17/2000 | 05/20/2000 | 3215200082 | 16 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/18/2000 | 05/20/2000 | 3215200133 | 18 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 2.00 |
| 05/21/2000 | 05/27/2000 | 3215210003 | 5 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 1.00 |
| 05/22/2000 | 05/27/2000 | 3215210003 | 16 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| 05/23/2000 | 05/27/2000 | 3215210108 | 12 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.45 | 1.00 |