IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KENT CHRISTOFFERSON, et al.,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 01-495C<br><br>Senior Judge Eric G. Bruggink<br><br>**REPLY DECLARATION OF JOHN OTA IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE PROPOSED SECOND AMENDED COMPLAINT** |

Pursuant to the Rules of the U.S. Court of Federal Claims, I, John Ota, declare as follows:

1. I am an attorney associated with the law firm, Minami Tamaki LLP, attorneys for plaintiffs in the above-captioned civil action, and I submit this declaration in that capacity. As such I have personal knowledge of the following facts and can testify regarding these facts if called upon to do so.

2. At least 14 out of the 52 Concord plaintiffs – had straight time claims. Until the Court's ruling February 28, 2005 that plaintiffs were not entitled to overtime pay for work in excess of eight hours per day unless they also worked more than 40 hours during that week, plaintiffs' counsel reasonably, but mistakenly thought that hours worked in excess of eight hours per day were overtime hours, even if the relevant plaintiff did not work over 40 hours during the week. This conclusion was reasonable, although mistaken, because plaintiffs' counsel relied on the language of 5 C.F.R. 551.501(a), which provided that a federal agency "shall compensate an

employee who is not exempt . . . for all hours of work in excess of 8 in a day or 40 in a workweek at a rate equal to one and one-half times the employee's hourly regular rate of pay."

3. During the phase of this case focusing on Concord plaintiffs' claims, plaintiffs' counsel negotiated payment for plaintiffs' incidental straight time claims. Defense counsel seemed amenable to settling these claims and counsel for the parties even agreed on tentative settlement figures, including straight time claims, for many Concord plaintiffs. However, in October 2006, defense counsel reversed course and informed plaintiffs that defendant would not agree to compensate plaintiffs for any straight time hours. Plaintiffs' counsel moved to amend within a reasonable period of time after being notified of defendant's position.

4. Attached hereto as Exhibit 4 is a true and correct copy of a July 12, 2000 letter from Concord plaintiff Maria Paz-Rubenstein to Seattle Regional Office Payroll Supervisor Joan Wiederhold.

5. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Elizabeth Walton.

6. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Sandra Tomlin.

7. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition of Bettye Harrison.

8. Attached hereto as Exhibit 8 is a true and correct copy of an August 21, 2000 letter from Concord plaintiff Chris Landers to Concord office manager Timi Tumbaga.

9. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Doris Lum.

10. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of Anthony Hewitt.

11. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition of Brummel Yansane.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 16th day of April 2007 in San Francisco, California.

[signature]

# EXHIBIT 4

July 12, 2000

Joan Wiederhold, Payroll Supervisor
Seattle Census Bureau
700 - 5th Avenue, Suite 5,000
Seattle, Washington 98104
206-553-5922/800-806-5878x5

RE: Maria Paz-Rubenstein
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

Dear Ms. Wiederhold:

I worked for NRFU from the Concord Local Office (2713). I worked starting April 10, 2000 for District 11 as a crew leader. I am submitting these actual work hours and wish to be paid for the work I have done. I was fired on 6-14-2000.

From the first day,I was told by our FOSs and the Concord LO people, we were not to contact or talk to anyone from Seattle or Washington DC about anything,including payroll or submissions of D308s or personnel matters.No crew leader or enumerator ever were given permission or any phone numbers to call any place except Concord to discuss anything. Crew leaders and enumerators were told if we worked over 8 hours in a day or worked over 40 hours in a week, we all were to carry it over to the next week and add it to the next week's pay period. I see this as a problem, in that, we would short our next week's regular work hours and accumulate overtime hours to the last work day. I have been advised on 6-30-2000 we can now submit our pay revisions retroactively to you for payment. Timi Tumbaga, Assistant Field Operations Concord authorized us May 22,2000, we could submit our Daily Pay sheets D308s to include overtime, retroactively, present and future. However when D308s with overtime were submitted Concord (Delores Brooks, Gail Cosgrove, Timi Tumbaga, Harold Keily) payments were denied or, promised third copies never mailed back or, told D308 never submitted and presumed lost.

I refuse to deal with anyone at Concord LO.

I was fired on 6-14-2000, three(3)-days before the end of NRFU in Richmond, California without cause. Why we were fired? Because of the overtime submitted? No explanation and no termination notice slip, SF8 given ,as stated from our training class. Nothing.Just took our work away, the final D308s without giving me a copy or a "thank you for working Census 2000". In fact, when I was turning in my materials, FOS Ana said,'when Nance was fired in Concord on 6-3-2000,the rest of the crew leaders were supposed to have been fired too", but she talked to Timi into saving our jobs. Now about federal unemployment claim? What about all our enumerators who were told, 'we will call you', yet they were never called again. Instead the Census Bureau brought in enumerators as far away as Modesto, Concord, San Leandro, Oakland, Pleasant Hill and housed them 50 miles away to do our Richmond / San Pablo, California (District 11)? Ana said on June 17 is the end of Richmond and San Pablo NRFU? The Richmond crew leaders know there were 2,500(3,000) outstanding nonenumerated questionnaires and what happened to them now? Why could not we have combined forces with FOSes Conrad and Ken and made an excellent blitz team. This is gross fraud, waste,and abuse and Concord mismanagement of the federal tax dollars in our area. The crew leaders should have continued work and paid to the end of of NRFU, July 7 per Dr. Prewitt.

Today, I received a Termination Notice with an effective date of August 12, 2000.So what does this mean??? Am I eligible to work for NRFU or CFU work?

I am informing you of my correct hours worked and expect prompt payment.Please send the check to me at: 2343- 22nd St. San Pablo, CA 94806, telephone is 510-233-3028.

1. The week ending 4-15-200, I worked 35.50 hours and was paid 35.50 hours. I am owed nothing in regular or overtime pay.

2. The end ending 4-22-200, I worked 24.50 hours and was paid for 24.50 hours.I am owed nothing in regular or overtime pay.

3. Starting the week of 4-23-200 through 4-29-2000, I worked overtime, beyond paid regular 40.0 hours was incurred.

| | | | | | |
|---|---|---|---|---|---|
| Mon | 4-24-2000 | worked | 8.00 hours | paid | 8.00 hours |
| Tues | 4-25-2000 | worked | 8.00 hours | paid | 8.00 hours |
| Wed | 4-26-2000 | worked | 8.00 hours | paid | 8.00 hour |
| Thur | 4-27-2000 | worked | 8.00 hours | paid | 6.00 hours |
| Fri | 4-28-2000 | worked | 8.00 hours | paid | 5.00 hours |
| Sat | 4-29-2000 | worked | 10.00 hours | paid | 5.00 hours |
| | | worked | 50.00 hours | paid | 40.00 hours |

I am owed an additional 10 hours of overtime.

4. The week of 4-30-2000 through 5-6-2000, I worked overtime. beyond the 40 hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 4-30-2000 | worked | 8.50 hours | paid | 6.00 hours |
| Mon | 5-1-2000 | worked | 9.25 hours | paid | 8.00 hours |
| Tues | 5-2-2000 | worked | 0 | paid | 0 |
| Wed | 5-3-2000 | worked | 10.50 hours | paid | 8.00 hours |
| Thu | 5-4-2000 | worked | 8.25 hours | paid | 6.00 hours |
| Fri | 5-5-2000 | worked | 9.50 hours | paid | 6.00 hours |
| Sat | 5-6-2000 | worked | 9.75 hours | paid | 6.00 hours |
| | | | 55.75 hours | | 40.00 hours |

This week I am owed 15.75 hours of overtime.

5. The week of 5-7-2000 through 5-13-2000. I worked overtime beyond the 40 hours. I just distributed the makeup only 40 hours. I was told to carry over the overtime to next week.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 5-7-2000 | worked | 8.0 hours | paid | 4.0 hours |
| Mon | 5-8-2000 | worked | 11.0 hours | paid | 8.0 hours |
| Tues | 5-9-2000 | worked | 11.0 hours | paid | 6.0 hours |
| Wed | 5-10-2000 | worked | 11.0 hours | paid | 8.0 hours |
| Thurs | 5-11-2000 | worked | 13.0 hours | paid | 4.0 hours |
| Fri | 5-12-2000 | worked | 10.75 hours | paid | 5.0 hours |
| Sat | 5-13-2000 | worked | 11.50 hours | paid | 5.0 hours |
| | | | 76.25 hours | | 40.0 hours |

This week I am owed 36.25 hours in overtime.

6. This week of 5-14-2000 through 5-20-2000. I worked overtime beyond the 40 hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 5-14-2000 | worked | 11.0 hours | paid | 4.0 hours |
| Mon | 5-15-2000 | worked | 11.0 hours | paid | 8.0 hours |
| Tues | 5-16-2000 | worked | 10.5 hours | paid | 6.0 hours |
| Wed | 5-17-2000 | worked | 12.5 hours | paid | 8.0 hours |
| Thurs | 5-18-2000 | worked | 10.5 hours | paid | 0 hours |
| Fri | 5-19-2000 | worked | 11.0 hours | paid | 8.0 hours |
| Sat | 5-20-2000 | worked | 6.0 hours | paid | 6.0 hours |
| | | | 72.50 hours | | 40.0 hours |

This week, I am owed 32.5 hours in overtime.

7. The week of 5-25-2000 through 5-26-2000, I worked overtime beyond the 40 hours. On Sunday, 5-21-2000, I worked as crew leader assistant to Doris' blitz all day. I ran out of hours to carry over to next week.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 5-21-2000 | worked | 9.50 hours | paid | 4.0 hours |
| Mon | 5-22-2000 | worked | 10.0 hours | paid | 7.0 hours |
| Tues | 5-23-2000 | worked | 11.25 hours | paid | 8.0 hours |
| Wed | 5-24-2000 | worked | 11.50 hours | paid | 8.0 hours |
| Thurs | 5-25-2000 | worked | 11.50 hours | paid | 7.0 hours |
| Fri | 5-26-2000 | worked | 12.50 hours | paid | 6.0 hours |
| Sat | 5-27-2000 | worked | 5.0 hours | paid | 0 hours |
| | | | 71.25 hours | | 40.0 hours |

This week I am owed 31.25 hours in overtime.

8. This week of 5-28-2000 through 6-3-2000, I worked overtime beyond the 40 hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 5-28-2000 | worked | 7.0 hours | paid | 4.0 hours |
| Mon | 5-29-2000 | worked | 7.0 hours | paid | 4.0 hours |
| Tues | 5-30-2000 | worked | 8.0 hours | paid | 8.0 hours |
| Wed | 5-31-2000 | worked | 10.5 hours | paid | 8.0 hours |
| Thurs | 6-1-2000 | worked | 12.0 hours | paid | 8.0 hours |
| Fri | 6-2-2000 | worked | 9.5 hours | paid | 8.0 hours |
| Sat | 6-3-2000 | worked | 4.0 hours | paid | 0 hours |
| | | | 58.0 hours | | 40.0 hours |

This week I am owed 18 hours in overtime.

9. The week of 6-4-2000 through 6-10-2000 I worked the following hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 6-4-2000 | worked | 8.0 hours | paid | 8.0 hours |
| Mon | 6-5-2000 | worked | 8.0 hours | paid | 8.0 hours |
| Tues | 6-6-2000 | | | | |
| Wed | 6-7-2000 | worked | 8.0 hours | paid | 0 hours |
| Thurs | 6-8-2000 | worked | 8.0 hours | paid | 0 hours |
| Fri | 6-9-2000 | | | | |
| Sat | 6-10-2000 | worked | 3.25 hours | paid | 3.25 hours |
| | | | 35.25 hours | | 19.25 hours |

This week I am owed 16 hours regular.

10. This week of 6-11-2000 through 6-17-2000. I worked the following hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 6-11-2000 | | | | |
| Mon | 6-12-2000 | | | | |
| Tues | 6-13-2000 | worked | 8.0 hours | paid | 0 hours |
| Wed | 6-14-2000 | FIRED | 8.0 hours | paid | 0 hours |
| Thurs | 6-15-2000 | | | | |
| Fri | 6-16-2000 | | | | |
| Sat | 6-17-2000 | | | | |
| | | | 16.0 hours | | 0 hours |

I am owed 16 hours in overtime.

The Census Bureau owed me 143.75 hours in overtime pay plus 32 hours regular plus interest and late penalty.

Under penalty of fine and/ or imprisonment, I certify the information on this form is true and correct to the best of my knowledge.

Maria Paz-Rubenstein
DATE:

P.S. I'm filing a Claim for Overtime Pay Under the Fair Labor Standards Act.

cc: Department of Labor, Hour and Pay Division
Office of Personnel Management
Dr. Ken Prewitt, Census Director
Ken Burn Director Seattle
Tom Szabla, Area Supervisor
Representatives

# EXHIBIT 5

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

--oOo--

CERTIFIED COPY

KENT CHRISTOFFERSON, et al., )
Plaintiffs, )
vs. ) No. 01-495-C
UNITED STATES OF AMERICA, )
Defendant. )
_______________________________)

DEPOSITION OF ELIZABETHE WALTON

WEDNESDAY, JULY 2, 2003

PAGES 1 - 57

A. It's 27 hours that Census owed me when they fired me.

Q. Describe those 27 hours.

A. That was the cumulative of the roll-over of the nine weeks that I had been working.

Q. You mean in hours that had not been rolled over? There was no place to put them basically?

A. Right.

Q. And where did you get the 27 from?

A. I remember it, because I was angry that I had to be let go and was not allowed to be compensated for those hours.

Q. And were those hours you had recorded on that sheet you described to me earlier?

A. Uh-huh.

MR. LEE: Yes?

THE WITNESS: Yes.

BY MR. GILLINGHAM:

Q. Okay. So far you've given me two elements, 26 hours, 27 hours.

Keep going.

A. Then I worked another nine hours for which I was not compensated afterwards in the process of closing out the

books and turning it over to my assistants and helping them get the work done, collecting things from other enumerators from the point after -- which he said I could not bill for any hours.

Q. Who said you couldn't?

A. My FOS.

Q. Explain how that came about.

You told me earlier that -- well, let me go all the way back.

Describe to me how you learned that you would not be -- that your employment would be terminated.

A. After the Saturday meeting I was called and told that I would not be working in the census anymore.

Q. This is the Saturday meeting where you were told to come in and you said you had 40 hours already and your supervisor said come in any way?

A. Uh-huh. Uh-huh.

Q. And approximately when was that?

A. Somewhere near the end of May, I believe.

Q. Okay. All right.

So after the meeting -- I'm sorry.

You were told to bring your books in?

# EXHIBIT 6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CERTIFIED COPY

KENT CHRISTOFFERSON, et al.,

Plaintiffs, CASE NO. 01-495-C

-vs-

UNITED STATES OF AMERICA,

Defendants.

_______________________________________/

DEPOSITION OF SANDRA TOMLIN

DECEMBER 9, 2003

SAN FRANCISCO, CALIFORNIA

their work. Sometimes at general meetings sometimes people would share their methods. So we would exchange methods and sometimes change the way we did our work.

Q. Okay. What evidence did Grace have during that first whole week of work that you were working more than eight hours a day?

A. Because I told her.

Q. When?

A. I would think about the second week possibly. I'm not sure.

Q. You said the second week. You're saying the second week of employment or second work week in the field?

A. Second week of full work.

Q. May 7th or May 8th?

A. I think sometime around there, yeah.

Q. You told her you were working fifteen hours, but reporting only eight?

A. I told her that I was working fifteen hours for every five hours that I reported, so that I was actually working three times the level of what I was reporting.

# EXHIBIT 7

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---oOo---

CERTIFIED COPY

KENT CHRISTOFFERSON, et al.,

Plaintiffs,

vs. No. 01-495C

UNITED STATES OF AMERICA,

Defendants.

______________________________/

DEPOSITION OF BETTYE J. HARRISON

WEDNESDAY, DECEMBER 10, 2003

wouldn't you have recorded your hour and a half on this form?

A I don't know.

MR. GILLINGHAM: (Off the record.)

(Discussion off the record.)

BY MR. GILLINGHAM:

Q The preparation time you took in the evening makes up part of your claim, did that depend upon the number of questionnaires you turned in the next day?

A Questionnaires turned in the next day and sometimes phone calls and questionnaires. It was a lot of times on record that you would go to houses and you would spend eight hours out there and maybe got three. But you were out there knocking on doors and putting in Nv, which is none -- notice of visit. And you could spend a lot of time out there and this is a lot of times I did.

Q My question has to do with the time you were spending at home doing your review of documents, preparation for the next day. Did that time vary depending on the number of forms you were submitting the next day?

# EXHIBIT 8

*Christopher E. Landers* *336 39th St. Richmond, CA 94805-2214*

Daytime: (510) 232-6129 Message: (510) 000-0000 Email: celnet@pacbell.net

# Census OT (Timi)

21 August 2000

U.S. Census Bureau
ATTN: Timi A. Tumbaga
3024 Willow Pass Road, Suite 200
Concord, CA 94519

I am writing you this letter in response to the enclosed (D-308) dated June 10, 2000. This (D-308) was returned to me as an original copy, with simply a sticker on it stating that it was over (40) hours in the same week. In response when asked by my (FOS) Field Operations Supervisor, what my hours were for this particular week. I informed Ana Valadez I was close to going over the (40) hour window. Ana, specific instructions were to show up for work this day and participate regardless of the hours, or I could turn in my badge and essentially terminate my employment. This document has been signed and approved by the FOS, and as far as I'm concern is a valid claim.

Additionally, I am submitting the following hours as overtime hours in response to your instructions on May 22, 2000, regarding the submission of overtime hours accrued during (NRFU) operations. The total amount of hours claimed including the returned (D-308) from June 10th, is a total of **81.5** hours. The basis stems from adjusting for hours worked during the workweek, to compensate for **Not** going over the (40) hour window. Other hours were simply accumulated during extended workdays.

While I welcome any comments or feedback you may have, I think at this point it's just a matter of realizing the constraints we were all under to accomplish this mission. Your response to this letter and its enclosures in a timely manner will be appreciated.

If you have any questions I can be reached in writing at the addressed listed above!

Sincerely,

C.E. Landers

Cc: Census Bureau, Seattle, WA
Dept. Of Commerce, Washington, D.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Chris Landers** | | | | | | |
| **U.S. Census Bureau** | | | | | | |
| **Time & Hours (NRFU) Operations** | | | | | | |
| | | | | | | |
| *Overtime Hours Accumulated* | | | | | | |
| | | | | | | |
| **Date** | **Day** | **Hours Worked** | **Hours Submitted** | **Actual Hours** | **(Diff)** | **Miles** |
| **4/9-4/15** | | | | | | |
| 10-Apr | **Mon** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 1 |
| 11-Apr | **Tue** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 2 |
| 12-Apr | **Wed** | 0800-1240, 1340-1700 | 8 | 8 | 0 | 2 |
| 13-Apr | **Thu** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 2 |
| 14-Apr | **Fri** | 0800-1200, 1300-1400 | 5 | 5 | 0 | 54 |
| | | **Week Totals** | **37** | **37** | **0** | **61** |
| | | | | | | |
| **4/16-4/22** | | | | | | |
| 17-Apr | **Mon** | 1100-1400, 1700-2200 | 8 | 8 | 0 | 54 |
| 18-Apr | **Tue** | 1700-2200 | 6 | 8 | -2 | 4 |
| 19-Apr | **Wed** | 1700-2230 | 5.5 | 8 | -2.5 | 4 |
| 20-Apr | **Thu** | 0930-1030, 1700-2230 | 6.5 | 8 | -1.5 | 5 |
| 21-Apr | **Fri** | 1315-1415, 1430-1530 | 2 | 8 | -6 | 2 |
| 22-Apr | **Sat** | 1015-1115, 1300-1400, 1500-1700 | 4 | 8 | -4 | 4 |
| | | **Week Totals** | **32** | **48** | **-16** | **73** |
| **4/23-4/29** | | | | | | |
| 24-Apr | **Mon** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 4 |
| 25-Apr | **Tue** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 54 |
| 26-Apr | **Wed** | 0715-1115, 1215-1415, 1700-1900 | 8 | 8 | 0 | 68 |
| 27-Apr | **Thu** | 0900-1200, 1300-1800 | 8 | 8 | 0 | 20 |
| 28-Apr | **Fri** | 0900-1200, 1500-1800 | 6 | 8 | -2 | 6 |
| 29-Apr | **Sat** | 1600-1800 | 2 | 8 | -6 | 2 |
| | | **Week Totals** | **40** | **48** | **-8** | **154** |
| **4/30-5/6** | | | | | | |
| 1-May | **Mon** | 0900-1200, 1300-1400, 1500-1900 | 8 | 8 | 0 | 12 |
| 2-May | **Tue** | 0900-1200, 1300-1400, 1700-1900 | 6 | 8 | -2 | 8 |
| 3-May | **Wed** | 1500-1900 | 4 | 8 | -4 | 0 |
| 4-May | **Thu** | 0900-1330, 1530-2000 | 8 | 8 | 0 | 16 |
| 5-May | **Fri** | 0900-1300, 1500-1900 | 8 | 8 | 0 | 10 |
| 6-May | **Sat** | 0900-1200, 1500-1800 | 6 | 8 | -2 | 6 |
| | | **Week Totals** | **40** | **48** | **-8** | **52** |
| **5/7-5/13** | | | | | | |
| 8-May | **Mon** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 6 |
| 9-May | **Tue** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 8 |
| 10-May | **Wed** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 10 |
| 11-May | **Thu** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 10 |
| 12-May | **Fri** | 0830-1130, 1700-1800 | 4 | 8 | -4 | 4 |
| 13-May | **Sat** | 1100-1500 | 4 | 8 | -4 | 0 |
| | | **Week Totals** | **40** | **48** | **-8** | **38** |
| **5/14-5/20** | | | | | | |
| 15-May | **Mon** | 0900-1300, 1800-2200 | 8 | 8 | 0 | 4 |
| 16-May | **Tue** | 0830-1130, 1600-1900 | 6 | 8 | -2 | 8 |
| 17-May | **Wed** | 0830-1130, 1300-1400, 1800-2200 | 8 | 8 | 0 | 10 |
| 18-May | **Thu** | 0830-1130, 1730-2230 | 8 | 8 | 0 | 4 |
| 19-May | **Fri** | 0830-1230 | 4 | 8 | -4 | 4 |
| 20-May | **Sat** | 0900-1400 | 6 | 12 | -6 | 16 |
| | | **Week Totals** | **40** | **52** | **-12** | **46** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **5/21-5/27** | | | | | | |
| 22-May | **Mon** | 0900-1200, 1700-2200 | 8 | 8 | 0 | 4 |
| 23-May | **Tue** | 0830-1230, 1700-2100 | 8 | 8 | 0 | 10 |
| 24-May | **Wed** | 0830-1030, 1800-2400 | 8 | 8 | 0 | 10 |
| 25-May | **Thu** | 0830-1230, 1330-1730 | 8 | 8 | 0 | 20 |
| 26-May | **Fri** | 0830-1230 | 4 | 8 | -4 | 4 |
| 27-May | **Sat** | 1200-1600 | 4 | 8 | -4 | 4 |
| | | **Week Totals** | **40** | **48** | **-8** | **52** |
| **5/28-6/03** | | | | | | |
| 28-May | **Sun** | 1000-1200, 1400-1600 | 0 | 4 | -4 | |
| **29-May** | **Mon** | **Holiday** | 0 | 0 | 0 | |
| 30-May | **Tue** | 0830-1230, 1800-2200 | 8 | 8 | 0 | 15 |
| 31-May | **Wed** | 0830-1230, 1600-1800, 2000-2200 | 8 | 8 | 0 | 15 |
| 1-Jun | **Thu** | 0830-1230 | 4 | 8 | -4 | 5 |
| 2-Jun | **Fri** | 0600-1000 | 4 | 8 | -4 | 10 |
| 3-Jun | **Sat** | 0900-1230, 1300-1730 | 8 | 12 | -4 | 5 |
| | | **Week Totals** | **32** | **44** | **-16** | **50** |
| **6/4-6/10** | | | | | | |
| 4-Jun | **Sun** | 1000-1200, 1400-1700 | 0 | 5 | -5 | |
| 5-Jun | **Mon** | 0830-1230, 1600-2000 | 8 | 8 | 0 | 12 |
| 6-Jun | **Tue** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 13 |
| 7-Jun | **Wed** | 0830-1230, 1800-2200 | 8 | 8 | 0 | 15 |
| 8-Jun | **Thu** | 0830-1230, 1800-2200 | 8 | 8 | 0 | 20 |
| 9-Jun | **Fri** | 0830-1230, 1530-1930 | 8 | 8 | 0 | 13 |
| *6/10/2000 | **Sat** | 0930-1400 | 4.5 | 4.5 | -4.5 | 0 |
| | | **Week Totals** | **44.5** | **49.5** | **-9.5** | **73** |
| **6/11-6/17** | | | | | | |
| 12-Jun | **Mon** | 1030-1230, 1630-2230 | 8 | 8 | 0 | 10 |
| 13-Jun | **Tue** | 0900-1200, 1630-2130 | 8 | 8 | 0 | 5 |
| 14-Jun | **Wed** | 0930-1100, 1530-2130 | 8 | 8 | 0 | 5 |
| | | **Week Totals** | **24** | **24** | **0** | **20** |
| | | | | | | |
| | | **Grand Totals** | 369.5 | 446.5 | **-85.5** | 619 |

# EXHIBIT 9

UNITED STATES COURT OF FEDERAL CLAIMS

---oOo---

CERTIFIED COPY

KENT CHRISTOFFERSON, et al.,

Plaintiffs,

vs. No. 01-495C

UNITED STATES OF AMERICA,

Defendants.

______________________________/

DEPOSITION OF DORIS LUM

TUESDAY, AUGUST 26, 2003

Pages 1 - 82

production numbers by crew leader, by district, by enumerator, by --

Q. When you say district, you mean FOS district?

A. FOS district in comparison to other districts. We got in every location a production report from Concord showing all the districts in the Concord area or Concord office and showed where Richmond was or District 11, so we were always under a production quota and percentage.

Q. What do you mean "percentage"?

A. A goal percentage. For example, by a Friday or a Monday, we would be given a date and we were to complete so many forms by that time, ten, 20, 30, 40, 50. And the goal was for each enumerator, to keep their job, was 1.4. Mine was to maintain that 1.4 if not higher, and that means not necessarily just turning the forms in, they meant completed, acceptable enumeration forms.

Q. When you say that 1.4 is required to keep your job, why do you say that?

A. That was the production quota that was given out by the Census Bureau. It's the very, very first thing that you learn in enumeration school.

Q. So was anybody fired for not turning in 1.4

during the day or week or whatever?

A. Correct.

Q. Who was that?

A. I don't have the names in front of me right now but there were several that I am personally involved with or was involved with.

Q. Describe your personal involvement.

A. I fired 'em.

Q. Did anybody tell you to fire them?

A. Ana or Forrest. If they were not making the quota or near the quota or were underproducing for the number of hours that they worked totally, they were notified, given in my case a three-day notice. So each day they were supposed to be in production, I was to go out with each of the enumerators that were underproducing and to supervise them on a one-to-one basis for an hour or two.

Q. And when you'd do that with respect to these people you fired, what did you learn after your one-on-one supervision?

A. They dillydallied, were not motivated to enumerate or contact the parties involved or seek

the crew leaders to turn in the materials.

Q. All right. We were originally talking about why you thought 1.4 -- this 1.4 quota. And what is that, 1.4 census forms per hour, is that what it is?

A. Correct.

Q. And after what time period were you making these calculations, were you checking hourly, daily, weekly?

A. Daily.

Q. So if somebody had worked eight hours and would come back with 11 forms, you said they were point-something forms short and better do better tomorrow, or what was your reaction?

A. If they met as close to the 1.4, they were okay. It's when they go out for eight hours and they come back with one form completed.

Q. And was that happening?

A. Yes.

Q. And why was that happening?

MR. OTA: Objection; calls for speculation.

BY MR. GILLINGHAM:

Q. The only thing about depositions is your lawyer can object and you still have to answer. What was your

# EXHIBIT 10

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CERTIFIED COPY

KENT CHRISTOFFERSON, et al.,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

No. 01-495C

DEPOSITION OF ANTHONY ARTON HEWITT, SR.
WEDNESDAY, FEBRUARY 4, 2004

PAGES 1 - 50

Q. Was the quota an hourly quota, like so many per hour worked?
A. Yes, sir.
Q. Okay. So the more hours you worked, the more you had to turn in?
A. If not, you'd get chewed out pretty good. They'd let you know they didn't like that, so.
Q. So did your supervisor ever tell you you had to turn in a certain number? Like, "Next Friday I want to see a hundred from you," or 80, or some absolute number like that, rather than so many per hour?
A. I don't recall.
Q. You told me earlier about a conversation you had concerning time. This was time you were reporting the number of hours you were working. Was that the supervisor you said you had for 80 or 90 percent of the time?
A. Yes.
Q. So if the supervisor then told you you only would get paid for eight hours, then why did you work for more than eight hours?
A. Because I wanted my job.
Q. And what was the relation between working more

wrong, you know, so.
Q. All right. Okay. Now, you also mentioned that there was a quota that they expected you to produce.
A. Yes, sir.
Q. Did you have any idea what happened to enumerators who did not meet the quota?
A. They weren't given more forms, and they basically were told that they couldn't -- you know, they had to do the job. If they can't do the job, then they can't be there, you know. I actually -- at that meeting they talked like that, and people had their forms taken from them. As a matter of fact, I received some people's a couple of times. You know, didn't do it, and I had to take over their route, so.
Q. Okay. So are you saying that some enumerators were let go if they didn't complete the quota?
A. They were let go, and they were -- yeah, they were let go.
Q. So you personally observed that some enumerators were let go because they did not meet the quota?
A. I saw that.

# EXHIBIT 11

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CERTIFIED COPY

KENT CHRISTOFFERSON, ET AL., )
Plaintiffs, )
vs. ) Case No. 01-495C
UNITED STATES OF AMERICA, )
Defendants. )
)

DEPOSITION OF BRUMMEL YANSANE

Friday, September 26, 2003

A Yes, I'm trying to.
Q Tell me if you don't.
A No problem.
Q Tell me about this average you were speaking about.
A There was an average. I don't remember if it was 1.5 or 1.- -- the average was actually 1.2, if I recall it. If that was an average from the census, I don't know. But how it is, I don't know. But it was 1.2, and I was told by my supervisor that if I get at least 1.5, 1.6, I'm going to keep working here, because I'll be a good enumerator. So I was just -- was doing my time sheet, and I called with my average and I kept a good average and I wasn't even putting my real hours. That was at the beginning as an enumerator.
Q What do you mean you were doing your time sheet in accordance with the average?
A Well, because I was given some forms, about -- let's say about 20 forms. Okay. And, you know, sometimes the job was very hard because sometimes you have to wait a couple hours just for

one person to show up, and this is not easy, especially when the weather is hot and everything. And so I was here, I was waiting or walking, and sometimes I walked 12 or 13 hours, but then I just completed like maybe -- I don't know, maybe, five questions or -- and so I have to put my hours back in order to keep my good average. That's what I was doing as an enumerator.

Q I see. So if you turned in five forms and you wrote down five hours, that would be an average of one?

A Right.

Q One per hour?

A Right.

Q But if you said you had five forms and you put down two and a half hours, that would come out to an average of two, so that was better.

A Exactly. That's what I mean.

Q So were there occasions then when you wrote down fewer than eight hours even though you worked eight hours or longer?

A Many occasions. If I -- I'm not sure if I