# EXHIBIT 4

July 12, 2000

Joan Wiederhold, Payroll Supervisor
Seattle Census Bureau
700 - 5th Avenue, Suite 5,000
Seattle, Washington 98104
206-553-5922/800-806-5878x5

RE: Maria Paz-Rubenstein
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

Dear Ms. Wiederhold:

I worked for NRFU from the Concord Local Office (2713). I worked starting April 10, 2000 for District 11 as a crew leader. I am submitting these actual work hours and wish to be paid for the work I have done. I was fired on 6-14-2000.

From the first day,I was told by our FOSs and the Concord LO people, we were not to contact or talk to anyone from Seattle or Washington DC about anything,including payroll or submissions of D308s or personnel matters.No crew leader or enumerator ever were given permission or any phone numbers to call any place except Concord to discuss anything. Crew leaders and enumerators were told if we worked over 8 hours in a day or worked over 40 hours in a week, we all were to carry it over to the next week and add it to the next week's pay period. I see this as a problem, in that, we would short our next week's regular work hours and accumulate overtime hours to the last work day. I have been advised on 6-30-2000 we can now submit our pay revisions retroactively to you for payment. Timi Tumbaga, Assistant Field Operations Concord authorized us May 22,2000, we could submit our Daily Pay sheets D308s to include overtime, retroactively, present and future. However when D308s with overtime were submitted Concord (Delores Brooks, Gail Cosgrove, Timi Tumbaga, Harold Keily) payments were denied or, promised third copies never mailed back or, told D308 never submitted and presumed lost.

I refuse to deal with anyone at Concord LO.

I was fired on 6-14-2000, three(3)-days before the end of NRFU in Richmond, California without cause. Why we were fired? Because of the overtime submitted? No explanation and no termination notice slip, SF8 given ,as stated from our training class. Nothing.Just took our work away, the final D308s without giving me a copy or a "thank you for working Census 2000". In fact, when I was turning in my materials, FOS Ana said,'when Nance was fired in Concord on 6-3-2000,the rest of the crew leaders were supposed to have been fired too", but she talked to Timi into saving our jobs. Now about federal unemployment claim? What about all our enumerators who were told, 'we will call you', yet they were never called again. Instead the Census Bureau brought in enumerators as far away as Modesto, Concord, San Leandro, Oakland, Pleasant Hill and housed them 50 miles away to do our Richmond / San Pablo, California (District 11)? Ana said on June 17 is the end of Richmond and San Pablo NRFU? The Richmond crew leaders know there were 2,500(3,000) outstanding nonenumerated questionnaires and what happened to them now? Why could not we have combined forces with FOSes Conrad and Ken and made an excellent blitz team. This is gross fraud, waste,and abuse and Concord mismanagement of the federal tax dollars in our area. The crew leaders should have continued work and paid to the end of of NRFU, July 7 per Dr. Prewitt.

Today, I received a Termination Notice with an effective date of August 12, 2000.So what does this mean??? Am I eligible to work for NRFU or CFU work?

I am informing you of my correct hours worked and expect prompt payment.Please send the check to me at: 2343- 22nd St. San Pablo, CA 94806, telephone is 510-233-3028.

1. The week ending 4-15-200, I worked 35.50 hours and was paid 35.50 hours. I am owed nothing in regular or overtime pay.

2. The end ending 4-22-200, I worked 24.50 hours and was paid for 24.50 hours.I am owed nothing in regular or overtime pay.

3. Starting the week of 4-23-200 through 4-29-2000, I worked overtime, beyond paid regular 40.0 hours was incurred.

| | | | | | |
|---|---|---|---|---|---|
| Mon | 4-24-2000 | worked | 8.00 hours | paid | 8.00 hours |
| Tues | 4-25-2000 | worked | 8.00 hours | paid | 8.00 hours |
| Wed | 4-26-2000 | worked | 8.00 hours | paid | 8.00 hour |
| Thur | 4-27-2000 | worked | 8.00 hours | paid | 6.00 hours |
| Fri | 4-28-2000 | worked | 8.00 hours | paid | 5.00 hours |
| Sat | 4-29-2000 | worked | 10.00 hours | paid | 5.00 hours |
| | | worked | 50.00 hours | paid | 40.00 hours |

I am owed an additional 10 hours of overtime.

4. The week of 4-30-2000 through 5-6-2000, I worked overtime. beyond the 40 hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 4-30-2000 | worked | 8.50 hours | paid | 6.00 hours |
| Mon | 5-1-2000 | worked | 9.25 hours | paid | 8.00 hours |
| Tues | 5-2-2000 | worked | 0 | paid | 0 |
| Wed | 5-3-2000 | worked | 10.50 hours | paid | 8.00 hours |
| Thu | 5-4-2000 | worked | 8.25 hours | paid | 6.00 hours |
| Fri | 5-5-2000 | worked | 9.50 hours | paid | 6.00 hours |
| Sat | 5-6-2000 | worked | 9.75 hours | paid | 6.00 hours |
| | | | 55.75 hours | | 40.00 hours |

This week I am owed 15.75 hours of overtime.

5. The week of 5-7-2000 through 5-13-2000. I worked overtime beyond the 40 hours. I just distributed the makeup only 40 hours. I was told to carry over the overtime to next week.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 5-7-2000 | worked | 8.0 hours | paid | 4.0 hours |
| Mon | 5-8-2000 | worked | 11.0 hours | paid | 8.0 hours |
| Tues | 5-9-2000 | worked | 11.0 hours | paid | 6.0 hours |
| Wed | 5-10-2000 | worked | 11.0 hours | paid | 8.0 hours |
| Thurs | 5-11-2000 | worked | 13.0 hours | paid | 4.0 hours |
| Fri | 5-12-2000 | worked | 10.75 hours | paid | 5.0 hours |
| Sat | 5-13-2000 | worked | 11.50 hours | paid | 5.0 hours |
| | | | 76.25 hours | | 40.0 hours |

This week I am owed 36.25 hours in overtime.

6. This week of 5-14-2000 through 5-20-2000. I worked overtime beyond the 40 hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 5-14-2000 | worked | 11.0 hours | paid | 4.0 hours |
| Mon | 5-15-2000 | worked | 11.0 hours | paid | 8.0 hours |
| Tues | 5-16-2000 | worked | 10.5 hours | paid | 6.0 hours |
| Wed | 5-17-2000 | worked | 12.5 hours | paid | 8.0 hours |
| Thurs | 5-18-2000 | worked | 10.5 hours | paid | 0 hours |
| Fri | 5-19-2000 | worked | 11.0 hours | paid | 8.0 hours |
| Sat | 5-20-2000 | worked | 6.0 hours | paid | 6.0 hours |
| | | | 72.50 hours | | 40.0 hours |

This week, I am owed 32.5 hours in overtime.

7. The week of 5-25-2000 through 5-26-2000, I worked overtime beyond the 40 hours. On Sunday, 5-21-2000, I worked as crew leader assistant to Doris' blitz all day. I ran out of hours to carry over to next week.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 5-21-2000 | worked | 9.50 hours | paid | 4.0 hours |
| Mon | 5-22-2000 | worked | 10.0 hours | paid | 7.0 hours |
| Tues | 5-23-2000 | worked | 11.25 hours | paid | 8.0 hours |
| Wed | 5-24-2000 | worked | 11.50 hours | paid | 8.0 hours |
| Thurs | 5-25-2000 | worked | 11.50 hours | paid | 7.0 hours |
| Fri | 5-26-2000 | worked | 12.50 hours | paid | 6.0 hours |
| Sat | 5-27-2000 | worked | 5.0 hours | paid | 0 hours |
| | | | 71.25 hours | | 40.0 hours |

This week I am owed 31.25 hours in overtime.

8. This week of 5-28-2000 through 6-3-2000, I worked overtime beyond the 40 hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 5-28-2000 | worked | 7.0 hours | paid | 4.0 hours |
| Mon | 5-29-2000 | worked | 7.0 hours | paid | 4.0 hours |
| Tues | 5-30-2000 | worked | 8.0 hours | paid | 8.0 hours |
| Wed | 5-31-2000 | worked | 10.5 hours | paid | 8.0 hours |
| Thurs | 6-1-2000 | worked | 12.0 hours | paid | 8.0 hours |
| Fri | 6-2-2000 | worked | 9.5 hours | paid | 8.0 hours |
| Sat | 6-3-2000 | worked | 4.0 hours | paid | 0 hours |
| | | | 58.0 hours | | 40.0 hours |

This week I am owed 18 hours in overtime.

9. The week of 6-4-2000 through 6-10-2000 I worked the following hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 6-4-2000 | worked | 8.0 hours | paid | 8.0 hours |
| Mon | 6-5-2000 | worked | 8.0 hours | paid | 8.0 hours |
| Tues | 6-6-2000 | | | | |
| Wed | 6-7-2000 | worked | 8.0 hours | paid | 0 hours |
| Thurs | 6-8-2000 | worked | 8.0 hours | paid | 0 hours |
| Fri | 6-9-2000 | | | | |
| Sat | 6-10-2000 | worked | 3.25 hours | paid | 3.25 hours |
| | | | 35.25 hours | | 19.25 hours |

This week I am owed 16 hours regular.

10. This week of 6-11-2000 through 6-17-2000. I worked the following hours.

| | | | | | |
|---|---|---|---|---|---|
| Sun | 6-11-2000 | | | | |
| Mon | 6-12-2000 | | | | |
| Tues | 6-13-2000 | worked | 8.0 hours | paid | 0 hours |
| Wed | 6-14-2000 | FIRED | 8.0 hours | paid | 0 hours |
| Thurs | 6-15-2000 | | | | |
| Fri | 6-16-2000 | | | | |
| Sat | 6-17-2000 | | | | |
| | | | 16.0 hours | | 0 hours |

I am owed 16 hours in overtime.

The Census Bureau owed me 143.75 hours in overtime pay plus 32 hours regular plus interest and late penalty.

Under penalty of fine and/ or imprisonment, I certify the information on this form is true and correct to the best of my knowledge.

Maria Paz-Rubenstein
DATE:

P.S. I'm filing a Claim for Overtime Pay Under the Fair Labor Standards Act.

cc: Department of Labor, Hour and Pay Division
Office of Personnel Management
Dr. Ken Prewitt, Census Director
Ken Burn Director Seattle
Tom Szabla, Area Supervisor
Representatives