# EXHIBIT 5

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

--oOo--

CERTIFIED COPY

KENT CHRISTOFFERSON, et al., )
Plaintiffs, )
vs. ) No. 01-495-C
UNITED STATES OF AMERICA, )
Defendant. )
______________________________)

DEPOSITION OF ELIZABETHE WALTON

WEDNESDAY, JULY 2, 2003

PAGES 1 - 57

A. It's 27 hours that Census owed me when they fired me.

Q. Describe those 27 hours.

A. That was the cumulative of the roll-over of the nine weeks that I had been working.

Q. You mean in hours that had not been rolled over? There was no place to put them basically?

A. Right.

Q. And where did you get the 27 from?

A. I remember it, because I was angry that I had to be let go and was not allowed to be compensated for those hours.

Q. And were those hours you had recorded on that sheet you described to me earlier?

A. Uh-huh.

MR. LEE: Yes?

THE WITNESS: Yes.

BY MR. GILLINGHAM:

Q. Okay. So far you've given me two elements, 26 hours, 27 hours.

Keep going.

A. Then I worked another nine hours for which I was not compensated afterwards in the process of closing out the

books and turning it over to my assistants and helping them get the work done, collecting things from other enumerators from the point after -- which he said I could not bill for any hours.

Q. Who said you couldn't?

A. My FOS.

Q. Explain how that came about.

You told me earlier that -- well, let me go all the way back.

Describe to me how you learned that you would not be -- that your employment would be terminated.

A. After the Saturday meeting I was called and told that I would not be working in the census anymore.

Q. This is the Saturday meeting where you were told to come in and you said you had 40 hours already and your supervisor said come in any way?

A. Uh-huh. Uh-huh.

Q. And approximately when was that?

A. Somewhere near the end of May, I believe.

Q. Okay. All right.

So after the meeting -- I'm sorry.

You were told to bring your books in?