# EXHIBIT 6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CERTIFIED COPY

KENT CHRISTOFFERSON, et al.,

Plaintiffs, CASE NO. 01-495-C

-vs-

UNITED STATES OF AMERICA,

Defendants.

_______________________________________/

DEPOSITION OF SANDRA TOMLIN

DECEMBER 9, 2003

SAN FRANCISCO, CALIFORNIA

their work. Sometimes at general meetings sometimes people would share their methods. So we would exchange methods and sometimes change the way we did our work.

Q. Okay. What evidence did Grace have during that first whole week of work that you were working more than eight hours a day?

A. Because I told her.

Q. When?

A. I would think about the second week possibly. I'm not sure.

Q. You said the second week. You're saying the second week of employment or second work week in the field?

A. Second week of full work.

Q. May 7th or May 8th?

A. I think sometime around there, yeah.

Q. You told her you were working fifteen hours, but reporting only eight?

A. I told her that I was working fifteen hours for every five hours that I reported, so that I was actually working three times the level of what I was reporting.