# EXHIBIT 7

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---oOo---

CERTIFIED COPY

KENT CHRISTOFFERSON, et al.,

Plaintiffs,

vs. No. 01-495C

UNITED STATES OF AMERICA,

Defendants.

_______________________________________/

DEPOSITION OF BETTYE J. HARRISON

WEDNESDAY, DECEMBER 10, 2003

wouldn't you have recorded your hour and a half on this form?

A I don't know.

MR. GILLINGHAM: (Off the record.)

(Discussion off the record.)

BY MR. GILLINGHAM:

Q The preparation time you took in the evening makes up part of your claim, did that depend upon the number of questionnaires you turned in the next day?

A Questionnaires turned in the next day and sometimes phone calls and questionnaires. It was a lot of times on record that you would go to houses and you would spend eight hours out there and maybe got three. But you were out there knocking on doors and putting in Nv, which is none -- notice of visit. And you could spend a lot of time out there and this is a lot of times I did.

Q My question has to do with the time you were spending at home doing your review of documents, preparation for the next day. Did that time vary depending on the number of forms you were submitting the next day?