# EXHIBIT 8

***Christopher E. Landers*** *336 39th St. Richmond, CA 94805-2214*

Daytime: (510) 232-6129 Message: (510) 000-0000 Email: celnet@pacbell.net

# Census OT (Timi)

21 August 2000

U.S. Census Bureau
ATTN: Timi A. Tumbaga
3024 Willow Pass Road, Suite 200
Concord, CA 94519

I am writing you this letter in response to the enclosed (D-308) dated June 10, 2000. This (D-308) was returned to me as an original copy, with simply a sticker on it stating that it was over (40) hours in the same week. In response when asked by my (FOS) Field Operations Supervisor, what my hours were for this particular week. I informed Ana Valadez I was close to going over the (40) hour window. Ana, specific instructions were to show up for work this day and participate regardless of the hours, or I could turn in my badge and essentially terminate my employment. This document has been signed and approved by the FOS, and as far as I'm concern is a valid claim.

Additionally, I am submitting the following hours as overtime hours in response to your instructions on May 22, 2000, regarding the submission of overtime hours accrued during (NRFU) operations. The total amount of hours claimed including the returned (D-308) from June 10th, is a total of **81.5** hours. The basis stems from adjusting for hours worked during the workweek, to compensate for **Not** going over the (40) hour window. Other hours were simply accumulated during extended workdays.

While I welcome any comments or feedback you may have, I think at this point it's just a matter of realizing the constraints we were all under to accomplish this mission. Your response to this letter and its enclosures in a timely manner will be appreciated.

If you have any questions I can be reached in writing at the addressed listed above!

Sincerely,

C.E. Landers

Cc: Census Bureau, Seattle, WA
Dept. Of Commerce, Washington, D.C.

| Chris Landers | | | | | | |
|---|---|---|---|---|---|---|
| U.S. Census Bureau | | | | | | |
| Time & Hours (NRFU) Operations | | | | | | |
| | | | | | | |
| *Overtime Hours Accumulated* | | | | | | |
| | | | | | | |
| **Date** | **Day** | **Hours Worked** | **Hours Submitted** | **Actual Hours** | **(Diff)** | **Miles** |
| **4/9-4/15** | | | | | | |
| 10-Apr | **Mon** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 1 |
| 11-Apr | **Tue** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 2 |
| 12-Apr | **Wed** | 0800-1240, 1340-1700 | 8 | 8 | 0 | 2 |
| 13-Apr | **Thu** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 2 |
| 14-Apr | **Fri** | 0800-1200, 1300-1400 | 5 | 5 | 0 | 54 |
| | | **Week Totals** | **37** | **37** | **0** | **61** |
| | | | | | | |
| **4/16-4/22** | | | | | | |
| 17-Apr | **Mon** | 1100-1400, 1700-2200 | 8 | 8 | 0 | 54 |
| 18-Apr | **Tue** | 1700-2200 | 6 | 8 | -2 | 4 |
| 19-Apr | **Wed** | 1700-2230 | 5.5 | 8 | -2.5 | 4 |
| 20-Apr | **Thu** | 0930-1030, 1700-2230 | 6.5 | 8 | -1.5 | 5 |
| 21-Apr | **Fri** | 1315-1415, 1430-1530 | 2 | 8 | -6 | 2 |
| 22-Apr | **Sat** | 1015-1115, 1300-1400, 1500-1700 | 4 | 8 | -4 | 4 |
| | | **Week Totals** | **32** | **48** | **-16** | **73** |
| **4/23-4/29** | | | | | | |
| 24-Apr | **Mon** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 4 |
| 25-Apr | **Tue** | 0800-1200, 1300-1700 | 8 | 8 | 0 | 54 |
| 26-Apr | **Wed** | 0715-1115, 1215-1415, 1700-1900 | 8 | 8 | 0 | 68 |
| 27-Apr | **Thu** | 0900-1200, 1300-1800 | 8 | 8 | 0 | 20 |
| 28-Apr | **Fri** | 0900-1200, 1500-1800 | 6 | 8 | -2 | 6 |
| 29-Apr | **Sat** | 1600-1800 | 2 | 8 | -6 | 2 |
| | | **Week Totals** | **40** | **48** | **-8** | **154** |
| **4/30-5/6** | | | | | | |
| 1-May | **Mon** | 0900-1200, 1300-1400, 1500-1900 | 8 | 8 | 0 | 12 |
| 2-May | **Tue** | 0900-1200, 1300-1400, 1700-1900 | 6 | 8 | -2 | 8 |
| 3-May | **Wed** | 1500-1900 | 4 | 8 | -4 | 0 |
| 4-May | **Thu** | 0900-1330, 1530-2000 | 8 | 8 | 0 | 16 |
| 5-May | **Fri** | 0900-1300, 1500-1900 | 8 | 8 | 0 | 10 |
| 6-May | **Sat** | 0900-1200, 1500-1800 | 6 | 8 | -2 | 6 |
| | | **Week Totals** | **40** | **48** | **-8** | **52** |
| **5/7-5/13** | | | | | | |
| 8-May | **Mon** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 6 |
| 9-May | **Tue** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 8 |
| 10-May | **Wed** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 10 |
| 11-May | **Thu** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 10 |
| 12-May | **Fri** | 0830-1130, 1700-1800 | 4 | 8 | -4 | 4 |
| 13-May | **Sat** | 1100-1500 | 4 | 8 | -4 | 0 |
| | | **Week Totals** | **40** | **48** | **-8** | **38** |
| **5/14-5/20** | | | | | | |
| 15-May | **Mon** | 0900-1300, 1800-2200 | 8 | 8 | 0 | 4 |
| 16-May | **Tue** | 0830-1130, 1600-1900 | 6 | 8 | -2 | 8 |
| 17-May | **Wed** | 0830-1130, 1300-1400, 1800-2200 | 8 | 8 | 0 | 10 |
| 18-May | **Thu** | 0830-1130, 1730-2230 | 8 | 8 | 0 | 4 |
| 19-May | **Fri** | 0830-1230 | 4 | 8 | -4 | 4 |
| 20-May | **Sat** | 0900-1400 | 6 | 12 | -6 | 16 |
| | | **Week Totals** | **40** | **52** | **-12** | **46** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **5/21-5/27** | | | | | | |
| 22-May | **Mon** | 0900-1200, 1700-2200 | 8 | 8 | 0 | 4 |
| 23-May | **Tue** | 0830-1230, 1700-2100 | 8 | 8 | 0 | 10 |
| 24-May | **Wed** | 0830-1030, 1800-2400 | 8 | 8 | 0 | 10 |
| 25-May | **Thu** | 0830-1230, 1330-1730 | 8 | 8 | 0 | 20 |
| 26-May | **Fri** | 0830-1230 | 4 | 8 | -4 | 4 |
| 27-May | **Sat** | 1200-1600 | 4 | 8 | -4 | 4 |
| | | **Week Totals** | **40** | **48** | **-8** | **52** |
| **5/28-6/03** | | | | | | |
| 28-May | **Sun** | 1000-1200, 1400-1600 | 0 | 4 | -4 | |
| **29-May** | **Mon** | **Holiday** | 0 | 0 | 0 | |
| 30-May | **Tue** | 0830-1230, 1800-2200 | 8 | 8 | 0 | 15 |
| 31-May | **Wed** | 0830-1230, 1600-1800, 2000-2200 | 8 | 8 | 0 | 15 |
| 1-Jun | **Thu** | 0830-1230 | 4 | 8 | -4 | 5 |
| 2-Jun | **Fri** | 0600-1000 | 4 | 8 | -4 | 10 |
| 3-Jun | **Sat** | 0900-1230, 1300-1730 | 8 | 12 | -4 | 5 |
| | | **Week Totals** | **32** | **44** | **-16** | **50** |
| **6/4-6/10** | | | | | | |
| 4-Jun | **Sun** | 1000-1200, 1400-1700 | 0 | 5 | -5 | |
| 5-Jun | **Mon** | 0830-1230, 1600-2000 | 8 | 8 | 0 | 12 |
| 6-Jun | **Tue** | 0830-1230, 1500-1900 | 8 | 8 | 0 | 13 |
| 7-Jun | **Wed** | 0830-1230, 1800-2200 | 8 | 8 | 0 | 15 |
| 8-Jun | **Thu** | 0830-1230, 1800-2200 | 8 | 8 | 0 | 20 |
| 9-Jun | **Fri** | 0830-1230, 1530-1930 | 8 | 8 | 0 | 13 |
| *6/10/2000 | **Sat** | 0930-1400 | 4.5 | 4.5 | -4.5 | 0 |
| | | **Week Totals** | **44.5** | **49.5** | **-9.5** | **73** |
| **6/11-6/17** | | | | | | |
| 12-Jun | **Mon** | 1030-1230, 1630-2230 | 8 | 8 | 0 | 10 |
| 13-Jun | **Tue** | 0900-1200, 1630-2130 | 8 | 8 | 0 | 5 |
| 14-Jun | **Wed** | 0930-1100, 1530-2130 | 8 | 8 | 0 | 5 |
| | | **Week Totals** | **24** | **24** | **0** | **20** |
| | | | | | | |
| | | **Grand Totals** | 369.5 | 446.5 | **-85.5** | 619 |