# EXHIBIT 9

UNITED STATES COURT OF FEDERAL CLAIMS

---oOo---

CERTIFIED COPY

KENT CHRISTOFFERSON, et al.,

Plaintiffs,

vs. No. 01-495C

UNITED STATES OF AMERICA,

Defendants.

______________________________/

DEPOSITION OF DORIS LUM

TUESDAY, AUGUST 26, 2003

Pages 1 - 82

production numbers by crew leader, by district, by enumerator, by --

Q. When you say district, you mean FOS district?

A. FOS district in comparison to other districts. We got in every location a production report from Concord showing all the districts in the Concord area or Concord office and showed where Richmond was or District 11, so we were always under a production quota and percentage.

Q. What do you mean "percentage"?

A. A goal percentage. For example, by a Friday or a Monday, we would be given a date and we were to complete so many forms by that time, ten, 20, 30, 40, 50. And the goal was for each enumerator, to keep their job, was 1.4. Mine was to maintain that 1.4 if not higher, and that means not necessarily just turning the forms in, they meant completed, acceptable enumeration forms.

Q. When you say that 1.4 is required to keep your job, why do you say that?

A. That was the production quota that was given out by the Census Bureau. It's the very, very first thing that you learn in enumeration school.

Q. So was anybody fired for not turning in 1.4

during the day or week or whatever?

A. Correct.

Q. Who was that?

A. I don't have the names in front of me right now but there were several that I am personally involved with or was involved with.

Q. Describe your personal involvement.

A. I fired 'em.

Q. Did anybody tell you to fire them?

A. Ana or Forrest. If they were not making the quota or near the quota or were underproducing for the number of hours that they worked totally, they were notified, given in my case a three-day notice. So each day they were supposed to be in production, I was to go out with each of the enumerators that were underproducing and to supervise them on a one-to-one basis for an hour or two.

Q. And when you'd do that with respect to these people you fired, what did you learn after your one-on-one supervision?

A. They dillydallied, were not motivated to enumerate or contact the parties involved or seek

the crew leaders to turn in the materials.

Q. All right. We were originally talking about why you thought 1.4 -- this 1.4 quota. And what is that, 1.4 census forms per hour, is that what it is?

A. Correct.

Q. And after what time period were you making these calculations, were you checking hourly, daily, weekly?

A. Daily.

Q. So if somebody had worked eight hours and would come back with 11 forms, you said they were point-something forms short and better do better tomorrow, or what was your reaction?

A. If they met as close to the 1.4, they were okay. It's when they go out for eight hours and they come back with one form completed.

Q. And was that happening?

A. Yes.

Q. And why was that happening?

MR. OTA: Objection; calls for speculation.

BY MR. GILLINGHAM:

Q. The only thing about depositions is your lawyer can object and you still have to answer. What was your