# EXHIBIT 10

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CERTIFIED COPY

| | | |
|---|---|---|
| KENT CHRISTOFFERSON, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 01-495C |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEPOSITION OF ANTHONY ARTON HEWITT, SR.
WEDNESDAY, FEBRUARY 4, 2004

PAGES 1 - 50

Q. Was the quota an hourly quota, like so many per hour worked?
A. Yes, sir.
Q. Okay. So the more hours you worked, the more you had to turn in?
A. If not, you'd get chewed out pretty good. They'd let you know they didn't like that, so.
Q. So did your supervisor ever tell you you had to turn in a certain number? Like, "Next Friday I want to see a hundred from you," or 80, or some absolute number like that, rather than so many per hour?
A. I don't recall.
Q. You told me earlier about a conversation you had concerning time. This was time you were reporting the number of hours you were working. Was that the supervisor you said you had for 80 or 90 percent of the time?
A. Yes.
Q. So if the supervisor then told you you only would get paid for eight hours, then why did you work for more than eight hours?
A. Because I wanted my job.
Q. And what was the relation between working more

wrong, you know, so.

Q. All right. Okay. Now, you also mentioned that there was a quota that they expected you to produce.

A. Yes, sir.

Q. Did you have any idea what happened to enumerators who did not meet the quota?

A. They weren't given more forms, and they basically were told that they couldn't -- you know, they had to do the job. If they can't do the job, then they can't be there, you know. I actually -- at that meeting they talked like that, and people had their forms taken from them. As a matter of fact, I received some people's a couple of times. You know, didn't do it, and I had to take over their route, so.

Q. Okay. So are you saying that some enumerators were let go if they didn't complete the quota?

A. They were let go, and they were -- yeah, they were let go.

Q. So you personally observed that some enumerators were let go because they did not meet the quota?

A. I saw that.