# EXHIBIT 11

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CERTIFIED COPY

KENT CHRISTOFFERSON, ET AL., )
Plaintiffs, )
vs. ) Case No. 01-495C
UNITED STATES OF AMERICA, )
Defendants. )
____________________________________)

DEPOSITION OF BRUMMEL YANSANE

Friday, September 26, 2003

A Yes, I'm trying to.
Q Tell me if you don't.
A No problem.
Q Tell me about this average you were speaking about.
A There was an average. I don't remember if it was 1.5 or 1.- -- the average was actually 1.2, if I recall it. If that was an average from the census, I don't know. But how it is, I don't know. But it was 1.2, and I was told by my supervisor that if I get at least 1.5, 1.6, I'm going to keep working here, because I'll be a good enumerator. So I was just -- was doing my time sheet, and I called with my average and I kept a good average and I wasn't even putting my real hours. That was at the beginning as an enumerator.
Q What do you mean you were doing your time sheet in accordance with the average?
A Well, because I was given some forms, about -- let's say about 20 forms. Okay. And, you know, sometimes the job was very hard because sometimes you have to wait a couple hours just for

one person to show up, and this is not easy, especially when the weather is hot and everything. And so I was here, I was waiting or walking, and sometimes I walked 12 or 13 hours, but then I just completed like maybe -- I don't know, maybe, five questions or -- and so I have to put my hours back in order to keep my good average. That's what I was doing as an enumerator.

Q I see. So if you turned in five forms and you wrote down five hours, that would be an average of one?

A Right.

Q One per hour?

A Right.

Q But if you said you had five forms and you put down two and a half hours, that would come out to an average of two, so that was better.

A Exactly. That's what I mean.

Q So were there occasions then when you wrote down fewer than eight hours even though you worked eight hours or longer?

A Many occasions. If I -- I'm not sure if I