# In the United States Court of Federal Claims

No. 01-495C
(Filed: May 3, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument regarding plaintiffs' motion for leave to file proposed second amended complaint shall be heard on Tuesday, June 26, 2007, at 10:00 a.m. EST in the National Courts Building. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge