# EXHIBIT 2

MINAMI LEW & TAMAKI LLP

ATTORNEYS AT LAW

360 Post St, Eighth Floor San Francisco, CA 94108
*Phone*: 415-788-9000 *Fax*: 415-398-3887
Census Toll-Free Hotline: 1-888-528-9707
*Website:* www.censusclassaction.com

**CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION**

August 1, 2006

Re: Your Claim for Unpaid Overtime Against the U.S. Census Bureau:
*Christofferson vs. U.S.*, U.S. Court of Federal Claims (No. 01-495C)

Dear Sir or Madam:

We are the law firm representing you and over 7,000 other individuals who have filed claims that the U.S. Census Bureau failed to pay overtime during the Year 2000 Census. The United States Government has agreed to a process of evaluating all claims of unpaid overtime that have been filed in this case.

**How Much Is Your Claim Worth?** Unpaid overtime is paid at 1.5 times your normal hourly rate and then doubled. For example, if you were paid at an hourly rate of $15/hour and you worked a total of 40 overtime hours but were not paid any overtime, your claim would be calculated as follows:

$15 x 1.5 = $22.50/hour
$22.50 x 40 = $900.00
$900 x 2 = **$1800.00**

**What Are The Next Steps?** This packet contains three documents: 1) a Notice of Claims Procedure; 2) a Claim Form; and 3) a Payroll Summary. The latter two documents must be completed and returned by the U.S. mail postmark deadline stated below in order for us to process your claim for overtime compensation.

To continue with your claim, you **must** do the following:

- Review the instructions on the "Notice of Claims Procedure" before completing the forms.

- Review the enclosed "Payroll Summary" which is data from the Census Bureau of the work days and hours you reported in 2000. In most cases, this Summary will **not** show any overtime hours you actually worked in 2000. We provide the Payroll Summary to refresh your memory because we know it will be extremely difficult for most claimants to

remember the days and hours they worked more than six years ago and then to estimate their overtime hours.

- Estimate, to the best of your ability, the overtime you worked between January 1, 2000 and November 1, 2000, in the spaces provided on the Payroll Summary. You **must** make a good faith estimate of your overtime to be eligible for payment and to determine the amount of any payment.

- Answer the questions in the "Claim Form" truthfully and completely by giving your best estimates.

- State on your Claim Form (Question No. 15) how your supervisor knew or should have known that you worked overtime prior to your working it. (See pages 2-3, "**What is Overtime**" in the Notice of Claims Procedure for guidance).

- Sign and return the completed Claim Form and Payroll Summary by mail **postmarked no later than September 29, 2006.** Failure to return the completed forms by the deadline will void your claim.

It is important that you not set this packet aside and forget it. I urge you to return the completed forms as soon as possible. Don't wait until the deadline nears before you begin completing these forms because this task does not get easier the longer you delay. Don't let the passage of time discourage you from continuing in this process. The vast majority of the 7,000-plus claimants will not have supporting documents or exact recall but will be making good faith estimates of their overtime. If you want the opportunity to receive the unpaid wages for overtime you worked in the 2000 Census, your only chance is to complete the enclosed forms and send them to us on time.

We appreciate your patience during the years this case has been pending. We have actively litigated this case but the timing of its resolution is beyond our control. We remain available to assist you. If you have any questions in completing your Claim Form and Payroll Summary, you should go to our website: **www.censusclassaction.com**, e-mail us at census@mltsf.com, call our toll-free hotline 1-888-528-9707, or write us at: MINAMI, LEW & TAMAKI, LLP, Census Lawsuit 360 Post St., Eighth Floor San Francisco, CA 94108. We appreciate your patience and look forward to a successful resolution of your claim.

Very truly yours,

Jack W. Lee
Attorney at Law

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# WASHINGTON D.C.
# KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)

## NOTICE OF CLAIMS PROCEDURE

**Why Are You Receiving this Notice?** You are part of a group of people ("Plaintiffs") who filed a claim that you are owed money for unpaid overtime work you performed as a U.S. Census Bureau employee in the Year 2000. This Notice explains this lawsuit, the settlement process for this lawsuit and what you must do to continue your claim for unpaid overtime pay.

This Notice has been agreed to by the parties and is being sent to you by MINAMI, LEW & TAMAKI LLP, the San Francisco law firm representing the Plaintiffs, to determine if you may be eligible to receive any money from this settlement for money damages. It is important that you follow these instructions carefully or you may lose any benefits to which you might be otherwise entitled.

*You must complete, sign and return the Claim Form and Payroll Summary by mail with a postmark no later than* ***SEPTEMBER 29, 2006****. If the completed, signed Claim Form and Payroll Summary are not returned in time, your claim will be rejected and you will lose all rights to receive any money from this settlement. Mail the completed forms in the enclosed envelope to:*

MINAMI, LEW & TAMAKI LLP
Census Lawsuit
360 Post St., Eighth Floor
San Francisco, CA 94108

Returning the completed forms on time does not guarantee that you will be paid any particular amount of money. It does mean that these forms will be reviewed to determine whether you will be paid any overtime pay and, if so, how much.

**What If I Have Questions?** If you have questions about completing the Claim Form, please contact this law firm, at the above address, by calling our toll-free number, **1-888-528-9707**, e-mailing us at **census@mltsf.com**, or going to the website: **www.censusclassaction.com** ("Frequently Asked Questions").

Please do not call the Court, the U.S. Census Bureau or any Department of Justice attorneys for assistance. As your attorneys, our conversations with you are confidential and protected by the attorney-client privilege. However, any communications you have with persons outside this law firm about your claim are not confidential.

You are responsible for keeping us informed of any changes of names, addresses or phone numbers. If you fail to update us on any changes in your contact information, you may lose your right to participate in this lawsuit.

**What is this Lawsuit About?** This case, filed in August 2001, alleges that certain Census employees (Enumerators, Crew Leader Assistants, Crew Leaders, Field Operations Supervisor Assistants, Field Operations Supervisors, and Special Places Operation Supervisors) while conducting the 2000 Decennial Census were denied the opportunity to claim overtime or to be paid overtime, even though their supervisors knew, or had reason to know, of their overtime work prior to their working it. In this lawsuit, Plaintiffs now ask that they be paid the overtime pay they claim they should have been paid.

**How Will Your Claim Be Resolved?** The Court has approved a process for determining who may continue with this lawsuit and who is eligible to be paid for unpaid overtime. In general, you must: (1) review the information from census records contained in the attached Payroll Summary which indicates the days of work and the number of hours you recorded on timesheets you submitted for payment; (2) estimate or provide a calculation, to the best of your ability, of the overtime you worked as an Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, or Special Places Operation Supervisor for the Census Bureau between January 1, 2000 and November 1, 2000; (3) affirm that your supervisor knew or should have known that you worked overtime prior to your working it; (4) complete the Claim Form and the Payroll Summary, to the best of your ability; (5) sign the Claim Form under penalty of perjury; and (6) return the Claim Form postmarked by the **SEPTEMBER 29, 2006**, deadline.

**What is Overtime?** The regulation defines overtime as "work performed by an employee for the benefit of an agency, whether requested or not, provided the employee's supervisor knows or has reason to believe that the work is being performed and has an opportunity to prevent the work from being performed." 5 C.F.R. § 551.104.

In summary, overtime is defined as work you performed:

(1) in excess of forty (40) hours per work week (Sunday through Saturday); and
(2) that your supervisor knew of or should have known you worked prior to your working it.

Overtime can only be earned if you worked more than 40 hours total during a work week (a period of 7 consecutive days from Sunday through Saturday).

**Example 1:** You worked 10 hours on Sunday, 10 hours on Monday and 15 hours on Tuesday (for a total of 35 hours). You have not worked overtime because you did not work more than 40 hours in one work week.
**Example 2:** You worked 10 hours on Tuesday, 10 hours on Wednesday, 10 hours on Thursday,

10 hours on Friday (for a total of 40 hours), and an additional 4 hours on Saturday. You can claim 4 hours of overtime (40 + 4).

**Example 3:** You worked 8 hours on Monday, 8 hours on Tuesday, 8 hours on Wednesday, 8 hours on Thursday, 8 hours on Friday (for a total of 40 hours), and an additional 8 hours on Saturday. You can claim 8 hours of overtime (40 + 8).

"Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break. If you claim overtime, your claim is subject to verification by U.S. Government officials.

Overtime is payable only if your supervisor "knew or should have known" you worked overtime. It is not necessary for your supervisor to state directly to you that he/she knows that you are working overtime to show knowledge. Examples of how your supervisor "knew or should have known" you worked overtime would include, but are not be limited to, the following situations: (1) where your supervisor asked you to record hours worked over 40 on the next week's time sheet (rolling over hours); (2) where your supervisor signed off on your weekly timesheets which already recorded 40 hours that week and advised you to work more hours to complete the job; (3) where your supervisor asked or ordered you to work overtime for which you have not been paid; (4) where you told your supervisor that you were or would be working overtime; and (5) where your supervisor worked overtime alongside you. This is not an exhaustive list of how your supervisor "knew or should have known."

**<u>What Is The Process?</u>**

**Step One**. First, you must complete and mail the Claim Form and Payroll Summary postmarked by the <u>SEPTEMBER 29, 2006</u> due date. Respond to each item in the spaces to the best of your memory. If you need additional space to complete your response, use a separate piece of paper with your name, SSN, and the item number to which you are responding clearly indicated. Attach all additional pages to your Claim Form. To assist you in calculating any overtime worked, we have provided a Payroll Summary of your Census payroll records, indicating the days and hours for which you were paid. You should estimate the overtime you believe you worked directly on the printout of the Payroll Summary. We understand that it will be difficult to recall exact dates and hours of overtime after so many years, but, if you wish to receive compensation, you **must** make a reasonable good faith estimate. Your claim for overtime will not necessarily be disqualified if you cannot recall the exact days and/or amounts of overtime you worked. The Claim Form must be signed under penalty of perjury and must be returned by the date indicated. A good faith estimate of your overtime hours which later turns out to be in error is not perjury.

**Step Two**. A limited number of plaintiffs who complete Step One will be questioned under oath at a later date - either in person or over the telephone. The questioning will be conducted by the Department of Justice in a manner which will minimize any burden on you. You will be represented by this law firm during the questioning process.

**Step Three**. The Department of Justice and this law firm will attempt to agree on appropriate compensation based upon the Claim Form responses and the sworn oral statements of some claimants. We cannot provide you any estimates about what your compensation, if any, might be at this time. However, the Parties have agreed that Compensation will be based upon some analysis of the completed forms submitted. If the Department of Justice and this law firm cannot agree, the Court may be called upon to decide your claim for compensation.

# CLAIM FORM

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**WASHINGTON D.C.**
**KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)**

Please print clearly in dark ink.

1. ______________________________ ______________________
Name (First, Middle, Last) Social Security Number

2. ______________________________________________
Street Address Apartment Number

______________________ __________ __________
City State Zip Code

3. Do you wish to continue with your claim against the federal government for unpaid overtime?
___YES ___NO

If "Yes," please complete this Claim Form and provide estimates of your overtime on the Payroll Summary. If "No," you do not need to complete the rest of this Claim Form. Please return this form and the Payroll Summary to our offices at the address provided. A "No" means you no longer wish to be a participant in this lawsuit.

4. ______________________________________________________
E-mail Address (if any)

5. ____________________________ ____________________
Work Phone Number Best Times to Call

6. ____________________________ ____________________
Home Phone Number Best Times to Call

7. ____________________________ ____________________
Cell Phone Number Best Times to Call

8. ____________________________________________________
Phone Number of Relative or Other Contacts (Optional)

9. Please list any other names used while employed by the U.S. Census Bureau in the year 2000.

______________________ ____________________

10. While working for the Census Bureau in 2000, did you ever work more than 40 hours in a work week (Sunday through Saturday)? You should include as work time the time you spent traveling to and from your home, time spent on work-related activities at your home, and lunch or dinner breaks if you worked during those breaks.
___ Yes ___ No

11. Review the Payroll Summary produced from the Census Bureau payroll records which show the days you worked and hours you submitted in 2000. What is your best estimate of which weeks you worked MORE THAN 40 hours (40+) per work week, and how many hours of overtime you worked each of those 40+ hour weeks?

There are spaces on the right hand side of the Payroll Summary where you should indicate how much overtime you believe you worked. Please include on the Payroll Summary overtime hours that you claim to have worked in the following decennial field positions only: Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, and Special Places Operation Supervisor.

**Example:** Assume you worked 50 hours in the first week of May and 20 hours in the second week of May. Because you were not permitted to record more than 40 hours in a week, you only recorded 40 hours for the first week of May and did not submit any overtime worked. Therefore, you would indicate your estimate of overtime as follows:

| PAY PERIOD END DATE | TYPE | PAYROLL DATA SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE UNPAID OVERTIME* |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 10 HRS |
| 05-13-2000 | REG | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | ________ |

12. If you "banked," "rolled," or "carried over" any overtime you worked, add those also to the Payroll Summary, in the space indicated. "Rolled-over," "banked" or "carried-over" hours refer to overtime hours you worked in one week, but were not able to record because doing so would exceed 40 hours in one week. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime. You may be entitled to some recovery even if you rolled over your overtime hours.

13. Are any of the numbers you wrote on the Payroll Summary based on an estimate?
___ Yes ___ No

14. If any of your numbers are based on estimates, please identify on the Payroll Summary, where indicated, which numbers are estimates and describe how you arrived at those estimates.

15. If you have any documents, which existed in 2000, that may tend to show that you worked the overtime claimed (e.g. datebooks, calendar entries), attach copies of the documents to this claim form. If you provide documents, send copies only. No originals should be provided as your documents will not be returned to you. *Note that documentary proof is not required to make a claim.*

16. Do you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime?
___ Yes ___ No

17. If you answered yes to Question 16, explain why you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime. (Please refer to pages 2 and 3, **"What is Overtime?"** for examples of how your supervisor knew or should have known about your working overtime.)

If you need additional space to respond to any of the above questions, use a separate sheet of paper. Clearly print your name and SSN at the top of each additional page, and indicate the question number.

Certification: I swear or affirm under penalty of perjury that the above statements are true to the best of my knowledge and belief.

Date: ________________ Signature: ____________________________

Print Name: ____________________________

**You Must Complete, Sign and Return this Claim Form and the enclosed Payroll Summary by mail postmarked no later than SEPTEMBER 29, 2006.**

If you wish to confirm our receipt of this form, we strongly recommend that you send it via Registered Mail/Return Receipt requested. To obtain a Registered Mail/Return Receipt form, please visit your local post office or go to: www.usps.com.
**You must keep a copy of completed forms for your records.**

ID: [number]

[name]
[street address]
[city, state zip]

SSN : [number]

PAYROLL SUMMARY



NAME : [last name, first name middle initial]

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| [date] | [Census Office] | [position] |

Hours Worked During [date range]

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| [date] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [date] | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [date] | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [date] | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |

SSN : [number]

PAYROLL SUMMARY



| PAY PERIOD END DATE | TYPE | PAYROLL DATA SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [dates] | REG | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TRAIN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | OT | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | TOTAL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |

ROLLED-OVER OVERTIME HOURS:
"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

If you DID NOT roll over any overtime hours, leave this section blank.

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: ____________________

1b. Number of Overtime Hours Not Recorded: ____________________

1c. Week/Date in which Overtime was recorded: ____________________

---

2a. Week/Date Overtime Worked: ____________________

2b. Number of Overtime Hours Not Recorded: ____________________

2c. Week/Date in which Overtime was recorded: ____________________

---

3a. Week/Date Overtime Worked: ____________________

3b. Number of Overtime Hours Not Recorded: ____________________

3c. Week/Date in which Overtime was recorded: ____________________

---

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.