# EXHIBIT 5

Sample Database Entry

| EMPLOYEE NAME | PP END DATE OF HOURS | DECLINE | 13 IS CLAIM EST. | 13a Memory | 13b Contemp records/ DOCS | 13c Added lunch/ breaks and/or travel time | HRLY RATE | OT HRS CLAIMED | ROLL-OVER HRS CLAIMED | SSN | REG Hrs CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bergeron,Guy G | 1/8/2000 | FALSE | TRUE | TRUE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 1/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 1/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 1/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 2/5/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 2/12/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 2/19/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 2/26/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 3/4/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 3/11/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 3/18/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 3/25/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 4/1/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 4 | | 001326015 | |
| Bergeron,Guy G | 4/8/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 4/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 8 | | 001326015 | |
| Bergeron,Guy G | 4/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 8 | | 001326015 | |
| Bergeron,Guy G | 4/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 4 | | 001326015 | |
| Bergeron,Guy G | 5/6/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 4 | | 001326015 | |
| Bergeron,Guy G | 5/13/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 16 | | 001326015 | |
| Bergeron,Guy G | 5/20/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 7 | | 001326015 | |
| Bergeron,Guy G | 5/27/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 12 | | 001326015 | |
| Bergeron,Guy G | 6/3/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 8 | | 001326015 | |
| Bergeron,Guy G | 6/10/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 10 | | 001326015 | |
| Bergeron,Guy G | 6/17/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 6/24/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | | 001326015 | |
| Bergeron,Guy G | 7/1/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 14 | | 001326015 | |
| Bergeron,Guy G | 7/8/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 8 | | 001326015 | |
| Bergeron,Guy G | 7/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 9 | | 001326015 | |
| Bergeron,Guy G | 7/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 12 | | 001326015 | |
| Bergeron,Guy G | 7/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | 2 | | 001326015 | |

Sample Database Entry

| EMPLOYEE NAME | LCO CODE | LCO NAME | POSITION | 16a I told/complained to my Supe that I worked OT | 16b I saw others denied OT so did not claim myself | 16c Supe asked me to work OT | 16d Supe told me to work until job complete | 16e Supe rejected my timesheet with OT | 16f Supe told me to ROLL-OVER OT hrs | 16g Supe worked alongside me | 16h Supe saw me early am and late at night |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | TRUE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Clerical | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |
| Bergeron,Guy G | 2239 | Queens Ce | Supervisory | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |

Sample Database Entry

| EMPLOYEE NAME | 16i Supe denied travel time | TOTAL HRS (paid) | REG HRS (paid) | TRN HRS (paid) | OT HRS (paid) | OT PAID | 16 Supe Knowledge | cf SIGNED UNDER PENALTY OF PERJURY |
|---|---|---|---|---|---|---|---|---|
| Bergeron,Guy G | FALSE | 33 | 33 | 0 | 0 | FALSE | TRUE | TRUE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 36 | 36 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 30 | 30 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 37 | 37 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 37 | 37 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 30 | 30 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 23 | 23 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 28 | 28 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 21 | 21 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 36 | 36 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 16.5 | 16.5 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 8 | 32 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 37 | 37 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 49 | 40 | 0 | 9 | TRUE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 36 | 24 | 12 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| Bergeron,Guy G | FALSE | 3 | 3 | 0 | 0 | FALSE | FALSE | FALSE |