# In the United States Court of Federal Claims

No. 01-495C
(Filed: August 17, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument regarding plaintiffs' motion for a protective order shall be heard on Friday, October 19, 2007, at 2:00 p.m. eastern by telephone. The call will be placed from chambers and will be recorded. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge