IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-495C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of time of 23 days, from August 20, 2007, to and including September 12, 2007, within which to respond to "Plaintiffs' Motion for a Protective Order." This is our first request for an enlargement of this period. Plaintiffs' counsel has informed us that plaintiffs do not oppose this motion.

Since receiving plaintiffs' motion, the Bureau of Census ("Bureau") has begun to draft a response and collect relevant evidence. The Bureau has informed us that, due to vacations and the requirement for supervisory review, it will be unable to furnish us a draft response before next week. At that point, however, defendant's counsel expects to be on vacation and will be required to devote his time to other matters currently scheduled. Plaintiffs have suggested they may require an enlargement of time as well. As a result of these anticipated durations, the Court already has scheduled oral argument for the third week in October.

For these reasons, defendant respectfully requests that the Court grant an enlargement of time of time of 23 days, from August 20, 2007, to and including September 12, 2007, within which to respond to "Plaintiffs' Motion for a Protective Order."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311

Attorneys for Respondent

August 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham