ATTACHMENT (List of Concord Plaintiffs To Be Dismissed By Filing Set and Bates Number)

| Name | M.I. | Last Name | Bates Number | Set | Date of Filing |
|---|---|---|---|---|---|
| Sharon | L. | Baldwin | 000039 | Set 1 | 2/15/02 |
| James | D. | Barkley | 000042 | Set 1 | 2/15/02 |
| Edward | F. | Barreuther | 000043 | Set 1 | 2/15/02 |
| Joseph | A. | Bennett | 000052 | Set 1 | 2/15/02 |
| Marheysha | | Bilal | 000056 | Set 1 | 2/15/02 |
| Nicholas | | Biondi | 000057 | Set 1 | 2/15/02 |
| Jared | P. | Crabtree | 000100 | Set 1 | 2/15/02 |
| Margarita | C. | Delgado | 000113 | Set 1 | 2/15/02 |
| Harold | | Douros | 000121 | Set 1 | 2/15/02 |
| Glenda | C. | Driggers | 000122 | Set 1 | 2/15/02 |
| Travis | W. | Gaskin | 000152 | Set 1 | 2/15/02 |
| Frank | R. | Grimley | 000161 | Set 1 | 2/15/02 |
| Charles | J. | Maxwell | 000256 | Set 1 | 2/15/02 |
| Marilynne | L. | Mellander | 000266 | Set 1 | 2/15/02 |
| Tracy | | Muldrow | 000278 | Set 1 | 2/15/02 |
| Lynne | C. | Oliver | 000288 | Set 1 | 2/15/02 |
| Joy | | Roush | 000320 | Set 1 | 2/15/02 |
| Victor | D. | Ryerson | 000325 | Set 1 | 2/15/02 |
| Gabriel | M. | Sandoval | 000330 | Set 1 | 2/15/02 |
| Louis | W. | Schrepel | 000333 | Set 1 | 2/15/02 |
| Sheena | M. | Scott | 000336 | Set 1 | 2/15/02 |
| Tasha | Nicole | Slaughter | 000348 | Set 1 | 2/15/02 |
| Anita | J. | Stamps | 000361 | Set 1 | 2/15/02 |
| Virgilio | | Vestal | 000393 | Set 1 | 2/15/02 |
| James | | Zand | 000428 | Set 1 | 2/15/02 |
| Vivian | T. | Amachree | 000435 | Set 2 | 2/15/02 |
| Theresa | I. | Anderson | 000436 | Set 2 | 2/15/02 |
| Vicki | | Autumn | 000440 | Set 2 | 2/15/02 |
| Frederick | | Baker | 000444 | Set 2 | 2/15/02 |
| Warren | B. | Barney | 000447 | Set 2 | 2/15/02 |
| Maria | | Bartlow | 000448 | Set 2 | 2/15/02 |
| William | H. | Becker | 000449 | Set 2 | 2/15/02 |
| Loretta | A. | Benavides | 000451 | Set 2 | 2/15/02 |
| Violeta | B. | Bigornia | 000455 | Set 2 | 2/15/02 |
| Brandy | L. | Bingham | 000456 | Set 2 | 2/15/02 |
| Rhonda | | Borreani | 000458 | Set 2 | 2/15/02 |
| Jessica | | Cabaddu | 000461 | Set 2 | 2/15/02 |
| Brenda | C. | Carroll-Carlson | 000467 | Set 2 | 2/15/02 |
| Sue | E. | Chambers | 000469 | Set 2 | 2/15/02 |
| Dewayne | | Coleman | 000474 | Set 2 | 2/15/02 |
| Eugene | A. | De Lance | 000486 | Set 2 | 2/15/02 |
| Elizabeth | A. | Dickey | 000491 | Set 2 | 2/15/02 |
| Joseph | D. | Dominguez | 000495 | Set 2 | 2/15/02 |

| Name | M.I. | Last Name | Bates Number | Set | Date of Filing |
|---|---|---|---|---|---|
| James | F. | Dugan | 000499 | Set 2 | 2/15/02 |
| Collin | | Farr | 000502 | Set 2 | 2/15/02 |
| Lucilia | | Fauolo | 000503 | Set 2 | 2/15/02 |
| Carol | B. | Ferrara | 000505 | Set 2 | 2/15/02 |
| Gerthe | S. | Fitzwater | 000507 | Set 2 | 2/15/02 |
| Pamela | S. | Ford | 000508 | Set 2 | 2/15/02 |
| Willie | | Foster | 000509 | Set 2 | 2/15/02 |
| Jason | B. | Fox | 000510 | Set 2 | 2/15/02 |
| Robyn | S. | Garcia | 000513 | Set 2 | 2/15/02 |
| Brenda | M. | Gayles | 000515 | Set 2 | 2/15/02 |
| Elliot | D. | Gelb | 000516 | Set 2 | 2/15/02 |
| Arlene | S. | Grimes | 000523 | Set 2 | 2/15/02 |
| Ronald | J. | Hamilton | 000525 | Set 2 | 2/15/02 |
| Darlene | | Harris | 000528 | Set 2 | 2/15/02 |
| Carolyn | L. | Hill | 000534 | Set 2 | 2/15/02 |
| James | | Horton, Jr. | 000539 | Set 2 | 2/15/02 |
| Stephen | | Hung | 000543 | Set 2 | 2/15/02 |
| Julie | R. | Huy | 000544 | Set 2 | 2/15/02 |
| Deborah | | Jessee | 000550 | Set 2 | 2/15/02 |
| Sheri | L. | Johnson | 000555 | Set 2 | 2/15/02 |
| Mary | | Jones | 000558 | Set 2 | 2/15/02 |
| Patrick | | Kidwell | 000560 | Set 2 | 2/15/02 |
| Olga | | Lara | 000569 | Set 2 | 2/15/02 |
| Lillean | A. | Leite | 000576 | Set 2 | 2/15/02 |
| Shawona | R. | Lillard | 000581 | Set 2 | 2/15/02 |
| Donald | L. | Limas | 000582 | Set 2 | 2/15/02 |
| Duncan | H. | Mac Kellar | 000588 | Set 2 | 2/15/02 |
| Fredda | D. | Matthews | 000593 | Set 2 | 2/15/02 |
| Pamela | A. | Meeds | 000598 | Set 2 | 2/15/02 |
| Chat | | Mingkwan | 000599 | Set 2 | 2/15/02 |
| Jerome | | Nedd | 000604 | Set 2 | 2/15/02 |
| Rochelle | | Oldfield | 000608 | Set 2 | 2/15/02 |
| Marcus | | Ortiz | 000610 | Set 2 | 2/15/02 |
| Nancy | S. | Palmer | 000613 | Set 2 | 2/15/02 |
| Jennifer | L. | Purzycki | 000622 | Set 2 | 2/15/02 |
| Damarys | | Rivas | 000631 | Set 2 | 2/15/02 |
| Dione | J. | Shelbourne-Thomas | 000640 | Set 2 | 2/15/02 |
| Tina | | Snipes-Obinna | 000645 | Set 2 | 2/15/02 |
| Joon | | Song | 000647 | Set 2 | 2/15/02 |
| Linda | K. | Tillman | 000657 | Set 2 | 2/15/02 |
| Christine | | Traylor | 000659 | Set 2 | 2/15/02 |
| Kathy | J. Parsons | Truog | 000661 | Set 2 | 2/15/02 |

| Name | M.I. | Last Name | Bates Number | Set | Date of Filing |
|---|---|---|---|---|---|
| Lisa | | Weatherly | 000669 | Set 2 | 2/15/02 |
| Pauline | T. | Webber | 000670 | Set 2 | 2/15/02 |
| Theresa | A. | Wenger | 000671 | Set 2 | 2/15/02 |
| Joseph | | Wilson | 000672 | Set 2 | 2/15/02 |
| Terrell | E. | Woodard | 000674 | Set 2 | 2/15/02 |
| Alice | J. | Wright | 000675 | Set 2 | 2/15/02 |
| Paul | A. | Wright | 000676 | Set 2 | 2/15/02 |
| Paul | K. | Yee | 000678 | Set 2 | 2/15/02 |
| Ingrid | J. | Alvarez | 000682 | Set 3 | 2/26/02 |
| Vicki | A. | Autrey | 000683 | Set 3 | 2/26/02 |
| Diane | L. | Barclay | 000687 | Set 3 | 2/26/02 |
| Larry | R. | Bernstein | 000691 | Set 3 | 2/26/02 |
| Verna | | Castro | 000705 | Set 3 | 2/26/02 |
| Frank | O. | Chao | 000706 | Set 3 | 2/26/02 |
| Cathleen | L. | Daffer | 000711 | Set 3 | 2/26/02 |
| Robert | J. | Doolittle | 000719 | Set 3 | 2/26/02 |
| Clarence | V. | Durant | 000720 | Set 3 | 2/26/02 |
| Carlene | K. | Einevoll | 000723 | Set 3 | 2/26/02 |
| Rosie | | Gardner | 000732 | Set 3 | 2/26/02 |
| Robert | J. | Halpin | 000735 | Set 3 | 2/26/02 |
| Troy | | Harper | 000737 | Set 3 | 2/26/02 |
| Melissa | | Harris | 000738 | Set 3 | 2/26/02 |
| Barbara | L. | Hartman | 000739 | Set 3 | 2/26/02 |
| Kimberly | R. | Jenkins | 000748 | Set 3 | 2/26/02 |
| Mary | | Jones | 000751 | Set 3 | 2/26/02 |
| William | F. | Longmire | 000761 | Set 3 | 2/26/02 |
| Francis | G. | Lynch | 000763 | Set 3 | 2/26/02 |
| Marianela | | Marshall-Diaz | 000765 | Set 3 | 2/26/02 |
| Jeffrey | E. | Marzluft | 000766 | Set 3 | 2/26/02 |
| Maurice | J. | McCarthy | 000767 | Set 3 | 2/26/02 |
| Kathryn | R. | Melone | 000771 | Set 3 | 2/26/02 |
| Katherine | K. | Murphy | 000775 | Set 3 | 2/26/02 |
| Agustin | | Nodal | 000782 | Set 3 | 2/26/02 |
| Vickie | | Price | 000791 | Set 3 | 2/26/02 |
| Karen | M. | Puckett | 000792 | Set 3 | 2/26/02 |
| Pamela | J. | Reim | 000795 | Set 3 | 2/26/02 |
| Kimberly | L. | Roberts | 000796 | Set 3 | 2/26/02 |
| April | | Smith | 000808 | Set 3 | 2/26/02 |
| Sadie | M. | Stull | 000811 | Set 3 | 2/26/02 |
| Maria | L. | Urena | 000813 | Set 3 | 2/26/02 |
| Kristen | E. | Anderson | 000825 | Set 4 | 2/26/02 |
| Magda | E. | Bazalar | 000829 | Set 4 | 2/26/02 |
| Michael | | Bomagat | 000831 | Set 4 | 2/26/02 |
| John | F. | Borden | 000833 | Set 4 | 2/26/02 |
| Lisa | | Bowers | 000835 | Set 4 | 2/26/02 |
| Loreon | J. | Callahan | 000841 | Set 4 | 2/26/02 |
| Lisa | C. | Castro | 000844 | Set 4 | 2/26/02 |
| Mona | | Clark | 000848 | Set 4 | 2/26/02 |
| Brooke | J. | Colwell | 000852 | Set 4 | 2/26/02 |
| Ener | N. | Cueva | 000858 | Set 4 | 2/26/02 |

| Name | M.I. | Last Name | Bates Number | Set | Date of Filing |
|---|---|---|---|---|---|
| Lolita | M. | Cueva | 000859 | Set 4 | 2/26/02 |
| Cecelia | | Dawson | 000860 | Set 4 | 2/26/02 |
| Michelle | L. | Elliott (fka Dethke) | 000865 | Set 4 | 2/26/02 |
| Jessica | C. | Fisher | 000871 | Set 4 | 2/26/02 |
| David | W. | Goodman | 000877 | Set 4 | 2/26/02 |
| Barbara | A. | Havlovick | 000885 | Set 4 | 2/26/02 |
| Sandra | O. | Holden | 000891 | Set 4 | 2/26/02 |
| Danny | B. | Houze | 000893 | Set 4 | 2/26/02 |
| Jana | L. | Johnsen | 000898 | Set 4 | 2/26/02 |
| Sheila | | Jones | 000899 | Set 4 | 2/26/02 |
| Valerie | D. | Karinen | 000902 | Set 4 | 2/26/02 |
| Jean-Pierre | | Katz | 000903 | Set 4 | 2/26/02 |
| Elsie | E. | Lindemann | 000917 | Set 4 | 2/26/02 |
| Jane | C. | Mariani | 000920 | Set 4 | 2/26/02 |
| June | F. | Miles | 000928 | Set 4 | 2/26/02 |
| Deloris | A. | Mollenbernd | 000932 | Set 4 | 2/26/02 |
| Mark | | Moore, Jr. | 000933 | Set 4 | 2/26/02 |
| Claire | L. | Nims | 000937 | Set 4 | 2/26/02 |
| Ruby | | Overton | 000942 | Set 4 | 2/26/02 |
| Raymond | A. | Reisen | 000953 | Set 4 | 2/26/02 |
| Anita | M. | Rodriguez | 000958 | Set 4 | 2/26/02 |
| Na'Imah | A. | Salahudin | 000962 | Set 4 | 2/26/02 |
| Khadijah | | Sami | 000963 | Set 4 | 2/26/02 |
| Johnnie | M. | Starr | 000972 | Set 4 | 2/26/02 |
| Laura | | Thom de Perez | 000975 | Set 4 | 2/26/02 |
| Adrienne | L. | Thomas | 000976 | Set 4 | 2/26/02 |
| Isabel | | Tsang | 000978 | Set 4 | 2/26/02 |
| Monica | | Valencia | 000980 | Set 4 | 2/26/02 |
| Cassandra | L. | Walker | 000985 | Set 4 | 2/26/02 |
| John | C. | Walker | 000986 | Set 4 | 2/26/02 |
| Scott | H. | Weston | 000991 | Set 4 | 2/26/02 |
| Susan | L. | Abbott | 001003 | Set 5 | 3/5/02 |
| Eric | D. | Alexander | 001005 | Set 5 | 3/5/02 |
| Felicia | R. | Burrell | 001019 | Set 5 | 3/5/02 |
| Michael | D. | Calica | 001021 | Set 5 | 3/5/02 |
| Lawrence | R. | Cecchini | 001022 | Set 5 | 3/5/02 |
| Diane | F. | Cordell | 001029 | Set 5 | 3/5/02 |
| James | P. | Dean | 001032 | Set 5 | 3/5/02 |
| Shawn | | DeLaTorre | 001033 | Set 5 | 3/5/02 |

| Name | M.I. | Last Name | Bates Number | Set | Date of Filing |
|---|---|---|---|---|---|
| Anna | M. | Evans | 001037 | Set 5 | 3/5/02 |
| Freda | | Evans | 001038 | Set 5 | 3/5/02 |
| Sh'Vaughn | E. | Heath | 001044 | Set 5 | 3/5/02 |
| Richard | P. | Horn | 001048 | Set 5 | 3/5/02 |
| Ralph | | Howard | 001049 | Set 5 | 3/5/02 |
| Jeanne | | Keef | 001054 | Set 5 | 3/5/02 |
| Maria | | Madrid | 001062 | Set 5 | 3/5/02 |
| Toots | | McDonough | 001064 | Set 5 | 3/5/02 |
| Cheryl | A. | McGrath | 001065 | Set 5 | 3/5/02 |
| Natasha | S. | Parra | 001074 | Set 5 | 3/5/02 |
| Mareatha | K. | Riggins-Harris | 001077 | Set 5 | 3/5/02 |
| Cornelia | V. | Scott-Benjamin | 001086 | Set 5 | 3/5/02 |
| Debbie | L. | Smith | 001088 | Set 5 | 3/5/02 |
| B.J. | | Spencer | 001090 | Set 5 | 3/5/02 |
| Hasina | M. | Talbert | 001094 | Set 5 | 3/5/02 |
| Joshua | | Tiffee | 001096 | Set 5 | 3/5/02 |
| John | | Wheaton | 001103 | Set 5 | 3/5/02 |
| Peter | L. | Wu | 001107 | Set 5 | 3/5/02 |
| Jody(Johanna | | Zweers | 001108 | Set 5 | 3/5/02 |
| Paulette | G. | Bretan | 001111 | Set 6 | 3/19/02 |
| Barbara | J. | Buckley | 001114 | Set 6 | 3/19/02 |
| Lary | R. | Buckley | 001115 | Set 6 | 3/19/02 |
| Darlene | | Dehn | 001125 | Set 6 | 3/19/02 |
| Doyle | E. | Dunham | 001126 | Set 6 | 3/19/02 |
| Garrett | P. | Griffiths | 001136 | Set 6 | 3/19/02 |
| Genevia | R. | Hernandez | 001139 | Set 6 | 3/19/02 |
| Denise | L. | Justice | 001142 | Set 6 | 3/19/02 |
| Jacqueline | | Linn | 001147 | Set 6 | 3/19/02 |
| Clovetta | | Mack | 001149 | Set 6 | 3/19/02 |
| Lavory | A. | Manuel | 001153 | Set 6 | 3/19/02 |
| Carol | O. | McAfee | 001154 | Set 6 | 3/19/02 |
| Elba | | Soto | 001168 | Set 6 | 3/19/02 |
| Leroy | J. | Urenda | 001171 | Set 6 | 3/19/02 |
| Norita | C. | West | 001174 | Set 6 | 3/19/02 |
| Eric | | Besag | 001181 | Set 7 | 4/2/02 |
| Stephanie | C. | Cezario | 001182 | Set 7 | 4/2/02 |
| Clarence | N. | Cormier | 001186 | Set 7 | 4/2/02 |
| John | A. | Hart | 001189 | Set 7 | 4/2/02 |
| Ronda | R. | Hart | 001190 | Set 7 | 4/2/02 |
| Cindy | J. | Rose | 001213 | Set 7 | 4/2/02 |
| Edward | W. | Thompson | 001215 | Set 7 | 4/2/02 |

| Name | M.I. | Last Name | Bates Number | Set | Date of Filing |
|---|---|---|---|---|---|
| Hjalmar | A. | Isabelle, Jr. | 001241 | Set 8 | 4/9/02 |
| Jeanne | | Keef | 001276 | Set 9 | 4/16/02 |
| Michelle | | Francis | 001355 | Set 11 | 4/2902 |
| Edith | E. | Henderson | 002333 | Set 13 | 5/16/02 |
| Gregory J | | Brock | 002536 | Set 14 | 5/29/02 |
| Anna M | | Avant | 002785 | Set 15 | 6/11/02 |
| Lynett P | | Wilson | 002791 | Set 15 | 6/11/02 |
| Walter | | Williams | 003397 | Set 16 | 6/19/02 |
| Lemelle | | Ingrid | 004690 | Set 20 | 7/23/02 |
| Gloria | | Ousborn | 007697 | Set 28 | 11/22/02 |
| Wendy | L | Cooper | 007751 | Set 32 | 6/9/03 |
| Pamela | J. | Cecchini | 07812 | Set 38 | 9/22/03 |
| Jeannine | | Sue | 07813 | Set 38 | 9/22/03 |
| Paul | W. | Harper | 07814 | Set 38 | 9/22/03 |
| Robert | L | Leighten | 07826 | Set 41 | 10/31/03 |
| **Total** | **230** | | | | |