IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-495C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of 2 days, from September 12, 2007, to and including September 14, 2007, within which to respond to “Plaintiffs’ Motion for a Protective Order.” We have requested one prior enlargement of 23 days. Plaintiffs’ counsel has informed us that plaintiffs do not oppose this motion.

Since filing our last motion, defendant’s counsel has completed a draft of defendant’s opposition to plaintiffs’ motion. The brief is in supervisory review and has been reviewed by the agency. On September 11, 2007, the agency requested that we seek this enlargement in order to permit the brief to be reviewed at higher levels within the agency. Due to the schedules of those involved, we were informed that that review could not be completed until September 14, 2007.

For these reasons, defendant respectfully requests that the Court grant us this enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311

Attorneys for Respondent

September 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 12, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham