**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KENT CHRISTOFFERSON, et al., Plaintiffs | ) | Case No. 01-495C |
| v. | ) | Senior Judge Eric G. Bruggink |
| UNITED STATES OF AMERCA, Defendant. | ) | **Supplemental Declaration of Jack W. Lee in Support of Plaintiffs' Motion for a Protective Order** |

Pursuant to the Rules of the U.S. Court of Federal Claims, I, Jack W. Lee, declare as follows:

1. I am the attorney of record for the Plaintiffs in the above-captioned civil action, and a partner with the law firm of Minami Tamaki LLP. I have personal knowledge of the following facts and can testify regarding these facts if called to do so.

2. I hereby supplement my original Declaration by adding the following sentence to the end of my original Declaration: I have no recollection of Patrick Cantwell of the Census Bureau participating in any of the negotiation sessions or discussions in which I had participated in with the Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 26th day of September 2007 in San Francisco, California.

Dated: September 26, 2007

Jack W. Lee
Attorney for the Plaintiffs