# In the United States Court of Federal Claims

No. 01-495C
(Filed: October 19, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on the reasons stated on the record during oral argument held on October 19, 2007, plaintiffs' motion for a protective order is denied. The court will issue a memorandum greater detailing the reasons for the denial shortly.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge