# In the United States Court of Federal Claims

No. 01-495C
(Filed: October 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ERRATA

Please substitute the attached page for the first page of the court's opinion filed on October 25, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge

# In the United States Court of Federal Claims

No. 01-495C
(Filed: October 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

KENT CHRISTOFFERSON, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

Motion for Protective Order; RCFC 26(b)(1); Attorney-Client Privilege; Work Product Doctrine.

*Jack W. Lee*, San Francisco, CA, with whom was *Hugo A. Zia,* also of San Francisco, CA, for plaintiffs.

*Steven J. Gillingham,* United States Department of Justice, Civil Division, Commercial Litigation Branch, Washington, DC, with whom were *Peter D. Keisler*, Assistant Attorney General, and *Jeanne E. Davidson*, Director, for defendant. *Rayna G. Eller*, Bureau of the Census, of counsel.

OPINION

BRUGGINK, *Judge*.

This is a pay case brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219 (2000), and the Federal Employee Pay Act, 5 U.S.C. §§ 5541-5550a (2000), by thousands of former employees of the United States Bureau of the Census ("Bureau") for unpaid overtime hours worked during the 2000 Decennial Census. Pending now is plaintiffs' motion for a protective order. Plaintiffs seek protection, primarily based on an asserted attorney-client privilege, from discovery of questionnaires mailed to individual plaintiffs, completed, and returned to plaintiffs' counsel. The matter is fully briefed. Oral argument was heard on October 19, 2007. We