# In the United States Court of Federal Claims

No. 01-495C
(Filed: November 5, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on the parties joint request, the telephonic status conference scheduled for November 6, 2007, is cancelled. In lieu of the status conference, the parties shall file a joint status report on November 6, 2007. The parties shall file another joint status report on or before November 30, 2007, to inform the court of the progress of discovery in light of the court's opinion of October 25, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge