IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON, et al., | ) | |
| | ) | Case No. 01-495C |
| | ) | |
| Plaintiffs | ) | Judge Eric G. Bruggink |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Counsel for Plaintiffs hereby submits this Joint Status Report on behalf of the parties. Counsel for Defendant has read and concurs with this Joint Status Report.

On November 2, 2007, counsel for the parties met and conferred following the issuance of the Court's written decision on Plaintiffs' Motion for Protective Order, dated October 25, 2007. The parties have agreed to enter a claw back agreement allowing Defendant to review all questionnaire responses without Plaintiffs waiving their right to assert any applicable privileges if Defendant seeks to use the information recorded therein in litigation. Defendant wishes to initially review all completed questionnaires to assess the magnitude of work and personnel necessary for further review. Plaintiffs' counsel agreed to allow defendant's counsel to review the questionnaires for two days in between November 14-16, 2007, 9:00 am to 5:00 pm in our

San Francisco office. For the initial review and to protect the integrity of the documents, Plaintiffs' and defense counsel have agreed to observe the following protocol:

1. Defense counsel will not remove any files from the designated review room;
2. Defense counsel will not alter any files;
3. A logging system will record all files being reviewed;
4. Defense counsel may request copies of no more than 40 files of which Plaintiff will copy;
5. A logging system will record all the files being copied;
6. Plaintiffs' counsel will be present during the inspection; and
7. In the event that defense counsel wishes to engage in protected communication, Plaintiffs' counsel will leave the room temporarily.

The parties intend to meet and confer again after this initial review to determine further review processing and protocols consistent with the Court's order. Per the Court's November 5, 2007 order, the parties will submit a further joint status report on November 30, 2007.

Respectfully submitted,

s/

November 6, 2007

JACK W. LEE
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
Phone: 415 788-9000
Fax: 415 398-3887

Attorney for Plaintiffs