IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-495C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENTRY OF DISCOVERY ORDER

The parties respectfully request that the Court enter the attached "Discovery Order," which the parties believe is in the interests of justice and judicial economy.

Counsel for both parties have been working cooperatively to facilitate defendant's review of the questionnaires prepared by plaintiffs pursuant to the parties Memorandum of Understanding. The purpose of the proposed order, originally suggested by the Court, is to permit defendant to have prompt access to the questionnaires, yet provide a mechanism for recovering privileged information disclosed as part of their disclosure. Defendant has retained a copy service, which is standing by in San Francisco waiting to copy these questionnaires.

For these reasons, the parties respectfully request that this motion for entry of discovery order be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Jack W. Lee
JACK W. LEE
Minami Tamaki LLP
360 Post St. 8th Floor
San Francisco, CA 94108-4903
Tel: 415-788-9000

Attorneys for Plaintiffs

Date: December 13, 2007

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
2nd Floor, Todd Bldg.
Washington, D.C. 20530
Tele: (202) 616-2311

Attorneys for Defendant

Date: December 13, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 13, 2007, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham