# In the United States Court of Federal Claims

No. 01-495C
(Filed: January 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it the parties' status reports of November 6, 2007 and November 30, 2007. Based on those reports, a telephonic status conference will be held Wednesday, January 16, 2008, at 2:00 p.m. eastern (11 a.m. Pacific). The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge