# In the United States Court of Federal Claims

No. 01-495C
(Filed: January 16, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on the representations made during the telephonic status conference held on January 16, 2008, the parties shall file a joint status report on March 17, 2008, to inform the court of their progress in regards the issues discussed during the status conference.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge