# In the United States Court of Federal Claims

No. 01-495C
(Filed: April 29, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on the representations made in defendant's status report filed March 17, 2008, the parties shall file a joint status report on or before May 27, 2008.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge