IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KENT CHRISTOFFERSON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 01-495C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of 10 days, from May 27, 2008, to and including June 6, 2007, within which to file a status report. Plaintiffs' counsel has informed us that plaintiffs do not oppose this motion.

We request this enlargement inasmuch as defendant's counsel has just returned from 30 days of military duty and the assigned agency counsel is absent due to illness. Defendants' counsel is scheduled to travel on annual leave to California from May 29- June 2. Plaintiffs' counsel is in deposition on June 5, but the parties have scheduled a telephonic meeting on May 30, while defendant's counsel is in California, to discuss settlement of the last few Concord plaintiffs about which the parties' counsel have yet to agree and to flesh out any issues that should be reported in a status report.

For these reasons, defendant respectfully requests that the Court grant us this enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St. NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311

Attorneys for Respondent

May 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 27, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham