# In the United States Court of Federal Claims

No. 01-495C
(Filed: June 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is Defendant's Unopposed Motion to Dismiss with Prejudice Claims of California Plaintiffs and Consenters. For good cause shown, the motion is granted. The claims of the plaintiffs listed in the attachment to the motion to dismiss are hereby dismissed with prejudice. Plaintiff also notified the court of what it believed to be two minor clerical errors in its motion: "Robert L. Leighten" should read "Robert L. Leighton" and "Stephen Ryerson" should appear instead as "Victor Ryerson." The list of dismissed plaintiffs is amended to reflect this correction.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge