# In the United States Court of Federal Claims

No. 01-495C
(Filed: June 12, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Tuesday, June 17, 2008, 2:30 p.m. eastern (11:30 a.m. pacific) to discuss defendant's status report filed June 6, 2008. The call will be placed from chambers and will be digitally recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge