# In the United States Court of Federal Claims

No. 01-495C
(Filed: July 1, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the telephonic status conference held June 17, 2008, the parties are directed to file simultaneous briefing regarding the two issues set out in defendant's status report of June 6, 2008:

1. Whether the notes written by plaintiffs' counsel regarding their conversations with claimants and relating to changes plaintiffs' counsel made to information supplied by plaintiffs on the questionnaire responses, or information that was added or deleted by plaintiffs' counsel on the questionnaire responses, are protected from disclosure by applicable privileges or the Court's prior orders.

2. Whether questionnaire responses may be amended by plaintiffs' counsel with plaintiffs' consent subsequent to their execution under penalty of perjury.

The briefing schedule is set out as follows: The parties shall file simultaneous briefs on July 15, 2008. The parties shall file their simultaneous responses on July 29, 2008. The parties shall also serve each other and the

court with copies of their briefs and responses via email. The parties may use the following email address for the court: Jeremy_Kehr@ao.uscourts.gov.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge