Perweek

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leung,Cinc | 5/20/2000 | FALSE | TRUE | TRUE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 5/27/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 10 | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 6/3/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 6/10/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 6/24/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 7/8/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 7/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 7/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 7/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Leung,Cinc | 8/5/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | FALSE | FALSE |

Perweek

| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | FALSE | TRUE | FALSE | FALSE | FALSE | FALSE | 40 | 16 | 24 | 0 | FALSE | TRUE | TRUE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 24 | 24 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 25 | 25 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 10 | 10 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 30 | 24 | 6 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 12 | 12 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 2 | 2 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 24 | 24 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 8 | 8 | 0 | 0 | FALSE | FALSE | FALSE |

Def. Ex. 19

/ Muhammad, Rachel

SEP 3 0 2006

# CLAIM FORM

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**WASHINGTON D.C.**
**KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)**

Please print clearly in dark ink.

1. RACHEL MUHAMMAD
   Name (First, Middle, Last) — [redacted] Social Security Number

2. 1716 FELTON ST
   Street Address — Apartment Number

   SAN FRANCISCO — CA — 94134
   City — State — Zip Code

3. Do you wish to continue with your claim against the federal government for unpaid overtime?
   X YES ___NO

   If "Yes," please complete this Claim Form and provide estimates of your overtime on the Payroll Summary. If "No," you do not need to complete the rest of this Claim Form. Please return this form and the Payroll Summary to our offices at the address provided. A "No" means you no longer wish to be a participant in this lawsuit.

4. ______________________
   E-mail Address (if any)

5. ______________ — 6PM
   Work Phone Number — Best Times to Call

6. 415 333-3940 — 6 PM
   Home Phone Number — Best Times to Call

7. 415 -205-1372 — 9 PM
   Cell Phone Number — Best Times to Call

8. ______________________
   Phone Number of Relative or Other Contacts (Optional)

9. Please list any other names used while employed by the U.S. Census Bureau in the year 2000.

   ______________ ______________

10. While working for the Census Bureau in 2000, did you ever work more than 40 hours in a work week (Sunday through Saturday)? You should include as work time the time you spent traveling to and from your home, time spent on work-related activities at your home, and lunch or dinner breaks if you worked during those breaks.
X Yes ___ No

11. Review the Payroll Summary produced from the Census Bureau payroll records which show the days you worked and hours you submitted in 2000. What is your best estimate of which weeks you worked MORE THAN 40 hours (40+) per work week, and how many hours of overtime you worked each of those 40+ hour weeks?

There are spaces on the right hand side of the Payroll Summary where you should indicate how much overtime you believe you worked. Please include on the Payroll Summary overtime hours that you claim to have worked in the following decennial field positions only: Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, and Special Places Operation Supervisor.

**Example:** Assume you worked 50 hours in the first week of May and 20 hours in the second week of May. Because you were not permitted to record more than 40 hours in a week, you only recorded 40 hours for the first week of May and did not submit any overtime worked. Therefore, you would indicate your estimate of overtime as follows:

| PAY PERIOD END DATE | TYPE | PAYROLL DATA SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE UNPAID OVERTIME* |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 10 HRS |
| 05-13-2000 | REG | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | ______ |

12. If you "banked," "rolled," or "carried over" any overtime you worked, add those also to the Payroll Summary, in the space indicated. "Rolled-over," "banked" or "carried-over" hours refer to overtime hours you worked in one week, but were not able to record because doing so would exceed 40 hours in one week. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime. You may be entitled to some recovery even if you rolled over your overtime hours.

13. Are any of the numbers you wrote on the Payroll Summary based on an estimate?
X Yes ___ No

14. If any of your numbers are based on estimates, please identify on the Payroll Summary, where indicated, which numbers are estimates and describe how you arrived at those estimates.

15. If you have any documents, which existed in 2000, that may tend to show that you worked the overtime claimed (e.g. datebooks, calendar entries), attach copies of the documents to this claim form. If you provide documents, send copies only. No originals should be provided as your documents will not be returned to you. *Note that documentary proof is not required to make a claim.*

16. Do you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime?
___ Yes ___ No

17. If you answered yes to Question 16, explain why you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime. (Please refer to pages 2 and 3, **"What is Overtime?"** for examples of how your supervisor knew or should have known about your working overtime.)

If you need additional space to respond to any of the above questions, use a separate sheet of paper. Clearly print your name and SSN at the top of each additional page, and indicate the question number.

Certification: I swear or affirm under penalty of perjury that the above statements are true to the best of my knowledge and belief.

Date: 9-28-2006 Signature: Rachel M

Print Name: Rachel Muhammad

**You Must Complete, Sign and Return this Claim Form and the enclosed Payroll Summary by mail postmarked no later than SEPTEMBER 29, 2006.**

If you wish to confirm our receipt of this form, we strongly recommend that you send it via Registered Mail/Return Receipt requested. To obtain a Registered Mail/Return Receipt form, please visit your local post office or go to: www.usps.com.
**You must keep a copy of completed forms for your records.**

ID: 4676

Rachel Muhammad
1716 FELTON ST
SAN FRANCISCO, CA 94134-1336

SSN : [redacted]

**PAYROLL SUMMARY**



NAME : Muhammad,Rachel

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| 04-17-2000 | San Francisco Southeast | Enumerator |

Hours Worked During 1/1/2000 - 11/30/2000

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-22-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-22-2000 | TRAIN | 0.00 | 8.00 | 8.00 | 4.50 | 8.00 | 0.00 | 0.00 | 28.50 | |
| 04-22-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-22-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 4.50 | 8.00 | 0.00 | 0.00 | 28.50 | |
| 04-29-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 2.00 | 1.50 | 8.50 | |
| 04-29-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-29-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-29-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 2.00 | 1.50 | 8.50 | |
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 12 OT |
| 05-13-2000 | REG | 0.00 | 4.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 36.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 0.00 | 4.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 36.00 | 6 4reg 2OT |
| 05-20-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 24.00 | |
| 05-20-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-20-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-20-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 24.00 | |
| 05-27-2000 | REG | 8.00 | 7.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | |
| 05-27-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | TOTAL | 8.00 | 7.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.00 | |
| 06-03-2000 | REG | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 3.00 | 6.00 | 14.00 | |
| 06-03-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 3.00 | 6.00 | 14.00 | |
| 06-10-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 7.00 | |
| 06-10-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 7.00 | |

SSN : [redacted]

PAYROLL SUMMARY



| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-17-2000 | REG | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | |
| 06-17-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | TOTAL | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | |
| 07-08-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 24.00 | |
| 07-08-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | |
| 07-08-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-08-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 32.00 | |
| 07-15-2000 | REG | 6.00 | 8.00 | 8.00 | 7.00 | 6.00 | 5.00 | 0.00 | 40.00 | |
| 07-15-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | TOTAL | 6.00 | 8.00 | 8.00 | 7.00 | 6.00 | 5.00 | 0.00 | 40.00 | 18 OT |
| 07-22-2000 | REG | 2.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 34.00 | |
| 07-22-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | TOTAL | 2.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 34.00 | |
| 07-29-2000 | REG | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 32.00 | |
| 07-29-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-29-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-29-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 32.00 | |
| 08-05-2000 | REG | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | |
| 08-05-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 08-05-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 08-05-2000 | TOTAL | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | |

ROLLED-OVER OVERTIME HOURS:
"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

If you DID NOT roll over any overtime hours, leave this section blank.

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: Aug to Sept 20 Hours

1b. Number of Overtime Hours Not Recorded: 20 Hours

1c. Week/Date in which Overtime was recorded: Aug to Sept 30th

---

2a. Week/Date Overtime Worked: __________

2b. Number of Overtime Hours Not Recorded: __________

2c. Week/Date in which Overtime was recorded: __________

---

3a. Week/Date Overtime Worked: __________

3b. Number of Overtime Hours Not Recorded: __________

3c. Week/Date in which Overtime was recorded: __________

---

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.

MINAMI LEW & TAMAKI LLP

ATTORNEYS AT LAW

DALE MINAMI
DONALD K. TAMAKI
BRAD YAMAUCHI
ROY H. IKEDA
* MINETTE A. KWOK
JACK W. LEE
WILLIAM C. KWONG
FLORENCE SINAY PHILLIPS
LYNDA WON-CHUNG
JOHN OTA
AI MORI
JESSICA S. CHRISTENSEN
SONIA MERIDA
STEVE NGO
BRIAN KIM
MARK FONG

*Certified Specialist Immigration and Nationality Law

of counsel
WILLIAM Y. HIROSE

*Main Office:*
360 Post Street
8th Floor
*Union Square*
San Francisco, CA
94108

*Tel:* 415/788-9000
*Fax:* 415/398-3887

*Sunnyvale Office:*
333 W. El Camino Blvd.
Suite 350
Sunnyvale, CA 94087

*Tel:* 408/739-1137
*Fax:* 408/739-4641

*Web:* www.mltsf.com

November 30, 2006

Rachel Muhammad
1716 Felton Street
San Francisco, CA 94134

**ATTORNEY-CLIENT CONFIDENTIAL COMMUNICATION**

Dear Ms. Muhammad:

We recently received your signed and completed Claim Form and Payroll Summary for continued participation in the case Kent Christofferson, et al., vs. The United States. We would like to ask you for clarification to ease the process of your claim.

We have attempted to reach you at both 415.333.3940 and 415.205.1372 on three separate occasions within the last several weeks. We have left three messages on your cell phone without a response. We cannot continue processing your claim for unpaid overtime against the U.S. Census Bureau until we have spoken to you.

Please contact me at 415.788.9000, extension 139. If you leave a voice mail, please let me know when I can reach you between 8:00 a.m. and 4:00 p.m. If you prefer e-mail, you may reach me at margareta@mltsf.com.

Thank you for your time.

Sincerely,

Margaret Aleks
Law Clerk

Standard Form 50-B
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch-4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF-50-B
Approved by GSA/IRMS 2-87

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Muhammad,Rachel | [redacted] | 11-01-1957 | 07-29-2000 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 760 | Ext of Appt NTE 08-31-2000 |
| **5-C. Code** | **5-D. Legal Authority** |
| W9R | SCH A 213.3102(i)(3) |
| **5-E. Code** | **5-F. Legal Authority** |
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| **6-C. Code** | **6-D. Legal Authority** |
| | |
| **6-E. Code** | **6-F. Legal Authority** |
| | |

7. FROM: Position Title and Number
Enumerator
PD: 38 Position: 00002018

| 8.Pay Plan | 9.Occ. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| AD | 0303 | 00 | 00 | $17.50 | PH |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $17.50 | $0 | $17.50 | $0 |

14. Name and Location of Position's Organization
BUREAU OF THE CENSUS
FIELD DIVISION
SEATTLE REGIONAL CENSUS CENTER
SEATTLE, WA 572724

15. TO: Position Title and Number
Enumerator
PD: 38 Position: 00002018

| 16.Pay Plan | 17.Occ. Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|
| AD | 0303 | 00 | 00 | $17.50 | PH |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $17.50 | $0 | $17.50 | $0 |

22. Name and Location of Position's Organization
BUREAU OF THE CENSUS
FIELD DIVISION
SEATTLE REGIONAL CENSUS CENTER
SEATTLE, WA 572724

## EMPLOYEE DATA

23. Veterans Preference: 1 (1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30%)

24. Tenure: 0 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite)

25. Agency Use:

26. Veterans Preference for RIF: YES / X NO

27. FEGLI: A Ineligible for Life Ins Coverage

28. Annuitant Indicator: 9 Not Applicable

29. Pay Rate Determinant: 0

30. Retirement Plan: 2 FICA

31. Service Comp. Date (Leave): 04-16-2000

32. Work Schedule: I Intermittent

33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved)

35. FLSA Category: N (E-Exempt, N-Nonexempt)

36. Appropriation Code:

37. Bargaining Unit Status: 8888

38. Duty Station Code: 063290075

39. Duty Station (City-County-State or Overseas Location): San Francisco San Fransisco CA USA

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | PAR Number: 5601570830003 |

45. Remarks

46. Employing Department or Agency: DEPARTMENT OF COMMERCE

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| CM 63 | 1934 | 07-27-2000 |

50. Signature/Authentication and Title of Approving Official
[signature]
MOISES M CARRASCO, REGIONAL DIRECTOR

TURN OVER FOR IMPORTANT INFORMATION

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93

# NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

The Action

* Blocks 5-B and 6-B describe the personnel action(s) that occurred. Blocks 15-22 show the position and organization to which you are assigned.

Pay

* When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in block 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocaton bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
* Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis of determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
* Block 20B is the annual dollar amount of your Interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
* Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
* Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purposes.

Block 24 - Tenure

* Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in Chapter 26 of The Guide to Processing Personnel Actions and RIF is explained in 5USC Sections 3501-3503, 8336(a)(2); 8414(b)(1)(B) and 5CFR 351. Both shoud be available for review in your personnel office.

Block 26 - Veterans Preference for RIF

* Indicates whether you have preference for reduction-in-force purposes.

Block 30 - Retirement Plan

| | |
|---|---|
| * FICA | - Social Security System |
| * CS | - Civil Service Retirement System |
| * CS-Spec | - Civil Service Retirement for law enforcement and firefighter personnel |
| * FS | - Foreign Service Retirement and Disability System |
| * FERS | - Federal Employees' Retirement System |
| * FERS-Reserve Tech | - Federal Employees' Retirement System for National Guard Reserve Technicians |
| * FERS-ATC | - Federal Employees' Retirement System for Air Traffic Controllers |
| * FERS-Spec | - Federal Employees' Retirement System for law and firefighter personnel |
| * FSPS | - Foreign Service Pension System |

Block 31 - Service Computation Date (Leave)

* Shows when your Federal service began unless your have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
* Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
* Your earnings and leave statement or your time and attendance card will show the rate at which you earn leave and your current unused leave balance.

Block 32 - Work Schedule

* Your work schedule is established by your supervisor.
* A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no scheduled tour of duty and works when needed.
* Full-time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
* Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
* On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

Block 33 - Part-time Hours Per Biweekly Pay Period

* Indicates the number of hours a part-time employee is scheduled to work during a two week pay period.

Block 34 - Position Organization

* Identifies the employment system under which you are serving - the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
* The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you leave Federal service.

Block 35 - FLSA Category

* Exempt employees are not covered by the minimum wages and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

Block 37 - Bargaining Unit Status

* Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

Blocks 38 and 39 - Duty Station

* Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

* If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.
* Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.
* If you have questions or need information about your rights or benefits, ask your supervisor or your personnel office.
* Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in The Guide to Personnel Data Standards.

It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.

Def. Ex. 20

Perweek

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Muhamma | 4/22/2000 | FALSE | TRUE | TRUE | FALSE | FALSE | | [redacted] | 2724 | San Franci | Enumerato | TRUE | FALSE |
| Muhamma | 4/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 5/6/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 12 | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 5/13/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 2 | 4 | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 5/20/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 5/27/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 6/3/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 6/10/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 6/17/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 7/8/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 7/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 18 | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 7/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 7/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |
| Muhamma | 8/5/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2724 | San Franci | Enumerato | FALSE | FALSE |

Perweek

| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | FALSE | FALSE | TRUE | FALSE | FALSE | FALSE | 28.5 | 0 | 28.5 | 0 | FALSE | TRUE | TRUE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 8.5 | 8.5 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 36 | 36 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 24 | 24 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 18 | 18 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 14 | 14 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 7 | 7 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 7 | 7 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 32 | 24 | 8 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 34 | 34 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 32 | 32 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 8 | 8 | 0 | 0 | FALSE | FALSE | FALSE |

Def. Ex. 21

Smith, Jeffray

OCT 12 2006

# CLAIM FORM

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**WASHINGTON D.C.**
**KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)**

Please print clearly in dark ink.

1. Jeffrey T. Smith
Name (First, Middle, Last)

[redacted]

2. 2353 Sea Lyon Dr.
Street Address    Apartment Number

North Pole    AK    99705
City    State    Zip Code

3. Do you wish to continue with your claim against the federal government for unpaid overtime?

X YES    __NO

If "Yes," please complete this Claim Form and provide estimates of your overtime on the Payroll Summary. If "No," you do not need to complete the rest of this Claim Form. Please return this form and the Payroll Summary to our offices at the address provided. A "No" means you no longer wish to be a participant in this lawsuit.

4. js52562@yahoo.com
E-mail Address (if any)

5. __________    __________
Work Phone Number    Best Times to Call

6. 570 250-1046    Noon - 8 pm
Home Phone Number    Best Times to Call

7. __________    __________
Cell Phone Number    Best Times to Call

8. 570 746-1361 Paul Smith (Father)
Phone Number of Relative or Other Contacts (Optional)

9. Please list any other names used while employed by the U.S. Census Bureau in the year 2000.

__________    __________

10. While working for the Census Bureau in 2000, did you ever work more than 40 hours in a work week (Sunday through Saturday)? You should include as work time the time you spent traveling to and from your home, time spent on work-related activities at your home, and lunch or dinner breaks if you worked during those breaks.
✓ Yes ___ No

11. Review the Payroll Summary produced from the Census Bureau payroll records which show the days you worked and hours you submitted in 2000. What is your best estimate of which weeks you worked MORE THAN 40 hours (40+) per work week, and how many hours of overtime you worked each of those 40+ hour weeks?

There are spaces on the right hand side of the Payroll Summary where you should indicate how much overtime you believe you worked. Please include on the Payroll Summary overtime hours that you claim to have worked in the following decennial field positions only: Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, and Special Places Operation Supervisor.

**Example:** Assume you worked 50 hours in the first week of May and 20 hours in the second week of May. Because you were not permitted to record more than 40 hours in a week, you only recorded 40 hours for the first week of May and did not submit any overtime worked. Therefore, you would indicate your estimate of overtime as follows:

| PAY PERIOD END DATE | TYPE | PAYROLL DATA SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE UNPAID OVERTIME* |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 10 HRS |
| 05-13-2000 | REG | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | ______ |

12. If you "banked," "rolled," or "carried over" any overtime you worked, add those also to the Payroll Summary, in the space indicated. "Rolled-over," "banked" or "carried-over" hours refer to overtime hours you worked in one week, but were not able to record because doing so would exceed 40 hours in one week. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime. You may be entitled to some recovery even if you rolled over your overtime hours.

13. Are any of the numbers you wrote on the Payroll Summary based on an estimate?
___ Yes ✓ No

14. If any of your numbers are based on estimates, please identify on the Payroll Summary, where indicated, which numbers are estimates and describe how you arrived at those estimates.

15. If you have any documents, which existed in 2000, that may tend to show that you worked the overtime claimed (e.g. datebooks, calendar entries), attach copies of the documents to this claim form. If you provide documents, send copies only. No originals should be provided as your documents will not be returned to you. *Note that documentary proof is not required to make a claim.*

16. Do you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime?
✓ Yes ___ No

17. If you answered yes to Question 16, explain why you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime. (Please refer to pages 2 and 3, **"What is Overtime?"** for examples of how your supervisor knew or should have known about your working overtime.)

We were told to stay out and cover the assigned area until we worked the entire area for the day.

If you need additional space to respond to any of the above questions, use a separate sheet of paper. Clearly print your name and SSN at the top of each additional page, and indicate the question number.

Certification: I swear or affirm under penalty of perjury that the above statements are true to the best of my knowledge and belief.

Date: 9-29-06 Signature: [signature]

Print Name: Jeffrey T Smith

**You Must Complete, Sign and Return this Claim Form and the enclosed Payroll Summary by mail postmarked no later than SEPTEMBER 29, 2006.**

If you wish to confirm our receipt of this form, we strongly recommend that you send it via Registered Mail/Return Receipt requested. To obtain a Registered Mail/Return Receipt form, please visit your local post office or go to: www.usps.com.
**You must keep a copy of completed forms for your records.**

SSN : [redacted]

PAYROLL SUMMARY



NAME : Smith,Jeffrey T.

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| 05-30-2000 | Anchorage | Enumerator |

Hours Worked During 1/1/2000 - 11/30/2000

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

| PAY PERIOD END DATE | TYPE | PAYROLL DATA SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-03-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 4.00 | 6.00 | |
| 06-03-2000 | TRAIN | 0.00 | 0.00 | 16.00 | 16.00 | 16.00 | 0.00 | 0.00 | 48.00 | |
| 06-03-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | TOTAL | 0.00 | 0.00 | 16.00 | 16.00 | 16.00 | 2.00 | 4.00 | 54.00 | 14 |
| 06-10-2000 | REG | 0.00 | 4.00 | 10.00 | 12.00 | 16.00 | 7.50 | 0.00 | 49.50 | |
| 06-10-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | TOTAL | 0.00 | 4.00 | 10.00 | 12.00 | 16.00 | 7.50 | 0.00 | 49.50 | 9.50 |
| 07-01-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 | |
| 07-01-2000 | TRAIN | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | |
| 07-01-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-01-2000 | TOTAL | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | 0.00 | 3.00 | 19.00 | |
| 07-08-2000 | REG | 0.00 | 4.50 | 0.00 | 16.00 | 16.00 | 11.00 | 9.00 | 56.50 | |
| 07-08-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-08-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-08-2000 | TOTAL | 0.00 | 4.50 | 0.00 | 16.00 | 16.00 | 11.00 | 9.00 | 56.50 | 16.50 |
| 07-15-2000 | REG | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | |
| 07-15-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | TOTAL | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | |
| 08-05-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 6.00 | |
| 08-05-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 08-05-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 08-05-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 6.00 | |

ROLLED-OVER OVERTIME HOURS:
"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

If you DID NOT roll over any overtime hours, leave this section blank.

SSN : [redacted] PAYROLL SUMMARY Page 2 of 2

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: 6-3-00

1b. Number of Overtime Hours Not Recorded: 14

1c. Week/Date in which Overtime was recorded: ____________

---

2a. Week/Date Overtime Worked: 6-10-00

2b. Number of Overtime Hours Not Recorded: 9.50

2c. Week/Date in which Overtime was recorded: ____________

---

3a. Week/Date Overtime Worked: 7-8-2000

3b. Number of Overtime Hours Not Recorded: 16.50

3c. Week/Date in which Overtime was recorded: ____________

---

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.

Def. Ex. 22

Perweek

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith,Jeffr | 6/3/2000 | FALSE | FALSE | FALSE | TRUE | FALSE | 7 | [redacted] | 2711 | Anchorage | Enumerato | FALSE | FALSE |
| Smith,Jeffr | 6/10/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 4.75 | | 2711 | Anchorage | Enumerato | FALSE | FALSE |
| Smith,Jeffr | 7/1/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2711 | Anchorage | Enumerato | FALSE | FALSE |
| Smith,Jeffr | 7/8/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 8.25 | | 2711 | Anchorage | Enumerato | FALSE | FALSE |
| Smith,Jeffr | 7/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2711 | Anchorage | Enumerato | FALSE | FALSE |
| Smith,Jeffr | 8/5/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | | 2711 | Anchorage | Enumerato | FALSE | FALSE |



22-1

Perweek

| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | TRUE | FALSE | FALSE | FALSE | FALSE | FALSE | 54 | 6 | 48 | 0 | FALSE | TRUE | TRUE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 49.5 | 49.5 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 19 | 3 | 16 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 56.5 | 56.5 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 6 | 6 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 6 | 6 | 0 | 0 | FALSE | FALSE | FALSE |

Def. Ex. 23

ID: 7418

Maureen A Worrell
196 EASTERN PKWY
IRVINGTON, NJ 07111-3816

SSN : [redacted]

PAYROLL SUMMARY



NAME : Worrell,Maureen A

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| 05-15-2000 | Essex Co. West | Enumerator |

Hours Worked During 1/1/2000 - 11/30/2000

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

| PAY PERIOD END DATE | TYPE | PAYROLL DATA SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-20-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 4.50 | 0.00 | 6.50 | |
| 05-20-2000 | TRAIN | 0.00 | 4.00 | 7.50 | 6.50 | 2.50 | 0.00 | 0.00 | 20.50 | |
| 05-20-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-20-2000 | TOTAL | 0.00 | 4.00 | 7.50 | 6.50 | 4.50 | 4.50 | 0.00 | 27.00 | |
| 05-27-2000 | REG | 0.00 | 7.50 | 6.00 | 8.00 | 8.00 | 7.50 | 3.00 | 40.00 | |
| 05-27-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | TOTAL | 0.00 | 7.50 | 6.00 | 8.00 | 8.00 | 7.50 | 3.00 | 40.00 | 12 hrs. to the best of my knowledge |
| 06-03-2000 | REG | 8.00 | 8.00 | 0.00 | 8.00 | 5.50 | 0.00 | 0.00 | 29.50 | |
| 06-03-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | TOTAL | 8.00 | 8.00 | 0.00 | 8.00 | 5.50 | 0.00 | 0.00 | 29.50 | |
| 06-10-2000 | REG | 1.00 | 8.00 | 5.00 | 8.00 | 4.00 | 0.00 | 8.00 | 34.00 | |
| 06-10-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | TOTAL | 1.00 | 8.00 | 5.00 | 8.00 | 4.00 | 0.00 | 8.00 | 34.00 | 16 hrs to the best of my knowledge |
| 06-17-2000 | REG | 8.00 | 8.00 | 5.00 | 8.00 | 3.00 | 7.00 | 0.00 | 39.00 | |
| 06-17-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | TOTAL | 8.00 | 8.00 | 5.00 | 8.00 | 3.00 | 7.00 | 0.00 | 39.00 | |
| 06-24-2000 | REG | 0.00 | 0.00 | 5.00 | 8.00 | 6.00 | 0.00 | 0.00 | 19.00 | |
| 06-24-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-24-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-24-2000 | TOTAL | 0.00 | 0.00 | 5.00 | 8.00 | 6.00 | 0.00 | 0.00 | 19.00 | |
| 07-08-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | |
| 07-08-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 | |
| 07-08-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-08-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 8.00 | 16.00 | |
| 07-15-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 07-15-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 15 hrs to the best of my knowledge |

SSN : [redacted]

PAYROLL SUMMARY



| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-22-2000 | REG | 0.00 | 8.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | |
| 07-22-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | TOTAL | 0.00 | 8.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | 20 hrs additional that were no not paid for |
| 07-29-2000 | REG | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 6.00 | 0.00 | 30.00 | |
| 07-29-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-29-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-29-2000 | TOTAL | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 6.00 | 0.00 | 30.00 | |
| 08-05-2000 | REG | 5.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | |
| 08-05-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 08-05-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 08-05-2000 | TOTAL | 5.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | |

ROLLED-OVER OVERTIME HOURS:
"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

If you DID NOT roll over any overtime hours, leave this section blank.

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: June-2000

1b. Number of Overtime Hours Not Recorded: 13 but were never paid because we could not get to the supervisor

1c. Week/Date in which Overtime was recorded: ______

2a. Week/Date Overtime Worked: ______

2b. Number of Overtime Hours Not Recorded: July-2000

2c. Week/Date in which Overtime was recorded: 9 hrs form had to be completed agai[n]

SSN : [redacted] **PAYROLL SUMMARY** **Page 3 of 3**

---

3a. Week/Date Overtime Worked: ____________________

3b. Number of Overtime Hours Not Recorded: ____________________

3c. Week/Date in which Overtime was recorded: ____________________

---

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.

Def. Ex. 24

Perweek

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Worrell,Ma | 5/20/2000 | FALSE | TRUE | TRUE | FALSE | FALSE | | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 5/27/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 14 | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 6/3/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 6/10/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 10 | [redacted] | 6 | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 6/17/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 6/24/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 7/8/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 7/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 15 | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 7/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 20 | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 7/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |
| Worrell,Ma | 8/5/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | | 2214 | Essex Co. | Enumerato | FALSE | FALSE |

Perweek

| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRUE | FALSE | TRUE | FALSE | FALSE | FALSE | FALSE | 27 | 6.5 | 20.5 | 0 | FALSE | TRUE | TRUE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 29.5 | 29.5 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 34 | 34 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 39 | 39 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 19 | 19 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 16 | 8 | 8 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 13 | 13 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 30 | 30 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 21 | 21 | 0 | 0 | FALSE | FALSE | FALSE |

Def. Ex. 25

/ Slatus, Edmond

AUG 2 4 2006

# CLAIM FORM

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## WASHINGTON D.C.
## KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)

Please print clearly in dark ink.

1. EDMOND S SLATUS — Name (First, Middle, Last) [redacted] Social Security Number

2. 327 W 4 ST NYC NY — Street Address — Apartment Number

   NY — City; NY — State; 10014 — Zip Code

3. Do you wish to continue with your claim against the federal government for unpaid overtime? ✓ YES __NO

   If "Yes," please complete this Claim Form and provide estimates of your overtime on the Payroll Summary. If "No," you do not need to complete the rest of this Claim Form. Please return this form and the Payroll Summary to our offices at the address provided. A "No" means you no longer wish to be a participant in this lawsuit.

4. ________ E-mail Address (if any)

5. 212 691 2724 — Work Phone Number; Day/Eve — Best Times to Call

6. 212 691 2724 — Home Phone Number; Day/eve — Best Times to Call

7. ________ Cell Phone Number; ________ Best Times to Call

8. ________ Phone Number of Relative or Other Contacts (Optional)

9. Please list any other names used while employed by the U.S. Census Bureau in the year 2000.

________ ________

10. While working for the Census Bureau in 2000, did you ever work more than 40 hours in a work week (Sunday through Saturday)? You should include as work time the time you spent traveling to and from your home, time spent on work-related activities at your home, and lunch or dinner breaks if you worked during those breaks.
✓ Yes ___ No

11. Review the Payroll Summary produced from the Census Bureau payroll records which show the days you worked and hours you submitted in 2000. What is your best estimate of which weeks you worked MORE THAN 40 hours (40+) per work week, and how many hours of overtime you worked each of those 40+ hour weeks?

There are spaces on the right hand side of the Payroll Summary where you should indicate how much overtime you believe you worked. Please include on the Payroll Summary overtime hours that you claim to have worked in the following decennial field positions only: Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, and Special Places Operation Supervisor.

**Example:** Assume you worked 50 hours in the first week of May and 20 hours in the second week of May. Because you were not permitted to record more than 40 hours in a week, you only recorded 40 hours for the first week of May and did not submit any overtime worked. Therefore, you would indicate your estimate of overtime as follows:

| PAY PERIOD END DATE | PAYROLL DATA TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE UNPAID OVERTIME* |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 10 HRS |
| 05-13-2000 | REG | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | ___ |

12. If you "banked," "rolled," or "carried over" any overtime you worked, add those also to the Payroll Summary, in the space indicated. "Rolled-over," "banked" or "carried-over" hours refer to overtime hours you worked in one week, but were not able to record because doing so would exceed 40 hours in one week. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime. You may be entitled to some recovery even if you rolled over your overtime hours.

13. Are any of the numbers you wrote on the Payroll Summary based on an estimate?
✓ Yes ___ No

14. If any of your numbers are based on estimates, please identify on the Payroll Summary, where indicated, which numbers are estimates and describe how you arrived at those estimates.

15. If you have any documents, which existed in 2000, that may tend to show that you worked the overtime claimed (e.g. datebooks, calendar entries), attach copies of the documents to this claim form. If you provide documents, send copies only. No originals should be provided as your documents will not be returned to you. *Note that documentary proof is not required to make a claim.*

16. Do you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime?
✓ Yes ___ No

17. If you answered yes to Question 16, explain why you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime. (Please refer to pages 2 and 3, **"What is Overtime?"** for examples of how your supervisor knew or should have known about your working overtime.)
I was told to record overtime on the following week's record. + thus to roll it over & not report more than 40 hours in one week. Even if I worked over 40 hours

If you need additional space to respond to any of the above questions, use a separate sheet of paper. Clearly print your name and SSN at the top of each additional page, and indicate the question number.

Certification: I swear or affirm under penalty of perjury that the above statements are true to the best of my knowledge and belief.

Date: 8/15/01

Signature: [signature]

Print Name: ED SLATUS

**You Must Complete, Sign and Return this Claim Form and the enclosed Payroll Summary by mail postmarked no later than SEPTEMBER 29, 2006.**

If you wish to confirm our receipt of this form, we strongly recommend that you send it via Registered Mail/Return Receipt requested. To obtain a Registered Mail/Return Receipt form, please visit your local post office or go to: www.usps.com.
**You must keep a copy of completed forms for your records.**

ID: 6210

Edmond Slatus
327 W 4TH ST
NEW YORK, NY 10014-1901

SSN : [redacted]

**PAYROLL SUMMARY**



NAME : Slatus,Edmond

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| 05-22-2000 | New York South | Enumerator |

Hours Worked During 1/1/2000 - 11/30/2000

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-27-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 4.50 | 7.50 | |
| 05-27-2000 | TRAIN | 0.00 | 6.00 | 6.00 | 6.00 | 6.00 | 0.00 | 0.00 | 24.00 | |
| 05-27-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | TOTAL | 0.00 | 6.00 | 6.00 | 6.00 | 6.00 | 3.00 | 4.50 | 31.50 | |
| 06-03-2000 | REG | 4.75 | 6.75 | 6.00 | 3.75 | 8.00 | 8.00 | 2.75 | 40.00 | |
| 06-03-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | TOTAL | 4.75 | 6.75 | 6.00 | 3.75 | 8.00 | 8.00 | 2.75 | 40.00 | 16 Rolled over |
| 06-10-2000 | REG | 8.00 | 8.00 | 7.75 | 0.25 | 0.50 | 7.00 | 7.50 | 39.00 | |
| 06-10-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | TOTAL | 8.00 | 8.00 | 7.75 | 0.25 | 0.50 | 7.00 | 7.50 | 39.00 | |
| 06-17-2000 | REG | 8.00 | 8.00 | 8.00 | 7.25 | 0.00 | 4.00 | 4.75 | 40.00 | |
| 06-17-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | TOTAL | 8.00 | 8.00 | 8.00 | 7.25 | 0.00 | 4.00 | 4.75 | 40.00 | 10.25 Rolled over |
| 06-24-2000 | REG | 2.25 | 8.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11.75 | |
| 06-24-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-24-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-24-2000 | TOTAL | 2.25 | 8.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11.75 | |
| 07-15-2000 | REG | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 32.00 | |
| 07-15-2000 | TRAIN | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | |
| 07-15-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | TOTAL | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 40.00 | 14 Rolled over |
| 07-22-2000 | REG | 8.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | |
| 07-22-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | TOTAL | 8.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 16 * (was due to rollover but not allowed) |

* They refused to pay & I had to readjust time sheet in order to get 14 hours pay

ROLLED-OVER OVERTIME HOURS:
"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime

hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

If you DID NOT roll over any overtime hours, leave this section blank.

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: ________________

1b. Number of Overtime Hours Not Recorded: ________________

1c. Week/Date in which Overtime was recorded: ________________

---

2a. Week/Date Overtime Worked: ________________

2b. Number of Overtime Hours Not Recorded: ________________

2c. Week/Date in which Overtime was recorded: ________________

---

3a. Week/Date Overtime Worked: ________________

3b. Number of Overtime Hours Not Recorded: ________________

3c. Week/Date in which Overtime was recorded: ________________

---

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.

Week 6/3
6/17
7/15 -- } estimates whenever I worked over 40 hours I ~~[illegible]~~ rolled them over to Sun + Monday of following week as I normally did not work those days

week 7/22 I clearly remember having extra time due to be rolled over but my supervisor Failed to submit my Forms, was No longer employed or available & The only way [illegible] was to not report Those hours [illegible]

25-7

Owner: eller002.POL.ADNET.HQ.CENSUS
Job Name: Q018313.pdf
Submitted: 7-07-08 9:31:44 am

www.novell.com/iPrint

Worden, Carmen

# CLAIM FORM

OCT 1 1 2006

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## WASHINGTON D.C.
## KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)

Please print clearly in dark ink.

1. CARMEN T WORDEN [redacted]
Name (First, Middle, Last)

2. 31440 WOODRIDGE RD
Street Address Apartment Number

Shingletown CA 96088
City State Zip Code

3. Do you wish to continue with your claim against the federal government for unpaid overtime? ✓ (YES) ___NO

If "Yes," please complete this Claim Form and provide estimates of your overtime on the Payroll Summary. If "No," you do not need to complete the rest of this Claim Form. Please return this form and the Payroll Summary to our offices at the address provided. A "No" means you no longer wish to be a participant in this lawsuit.

4. ______________________
E-mail Address (if any)

5. ______________________ ______________________
Work Phone Number Best Times to Call

6. 530-474-1675 Thurs. or Fri daytime
Home Phone Number Best Times to Call

7. 530-410-1730 6:30AM - 7:00 AM or 4:30 pm - 5:30pm (M/T/W weekdays)
Cell Phone Number Best Times to Call

8. ______________________
Phone Number of Relative or Other Contacts (Optional)

9. Please list any other names used while employed by the U.S. Census Bureau in the year 2000.

______________________ ______________________

10. While working for the Census Bureau in 2000, did you ever work more than 40 hours in a work week (Sunday through Saturday)? You should include as work time the time you spent traveling to and from your home, time spent on work-related activities at your home, and lunch or dinner breaks if you worked during those breaks.
✓ Yes ___ No

11. Review the Payroll Summary produced from the Census Bureau payroll records which show the days you worked and hours you submitted in 2000. What is your best estimate of which weeks you worked MORE THAN 40 hours (40+) per work week, and how many hours of overtime you worked each of those 40+ hour weeks?

There are spaces on the right hand side of the Payroll Summary where you should indicate how much overtime you believe you worked. Please include on the Payroll Summary overtime hours that you claim to have worked in the following decennial field positions only: Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, and Special Places Operation Supervisor.

**Example:** Assume you worked 50 hours in the first week of May and 20 hours in the second week of May. Because you were not permitted to record more than 40 hours in a week, you only recorded 40 hours for the first week of May and did not submit any overtime worked. Therefore, you would indicate your estimate of overtime as follows:

| | | PAYROLL DATA | | | | | | | | ESTIMATE |
|---|---|---|---|---|---|---|---|---|---|---|
| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | UNPAID OVERTIME* |
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 10 HRS |
| 05-13-2000 | REG | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | ______ |

12. If you "banked," "rolled," or "carried over" any overtime you worked, add those also to the Payroll Summary, in the space indicated. "Rolled-over," "banked" or "carried-over" hours refer to overtime hours you worked in one week, but were not able to record because doing so would exceed 40 hours in one week. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime. You may be entitled to some recovery even if you rolled over your overtime hours.

13. Are any of the numbers you wrote on the Payroll Summary based on an estimate?
✓ Yes ___ No

14. If any of your numbers are based on estimates, please identify on the Payroll Summary, where indicated, which numbers are estimates and describe how you arrived at those estimates.

15. If you have any documents, which existed in 2000, that may tend to show that you worked the overtime claimed (e.g. datebooks, calendar entries), attach copies of the documents to this claim form. If you provide documents, send copies only. No originals should be provided as your documents will not be returned to you. *Note that documentary proof is not required to make a claim.*

16. Do you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime?
✓ Yes ___ No

17. If you answered yes to Question 16, explain why you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime. (Please refer to pages 2 and 3, **"What is Overtime?"** for examples of how your supervisor knew or should have known about your working overtime.)
I was told the job had to be completed no matter how long it took, but we could only claim 40 hrs a week except certain weeks OT was approved for a "push" -

If you need additional space to respond to any of the above questions, use a separate sheet of paper. Clearly print your name and SSN at the top of each additional page, and indicate the question number.

Certification: I swear or affirm under penalty of perjury that the above statements are true to the best of my knowledge and belief.

Date: 9/29/06 Signature: Carmen T. Worden

Print Name: CARMEN T. WORDEN

**You Must Complete, Sign and Return this Claim Form and the enclosed Payroll Summary by mail postmarked no later than SEPTEMBER 29, 2006.**

If you wish to confirm our receipt of this form, we strongly recommend that you send it via Registered Mail/Return Receipt requested. To obtain a Registered Mail/Return Receipt form, please visit your local post office or go to: www.usps.com.
**You must keep a copy of completed forms for your records.**

Def. Ex. 26

Perweek

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Slatus,Edm | 5/27/2000 | FALSE | TRUE | TRUE | FALSE | FALSE | | [redacted] | 2237 | New York S | Enumerato | FALSE | FALSE |
| Slatus,Edm | 6/3/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 16 | [redacted] | 2237 | New York S | Enumerato | FALSE | FALSE |
| Slatus,Edm | 6/10/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2237 | New York S | Enumerato | FALSE | FALSE |
| Slatus,Edm | 6/17/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2237 | New York S | Enumerato | FALSE | FALSE |
| Slatus,Edm | 6/24/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 10.25 | [redacted] | 2237 | New York S | Enumerato | FALSE | FALSE |
| Slatus,Edm | 7/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2237 | New York S | Enumerato | FALSE | FALSE |
| Slatus,Edm | 7/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 14 | [redacted] | 2237 | New York S | Enumerato | FALSE | FALSE |



26-1

Perweek

| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | TRUE | FALSE | TRUE | FALSE | FALSE | FALSE | 31.5 | 7.5 | 24 | 0 | FALSE | TRUE | TRUE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 39 | 39 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 11.75 | 11.75 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 32 | 8 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 14 | 14 | 0 | 0 | FALSE | FALSE | FALSE |

Def. Ex. 27

ID: 7415
Carmen T. Worden
31440 WOODRIDGE DR
SHINGLETOWN, CA 96088-9791

PREVIOUS ADDRESS!
3462 WhiteOak Dr.
Cottonwood, CA 96022

CORRECTED NOV 1, 2006 CWorden

position # 0000 2021 = 0 OT.
Clerical

position # 0000 2024 = 14 hrs O.T total
Recruiting assistant

position 0000 2012 = 40 hrs O.T total
crew leader\assistant FOS

GRAND TOTAL = 54 hours overtime due

27-1

SSN : [redacted] **PAYROLL SUMMARY** 

NAME : Worden,Carmen T.

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| 01-17-2000 | Redding | Clerical |
| 04-13-2000 | Redding | Crew Leader |

Hours Worked During 1/1/2000 - 11/30/2000

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-22-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 01-22-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 01-22-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 01-22-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 01-29-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 01-29-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 01-29-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 01-29-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 02-05-2000 | REG | 0.00 | 8.00 | 8.00 | 7.00 | 8.00 | 0.00 | 0.00 | 31.00 | |
| 02-05-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-05-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-05-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 7.00 | 8.00 | 0.00 | 0.00 | 31.00 | |
| 02-12-2000 | REG | 0.00 | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 0.00 | 32.00 | |
| 02-12-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-12-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-12-2000 | TOTAL | 0.00 | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 0.00 | 32.00 | |
| 02-19-2000 | REG | 0.00 | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 0.00 | 32.00 | |
| 02-19-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-19-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-19-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 0.00 | 32.00 | |
| 02-26-2000 | REG | 0.00 | 8.00 | 0.00 | 8.00 | 0.00 | 8.00 | 8.00 | 32.00 | |
| 02-26-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-26-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-26-2000 | TOTAL | 0.00 | 8.00 | 0.00 | 8.00 | 0.00 | 8.00 | 8.00 | 32.00 | |
| 03-04-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 03-04-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-04-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-04-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 2 |
| 03-11-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 32.00 | |
| 03-11-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-11-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-11-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 32.00 | 2 |

Clerical position #0600202 →

Position #0000202 Recruiting Assistant

27-2

SSN : [redacted]

PAYROLL SUMMARY



| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PAYROLL DATA | | | | | | | | |
| 03-18-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 03-18-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-18-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-18-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 2 |
| 03-25-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 03-25-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-25-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-25-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 2 |
| 04-01-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 04-01-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-01-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-01-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 2 |
| 04-08-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 04-08-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-08-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-08-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 2 |
| 04-15-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-15-2000 | TRAIN | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 04-15-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-15-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 2 |
| 04-22-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 04-22-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-22-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-22-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 0 |
| 04-29-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 04-29-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-29-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-29-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 0 |
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 6.00 | 26.00 | |
| 05-06-2000 | TOTAL | 0.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 6.00 | 66.00 | ✓ |
| 05-13-2000 | REG | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 2.00 | 8.50 | |
| 05-13-2000 | TOTAL | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 6.50 | 2.00 | 48.50 | ✓ |
| 05-20-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-20-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-20-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 8.00 | 12.00 | |
| 05-20-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 12.00 | 8.00 | 52.00 | ✓ |
| 05-27-2000 | REG | 4.00 | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 | 4.00 | 40.00 | |
| 05-27-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 | 4.00 | 40.00 | CW 8 |

Crew Leader / Assistant Field Supervisor

position # [illegible]012

SSN: [redacted]

**PAYROLL SUMMARY**



Crew Leader

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-03-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 06-03-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 8 |
| 06-10-2000 | REG | 2.00 | 8.00 | 8.00 | 5.00 | 8.00 | 8.00 | 1.00 | 40.00 | |
| 06-10-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | TOTAL | 2.00 | 8.00 | 8.00 | 5.00 | 8.00 | 8.00 | 1.00 | 40.00 | 8 |
| 06-17-2000 | REG | 2.00 | 8.00 | 3.00 | 8.00 | 8.00 | 8.00 | 3.00 | 40.00 | |
| 06-17-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 2.50 | 3.00 | 7.50 | |
| 06-17-2000 | TOTAL | 2.00 | 8.00 | 3.00 | 8.00 | 10.00 | 10.50 | 6.00 | 47.50 | ✓ |
| 06-24-2000 | REG | 0.00 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 6.00 | |
| 06-24-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-24-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-24-2000 | TOTAL | 0.00 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 6.00 | ✓ |
| 07-01-2000 | REG | 0.00 | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 4.00 | 36.00 | |
| 07-01-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-01-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-01-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 0.00 | 8.00 | 8.00 | 4.00 | 36.00 | ✓ |
| 07-08-2000 | REG | 0.00 | 4.00 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 36.00 | |
| 07-08-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-08-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | 2.00 | 4.00 | |
| 07-08-2000 | TOTAL | 0.00 | 4.00 | 0.00 | 8.00 | 9.00 | 9.00 | 10.00 | 40.00 | ✓ |
| 07-15-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 07-15-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 8 |
| 07-22-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 6.00 | 8.00 | 2.00 | 40.00 | |
| 07-22-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 6.00 | 8.00 | 2.00 | 40.00 | 8 |
| 07-29-2000 | REG | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | |
| 07-29-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-29-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-29-2000 | TOTAL | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 40.00 | 0 |

ROLLED-OVER OVERTIME HOURS:
"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

SSN : [redacted] **PAYROLL SUMMARY** 

If you DID NOT roll over any overtime hours, leave this section blank.

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: ____________

1b. Number of Overtime Hours Not Recorded: ____________

1c. Week/Date in which Overtime was recorded: ____________

---

2a. Week/Date Overtime Worked: ____________

2b. Number of Overtime Hours Not Recorded: ____________

2c. Week/Date in which Overtime was recorded: ____________

---

3a. Week/Date Overtime Worked: ____________

3b. Number of Overtime Hours Not Recorded: ____________

3c. Week/Date in which Overtime was recorded: ____________

---

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.

① I worked from 1/16/2000 until ~~2/26/2000~~ 2-26-2000 in the office doing ~~Position~~ Clerical work I did not work OT during that period.

② From ~~2/27/2000~~ - 2/27/2000 I worked "clerical, but as a Recruiting Assistant" running a route east of Redding until 4-15-2000 which took an average of 42 hours a week to complete, but was never allowed OT. So ≈ 2 hr week OT that period.

③ From 4-16-2000 until termination I worked as Crew Chief and Assistant Field Supervisor for Tehama Co area\So. Shasta. With all the traveling + distance then [illegible] work at nite I averaged → (over)

27-5

at least 2 hrs each evening O.T. during the field work + supervision. I am estimating only 8 hrs weekly to be conservative, that would be the minimum amount as sometimes I spent ~~4-5~~ hrs at night reviewing + delivering, ~~[illegible]~~ (That was not allowed for O.T.) I didn't do rollover time that I can remember.

[signature]

Def. Ex. 28

Perweek

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Worden,Ca | 1/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 2/5/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 2/12/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 2/19/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 2/26/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 3/4/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 3/11/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 3/18/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 3/25/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 4/1/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 4/8/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Clerical | FALSE | FALSE |
| Worden,Ca | 4/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 5 | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 4/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 4/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 5 | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 5/6/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 5/13/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 5/20/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 5/27/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 8 | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 6/3/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 8 | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 6/10/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 8 | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 6/17/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 6/24/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 7/1/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 7/8/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 7/15/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 8 | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 7/22/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | 8 | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |
| Worden,Ca | 7/29/2000 | FALSE | FALSE | FALSE | FALSE | FALSE | | [redacted] | 2720 | Redding | Crew Lead | FALSE | FALSE |

| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 31 | 31 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 32 | 32 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 32 | 32 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 32 | 32 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 32 | 32 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 0 | 40 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 66 | 40 | 0 | 26 | TRUE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 48.5 | 40 | 0 | 8.5 | TRUE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 52 | 40 | 0 | 12 | TRUE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 47.5 | 40 | 0 | 7.5 | TRUE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 6 | 6 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 36 | 36 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 36 | 0 | 4 | TRUE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | FALSE | 40 | 40 | 0 | 0 | FALSE | FALSE | FALSE |