No. 01-495C
(Judge Bruggink)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

KENT CHRISTOFFERSON, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

EXHIBITS TO DEFENDANT'S RESPONSE TO PLAINTIFFS' BRIEF PURSUANT TO COURT'S JULY 1, 2008 ORDER AND EXHIBITS

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

RAYNA ELLER
Office of the General Counsel
Bureau of the Census
Suitland, MD 20746-24

July 24, 2008

# INDEX TO THE EXHIBITS

Communication between Plaintiff's Attorney and Defendant's Attorney, dated March 24, 2008 . . . . . . . . . . Exhibit A

Sharon West Claim Form . . . . . . . . . . Exhibit B

Toni-Ann Jewell Claim Form . . . . . . . . . . Exhibit C

Laura Mae Workman Claim Form . . . . . . . . . . Exhibit D

Field Nonsupervisory Census Employee Handbook . . . . . . . . . . Exhibit E

Field Supervisory Census Employee Handbook . . . . . . . . . . Exhibit F

Carol Siemons Statement Regarding Overtime Worked . . . . . . . . . . Exhibit G

DEF. EX. A

**U.S. Department of Justice**

Civil Division

JSB:JED:SJGillingham
154-01-495

Telephone: (202) 616-2311
Facsimile: (202) 353-7988

*Washington, D.C. 20530*

March 24, 2008

By FEDEX

Jack Lee, Esq.
Miami Tamaki LLP
360 Post St., 8th Floor
Union Square
San Francisco, CA. 94108-4903
(415)-788-9000

Re: Christofferson v. United States, No. 01-495C (Fed. Cl.)

Dear Mr. Lee:

We do not believe that your 77-page list of 3,915 names, under cover of your letter dated February 13, 2008, constitutes a proper privilege log, and I am concerned it will only delay the resolution of this lawsuit.

We are now in the midst of attempting to establish -- upon the basis of your clients' questionnaires -- whether it is possible to settle some or all of approximately 1800 claims.[1] The

[1] As the Court's October 25, 2007 explained the process:

> The questions themselves, moreover, comprised a central component of a joint effort to reach a settlement. As described in the MOU, defendant agreed to a process that it believed would expeditiously resolve the thousands of remaining claims. Essentially, defendant agreed to pay these claims on a representative basis, without the benefit of individual depositions or other focused discovery for most of the plaintiffs, based solely on the information contained in the returned questionnaires. The purpose of the questionnaire was, therefore, to lead to the settlement of all remaining claims. Before defendant would pay any claims based on the formula set out in the MOU, defendant needed the answers to questions defense counsel co-authored and approved. In this regard, individual claimants should have

questionnaire was painstakingly crafted by the parties with the Court's assistance and was designed to provide us an unvarnished window on the nature and facts of those claims. You resisted production of those questionnaires, but the Court's October 25, 2007 decision (Decision), which was, in part, informed by an *in camera* review of documents you selected, required their production.

In a related status conference, the Court noted that the information you sought to withhold was precisely the information the Government should be reviewing, in order to settle these claims. Nonetheless, the Court permitted redaction of work product, although it expected such redactions to be incidental. See also Decision at 11 ("To summarize, we decline to issue a protective order because the attorney-client privilege is not present. . . . Notes from conversations between counsel and individual claimants may be privileged to the extent they go beyond factual information necessary to complete the questionnaire. Plaintiffs' counsel may assert the privilege, if appropriate, to redact any such notes and impressions from the completed questionnaires before providing copies to defendant."); 12-13 ("The questionnaires and the answers provided are not (and were not intended to be) private. Therefore, they are not privileged under the work product doctrine. On the other hand, notes, mental impressions, and other personal beliefs transcribed on the returned questionnaires, may be privileged.").

Nonetheless, when the questionnaires were produced, we found matters missing – including those replaced by the notation "See telephone log." Those missing elements were among the topics of our January 16, 2008 telephonic status conference with the Court. There, you asserted that the missing information was privileged, and the Court directed again that plaintiffs produce a privilege log.

Your response was the February 13 letter, which attached a list of 3, 915 names, said to be your privilege log. According to the letter, at some point between August 2, 2006 and February 20, 2007, attorneys in your office had at least one conversation with every person on that list and in some instances more than one conversation. That list, however, is not a proper privilege log, nor does it meet our need to obtain first-hand, credible information concerning the few relevant facts we need to ascertain before settling a plaintiff's claim.

Specifically, the list does not enable us to assess the applicability of a privilege. See RCFC 26(b)(5)(A) ("When a party withholds information . . .by claiming that it is privileged . . ., the party shall make the claim expressly and shall describe the nature of the documents, communications, or things not produced or disclosed *in a manner that, without revealing*

---

> understood that they were providing answers to defendant even though the completed questionnaires were returned to plaintiffs' counsel.

Decision at 9.

*information itself privileged or protected, will enable other parties to assess the applicability of the privilege or protection).* Emphasis added.

Moreover, your approach unnecessarily burdens our review effort, because the number of plaintiff conversations the list reports far exceeds the number of plaintiffs whose questionnaires we are reviewing, and does not identify either what has been withheld or for which plaintiff. In particular, the list does not indicate what has been withheld in cases where your attorneys inserted answers and/or entered the notation "See telephone log."

Thus, in addition to being legally objectionable, your approach interferes with the settlement procedure itself, because it casts doubt upon the value of every questionnaire – the essential element of our agreed-upon resolution procedure. See Dec. at 9. At some point, each of the active plaintiffs signed a questionnaire under penalty of perjury. Now, we are confronted with having to determine what their certified responses were; but, presented with information of uncertain origin and time, and an undocumented claim of privilege, we are being deprived of the very information that the parties agreed would be the foundation of the case's resolution. As the Court noted, our ability to verify the truth asserted is at the heart of this process. See, e.g., Decision at 13 ("First, defendant would be able to read the original narrative answers to questions #14 and #17, information not fully included in the database. Second, defendant would be able to confirm the accuracy of the electronic database.). Obviously, we can offer no settlement for these individuals under these circumstances.

Please call me as soon as possible so we can discuss how best to proceed.

Very truly yours,

0/A

STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch

DEF. EX. B

West, Sharon

RECEIVED
OCT 0 2 2006
BY:

# CLAIM FORM

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**WASHINGTON D.C.**
**KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)**

Please print clearly in dark ink.

1. Sharon Yvette West [redacted]
   Name (First, Middle, Last) Social Security Number

2. 1955 Bellsferry Road Apt # 431
   Street Address Apartment Number

   Marietta GA. 30066
   City State Zip Code

3. Do you wish to continue with your claim against the federal government for unpaid overtime?
   ✓ YES ___NO

   If "Yes," please complete this Claim Form and provide estimates of your overtime on the Payroll Summary. If "No," you do not need to complete the rest of this Claim Form. Please return this form and the Payroll Summary to our offices at the address provided. A "No" means you no longer wish to be a participant in this lawsuit.

4. misssharonWest@yahoo.com
   E-mail Address (if any)

5. ______________________ ______________________
   Work Phone Number Best Times to Call

6. (678) 602-3849 ______________________
   Home Phone Number Best Times to Call

7. 770-875-7334 any
   Cell Phone Number Best Times to Call

8. ______________________
   Phone Number of Relative or Other Contacts (Optional)

9. Please list any other names used while employed by the U.S. Census Bureau in the year 2000.

   None ______________________

10. While working for the Census Bureau in 2000, did you ever work more than 40 hours in a work week (Sunday through Saturday)? You should include as work time the time you spent traveling to and from your home, time spent on work-related activities at your home, and lunch or dinner breaks if you worked during those breaks.
___ Yes ___ No

11. Review the Payroll Summary produced from the Census Bureau payroll records which show the days you worked and hours you submitted in 2000. What is your best estimate of which weeks you worked MORE THAN 40 hours (40+) per work week, and how many hours of overtime you worked each of those 40+ hour weeks?

There are spaces on the right hand side of the Payroll Summary where you should indicate how much overtime you believe you worked. Please include on the Payroll Summary overtime hours that you claim to have worked in the following decennial field positions only: Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, and Special Places Operation Supervisor.

**Example:** Assume you worked 50 hours in the first week of May and 20 hours in the second week of May. Because you were not permitted to record more than 40 hours in a week, you only recorded 40 hours for the first week of May and did not submit any overtime worked. Therefore, you would indicate your estimate of overtime as follows:

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE UNPAID OVERTIME* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PAYROLL DATA | | | | | | | | |
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 10 HRS |
| 05-13-2000 | REG | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 16 hrs |

12. If you "banked," "rolled," or "carried over" any overtime you worked, add those also to the Payroll Summary, in the space indicated. "Rolled-over," "banked" or "carried-over" hours refer to overtime hours you worked in one week, but were not able to record because doing so would exceed 40 hours in one week. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime. You may be entitled to some recovery even if you rolled over your overtime hours.

13. Are any of the numbers you wrote on the Payroll Summary based on an estimate?
✓ Yes ___ No

14. If any of your numbers are based on estimates, please identify on the Payroll Summary, where indicated, which numbers are estimates and describe how you arrived at those estimates.

15. If you have any documents, which existed in 2000, that may tend to show that you worked the overtime claimed (e.g. datebooks, calendar entries), attach copies of the documents to this claim form. If you provide documents, send copies only. No originals should be provided as your documents will not be returned to you. *Note that documentary proof is not required to make a claim.*

16. Do you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime?
✓ Yes ___ No

17. If you answered yes to Question 16, explain why you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime. (Please refer to pages 2 and 3, **"What is Overtime?"** for examples of how your supervisor knew or should have known about your working overtime.) He told us to get the work done as soon as possible even if we had to do over time. then told we would be paid for the over time

If you need additional space to respond to any of the above questions, use a separate sheet of paper. Clearly print your name and SSN at the top of each additional page, and indicate the question number.

Certification: I swear or affirm under penalty of perjury that the above statements are true to the best of my knowledge and belief.

Date: 08/23/06

Signature: [signature]

Print Name: Sharon Y. West

**You Must Complete, Sign and Return this Claim Form and the enclosed Payroll Summary by mail postmarked no later than SEPTEMBER 29, 2006.**

If you wish to confirm our receipt of this form, we strongly recommend that you send it via Registered Mail/Return Receipt requested. To obtain a Registered Mail/Return Receipt form, please visit your local post office or go to: www.usps.com.
**You must keep a copy of completed forms for your records.**

ID: 7164

Sharon Y West
62 CUMBERLAND GATE SE
SMYRNA, GA 30080-7795

SSN : [redacted] **PAYROLL SUMMARY** 

NAME : West,Sharon Y

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| 03-27-2000 | Atlanta West | Enumerator |

Hours Worked During 1/1/2000 - 11/30/2000

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PAYROLL DATA | | | | | | | | |
| 04-01-2000 | REG | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 14.50 | |
| 04-01-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-01-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-01-2000 | TOTAL | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 14.50 | |
| 04-08-2000 | REG | 0.00 | 0.00 | 0.00 | 7.50 | 8.00 | 8.00 | 8.00 | 31.50 | |
| 04-08-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-08-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-08-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 7.50 | 8.00 | 8.00 | 8.00 | 31.50 | |
| 04-29-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-29-2000 | TRAIN | 0.00 | 4.00 | 5.00 | 4.00 | 4.00 | 0.00 | 8.00 | 25.00 | |
| 04-29-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-29-2000 | TOTAL | 0.00 | 4.00 | 5.00 | 4.00 | 4.00 | 0.00 | 8.00 | 25.00 | |
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 8.00 | 40.00 | 8 |
| 05-13-2000 | REG | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 0.00 | 24.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 0.00 | 24.00 | |
| 05-20-2000 | REG | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 24.00 | |
| 05-20-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-20-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-20-2000 | TOTAL | 0.00 | 8.00 | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 24.00 | |
| 06-03-2000 | REG | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 16.00 | |
| 06-03-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | TOTAL | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 16.00 | 8hrs |
| 06-10-2000 | REG | 0.00 | 8.00 | 0.00 | 8.00 | 8.00 | 8.00 | 0.00 | 32.00 | |
| 06-10-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | OT | 0.00 | 6.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| 06-10-2000 | TOTAL | 0.00 | 14.00 | 0.00 | 12.00 | 8.00 | 8.00 | 0.00 | 42.00 | 8hRS |

per phone convo 1/16/07

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-17-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | |
| 06-17-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | ____________ |

ROLLED-OVER OVERTIME HOURS:
"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

If you DID NOT roll over any overtime hours, leave this section blank.

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: ____________________

1b. Number of Overtime Hours Not Recorded: ____________________

1c. Week/Date in which Overtime was recorded: ____________________

---

2a. Week/Date Overtime Worked: ____________________

2b. Number of Overtime Hours Not Recorded: ____________________

2c. Week/Date in which Overtime was recorded: ____________________

---

3a. Week/Date Overtime Worked: ____________________

3b. Number of Overtime Hours Not Recorded: ____________________

3c. Week/Date in which Overtime was recorded: ____________________

---

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are

based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.

Normally worke 8 per day for Five days but was told to work longer hours or more days in order to complete census forms because of a dead line that had to be met. and that we would be compensated for overtime and there not where we inquired about our pay.

DEF. EX. C

Jewell, Toni-Ann

RECEIVED
AUG 14 2006
BY:

# CLAIM FORM

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**WASHINGTON D.C.**
**KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)**

Please print clearly in dark ink.

1. Toni- Ann Jewell — [redacted]
Name (First, Middle, Last) — Social Security Number

2. 7 Lewis Place — Apt 1
Street Address — Apartment Number

Yonkers — NY — 10703
City — State — Zip Code

3. Do you wish to continue with your claim against the federal government for unpaid overtime?
✓ YES ___NO

If "Yes," please complete this Claim Form and provide estimates of your overtime on the Payroll Summary. If "No," you do not need to complete the rest of this Claim Form. Please return this form and the Payroll Summary to our offices at the address provided. A "No" means you no longer wish to be a participant in this lawsuit.

4. ______________________
E-mail Address (if any)

5. ______________ ______________
Work Phone Number — Best Times to Call

6. ______________ ______________
Home Phone Number — Best Times to Call

7. 914 513 -1254 — Any
Cell Phone Number — Best Times to Call

8. 914 457 2009 Niece
Phone Number of Relative or Other Contacts (Optional)

9. Please list any other names used while employed by the U.S. Census Bureau in the year 2000.

______________ ______________

10. While working for the Census Bureau in 2000, did you ever work more than 40 hours in a work week (Sunday through Saturday)? You should include as work time the time you spent traveling to and from your home, time spent on work-related activities at your home, and lunch or dinner breaks if you worked during those breaks.
_✓_ Yes ___ No

11. Review the Payroll Summary produced from the Census Bureau payroll records which show the days you worked and hours you submitted in 2000. What is your best estimate of which weeks you worked MORE THAN 40 hours (40+) per work week, and how many hours of overtime you worked each of those 40+ hour weeks?

There are spaces on the right hand side of the Payroll Summary where you should indicate how much overtime you believe you worked. Please include on the Payroll Summary overtime hours that you claim to have worked in the following decennial field positions only: Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, and Special Places Operation Supervisor.

**Example:** Assume you worked 50 hours in the first week of May and 20 hours in the second week of May. Because you were not permitted to record more than 40 hours in a week, you only recorded 40 hours for the first week of May and did not submit any overtime worked. Therefore, you would indicate your estimate of overtime as follows:

| PAY PERIOD END DATE | TYPE | PAYROLL DATA SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE UNPAID OVERTIME* |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 10 HRS |
| 05-13-2000 | REG | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | ______ |

12. If you "banked," "rolled," or "carried over" any overtime you worked, add those also to the Payroll Summary, in the space indicated. "Rolled-over," "banked" or "carried-over" hours refer to overtime hours you worked in one week, but were not able to record because doing so would exceed 40 hours in one week. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime. You may be entitled to some recovery even if you rolled over your overtime hours.

13. Are any of the numbers you wrote on the Payroll Summary based on an estimate?
_✓_ Yes ___ No

14. If any of your numbers are based on estimates, please identify on the Payroll Summary, where indicated, which numbers are estimates and describe how you arrived at those estimates.

15. If you have any documents, which existed in 2000, that may tend to show that you worked the overtime claimed (e.g. datebooks, calendar entries), attach copies of the documents to this claim form. If you provide documents, send copies only. No originals should be provided as your documents will not be returned to you. *Note that documentary proof is not required to make a claim.* I Sent previously in PAST TO your office. I can not find them now.

16. Do you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime?
✓ Yes ___ No

17. If you answered yes to Question 16, explain why you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime. (Please refer to pages 2 and 3, **"What is Overtime?"** for examples of how your supervisor knew or should have known about your working overtime.)
I was working alot and crew leadr reported to Her what Wour and she was told by the white plains office not to Allow over ~~time~~ time on time sheets that we will not be PAid for it

If you need additional space to respond to any of the above questions, use a separate sheet of paper. Clearly print your name and SSN at the top of each additional page, and indicate the question number.

Certification: I swear or affirm under penalty of perjury that the above statements are true to the best of my knowledge and belief.

Date: ________________

Signature: Toni Ann Jewell

Print Name: Toni - Ann Jewell

**You Must Complete, Sign and Return this Claim Form and the enclosed Payroll Summary by mail postmarked no later than SEPTEMBER 29, 2006.**

If you wish to confirm our receipt of this form, we strongly recommend that you send it via Registered Mail/Return Receipt requested. To obtain a Registered Mail/Return Receipt form, please visit your local post office or go to: www.usps.com.
**You must keep a copy of completed forms for your records.**

ID: 3304

Toni-ann Jewell
7 LEWIS PL
YONKERS, NY 10703-1612

SSN : [redacted] **PAYROLL SUMMARY** 

NAME : Jewell,Toni-ann

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| 04-24-2000 | White Plains | Enumerator |

Hours Worked During 1/1/2000 - 11/30/2000

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

all est. per phone on 2/2/07

PAYROLL DATA

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-29-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00 | 7.00 | |
| 04-29-2000 | TRAIN | 0.00 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 24.00 | |
| 04-29-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 04-29-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 7.00 | 0.00 | 0.00 | 31.00 | |
| 05-06-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 | 4.00 | 14.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 | 4.00 | 14.00 | |
| 05-13-2000 | REG | 0.00 | 4.00 | 6.50 | 8.00 | 8.00 | 4.50 | 8.00 | 39.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 0.00 | 4.00 | 6.50 | 8.00 | 8.00 | 4.50 | 8.00 | 39.00 | 10 < 1 reg 9 ot |
| 05-20-2000 | REG | 0.00 | 8.00 | 6.00 | 6.00 | 8.00 | 8.00 | 4.00 | 40.00 | |
| 05-20-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-20-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 | |
| 05-20-2000 | TOTAL | 0.00 | 8.00 | 6.00 | 6.00 | 8.00 | 8.00 | 8.00 | 44.00 | 10 ot |
| 05-27-2000 | REG | 6.50 | 6.00 | 0.00 | 0.00 | 0.00 | 5.00 | 6.00 | 23.50 | |
| 05-27-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-27-2000 | TOTAL | 6.50 | 6.00 | 0.00 | 0.00 | 0.00 | 5.00 | 6.00 | 23.50 | |
| 06-03-2000 | REG | 6.00 | 0.00 | 0.00 | 4.00 | 5.50 | 3.00 | 8.00 | 26.50 | |
| 06-03-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-03-2000 | TOTAL | 6.00 | 0.00 | 0.00 | 4.00 | 5.50 | 3.00 | 8.00 | 26.50 | |
| 06-10-2000 | REG | 0.00 | 5.00 | 0.00 | 6.50 | 7.00 | 8.00 | 6.00 | 32.50 | |
| 06-10-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-10-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 10 < 6.5 reg 3.5 ot |
| 06-10-2000 | TOTAL | 0.00 | 5.00 | 0.00 | 6.50 | 7.00 | 9.00 | 6.00 | 33.50 | |
| 06-17-2000 | REG | 5.00 | 6.00 | 0.00 | 0.00 | 8.00 | 8.00 | 8.00 | 35.00 | |
| 06-17-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-17-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 1.50 | 0.00 | 2.00 | 10 < 3 reg 7 ot |
| 06-17-2000 | TOTAL | 5.00 | 6.00 | 0.00 | 0.00 | 8.50 | 9.50 | 8.00 | 37.00 | |

SSN : [redacted]



PAYROLL SUMMARY

PAYROLL DATA

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-24-2000 | REG | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | |
| 06-24-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-24-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06-24-2000 | TOTAL | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | |
| 07-08-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-08-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 8.00 | |
| 07-08-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-08-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 8.00 | |
| 07-15-2000 | REG | 0.00 | 8.00 | 6.00 | 8.00 | 8.00 | 6.00 | 4.00 | 40.00 | |
| 07-15-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-15-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10 or |
| 07-15-2000 | TOTAL | 0.00 | 8.00 | 6.00 | 8.00 | 8.00 | 6.00 | 4.00 | 40.00 | |
| 07-22-2000 | REG | 0.00 | 6.00 | 0.00 | 0.00 | 8.00 | 8.00 | 7.50 | 29.50 | 10 reg |
| 07-22-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 07-22-2000 | TOTAL | 0.00 | 6.00 | 0.00 | 0.00 | 8.00 | 8.00 | 7.50 | 29.50 | |

ROLLED-OVER OVERTIME HOURS:
"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

If you DID NOT roll over any overtime hours, leave this section blank.

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: 5/2000

1b. Number of Overtime Hours Not Recorded: 20 hr

1c. Week/Date in which Overtime was recorded: ____________

SSN : [redacted] **PAYROLL SUMMARY** 6/2000 **Page 3 of 3**

2a. Week/Date Overtime Worked: 6/2000

2b. Number of Overtime Hours Not Recorded: 20 hr

2c. Week/Date in which Overtime was recorded: __________

3a. Week/Date Overtime Worked: 7/2000

3b. Number of Overtime Hours Not Recorded: 20 hrs

3c. Week/Date in which Overtime was recorded: __________

All together About 60 hr total Overtime Not recorded

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.

I have been under doctors care for 3 years on medication and my memory right now is not that good. I can not remember the dates or days anymore it was to long ago I can not find the paperwork I had on my files at this time I do remember The group Leader told us we were not Allowed to report More then 8 hr. a day that we would not be paid for over time when we did work it that it had to be Rolled over and 1/2 the time they did not roll it over. And we lost out on our hard work that we earned. I Worked hard and many hours every week and did not get paid for And never got Any overtime at all. They owe me About 60 hour overtime

DEF. EX. D

Workman, Laura

# CLAIM FORM

RECEIVED
AUG 0 8 2006
BY:

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**WASHINGTON D.C.**
**KENT CHRISTOFFERSON, et al., vs. THE UNITED STATES (No. 01-495C)**

Please print clearly in dark ink.

1. Laura Mae Workman — Name (First, Middle, Last)
   [redacted] — Social Security Number

2. PO Box 273 — Street Address; Apartment Number
   Kampsville — City; Il — State; 62053 — Zip Code

3. Do you wish to continue with your claim against the federal government for unpaid overtime?
   X YES ___NO

   If "Yes," please complete this Claim Form and provide estimates of your overtime on the Payroll Summary. If "No," you do not need to complete the rest of this Claim Form. Please return this form and the Payroll Summary to our offices at the address provided. A "No" means you no longer wish to be a participant in this lawsuit.

4. LOLOMAE29@Yahoo.com — E-mail Address (if any)

5. ______ Work Phone Number; ______ Best Times to Call

6. 618 653-4660 — Home Phone Number; AFTERNOON/EVENING — Best Times to Call

7. N/A — Cell Phone Number; ______ Best Times to Call

8. ______ Phone Number of Relative or Other Contacts (Optional)

9. Please list any other names used while employed by the U.S. Census Bureau in the year 2000.

   N/A

10. While working for the Census Bureau in 2000, did you ever work more than 40 hours in a work week (Sunday through Saturday)? You should include as work time the time you spent traveling to and from your home, time spent on work-related activities at your home, and lunch or dinner breaks if you worked during those breaks.
X Yes ___ No

11. Review the Payroll Summary produced from the Census Bureau payroll records which show the days you worked and hours you submitted in 2000. What is your best estimate of which weeks you worked MORE THAN 40 hours (40+) per work week, and how many hours of overtime you worked each of those 40+ hour weeks?

There are spaces on the right hand side of the Payroll Summary where you should indicate how much overtime you believe you worked. Please include on the Payroll Summary overtime hours that you claim to have worked in the following decennial field positions only: Enumerator, Crew Leader Assistant, Crew Leader, Field Operations Supervisor Assistant, Field Operations Supervisor, and Special Places Operation Supervisor.

**Example:** Assume you worked 50 hours in the first week of May and 20 hours in the second week of May. Because you were not permitted to record more than 40 hours in a week, you only recorded 40 hours for the first week of May and did not submit any overtime worked. Therefore, you would indicate your estimate of overtime as follows:

| PAY PERIOD END DATE | TYPE | PAYROLL DATA SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE UNPAID OVERTIME* |
|---|---|---|---|---|---|---|---|---|---|---|
| 05-06-2000 | REG | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 05-06-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-06-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | 10 HRS |
| 05-13-2000 | REG | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | |
| 05-13-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 05-13-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | ________ |

12. If you "banked," "rolled," or "carried over" any overtime you worked, add those also to the Payroll Summary, in the space indicated. "Rolled-over," "banked" or "carried-over" hours refer to overtime hours you worked in one week, but were not able to record because doing so would exceed 40 hours in one week. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime. You may be entitled to some recovery even if you rolled over your overtime hours.

13. Are any of the numbers you wrote on the Payroll Summary based on an estimate?
X Yes ___ No

14. If any of your numbers are based on estimates, please identify on the Payroll Summary, where indicated, which numbers are estimates and describe how you arrived at those estimates.

15. If you have any documents, which existed in 2000, that may tend to show that you worked the overtime claimed (e.g. datebooks, calendar entries), attach copies of the documents to this claim form. If you provide documents, send copies only. No originals should be provided as your documents will not be returned to you. *Note that documentary proof is not required to make a claim.*

16. Do you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime?
X Yes ___ No

17. If you answered yes to Question 16, explain why you believe your supervisor knew or had reason to know that you worked overtime prior to your working the overtime. (Please refer to pages 2 and 3, **"What is Overtime?"** for examples of how your supervisor knew or should have known about your working overtime.)
We were told NOT to write any hours over 40 per week and to Keeptrack of AND ADD TO NEXT WEEK.

If you need additional space to respond to any of the above questions, use a separate sheet of paper. Clearly print your name and SSN at the top of each additional page, and indicate the question number.

Certification: I swear or affirm under penalty of perjury that the above statements are true to the best of my knowledge and belief.

Date: 8·4·06

Signature: Laura Mae Workman

Print Name: Laura Mae Workman

**You Must Complete, Sign and Return this Claim Form and the enclosed Payroll Summary by mail postmarked no later than SEPTEMBER 29, 2006.**

If you wish to confirm our receipt of this form, we strongly recommend that you send it via Registered Mail/Return Receipt requested. To obtain a Registered Mail/Return Receipt form, please visit your local post office or go to: www.usps.com.
**You must keep a copy of completed forms for your records.**

To:
Molly Dirkin

From: Laura Workman

PO Box 273

KAMPSVILLE IL

62053

1-618-653-4660

ID: 7417

Laura M Workman
PO BOX 273
KAMPSVILLE, IL 62053-0273

SSN : [redacted]4 **PAYROLL SUMMARY** **Page 1 of 2**

NAME : Workman,Laura M

Changes based on phone conf w/ client on 3/8/07 - Molly B.

| CHANGEDATE | LOCAL CENSUS OFFICE NAME | POSITION |
|---|---|---|
| 01-31-2000 | Springfield | Crew Leader |

Hours Worked During 1/1/2000 - 11/30/2000

* Overtime can only be claimed if you worked more than 40 hours total during a work week (Sunday through Saturday). "Work time" includes travel time to and from your home, time you spent at home making work-related calls or on other work activities, and time you worked during a lunch or dinner break.

PAYROLL DATA

| PAY PERIOD END DATE | TYPE | SUN | MON | TUE | WED | THU | FRI | SAT | TOTAL | ESTIMATE OVERTIME WORKED* |
|---|---|---|---|---|---|---|---|---|---|---|
| 02-05-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-05-2000 | TRAIN | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 02-05-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 02-05-2000 | TOTAL | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 0.00 | 40.00 | |
| 02-26-2000 | REG | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | 4.00 | 0.00 | 11.50 | 6 weeks |
| 02-26-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | X |
| 02-26-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | OK - just |
| 02-26-2000 | TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | 4.00 | 0.00 | 11.50 | meeting |
| 03-04-2000 | REG | 0.00 | 5.25 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 37.25 | Running & |
| 03-04-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | X picking up |
| 03-04-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | paysheets. |
| 03-04-2000 | TOTAL | 0.00 | 5.25 | 0.00 | 8.00 | 8.00 | 8.00 | 8.00 | 37.25 | |
| 03-11-2000 | REG | 4.00 | 8.00 | 8.00 | 8.00 | 8.00 | 4.00 | 0.00 | 40.00 | From Jan 2000 (30 hrs) |
| 03-11-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-11-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | these are all OT. |
| 03-11-2000 | TOTAL | 4.00 | 8.00 | 8.00 | 8.00 | 8.00 | 4.00 | 0.00 | 40.00 | |
| 03-18-2000 | REG | 8.00 | 7.50 | 8.00 | 8.00 | 8.00 | 0.50 | 0.00 | 40.00 | From Jan 2000 (30 hrs) |
| 03-18-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-18-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | These are all OT. |
| 03-18-2000 | TOTAL | 8.00 | 7.50 | 8.00 | 8.00 | 8.00 | 0.50 | 0.00 | 40.00 | |
| 03-25-2000 | REG | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | From Jan 2000 |
| 03-25-2000 | TRAIN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 03-25-2000 | OT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | These are all OT. |
| 03-25-2000 | TOTAL | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | |

ROLLED-OVER OVERTIME HOURS:

"Rolled," "banked" or "carried over" hours refer to overtime hours that you worked in one week, but were not able to record on the day that you actually worked them, and, therefore, you recorded them on a later date. Some census employees were told to "roll" or "carry" over their overtime hours to later weeks in which they worked less than 40 hours and therefore were already partially paid for their overtime.

If you DID NOT roll over any overtime hours, leave this section blank.

If you "banked," "rolled" or "carried over" any of the overtime you have claimed above, in the spaces below, give your best estimate of the dates on which you actually worked those hours and also the dates on which you recorded those hours on your pay form.

Example: Assume you worked 50 hours in the first week of May. Because you were not permitted to record more than 40 hours in a week, you recorded only 40 for that week and then kept track of the 10 additional hours. Assume you worked only 20 hours in the second week of May. Instead of recording 20 hours for that week, you recorded 30 (the 20 actually worked that week, plus the 10 carried over from the first week). In that example, your answer to this Question would be: "Rolled 10 hours from the first week of May to the second week of May."

If you are not sure of exact dates, you may estimate. For example, "Rolled about 20 hours in May to June."

1a. Week/Date Overtime Worked: Accumulative during census

1b. Number of Overtime Hours Not Recorded: 104 hours

1c. Week/Date in which Overtime was recorded: 3/11 - 3/18 - 3/25

---

2a. Week/Date Overtime Worked: ________

2b. Number of Overtime Hours Not Recorded: ________

2c. Week/Date in which Overtime was recorded: ________

---

3a. Week/Date Overtime Worked: ________

3b. Number of Overtime Hours Not Recorded: ________

3c. Week/Date in which Overtime was recorded: ________

---

(Continue on another sheet of paper as necessary.)

If any of the numbers you give for Overtime or Rolled-Over Hours are based on estimates, please write out below, to the best of your knowledge, which dates and numbers are estimates, and describe how you arrived at those estimates. Please use the back of the Payroll Summary for your description. If you need additional space, use a separate sheet of paper clearly labeled with your name and SSN at the top of each additional page.

* All first 5 weeks were 60 hr-weeks in Jan + 4 "Phone call" hours
Below is the DATES I turned these hours in for payment.

Pay Dates

3/11 - 40 hr
3/18 40 hr
3/25 24 hr

These were all rolled over hours I turned in after we were done. We finished up week 3/4/00 AND I continued to turn in Pay sheets weekly untill hours were paid up.

3-2-07

Molly,

Been So
Busy I
Forgott to
Send them
Thankyou for the Call
Laura Workman ☺

DEF. EX. E

D-590
January 2000
Final Edition

# FIELD NONSUPERVISORY CENSUS EMPLOYEE HANDBOOK



U.S. DEPARTMENT OF COMMERCE
ECONOMICS AND STATISTICS ADMINISTRATION
BUREAU OF THE CENSUS

# Topic 1. Your Appointment

**Appointment document**

Your appointment document is a Standard Form (SF) 50B, Notification of Personnel Action. The SF-50B is used to provide a chronological record of employment, the personnel actions processed, and to notify you of the action. It shows the appointment effective date, hourly rate of pay, your name, and other personnel data about your job. Keep this document and any other SF-50Bs you receive through the duration of your employment in a safe place. It can be used to verify your Federal service with the Census Bureau when seeking other Federal employment.

**Position title/work schedule**

Your position title is shown in Item #15 and your work schedule is shown in Item #32 on your SF-50B.

**Length of appointment**

You are appointed to a time limited temporary appointment with a specific Not-to-Exceed (NTE) or expiration date. You may be released from service with the Census Bureau before the NTE date for this appointment if work or funds are no longer available. The expiration date of your appointment does not guarantee the availability of work or your services. Depending on the availability of the work, your appointment may be extended.

Upon completion of your service, you will receive a SF-50B documenting the date you separate from the Census Bureau.

**Benefits**

You are not eligible for health and life insurance coverage. You are not eligible to earn or use annual leave or sick leave. If you do not report to work due to illness or personal matter, it is treated as a "non-work" day, meaning you will not receive wages for the absence.

**Retirement coverage**

Your earnings are taxed for and covered by the Medicare Tax program and the Federal Insurance Contributions Act (*Social Security*). Your D-444, Earning Statement, will identify a specific amount for each of these taxes withheld from your gross salary.

**Post of duty**

Your post of duty (*official workstation*) is your home. Your workday can begin and end at your home. (*As a reminder, keep census information confidential from all persons not employed by the Bureau of the Census.)*

## Topic 1. Your Appointment, *Continued*

**Hours of duty**

You must be available as the work occurs. You are expected to work the most productive hours of the day.

If you are interviewing, select a time when most residents are home and are able to respond. Experience has shown that the most productive times are usually evenings and weekends.






*... after 6 p.m. is a great time to catch residents at home during the week!*

DEF. EX. F

D-591
January 2000
Final Edition

# FIELD SUPERVISORY CENSUS EMPLOYEE HANDBOOK



U.S. DEPARTMENT OF COMMERCE
ECONOMICS AND STATISTICS ADMINISTRATION
U.S. CENSUS BUREAU

# Topic 3. Supervisory Administrative Duties

**Overview**

As a supervisor, it is your duty to make sure that your employees perform their assignments on schedule and according to the procedures outlined in their manuals. Be certain that they know what the jobs require before you give them an assignment. The census is a very important undertaking and should be taken seriously by all.

You also have the responsibility to assist your employees in completing their administrative forms, including payroll forms. **Getting your staff paid on time is very critical.** Late paychecks or inaccurate paychecks can create morale problems or even cause employees to quit. This in turn can impede the production of your staff and lead to major operation problems. Try emphasizing these four goals to your staff:

- Record hours and expenses as accurately as possible.
- Print clearly so that discrepancies are not encountered by payroll auditors.
- Submit payroll documents daily so that they might be processed and paid timely.
- Keep orderly payroll records.

**Appointing your staff**

On the first day of training, staff must be appointed then sworn in as official Census employees by giving them the Oath of Office on the Form BC-61, Appointment Affidavits.

Ensure that all the necessary appointment forms are completed and contain appropriate signatures and dates as required, and are placed back in the respective appointment folder. If the office is close by hand-carry the folders promptly to your office for processing. If too far to hand-carry, ship them overnight (via federal express) for next working day delivery. Payroll forms will not be processed without a completed, signed appointment document.

**Training your staff**

Train staff according to the instructions provided in your Guide for Training. Take time to discuss the importance of the census and how each person is affected.

## Topic 3. Supervisory Administrative Duties, *Continued*

**Distributing and collecting assignments**

Upon completion of the training session, select the trainees who show the best comprehension of the material and give them actual field assignments. Place any remaining trainees on the "reserve list" and use as replacements.

**Reviewing and certifying payroll documents**

Each payroll document completed by your staff must be approved by you. Review the hours and any expenses and determine if they are reasonable. Also review operation codes. Make any necessary corrections. Show your approval of the final entries by signing your name at the bottom of the payroll document.

**Forwarding census materials and payroll documents to the office**

As staff complete assignments, they will be turned in to you. Review each one and verify that the assignment is complete. Attach the assignment to the employee's payroll document for that day.

At the end of the day, gather all the materials and forward them to your supervisor or directly to the office for processing. (Second-level supervisors should forward materials to their first-level supervisor; first-level supervisors should forward materials to the office.)

**Recommending releasing your staff**

As assignments are completed and the employee's service is no longer required, or if the employee's work performance or conduct is unacceptable, you may recommend that the employee be released. Send written documentation to your supervisor and/or the office to justify your recommendation.

**Recommending changes in position**

If an employee shows an acceptable level of work performance, you can recommend him/her to the next higher position, if one is available. On the other hand, if the employees work performance is unacceptable, you can recommend him/her to the next lower position or consider releasing the employee from all assignments. Forward the recommendation to your supervisor.

# Topic 1. Your Appointment

**Appointment document**

Your appointment document is a Standard Form (SF) 50B, Notification of Personnel Action. The SF-50B is used to provide a chronological record of employment, the personnel actions processed, and to notify you of the action. It shows the appointment effective date, hourly rate of pay, your name, and other personnel data about your job. Keep this document and any other SF-50Bs you receive through the duration of your employment in a safe place. It can be used to verify your Federal service with the Census Bureau when seeking other Federal employment.

**Position title/work schedule**

Your position title is shown in Item #15 and your work schedule is shown in Item #32 on your SF-50B .

**Length of appointment**

You are appointed to a time limited temporary appointment with a specific Not-to-Exceed (NTE) or expiration date. You may be released from service with the Census Bureau before the NTE date for this appointment if work or funds are no longer available. The expiration date of your appointment does not guarantee the availability of work or your services. Depending on the availability of the work, your appointment can be extended.

Upon completion of your service, you will receive an SF-50B documenting the date you separate from the Census Bureau.

**Benefits**

You are not eligible for health and life insurance coverage. You are not eligible to earn or use annual leave or sick leave. If you do not report to work due to illness or personal matter, it is treated as a "non-work" day, meaning you will not receive wages for the absence.

**Retirement coverage**

Your earnings are taxed for and covered by the Medicare Tax program and the Federal Insurance Contributions Act (*Social Security*). Your D-444, Earning Statement, will identify a specific amount for each of theses taxes withheld from your gross salary.

**Post of duty**

Your post of duty (*official workstation*) is your home. Your workday can begin and end at your home. (*As a reminder, keep census information confidential from all persons not employed by the Bureau of the Census.)*

## Topic 1. Your Appointment, *Continued*

**Hours of duty**

You must be available as the work occurs. You are expected to provide training when necessary, assist your staff as needed, and keep in constant contact with your office.

You are expected to flow administrative documents and census materials to the office daily. You also are expected to perform all other supervisory duties when called upon.

If you are interviewing, select a time when most residents are home and are able to respond. Experience has shown that the most productive times are usually evenings and weekends.






*... after 6 p.m. is a great time to catch residents at home during the week!*

DEF. EX. G

Carol A. Siemons
417 Kingsbrook Dr.
McDonald, Pa 15057
Phone:
Home: 412-220-0374
Cell:609-602-8257
SS [redacted]

Guessing at the amount of overtime is impossible. My crew leader, Leroy Adams lived in Fairfield Ca. at 52 Belaire Ct. The crew he was over was in Vacaville, Ca. He chose myself,and Col. Earl Heal to become the assistant crew-leaders. This was done for his convenience since he lived out of town, (Fairfield .Ca.) Half of the enumerators were split between Earl and Myself. It was my duty to have all of my enumerators drop off their completed work and log off in their books. I edited the work. I was in charge of perhaps 6-8 enumerators. I do not recall the exact amount of overtime, but it was substantial. They came to my home whenever they completed the work for that evening. I attended the meetings each day, besides going out to enumerate and each day, after the meetings, Mr. Adams would come to my home to spend more time doing the job he was supposed to be doing. I was doing double the workload. Not only doing my work, checking the enumertors work and then meeting with him also. There were weeks when we were told no OT allowed. The last 2 weeks we were told, just get the job done no matter what it takes. Mr. Tranquallino was the man over Leroy.

Carol Siemons

Carol Siemons ID 9357