# In the United States Court of Federal Claims

No. 01-495C
(Filed: August 19, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on defendant's motion to compel, filed on July 15, 2008, is set for August 27, 2008, at 1:00 pm EST. Counsel shall appear by telephone. The argument will be digitally recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge