# In the United States Court of Federal Claims

No. 01-495C
(Filed: August 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
KENT CHRISTOFFERSON, *et al.*

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on defendant's motion to compel was held on August 27, 2008. For the reasons stated on the record and pursuant to the representations made, the following is ordered:

1. Plaintiff shall file a brief on or before September 12, 2008, on the issue of the court's authority to try the claims involved in this case on a representative basis, both as to liability and damages.

2. Defendant shall file a brief in response on or before September 26, 2008.

3. The briefs shall not exceed 12 pages of substantive text.

4. Ruling on defendant's motion to compel is deferred.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge